



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PERRY ALLEN AUSTIN, *ex parte*,<br>PETITIONER, | §<br>§<br>§ |
| V | § CIVIL ACTION NO. H-04-2387 |
| | § |
| DOUG DRETKE, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>RESPONDENT | §<br>§<br>§<br>§ |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON** August 2, 2004 **at** 3:15 p.m.

| **Appearance for Petitioner** | **Appearance for Respondent** |
|---|---|
| Richelieu (Dick) Wheelan | Margaret Schmucker |

The following rulings were made:

    The petitioner shall file a response to the respondent's motion to dismiss (6 and 7) on or before September 7, 2004.

    It is so ORDERED.

Signed this 2nd day of August , 2004.

                                                      KENNETH M. HOYT
                                                    United States District Judge

