# Louisiana
# Capital
# Assistance
# Center

*A Non-Profit Law Office*

July 18, 2005

Clerk
United States District Court
Southern District of Texas
Houston Division
PO BOX 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
JUL 2 0 2005
Michael N. Milby, Clerk

Re:   *Perry Allen Austin v Doug Dretke*
      No. 04-2387

Dear Clerk:

Enclosed for filing in the above numbered and styled cause are Exhibits 97-106 for  Petitioner's **First Amended Petition for Habeas Corpus.** The Amended Petition was filed electronically today.  As these exhibits are voluminous and many contain sensitive information it is requested that they not be made a part of the electronic record.

By way of service, I am also forwarding a copy of this letter and enclosures to counsel for Respondent.

Sincerely,

Richard Bourke
Counsel *pro hac vice* for Perry Austin

c.c.

Margaret Schmucker
Assistant Attorney General
Postconviction Litigation Division,
Post Office Box 12548, Austin,
Texas 78711-2548

# United States District Court
# Southern District of Texas

Case Number: *H-04-2387*

## ATTACHMENT

Description:

☐ State Court Record          ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☒ Exhibit(s) number(s) / letter(s) *# 97*

Other: *to Pltf's First Amended Pet. For Habeas Corpus*

_____

_____

**Exhibit Index**
**Amended Petition**
**July 18, 2005**

| Exhibit | Vol. | Description | Date |
|---|---|---|---|
| 97. | 11 | Darnell Military Records | 1978 |
| 98. | 11 | Affidavits of Anna Arceneaux | 07/18/05 |
| 99. | 11 | Affidavit of Thomas Warren, TDC | 07/11/05 |
| 100. | 11 | Affidavit of Dempsey Sutton | 6/11/04 |
| 101. | 11 | Transcript of Perry Austin's Second Statement with Sergeant Allen | 02/21/01 |
| 102. | 11 | Breed Testimony (Ruiz v. Johnson) | 1980 |
| 103. | 11 | Riveland Testimony (Ruiz v. Johnson) | 1980 |
| 104. | 11 | Riveland Report (Ruiz v. Johnson) | 1979 |
| 105. | 11 | Curry Report  (Ruiz v. Johnson) | 3/19/02 |
| 106. | 11 | Haney Testimony (Ruiz v. Johnson) | 1980 |

EXHIBIT 97

*Filo*

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

EMERGENCY ROOM

24 MAR 1975

DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS 76544

OD ASA

R sylicolate drawn
15cc ipecate given
copuos H₂O

2205 — Salycylate level 51.7
CBC pro time

2230    Chest xray
Bun, Lytes
Admit to CCU.

F. Mendoza

PATIENT P.
SEP 30 1975
DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS

OCT 21 1975
FORT HOOD, TEXAS

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| Austin  Perry | | M |
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| 1257 | D/S | 40 | AF |
| SPONSOR'S NAME | | | RANK/GRADE |
| Perry William | | | SFC |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | |
| 02 304-32 0432 | | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMCR 101-11.809-3
600-104-01

51113 -1  WACO (cort)
Fort Hood Tx.
532-2269

CHIEF COMPLAINT(S): Cough X10 DAYS                                          RESPIRA

-----SUBJECTIVE-----          -----DATA-----          -----OBJECTIVE-----

X Chief complaint correct at Triage      DAY 31 MO Oct YR 15        TIME IN ____
* Return visit for unchanged problem      TIME SEEN ____            TIME OUT ____
* Possibly pregnant                        TEMP 98 . 6 F            PULSE ____ b
* Taking MD ordered med:                   RESP ____ b/m  BP ____ / ____
O Contraindicated med:                    * Abnormal VS             O Appears severely i
* Shaking chills                           EAR                      NOSE & SINUS
* Fev for nor thn 5d  THROAT & NECK        O Mastoid tend* __sev    O Nasal drain O water
* Rash for les thn 5d  O Pos TC in last 10d  O Ear drainage         O purul* __act bla
EAR                      Pos TC in fan now  * O bloody              O Nasal muc swol & r
O Tinnitus* __severe     Fast rheum fever   O white-yellow          * O Facial swelling
O Vertigo* __severe      Sore throat for:   O TM not visible        __ Sinus tenderness
O Earache for:           Hoarseness for:    __ can fil with wax     THROAT & NECK
O Decreased hearing      CHEST              O TM loss of landmark    O Red pharynx
O Ear itching            O Shortness of breath  __ TM redness        __ Tonsillar exudate
NOSE & SINUS             X Cough for:       __ TM air fluid level   * __ Peritonsillar swel
X Nasal congestion       __ not improving   __ TM bubbles           __ Lymph nodes* __post
O Nasal drain __purul    O prod pur/bld sput * __ TM retracted      __ tender anterior
O recurrent/season       __ Chest pain O mild * __ TM scar          CHEST
O watery                                   * __ TM perforated       # * O Unequal brth sound
O tching eyes/nose  OTHER                   __ Canal tenderness     # * __ Rales rhon or whee
O tearing               O Headache for:     __ Canal swollen __red  # __ Chest point tender
O in xray in last 3mo  O Other:            O local* __pointing OTHER
O runny nose for:                           O outer half            # * O Decreas neck flex
                                           O Ear fissures/scales*   O Other:

-----ASSESSMENT-----

__ Labyrinthitis    __ Ac Otitis Ext    X Rhinitis, NOS     __ Laryngitis      * __ Other:
__ Ac Otitis Media  __ Chr Otit Ext     __ Strep Sore Thr   __ Costochondritis
__ Ac Ser Otit Med  __ Ac Sinusitis     __ Ac Phar,Pos Str  X Bronchitis AUOS
__ Furuncle         __ Allerg Rhinitis  __ Ac Phar,NOS      __ Headache

-----PLAN-----

TREATMENT                                  X Actifed #30 1 tid  X5 DAYS
* Temporary profile for:      Type:        __ Dimetapp #20 1 bid
* Quarters for:                            __ Neosynephrine 0.25% 15cc 2gtt qid x10d
__ Return to clinic on:  __                * __ Other than AMOSIST Manual:
__ Pen V 250 mg #40 1 qid x10d
__ Erythro 250mg #40 1 qid x10d            CONSULTATIONS & REFERRALS
__ Cortisporin Otic 10cc 4gtt qid x10d      __ Throat culture        __ Ear culture
__ Hydrocort Cm 1% 30 GI Apply bid          __ Ear canal irrigat     __ Monospot
__ Aspirin 325 mg #30 2 q6h prn             __ Sinus x-rays          __ Nose culture
X Acetaminophen 325 mg #30 2 q6h prn        __ Chest x-ray
__ Cepacol Loz #24 1 q4h prn               DISPOSITION
X Robitussin #40z 1 tsp q4h prn             __ Duty or home
__ Dimenhydri 50 mg #12 1 q6h prn          * __ Hospital ward:
__ Chlorphen mal 4 mg #50 1 q6h prn        * __ Other:

SEEN BY _____ist  DOWNING                  ____ m.d.
O=no /1=...../+ rt side/(+= lt side/L+= both sides/rec only if requested/#=MD exam in
NO 30 Oct 04 22

AUSTIN PERRY A        FULL NAME: ____
1959  M  AD  USA      SSN ____/____/____              FIRST VISIT yes
07 WILLIAM M          BIRTH YR ____  SEX m f          STATUS spons dep
                      SPONS act ret res oth  SERVICE ar af mar nav o
MDA Form 322  7 Oct 75  RANK:       UNIT:
                      TELEPHONE home ____ 071965 ____  work ____/

| TIME START | | UPPER RESPIRATORY INFECTION /OTITIS | E FINISH | |
|---|---|---|---|---|

**CHIEF COMPLAINT AND DURATION:**

Sinus Congestion X 4 wks ⊂ ST

☐ SPONTANEOUS RETURN

| | SUBJECTIVE | | OBJECTIVE |
|---|---|---|---|

**GENERAL**
- [✓] Malaise   Duration  2-3 wks
- [○] Fever   Duration
- [ ] Highest temp
- [ ] Headache
- [ ] Medication allergies:
- * [○] Pregnant female

