

# ATTORNEY GENERAL OF TEXAS

### GREG ABBOTT

April 26, 2007

Richard Bourke
Attorney at Law
636 Baronne St
New Orleans, LA 70113

Re:   *Perry Allen Austin v. Nathaniel Quarterman*
      Case No. H-04-2387

Dear Mr. Bourke:

Enclosed please find a copy of subpoenas requesting documents issued in the above-styled case. It has recently come to my attention that you were not provided with a copy of these subpoenas at the time that they were issued. I regret and apologize for any inconvenience that this inadvertent oversight may have caused.

Sincerely,

*[signature]*

GEORGETTE P. ODEN
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1400

GPO/ga
Enclosure