UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PERRY ALLEN AUSTIN**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | No. 04-CV-2387 |
| **NATHANIEL QUARTERMAN**, | § | **DEATH PENALTY** |
| Director, Texas Department of | § | Hon. Kenneth M. Hoyt |
| Criminal Justice, Correctional Institutions | § | |
| Division, | § | |
| Respondent. | § | |

## ADVISORY

This is a federal habeas corpus proceeding in which petitioner Perry Allen Austin ("Austin"), a Texas death row inmate, attacks his capital murder conviction and sentence of death pursuant to 28 U.S.C. § 2254.

In compliance with the order of this Court dated July 25, 2007, the undersigned hereby submits a copy of all subpoena returns received before the subpoena was withdrawn. All mail received pursuant to the subpoena is included. A paper courtesy copy will be provided to the Court, and a copy was provided to opposing counsel as well. In the future, the undersigned will obtain copies of Petitioner's mail through the normal channels of prison procedure.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

ERIC J.R. NICHOLS
Deputy Attorney General for
Criminal Justice

        GENA BUNN
        Assistant Attorney General
        Chief, Postconviction Litigation Division

        /s/ Georgette P. Oden
        **GEORGETTE P. ODEN** *
\*Attorney-in-charge        Assistant Attorney General
        Texas State Bar No. 24029752
        Southern District Bar No. 567757

        Office of the Attorney General
        Postconviction Litigation Division
        P.O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 936-1400
        (512) 320-8132 (Fax)

        ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, Georgette Oden, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing **Advisory** has been served by emailing it today, August 1, 2007, addressed to:

Richard Bourke, rbourke@thejusticecenter.org

Counsel for Petitioner

        /s/ Georgette P. Oden
        **GEORGETTE P. ODEN** *
        Assistant Attorney General
        *Attorney-in-Charge