- * [○] Patient appears severely ill
  T 105  P ____  R ____  BP ____
- * [ ] Jaundice
  Abdominal exam
  - * [ ] Spleen
  - * [ ] Liver
- * [○] Skin rash (describe)

**THROAT & NECK**
- [○] Sore throat   [✓] Painful swallowing
- [○] Hoarseness   Duration
- [ ] Recent positive Strep culture
- [ ] Family exposure to Strep
- [ ] Past Hx of Rheumatic Fever
- [ ] Past Hx of Glomerulonephritis

- * [○] Meningismus (stiff neck)
- [○] Tonsilopharyngeal inflammation
- [○] Exudate on tonsils or pharynx
- * [✓] Enlarged lymph nodes  [✓] ant  [ ] post  [✓] tender
- * [○] Red spots on palate
- [○] Strawberry tongue

multiple shoddy

**EARS**
- [○] Earache
- [○] Ear congestion
- [○] Drainage  * [ ] Bloody  * [ ] Purulent
- [ ] Decreased hearing
- [ ] Tinnitus  [ ] Severe
- [ ] Vertigo  [ ] Severe
- [ ] Itching ears
- [ ] Recent Rx:  [ ] OM  [ ] OE

- * [○] Tender mastoid
- * [○] Foreign body in ear
- [○] Canal inflamed  [ ] Furuncle  * [ ] Pointing
- [○] Canal obstruction  [ ] Wax  [ ] Pus  * [ ] Blood
- [○] Membrane inflamed/bulging/loss landmark
- [○] Membrane blue/retracted/air-fluid level
- * [○] Perforation of membrane
- [○] Old scarring of membrane

**NOSE & SINUS**
- [○] Runny/stuffy nose/sneezing
- [○] Itching/tearing eyes
- [○] Known allergy
- [ ] Chronic sinusitis Rx:
- [ ] Purulent/foul tasting/smelling discharge

- [○] Frontal or maxillary sinus tenderness
- [○] Blood in the nose
- [○] Swollen boggy nasal mucosa

**CHEST**
- [○] Cough  [ ] Productive of sputum
  - * [ ] Bloody  [ ] Purulent
- [ ] Chest pain  * [ ] Mod-severe
  - * [ ] Shortness of breath  * [ ] Wheezing

- * [○] Rales
- * [○] Wheezing:  [ ] Inspiration  [ ] Expiration
- * [○] Dullness to percussion
- [○] Costochondral tenderness/costotransverse

* Other: Also c̄ gen. myalgias

0 – negative   1 – mild   2 – moderate   3 – severe   Blank – not applicable   * – consult MD

**ASSESSMENT:**

Pharyngitis / Viral Syndrome

Name  Age  Sex  Sponsor's SSN   Telephone number

16  M

Austin Perry

0422

**PLAN:**
Meds: ① Pen V-k 250 mg qid x 10 days
② Sudafed ī Tid

Diagnostic studies: ③ Cepacol troches qid R

Instructions: CBC - mono - TC [ ] Pt Ed sheet
Force Fluids

Return: if no ↗

Cortico

MD          AMOSIST  9/30/05

091903

| TIME START | | **UPPER RESPIRATORY INFECTION /OTITIS** | TIME FINISH | |
|---|---|---|---|---|

CHIEF COMPLAINT AND DURATION:

® Ear Ache × 4 w_

* ☐ SPONTANEOUS RETURN

| SUBJECTIVE | OBJECTIVE |
|---|---|

**GENERAL**

- ☐ Malaise    Duration _____
- ☐ Fever    Duration _____
- ☐ Highest temp _____
- ☑ Headache
- ☐ Medication allergies:

* ☐ Pregnant female

* ☑ Patient appears severely ill
  T 98 l    P _____    R _____    BP _____
* ☐ Jaundice
  ☑ Abdominal exam
  * ☐ Spleen
  * ☐ Liver
* ☐ Skin rash (describe)

**THROAT & NECK**

- ☑ Sore throat    ☐ Painful swallowing
- ☐ Hoarseness    Duration _____
- ☐ Recent positive Strep culture
- ☐ Family exposure to Strep
- ☐ Past Hx of Rheumatic Fever
- ☐ Past Hx of Glomerulonephritis

* ☐ Meningismus (stiff neck)
  ☐ Tonsilopharyngeal inflammation
  ☐ Exudate on tonsils or pharynx
  ☐ Enlarged lymph nodes  ☐ ant  ☐ post  ☐ tender
* ☐ Red spots on palate
* ☐ Strawberry tongue

**EARS**

- ☑ Earache
- ☑ Ear congestion
- ☐ Drainage  * ☐ Bloody  * ☐ Purulent
- ☑ Decreased hearing
- ☑ Tinnitus  * ☐ Severe
- ☑ Vertigo  * ☐ Severe
- ☑ Itching ears
- ☑ Recent Rx:  ☐ OM  ☐ OE

* ☐ Tender mastoid
* ☐ Foreign body in ear
  ☐ Canal inflamed  ☐ Furuncle  * ☐ Pointing
  ☑ Canal obstruction  ☐ Wax  ☐ Pus  * ☐ Blood
  ☐ Membrane inflamed/bulging/loss landmark
  ☐ Membrane blue/retracted/air-fluid level
* ☐ Perforation of membrane
  ☐ Old scarring of membrane

**NOSE & SINUS**

- ☐ Runny/stuffy nose/sneezing
- ☐ Itching/tearing eyes
- ☑ Known allergy  _ears_
- ☐ Chronic sinusitis Rx:
- ☑ Purulent/foul tasting/smelling discharge

- ☑ Frontal or maxillary sinus tenderness
- ☐ Blood in the nose
- ☐ Swollen boggy nasal mucosa

**CHEST**

- ☑ Cough    ☐ Productive of sputum
- * ☐ Bloody  ☐ Purulent
- ☐ Chest pain  * ☐ Mod-severe
- * ☐ Shortness of breath  * ☐ Wheezing

* ☐ Rales
* ☐ Wheezing:  ☐ Inspiration  ☐ Expiration
* ☐ Dulness to percussion
  ☐ Costochondral tenderness/costotransverse

* Other: Smoke 1 pk/day / Pt often gets water in Ear when showing

| 0 – negative | 1 – mild | 2 – moderate | 3 – severe | Blank – not applicable | * – consult MD |
|---|---|---|---|---|---|

ASSESSMENT:

Otitis Externa

PLAN:
Meds: ① Cortisporin gtts iii QIDm_
☐☐☐ _lffertal Rxn_ × 5 days
Diagnostic studies: ② A.S.A. 1 tab QIP PRN
Instructions: ③ Don't use gtts iii ☐ Pt Ed sheet ☐
_treat_ ear × 5 days TID_
Return:  22 July 75

| Name  Age  Sex  Sponsor's SSN  Telephone number | |
|---|---|
| 016 3__ 36  04  22 | |

AUSTIN PERRY A
1959  H  AD  USA
E7 WILLIAM H

MD

AMOSIS7

Standard Form 507
Revised August 1949
Bureau of the Budget
Circular A-32

U.S. GOVERNMENT PRINTING OFFICE: 1971—FSS 7470-B/445-27

CLINICAL RECORD

Report on

# MEDICAL PROBLEM FLOW CHART

| PROB No. | DATE OF ONSET | ACTIVE PROBLEMS & MEDICATIONS | INACTIVE PROBLEMS | DATE RESOLV |
|---|---|---|---|---|
| | | ASD OD | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

AUSTIN PERRY A
391 90! 02 30432 04 22
AUSTIN WILLIAM N SFC

REGISTER NO.          WARD NO.

REPORT ON    MEDICAL PROBLEM FLOW CHART

Standard Form 507
507 101

OUTPATIENT COPY

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | US DARNALL ARMY HOSPITAL FORT HOOD TEXAS 76544 SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

DISCHARGE NOTE

DATE ADMITTED _____     DATE DISCHARGED _____

CAUSE OF ADMISSION

THERAPEUTIC/SURGICAL PROCEDURE

FINAL DIAGNOSIS

MEDICATION PRESCRIBED

RECOMMENDED FOLLOW-UP CARE

SIGNATURE OF PHYSICIAN

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)
AUSTIN TERRY A
391 90 02 30432 04 22
AUSTIN WILLIAM N  SFC
HHT 6 ACCB
USDAN FT HOOD TX  U/E
INPATIENT RECORDS  N
  MDA OP 33 a
20 Feb 75

| PATIENT'S NAME (Last, First, Middle initial) | | | | SEX |
|---|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |  |
| SPONSOR'S NAME | | | RANK/GRADE |  |
| SSAN OR IDENTIFICATION NO. | | ORGANIZATION | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101–11.809–3
600–104–01

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| | DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* | |

OUTPATIENT CLINIC

NOV 1 - 1974

DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS

PATIENT'S IDENTIFICATION *(Use this Space for Mechanical Imprint)*

01 30432 04 22

AUSTEN PERRY A
1959 M AD USA
E7 WILLIAM N

| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX M |
|---|---|---|---|
| AUSTIN, PERRY A. | | | |
| YEAR OF BIRTH 59 | RELATIONSHIP TO SPONSOR AD 15 | COMPONENT/STATUS AD | DEPART/SERV Crete |
| SPONSOR'S NAME William N. Austin | | | RANK/GRAD E-7 |
| SSAN OR IDENTIFICATION NO. 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 | | ORGANIZATION HHC 227 AV | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Standard Form 600  5 62
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

532-2265

51113-1  WACO CT. FT. HOOD. TX

# UPPER RESPIRATORY INFECTION /OTITIS

**START** 1540

**TIME** 1545

CHIEF COMPLAINT AND DURATION: Ear pain x Twk

* ☐ SPONTANEOUS RETURN

| SUBJECTIVE | OBJECTIVE |
|---|---|

**GENERAL**
- ☑ Malaise   Duration _____
- ☑ Fever   Duration _____
- Highest temp _____
- ☑ Headache
- ☑ Medication allergies:
- * ☑ Pregnant female

- * ☑ Patient appears severely ill
- T ___ P ___ R ___ BP ___
- * ☑ Jaundice
- ☐ Abdominal exam
  - * ☐ Spleen
  - * ☐ Liver
- * ☑ Skin rash (describe)

**THROAT & NECK**
- ☑ Sore throat   ☐ Painful swallowing
- ☑ Hoarseness   Duration _____
- ☐ Recent positive Strep culture
- ☐ Family exposure to Strep
- ☑ Past Hx of Rheumatic Fever
- ☑ Past Hx of Glomerulonephritis

- * ☑ Meningismus (stiff neck)
- ☑ Tonsilopharyngeal inflammation
- ☑ Exudate on tonsils or pharynx
- ☑ Enlarged lymph nodes   ☐ ant   ☐ post   ☐ tender
- * ☑ Red spots on palate
- * ☑ Strawberry tongue

**EARS**
- ☑ Earache
- ☑ Ear congestion
- ☑ Drainage   * ☐ Bloody   * ☐ Purulent
- ☐ Decreased hearing
- ☑ Tinnitus   ☐ Severe
- ☑ Vertigo   ☐ Severe
- ☐ Itching ears
- ☑ Recent Rx:   ☐ OM   ☐ OE

- * ☑ Tender mastoid
- ☑ Foreign body in ear
- ☑ Canal inflamed   ☐ Furuncle   * ☐ Pointing
- ☑ Canal obstruction   ☐ Wax   ☐ Pus   * ☐ Blood
- ☑ Membrane inflamed/bulging/loss landmark
- ☑ Membrane blue/retracted/air-fluid level
- * ☑ Perforation of membrane
- ☑ Old scarring of membrane

**NOSE & SINUS**
- ☑ Runny/stuffy nose/sneezing
- ☑ Itching/tearing eyes
- ☑ Known allergy
- ☑ Chronic sinusitis Rx:
- ☑ Purulent/foul tasting/smelling discharge

- ☑ Frontal or maxillary sinus tenderness
- ☑ Blood in the nose
- ☑ Swollen boggy nasal mucosa

**CHEST**
- ☑ Cough   ☐ Productive of sputum
- ☐ Bloody   ☐ Purulent
- ☑ Chest pain   * ☐ Mod-severe
- * ☐ Shortness of breath   * ☐ Wheezing

- * ☐ Rales
- * ☐ Wheezing:   ☐ Inspiration   ☐ Expiration
- * ☐ Dullness to percussion
- ☐ Costochondral tenderness/costotransverse

* Other:

0 – negative   1 – mild   2 – moderate   3 – severe   Blank – not applicable   * – consult MD

**ASSESSMENT:**

Otitis Media

Name  Age  Sex  Sponsor's SSN  Telephone number

15 0

Austin Perry

0422

**PLAN:**
Meds: Erythromycin 250 mg tabs ___

Diagnostic studies:

Instructions: fluids

Return:

R. Wpr ___

MD   AMOSIST   11/4/74

0422

## CLINICAL RECORD COVER SHEET *(For Plato Imprinting)*
For use of this form, see AR 40-400; the proponent agency is the Office of The Surgeon General.

| 1-28. PATIENT DATA | | LINE | LEGEND | ADMISSION REMARKS |
|---|---|---|---|---|
| | | 1 | REGISTER NUMBER-NAME-GRADE | |

391 901 AUSTIN PERRY A          DEP
M 15 CAU P           2230 24MAR75
02 304320422 SON-A-SFC      U/E DIS
HLT 6 ACCB           OCT76 NO
DIRECT
AUSTIN WILLIAM N/F       532 2269
51113-1 WACO CT FT HOOD TX 76544
USDAH FT HOOD TX       423482M5AA1
ASA OVERDOSE ACUTE       MED

LINE LEGEND:
1. REGISTER NUMBER-NAME-GRADE
2. SEX-AGE-RACE-RELIGION-LENGTH OF SVC-HOUR OF ADMISSION-DATE OF THIS ADMISSION
3. FMP-SSAN-ORGANIZATION/ AUTHORITY FOR ADMISSION-WARD-TYPE CASE
4. FLG STATUS-RATING/DSG-DEPT-BRANCH/CORPS-UIC-ETS-PREV ADMISSION
5. SOURCE OF ADMISSION-DATE OF INITIAL ADMISSION
6. NAME OF EMERGENCY ADDRESSEE-RELATIONSHIP
7. ADDRESS OF EMERGENCY ADDRESSEE-TELEPHONE NO
8. NAME AND LOCATION OF MEDICAL TREATMENT FACILITY-MEDICAL TREATMENT FACILITY CODE

ADMITTING OFFICER

| 29. SELECTED ADMINISTRATIVE DATA | 30. CLINIC SERVICE |
|---|---|
| | General Medicine |

**31. DISPOSITION**
Discharged from hospital

| 32. DATE OF DISPOSITION | 33. UNITS OF WHOLE BLOOD TRANSFUSED |
|---|---|
| 26 Mar 75 | |

**34. PHYSICAL PROFILE**

| TYPE | P | U | L | H | E | S | SUFF |
|---|---|---|---|---|---|---|---|
| PREVIOUS | | | | | | | |
| REVISED | | | | | | | |

*(Check ☐ if continued on reverse side)*

☐ PROFILE UNCHANGED

**35. CAUSE OF INJURY**

*(Check ☐ if continued on reverse side)*

**36. DIAGNOSES - OPERATIONS AND SPECIAL PROCEDURES**

1. Adolescent adjustment reaction in a mixed personality manifested by ASA overdose. SEVERITY: Severe. ACUTE. EXTERNAL PRECIPITATING STRESS: Severe. As manifested by school and family problems. PREMORBID PERSONALITY AND PREDISPOSITION: None. IMPAIRMENT: None.

HEALTH RECORD

011912

*(Check ☐ if continued on reverse side*

**37. DAYS DURATION THIS FACILITY**

| a. **2** TOTAL | b. **2** BED DAYS | c. ___ QUARTERS OR DISPENSARY | d. ___ LEAVE |
|---|---|---|---|

| SIGNATURE OF ATTENDING PHYSICIAN OR DENTIST | SIGNATURE OF REGISTRAR OR MEDICAL RECORDS OFFICER |
|---|---|
| STEPHEN JORDAN, MAJ MC | DARLOWEL INBERG, MAJ, MSC, CH, PAD |

DA FORM 3647-1 1 OCT 70 8-275-1, 1 JUN 67, 8-275-2, 1 APR 67 & 8-275-3, 1 FEB 66, WHICH ARE OBSOLETE.

PRIVACY ACT STATEMENT

HEALTH CARE RECORDS

AUTHORITY FOR COLLECTION OF INFORMATION INCLUDING SOCIAL SECURITY NUMBER:
Sections 133, 1071-1087, 3012, 5031, and 8012, Title 10, US Code
and Executive Order 9397.

PRINCIPAL PURPOSES FOR WHICH INFORMATION IS INTENDED TO BE USED:
The purpose for requesting personal information is to assist medical
personnel in developing records to facilitate and document your health
condition in order to provide you health care treatment and to provide
a complete account of such care rendered, including diagnosis, treat-
ment, and end result. The SSN is necessary to identify the person and
records.

ROUTINE USES:
This information may be used to plan and coordinate health care. It
may be used to provide medical treatment; conduct research; teach;
compile statistical data; determine suitability of persons for service
or assignments; implement preventive health and communicative disease
control programs; adjudicate claims and determine benefits; evaluate
care rendered; determine professional certification and hospital ac-
creditation; conduct authorized investigations; provide physical qualifi-
cations of patients to other federal, state and local agencies upon re-
quest in the pursuit of their official duties; and report medical con-
ditions required by law to federal, state and local agencies. It may
be used for other lawful purposes including law enforcement and liti-
gation.

WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL OF NOT
PROVIDING INFORMATION:

In the case of active duty military personnel, disclosure of requested
information is mandatory. In the case of all other personnel/beneficiaries,
disclosure of requested information is voluntary. If the information is
not furnished, optimum medical care may not be possible.

I understand that the foregoing one time privacy act statement will
apply to all requests for personal information made by medical treatment
personnel or for medical treatment purposes. I further understand that
a copy of this form which I have signed will be placed in my health care
records as evidence of this notification. I have received a copy of this
statement which I can retain, and I understand that I can receive addi-
tional copies of this statement from any Medical Treatment Facility upon
request.

3 c Aug 75
(Date)

(Signature-Patient or authorized sponsor
or guardian of patient)

DD Form 2005 (26 Sep 75)                011913

PATIENT'S LAST NAME-FIRST NAME-MIDDLE NAME

30433 04 22   532-2269

AUSTIN PERRY A
1759 M  AD  USA
17 WILLIAM N

*(Above space for mechanical imprinting, if used)*

| REGISTER NO. | WARD NO. |
|---|---|
| 0422 | AMIC |

| AGE | SEX | (Check one) |
|---|---|---|
| 60 | M | ☐ BEDSIDE, WHEELCHAIR OR STRETCHER   ☐ BED PATIENT   ☒ AMBULATORY |

EXAMINATION REQUESTED

PA & LAT CHEST

PERTINENT CLINICAL HISTORY, OPERATIONS, PHYSICAL FINDINGS, AND PROVISIONAL DIAGNOSIS

16 YR OLD or c/o persutant cough x 10 days . . . .
Non productive

| FILM NO. | DATE REQ | REQUESTED BY |
|---|---|---|
| | | Downing |

RADIOGRAPHIC REPORT

CHEST 21 OCTOBER 75:  There are the residua of old granulomatous disease.  There is r
acute infiltrate.

LESTER GOLDBERG, MAJ MC

SIGNATURE: (Specify location of laboratory if not part of requesting facility)

DATE OF REPORT:

*(NAME OF HOSPITAL OR OTHER MEDICAL FACILITY)*

Standard Form 519-A (Rev. Aug. 1954)
Promulgated by Bureau of the Budget
Circular A-32 (Rev.)
RADIOGRAPHIC REPORT
519-207

011914

Austin, Perry A
D/S E7 William
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
STS    532-2267

HEA/HC

SPECIMEN/LAB RPT. NO.

SEROLOGY

URGENCY
- ☐ ROUTINE
- ☐ TODAY
- ☐ PRE-OP
- ☐ STAT

PATIENT STATUS
- ☐ BED
- ☐ AMB.
- OUTPATIENT
  - ☐ NP
  - ☐ DOM.

SPECIMEN SOURCE
- ☐ BLOOD
- ☐ OTHER (Specify)

Enter in above space:   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE   Col Webb    REPORTED BY           MD   DATE   S Apr 76
TECH

REMARKS:                                                        LAB ID NO.

RPR  NON REA

GERALD R. NOE

| TEST(S) | DATE | SPECIMEN TAKEN TIME | AM PM | RESULTS | IN REQUESTED | | | VDRL QUAL | VDRL QUANT | FTA-ABS | TA | RA | ANTINUCLEAR FACTOR (ANT) | COLD AGG. | ASO | CRP | SERUM COMPLEMENT | FEBRILE AGG. | COMP. FIX. | HAI | SEROLOGY |

---

Austin, Perry A
D/S E7 William
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
STS    532-2269

MISC.

SPECIMEN LAB RPT. NO.

URGENCY
- ☐ ROUTINE
- ☐ TODAY
- ☐ PRE-OP
- ☐ STAT

PATIENT STATUS
- ☐ BED
- ☐ AMB.
- OUTPATIENT
  - ☐ NP
  - ☐ DOM.

SPECIMEN SOURCE (Specify)

Enter in above space   PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE   Col Webb  AG    REPORTED BY         MD   DATE    LAB. ID. NO.
TECH

REMARKS:

DAT GIVEN    5 APR 1976
DATE READ    7 Apr 76
RESULT  --------  Neg

| TEST(S) | DATE | SPECIMEN TAKEN TIME | AM PM | REQUESTED | RESULTS | MISCELLANEOUS |

011915

**CLINICAL RECORD COVER SHEET** *(For Plate Imprinting)*
For use of this form, see AR 40-400; the proponent agency is the Office of The Surgeon General.

| 1-28. PATIENT DATA | | ADMISSION REMARKS |
|---|---|---|

```
391 901 AUSTIN PERRY A          DEP
M 15 CAU P           2230 24MAR75
02 304320422 SON-A-SFC      U/E DIS
HLT 6 ACCB                  OCT76 NO
DIRECT
AUSTIN WILLIAM N/F        532 2269
51113-1 WACO CT FT HOOD TX 76544
USDAH FT HOOD TX       423482M5AA1
ASA OVERDOSE ACUTE             MED
```

LINE / LEGEND:
1 REGISTER NUMBER-NAME-GRADE
2 SEX-AGE-RACE-RELIGION-LENGTH OF SVC-HOUR OF ADMISSION-DATE OF THIS ADMISSION
3 FMP-SSAN-ORGANIZATION/AUTHORITY FOR ADMISSION-WARD-TYPE CASE
4 FLG STATUS-RATING/DSG-DEPT-BRANCH/CORPS-UIC-ETS-PREV ADMISSION
5 SOURCE OF ADMISSION-DATE OF INITIAL ADMISSION
6 NAME OF EMERGENCY ADDRESSEE-RELATIONSHIP
7 ADDRESS OF EMERGENCY ADDRESSEE-TELEPHONE NO.
8 NAME AND LOCATION OF MEDICAL TREATMENT FACILITY-MEDICAL TREATMENT FACILITY CODE

ADMITTING OFFICER

**29. SELECTED ADMINISTRATIVE DATA**

**30. CLINIC SERVICE** General Medicine

**31. DISPOSITION** Discharged from hospital

**32. DATE OF DISPOSITION** 26 Mar 75  **33. UNITS OF WHOLE BLOOD TRANSFUSED**

**34. PHYSICAL PROFILE**

| TYPE | P | U | L | H | E | S | SUFF |
|---|---|---|---|---|---|---|---|
| PREVIOUS | | | | | | | |
| REVISED | | | | | | | |

(Check ☐ if continued on reverse side)   ☐ PROFILE UNCHANGED

**35. CAUSE OF INJURY**

(Check ☐ if continued on reverse side)

**36. DIAGNOSES - OPERATIONS AND SPECIAL PROCEDURES**

1. Adolescent adjustment reaction in a mixed personality manifested by ASA overdose. SEVERITY: Severe. ACUTE. EXTERNAL PRECIPITATING STRESS: Severe. As manifested by school and family problems. PREMORBID PERSONALITY AND PREDISPOSITION: None. IMPAIRMENT: None.

jw

(Check ☐ if continued on reverse side)

**37. DAYS DURATION THIS FACILITY**  a. 2 TOTAL  b. 2 BED DAYS  c.  QUARTERS OR DISPENSARY  LEAVE

SIGNATURE OF ATTENDING PHYSICIAN OR DENTIST s/ STEPHEN JORDAN, MAJ, MC

SIGNATURE OF REGISTRAR OR MEDICAL RECORDS OFFICER CARLSON E. LINBERG, MAJ, MSC, CH, PAD

DA FORM 3647-1

WORK COPY - MEDICAL/PEDIATRICS

## CLINICAL RECORD COVER SHEET   ( Plate Imprinting)

391 901 AUSTIN PERRY A          DEP
M 15 CAU P              2230 24MAR75
02 304320422 SON-A-SFC      U/E DIS
HLT 6 ACCB              OCT76 NO
DIRECT
AUSTIN WILLIAM N/F       532 2269
51113-1 WACO CT FT HOOD TX 76544
USDAH FT HOOD TX        423482M5AA1
ASA OVERDOSE ACUTE              MED

CLINIC SERVICE
MEDICAL/PEDIATRICS

31. DISPOSITION

26 Mar

PHYSICAL PROFILE

| TYPE | P | U | L | H | E | S | SUPP |
|------|---|---|---|---|---|---|------|
| PREVIOUS | | | | | | | |
| REVISED | | | | | | | |

PROFILE UNCHANGED

CAUSE OF INJURY:

LINE OF DUTY:

## 30. DIAGNOSES - OPERATIONS AND SPECIAL PROCEDURES
## LIST ALL DIAGNOSES NUMERICALLY IN ORDER OF IMPORTANCE:

| | | | |
|---|---|---|---|
| Acute upper respiratory infection | 4650 | Hepatitis, acute | |
| Alcoholism | 3039 | Hepatitis, infective | 0709 |
| Anemia | 2859 | He | |
| Arteriosclerosis, cerebral | 4370 | Hyl1. SEVERITY: | |
| Arteriosclerosis, generalized | 4409 | Hyl  Mild, Moderate, (Severe) | |
| Arthritis, rheumatoid | 7123 | Imj | |
| Asthma w/acute bronchitis | 4900 | 2. CHRONIC OR (ACUTE) | |
| Battered child syndrome NEC | 9960 | In | |
| Bronchitis, chronic | 4910 | In3. EXTERNAL PRECIPITATING STRESS: | |
| Bronchitis, unqualified | 4900 | In (Severe) Moderate, Minimal, or | |
| Cardiac arrest | 4272 | Ma  Undetermined. AS MANIFESTED | |
| Cellulitis & abscess with | 6820 | Ma  BY school & family prob | |
| lymphangitis | | Me | |
| Chickenpox | 0520 | Mul4. PREMORBID PERSONALITY AND | |
| Cholelithiasis | 5740 | Ob  PREDISPOSITION: | |
| Cirrhosis of liver | 5719 | Pn (None) Mild, Moderate, Severe | |
| Cirrhosis of liver w/alcoholism | 5710 | Pn | |
| Cold, common | 4600 | Po | |
| Colitis, ulcerative | 5631 | Pu5. IMPAIRMENT: | |
| Concussion (commotion) brain | 8500 | Ru (None) Minimal, Moderate, Marke | |
| Croup, bronchial | 4660 | St | |
| Diabetes mellitus | 2509 | Thrombophlebitis | 451 |
| Drowning | 9941 | Ulcer, duodenal | 5320 |
| Drunkenness, simple | 7132 | Varicose veins, lower extrem. | 454 |
| Emphysema of lung | 4920 | 307 Adolescent adjustment reaction | |
| Failure, congestive heart | 4270 | in a mixed personality manif- | |
| Fever of undetermined origin | 7886 | by RSA Dridl | |
| Flu-like syndrome | 4650 | | |
| Gastroenteritis | 5610 | | |
| Gout | 2740 | | |
| Hemorrhoids | 4550 | | |

(Check ☐ if continued on reverse)

| 37. DAYS DURATION THIS FACILITY | | | | | |
|---|---|---|---|---|---|
| a.   2   TOTAL | b.   BED DAYS | c.   QUARTERS OR DISPENSARY | d.   LEAVE |

SIGNATURE OF ATTENDING PHYSICIAN OR DENTIST

SIGNATURE OF REGISTRAR OR MEDICAL RECORDS OFFICER

FH FORM 18 JAN 71 828d

Standard Form 539
Rev. August 1973
GSA FPMR 101-11.8

| MEDICAL RECORD | ABBREVIATED MEDICAL RECORD |

PERTINENT HISTORY CHIEF COMPLAINT, AND CONDITION ON ADMISSION (Enter date of admission)

60m
24MAR77

1 YO M who was sent to the ER for TX of
acute salicylate overdose — evidently started
prior to ER arrival — c̄ Diller; pt refuses
to give Hx of how many ASA he took; mother
Ipecac c̄
vomited
c̄ ER
Gave PRMHx is neg;    B allergic;
Hx of being "purging" — gone last week
— c̄a
Coven
come home tonight c̄ reported ASA overdose

Ⓞ Salicylate level = 51% @ 9⁴⁵ pm — ER;

Eyes = PERLO; non-icterus;
Chest = clear;
CV = NSR s̄ ⊕, gallops, or rubs;
Abd = soft & nontender;

* Minor clearance signed by father — parents of
Situation discussed c̄ Police

See SF 509...

| SIGNATURE OF PHYSICIAN | DATE 24MAR | IDENTIFICATION NO. | ORGANIZATION |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name — last, first, middle; grade; date; hospital or medical facility)  |  REGISTER NO.  |  WARD NO.

AUSTIN PERRY A
39  80  02  1043204  22
AUSTIN WILLIAM N   SFC
HHT A ACCB
USDAH FT HOOD TX   U/S

ABBREVIATED MEDICAL RECORD
Standard Form 539
539-104

Standard Form 507
Revised August 1954
Bureau of the Budget
Circular A-22

U.S. GOVERNMENT PRINTING OFFICE: 1971-FSS 7470-0/446-277

| CLINICAL RECORD | Report on MEDICAL PROBLEM FLOW CHAR |
|---|---|

| PROB No. | DATE OF ONSET | ACTIVE PROBLEMS & MEDICATIONS | INACTIVE PROBLEMS | DATE RESOLV. |
|---|---|---|---|---|
| | | ASA OD | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle grade; date; hospital or medical facility) | REGISTER NO. | WARD NO.

AUSTIN PERRY A
391 901 02 30432 04 22
AUSTIN WILLIAM N  SFC
HHT & ACCB
USDNH FT HOOD TX   U/E

REPORT ON   MEDICAL PROBLEM FLOW CHART

Standard Form 507
507-103

INPATIENT COPY

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (*Sign each entry*) |

US DARNALL ARMY HOSPITAL, FORT HOOD, TEXAS 76544

DISCHARGE NOTE

DATE ADMITTED  24 MAR 77     DATE DISCHARGED  26 MAR 77

CAUSE OF ADMISSION   ASA OD

THERAPEUTIC/SURGICAL PROCEDURE

FINAL DIAGNOSIS   *none*

MEDICATION PRESCRIBED   *none*

RECOMMENDED FOLLOW-UP CARE   F/up as per Psych & SWS + PRN

SIGNATURE OF PHYSICIAN

PATIENT'S IDENTIFICATION (*Use this Space for Mechanical Imprint*)

Austin Perry A.
391 90 02 30432042
Austin William M. Sfc

| PATIENT'S NAME (*Last, First, Middle initial*) | | | SEX |
|---|---|---|---|
| YEAR OF BIRTH | RELATIONSHIP TO SPONSOR | COMPONENT/STATUS | DEPART/SERVICE |
| SPONSOR'S NAME | | | RANK/GRADE |
| | | MDA OP 33 | |
| SSAN OR IDENTIFICATION NO. | 20 Feb | ORGANIZATION | |

CHRONOLOGICAL RECORD OF MEDICAL CARE

Standard Form 509
September 1971
General Services Administration and
Interagency Comm. on Medical Records
FPMR 101-11.809-3
600-104-01

| CLINICAL RECORD | DOCTOR'S PROGRESS NOTES |
| | (Sign all notes) |

DATE

25 Mar. ʔ #1 — DSⱭ OD

(S) *[handwritten clinical notes, illegible]*

(O) *[handwritten clinical notes, illegible]*

*[handwritten clinical notes, illegible]*

*[handwritten clinical notes, illegible]*

(Continue on reverse side)

| PATIENT'S IDENTIFICATION (For typed or written entries give. Name—last, first, middle; grade; date; hospital or medical facility) | REGISTER NO. | WARD NO. |

AUSTIN PERRY A
391 90 02 30432 04
AUSTIN WILLIAM N SFC
HHT 6 ACCB
USDAH F HOOD T    U/E        011921
INPATIENT RECORDS M

DOCTOR'S PROGRESS NOTES
Standard Form 509
May 1969 ; Rev 1
General Services Admin. &
Inc Agency Comm on Med. Records
509—107

| | CLINICAL RECORD | | | | DOCTOR'S PROGRESS NOTES (Sign all notes) |
|---|---|---|---|---|---|

| DATE/TIME | B/P | T | P | R | |
|---|---|---|---|---|---|
| 2300 | 104/60 | 98⁹ | 94 | 18 | |

Pt Admitted from Ed. via stretcher c̄ IV of D5W 1000 cc Bag
infusing in R lower fore arm c̄ via 20 gauge Medi cut.
TPR 48⁹-94-18 BP 104/60 skin color fair warmth fair CBC UA Lytes
and BS drawn in ED. Pt does not appear in distress and has
complaints P. sodium no rhies. S/S Jamie Howell 91C ———

| 2400 | | | | | |
| 0100 | | | | | |
| 0200 | 102/60 | 98² | 88 | 20 | |

Blood to lab for Bl. sugar; Lytes + Salicylat
level — Louise Robinson RN

| 0300 | | | | | |
| 0400 | | | | | |
| 0500 | | | | | |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade, date, hospital or medical facility)

AUSTIN PERRY A
391 90 02 30432 04 22
AUSTIN WILLIAM N SFC
HHT 6 ACCB
USDAH FT HOOD TX U/E
INPATIENT RECORDS M

| REGISTER NO. | WARD NO. |
|---|---|
| | CCU |

511922

DOCTOR'S PROGRESS NOTES
Standard Form 509
Mar 1969 (Rev.)
General Services Admin. &
Int. Agency Comm. on Med. Records
509-107



Standard Form 511
Rev. August 1956
Bureau of the Budget
Circular A—32

◊ GPO : 1971 O – 415–460

# CLINICAL RECORD

## TEMPERATURE—PULSE—RESPIRATION
### FAHRENHEIT

| HOSPITAL DAY | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|

RESPIRATION RECORD: 8 28 24 18 8 16 16

BLOOD PRESSURE

HEIGHT → WEIGHT →

INTAKE P
IV
TOTAL
OUTPUT BM
UA
ENEMAS
NG
TOTAL

Record special data only where so ordered

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

AUSTIN PERRY A
391 90 02 30432 04 22
AUSTIN WILLIAM N SFC
HHT 6 ACCB
USDAH FT HOOD TX    U/E
INPATIENT RECORDS  M

011923

REGISTER NO.          WARD NO.

TEMPERATURE—PULSE—RESPIRATION
FAHRENHEIT
Standard Form 511
511-108-02

Standard Form 513
Rev. August 1964
Bureau of the Budget
Circular A—32

## CLINICAL RECORD

## CONSULTATION SHEET

### REQUEST

| TO: N. P. | FROM: (Requesting ward, unit, or activity) CCU | DATE OF REQUEST 25 Mar. 75 |

REASON FOR REQUEST (Complaints and findings)

15 year old — O.D. ⊥ ASA

Pleas see Today + clear w/ P/C tomo

_[signature]_

PROVISIONAL DIAGNOSIS

OD – ASA

6:00 Am
Today plea

| DOCTOR'S SIGNATURE Dr. Jordon / P Robinson R.d. | APPROVED | PLACE OF CONSULTATION ☒ BEDSIDE ☐ ON CALL | ☒ EMERGENCY ☐ ROUTINE |

### CONSULTATION REPORT

Imp: Adolescent Adjustment Reaction
in mixed personality disorder

Disp: discharge c̄ instructions to Parents
to seek family counselling @ Bell Co. m⊙m R

Hx: Pt c̄ OD ASA says he didn't try to
kill himself. He is angry hostile + uncooperative
⊙ sqn psychosis, severe depression. I think
he could benefit from fam Rx. I would ask
that he whatever steps are necessary by parents
to keep him in the home + school be taken

_(Continued on reverse side)_

| SIGNATURE AND TITLE _[signature]_ W. Michael Allen, MD | DATE 25 Mar 75 | IDENTIFICATION NO. | ORGANIZATION |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| | REGISTER NO. | WARD NO. CCU |

AUSTIN PERRY A
391 90 02 39432 04 22
AUSTIN WILLIAM N  SFC
HHT 6 ACCB
USDAH FT HOOD TX   U/E
INPATIENT RECORDS  N

CONSULTATION SHEET
Standard Form 513
513—104—03

011924

* UNITED STATES GOVERNMENT PRINTING OFFICE: 1972—454-766

| CLINICAL RECORD | AUTHORIZATION FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |

A. IDENTIFICATION

| 1. NAME OF MEDICAL FACILITY | 2. DATE | 3 TIME |
| | | A.M. P.M. |

| 4. NAME OF PATIENT | 5. OPERATION OR PROCEDURE |
| Austin, Perry | Minor Clearance — USYO |

B. STATEMENT OF CONSENT

1. The nature and purpose of the operation and anesthesia, the risks involved, and the possibility of complications have been explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

2. I consent to the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the medical staff of the above-named medical facility, during the course of the above-named operation or procedure.

3. I consent to the administration of such anesthesia as may be considered necessary or advisable in the judgment of the medical staff of the above-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: _____
(If "none", so state)

5. I consent to the disposal by authorities of the above-named medical facility of any tissues or parts which it may be necessary to remove.

6. For the purpose of advancing medical knowledge, I consent to the admittance of medical students and other observers, in accordance with ordinary practices of this medical facility, to the use of closed-circuit television, the taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material, and I also consent to the use of such photographs and other materials for scientific purposes.

(Cross out any parts above which are not appropriate)

| C. AUTHORIZING SIGNATURES | (Appropriate items in Parts A and B must be completed before signing) |

1. a. PATIENT (If patient cannot sign, state reason and provide for completion of b.)

b. PERSON AUTHORIZED TO SIGN FOR PATIENT (If not applicable, so state.)

_William M. Austin_    FATHER
Signature

_JM Geder, MD_

_____
Signature

_____
Address

AUTHORITY TO CONSENT _____

2. WITNESS  _Elizabeth Woods RN_

_____
Signature

_51113-1 Waco Ct. Ft. Hood_
Address

| PATIENTS IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; name; hospital or medical facility) | REGISTER NO. | WARD NO. |

```
AUS ...
391 90  02 30432 04 22
AUSTIN WILLIAM N   SFC
HHT 6 ACCB
USDAH FT HOOD TX       U/E
INPATIENT RECORDS   :A
```

STANDARD FORM 522
March 1969 (Rev.)
General Services Administration &
Interagency Comm. on Medical Records
FPMR 101-11.809-3
522-106

011925

U.S. GOVERNMENT PRINTING OFFICE 1968—340—855 (13—7)

| CLINICAL RECORD | AUTHORIZATION FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

**A** IDENTIFICATION

| 1 NAME OF MEDICAL FACILITY | 2 DATE | 3 TIME | A.M. / P.M. |
|---|---|---|---|
| US DARNALL ARMY HOSPITAL FORT HOOD, TEXAS 76544 | 24 March 75 | 2300 | |

| 4. NAME OF PATIENT | 5. OPERATION OR PROCEDURE |
|---|---|
| Austin Perry A 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 | Arterial Blood Gas |

**B** STATEMENT OF CONSENT ("X" APPLICABLE BOX(ES))

1. ☐ The nature and purpose of the operation and anesthesia, the risks involved, and the possibility of complications have been explained to me. I acknowledge that no guarantee or assurance has been made as to the results that may be obtained.

2. ☐ I consent to the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the medical staff of the above-named medical facility, during the course of the above-named operation or procedure.

3. ☐ I consent to the administration of such anesthesia as may be considered necessary or advisable in the judgment of the medical staff of the above-named medical facility.

4. ☐ Exceptions to surgery or anesthesia, if any, are: _____
(If "none", so state)

5. ☐ I consent to the disposal of any tissues or parts which it may be necessary to remove by authorities of the above-mentioned facility.

6. ☐ For the purpose of advancing medical knowledge, I consent to the admittance of medical students and other observers, in accordance with ordinary practices of this medical facility, to the use of closed-circuit television, the taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material, and I also consent to the use of such photographs and other materials for scientific purposes.

AUTHORIZING SIGNATURES

1 a PATIENT (If patient cannot sign, state reason and provide for completion of b.)

b PERSON AUTHORIZED TO SIGN FOR PATIENT (If not applicable, so state.)

**Patient and/or Consenting Individual has been Counseled under Provisions of Para 5e, AR 40-3**

_____ MC/DC

AUTHORITY TO CONSENT   Father

2. WITNESS   _____ Sp4/MC

_____ William N. Austin
Signature

_____
Signature

_____
Address

_____
Signature

_____
Address

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

| | REGISTER NO. | WARD NO. |
|---|---|---|
| AUSTIN PERRY A 39: 90 02 30432 04 22 AUSTIN WILLIAM N SFC HHT 6 ACCB USDAH FT HOOD TX U/E INPATIENT RECORDS M | | |

STANDARD FORM 522
June 1968 (Revised)
General Services Administration &
Interagency Comm on Medical Records
FPMR 101—11.809—3
522—105

011925

| DATE | 7 | DATE | 8 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

INSTRUCTIONS:
1. This form overrides doctor's orders DD Form 728.
2. Patient's name must be inserted under columns (1) and (5) for microfilming identification.

3. Fold on this scoring and crease firmly.

DD FORM 1 APR 55 640 REPLACES DD FORM 640 1 MAY 52, WHICH MAY BE USED

* U.S. GOVERNMENT PRINTING OFFICE

## NURSING NOTES

4. Fold back on this scoring and crease firmly.

| DATE | 1 | DATE | 2 |
|---|---|---|---|
| | | | 2300 cont'd from Dx ASA Overdose Patient |
| | | | Placed on Monitor Dr Jordan Notified — |
| 24 May 2300 | NAME Austin, Peggy T 2300 | | SP5 James Rowells 91C |
| | AGE 15 BED 1 | | |
| | HGT WT 104/60 | | for further Nursing notes see SF509 cont |
| | TPR 98[2] 99-18 | 25 May | 0915 transfer to NU-E in good |
| | ALLERGIES Cats HOME | | condition & per Dr Jordan's order |
| | TEL NO CO | | — SP/4 Michael P. Perry 91C |
| | HEALTH RECORDS YES NO DISP | | 1300 — IV discontinued |
| | Pt admitted to CC via Stretcher c IV of | | Dorothy M. [illegible] |
| | D5W in (L) lower forearm via 20 guage | 26 Mar | 1000 discharged to home in |
| | medicut. TPR 98[9] 94-18 BP 104/60 Skin | | care of father |
| | color fair warmth fair. CBC UA lytes | | |
| | and BS drawn in ER, when Pt was admitted | | Margaret Banell Maj ANC |

NAME REGISTER NUMBER

391 90 03 30433 04

AUSTIN WILLIAM N SFC

HHT 6 ACCB

USDAH FT HOOD TX U/E

THIS SIDE UP WHEN PLACING IN CLINICAL RECORDS FOLDER.

MICROFILM THIS SIDE FIRST

USE IMPRINT FROM ADDRESS PLATE OR MIMEOGRAPH.

AUSTIN WILLIAM N  SFC
HHT 6 ACCB
USDAH FT HOOD TX    U/E
INPATIENT RECORDS    M

MAJ MARGARET K BARRELLE  RN ANC
1LT SUZANNE M CARR       RN ANC
1LT JOHN ROBINSON        RN ANC
MRS GRACE RHODUS         RN
MRS MAXINE HAMILTON      RN
MRS ELAINE NETTLES       RN
MRS GRIFFIN DOROTHY      RN
MRS SUZANNE HUTSON       RN

MS  MARIE SVETLIK        LVN
LNK LILA S KNOX          LVN
SB  SUZANNE BECK         LVN
JGF JAMES G FOWLDS       91C 20
JCN JOHN C NORDQUIST     91C 20
PLW PATRICIA L WAGNER    LPN
KWP KENNETH W PEEL       91C 40

| DOCTOR'S ORDERS | | (D) DAY, (E) EVENING, (N) NIGHT | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DOCTOR'S INITIALS | DATE 24 | | 25 | | 26 | | 27 | | 28 | | 29 | |
| ORIGINAL ORDERS SIGNED BY DOCTOR. WHEN COPIED, NURSE SIGNS DOCTOR'S AND OWN NAME. | | SHIFT | | SHIFT | | SHIFT | | SHIFT | | SHIFT | | SHIFT | |
| | | D E | N | D E | N | D E | N | D E | N | D E | N | D E | N |

DD FORM 728 (1 JUL 53)  REPLACES DD FORM 639, 1 MAY 52; DD FORM 641, 1 MAY 52; AND DD FORM 642, 1 MAY 52, WHICH ARE OBSOLETE.

```
THIS SIDE UP WHEN PLACING IN CLINICAL RECORDS FOLDER.

MICROFILM THIS SIDE FIRST
```

USE IMPRINT FROM ADDRESS PLATE OR MIMEOGRAPH.

DS DONNA SMOLEN 1LT A.C. ™  DS
KV KAREN WING 1LT A.C. ™
BT BETTY TERRY 2LT A.C.
SR SUSIE ROSE RN
SM SIGRID MALHOSKY RN
LR LOUISE ROBINSON RN
RB RUTH BOSCHEE RN

COM CARLTON O MC SP6 KM
PS PHILLIP SOUCY SP
KS KIM SCHRADER SP4 91C
KG KAREN GLAZENER SP4 91C
MP MICHAEL PERRY SP4 91C
RH ROGER HALL SP4 91C

```
AUSTIN PERRY J
39. 90   02 12032 04
AUSTIN WILLIAM R  SFC
HHT 6 ACCB
USDAH FT HOOD TX   U/E
INPATIENT RECORDS   M
```

# 2

MAR (D) DAY, (E) EVENING, (N) NIGHT

| YEAR 19 75 | DOCTOR'S ORDERS | DATE DISC. | DATE 25 | | 26 | | 27 | | 28 | | 2° | | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORIGINAL ORDERS SIGNED BY DOCTOR. WHEN COPIED, NURSE SIGNS DOCTOR'S AND OWN NAME. | DOCTOR'S INITIALS | SHIFT | | SHIFT | | SHIFT | | SHIFT | | SHIFT | | SHIFT | |
| | | | D | E N | D E | N | D E | N | D E | N | D E | N | D E | N |
| 25 Mar 75 | (1) Transfer TO WARD C; 0815/DS | | | | | | | | | | | | | |
| 7 34 | (2) Ad-mits folyalto P D 0815/ | | | | | | | | | | | | | |
| | (3) Reg Diet; lop ad lit; 0815/MP | | | | | | | | | | | | | |
| | (4) Suicide precautions; 0815/MP | | | | | | | | | | | | | |
| | (5) US q 4 hrs; 0815/MP | | | | | | | | | | | | | |
| | (6) Psych consult; 0815/MP | | | | | | | | | | | | | |
| | (7) Lytes at 1 pm - stat; 0815/MP | | | | | | | | | | | | | |
| | (8) Hct at 1 pm stat; 0815/MP | | | | | | | | | | | | | |
| | (9) D/C I+O; 0815/MP | | | | | | | | | | | | | |
| | (10) D/C IV after present bottle 0815 | | | | | | | | | | | | | |

**DD** FORM 728  REPLACES DD FORM 639, 641, 1 MAY 52; AND DD FORM 642, 1 MAY 52.
1 JUL 63  WHICH ARE OBSOLETE.  GOVMT. CONTRACT NO. DAHC31-72-D-0011-0001

## PATIENT ADMISSION INFORMATION
For use of this form, see AR 40-400; the proponent agency is the office of The Surgeon General.

| PLATE LINE | 1. REGISTER NUMBER | 2. NAME (Last, first, middle initial) | 3. GRADE |
|---|---|---|---|
| 1 | 391 901 | AUSTIN PERRY A | DEP |

| | 4. SEX | 5. AGE | 6. RACE | 7. RELIGION |
|---|---|---|---|---|
| 2 | M | 15 | CAU | PROT |

| | 8. LENGTH OF SERVICE | 9. HOUR OF ADMISSION | 10. DATE OF THIS ADMISSION |
|---|---|---|---|
| | | 2230 | 24 MAR 75 |

| | 11. FMP | 12. SOCIAL SECURITY ACCOUNT NUMBER | 13. ORGANIZATION/AUTHORITY FOR ADMISSION |
|---|---|---|---|
| 3 | 02 | 304 32 0422 | SGN-A-SFC HHT 6 ACCB |

| | 14. WARD | 15. TYPE CASE |
|---|---|---|
| | CCU | D |

| | 16. FLYING STATUS | 17. RATING/DESIGNATION | 18. DEPARTMENT | 19. BRANCH/CORPS |
|---|---|---|---|---|
| 4 | ☐ YES ☐ NO | | | |

| | 20. UNIT IDENTIFICATION CODE | 21. EXPIRATION TERM OF SERVICE | 22. PREVIOUS ADMISSION |
|---|---|---|---|
| | | OCT 76 | ____ YR ☑ NO |

| | 23. SOURCE OF ADMISSION | 24. DATE OF INITIAL ADMISSION |
|---|---|---|
| 5 | DIRECT | |

| | 25. NAME OF EMERGENCY ADDRESSEE (Include ZIP Code) | RELATIONSHIP |
|---|---|---|
| 6 | AUSTIN WILLIAM N | F |

| | 26. ADDRESS OF EMERGENCY ADDRESSEE | TELEPHONE NUMBER |
|---|---|---|
| 7 | 51113-1 WACO CT FHT | 532-226 |

| | 27. NAME AND LOCATION OF MEDICAL TREATMENT FACILITY | 28. MEDICAL TREATMENT FACILITY CODE |
|---|---|---|
| 8 | | |

FOR LOCAL USE

### HOSPITAL ADMISSION ORDER

Admit to the service indicated:

~~Medical~~ Surgical Urology OB GYN EENT Ortho Dental Newborn Psychiatry
CCU

Code Number _____

Diagnosis: ASA overdose - Mild

Instructions: The Hospital Admission Order and items 2, 10, & 14 above will be completed by the physician or clinic personnel for every admission, including quarters. It must be signed by a Medical Officer only. It is to be presented to the Admissions Branch as authority for admission.

| SIGNATURE OF ADMITTING CLERK | ADMITTING OFFICER |
|---|---|
| 011933 | |

DA FORM 2985
OCT 70

EDITION OF 1 NOV 66 IS OBSOLETE.

AUSTIN PERRY A
391 901 02 30432 04 22
AUSTIN WILLIAM N   SFC
HH1 5 ACCB
USCAH FT HOOD TX
INPATIENT RECORDS   N

## CLINICAL RECORD CHECK

**(Please see reverse for instructions for completion of Clinical Record)**

| REGISTER NUMBER | *This checklist is to be completed by the attending physician. The following procedures relative to this record have been completed:* | | |
|---|---|---|---|

| | YES | NO |
|---|---|---|
| 1.   Cover Sheet completed in accordance with AR 40-400.  Diagnoses and surgical procedures are in agreement with ICDA, Vol 1 and 2.  Correct entries made for  ☐ Diagnoses previously recorded   ☐ Line of Duty ☐ Blood transfusions   ☐ Disposition of patient ☐ Profile | ✓ | |
| 2.  Narrative summary  ☐ Dictated   ☐ Filed in record ☑ Abbreviated Clinical Record (SF 539)   ☐ Prenatal and Pregnancy ☐ Labor (SF 534)   ☐ NB (SF 535) Signed by Obstetrician | N | |
| 3.   History – Part I (SF 504) and History – Parts II and III (SF 505) Physical (SF 506) completed to include Review of Vital Signs and signed by examining physician. | | |
| 4.   Progress Notes (SF 509) adequate (to include discharge note) and signed by the attending physician. | ✓ | |
| 5.   Consultation Sheet (SF 513) signed by consultant and initialed by requesting physician. | ✓ | |
| 6.   Lab Reports (SF 514) initialed and filed in record. | ✓ | |
| 7.   Tissue Examination/Pathology Report (SF 515) signed and filed in record. | | |
| 8.   Operation Report (SF 516)   ☐ dictated   ☐ filed in record. | | |
| 9.   Anesthesia Record (SF 517) completed and filed in record. | | |
| 10.   Blood Transfusion (SF 518) | | |
| 11.   X-ray Report (SF 519) initialed and filed in record. | | |
| 12.   Authorization for Surgical Procedure (SF 522) signed by patient and witness. | | |
| 13.   Pediatric Nursing Notes (SF 536). | | |
| 14.   Nursing Notes (DD 640) completed, including notation of discharge from hospital. | ✓ | |
| 15.   All Doctor's Orders (DD 728), including orders copied by nurse, signed by physician. | ✓ | |

| AUDITED BY | DATE |
|---|---|
| DARLOW L INBERG MAJ MSC CH PATIENT ADMIN DIV | 31 Mar 66 |
| REGISTRAR | DEPUTY REGISTRAR |

| REVIEWED BY | DATE |
|---|---|
| | |
| CHIEF OF SERVICE | |

FH FORM 1387
12 MAY 71

· 011931