Exhibit 110 :     <u>Affidavit of Karen Wilson, October 21, 2009</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| **PERRY ALLEN AUSTIN,** | § | | |
| **Petitioner,** | § | | |
| | § | | |
| -VS | § | **NO.** | **04-CV-2387** |
| | § | | |
| **NATHANIEL QUATERMAN, Director,** | § | | |
| **Texas Department of Criminal Justice,** | § | | |
| **Institutional Division,** | § | | |
| | § | | |
| **Respondent.** | § | | |

---

### AFFIDAVIT OF KAREN WILSON

BEFORE ME, the undersigned authority, on this day personally appeared Karen Wilson, who being duly sworn stated as follows:

1. My name is Karen Wilson. I am over 18 years of age, of sound mind, competent to make this affidavit, and personally acquainted with the facts stated herein.

2. I am providing this statement to Christine Lehmann, habeas counsel for Perry Austin, at her request.

3. I am a Licensed Professional Counselor. From 2001 through 2003, during the period that Perry Allen Austin was housed in the Harris County Jail prior to, during and following his trial, I was employed as a counselor at the Harris County Jail.

4. I saw Perry Austin frequently over a period of approximately a year and a half, from October of 2001 through June of 2003. I remember him well. I saw him more frequently than most inmates because the doctors and I felt it was a case that merited extensive follow up.

5. The doctors with whom I worked diagnosed Mr. Austin as suffering from depressive disorder and prescribed an anti-depressant, Remeron. My job was to counsel him one-on-one to help him cope with his symptoms.

021252

1

6. Initially, Mr. Austin was quite resistant to mental health services or treatment. He refused services and denied any mental illness. He offered very limited information about himself. He did eventually tell me, however, about earlier suicide attempts and some earlier psychological counseling he had received. He also did eventually talk to me to some extent about his symptoms and feelings.

7. While I was seeing Mr. Austin, he exhibited frequent crying spells, nightmares, tearfulness, reduced sleep, racing thoughts and poor concentration. Being held in administrative segregation seemed to exacerbate Mr. Austin's symptoms.

8. His depressive thoughts seemed generally to center around the crime he committed against his family in 1978. His perception was that he had ruined his life with that act, he could never be forgiven, and his life could never have value. He believed strongly that he was going to hell; that Jesus himself could never forgive him. He told me that he could never change, he was always going to be the same and was always going to hurt people.

9. He also confessed to me that, in relation to his trial and appeals, he was doing everything he could to get the death penalty, because he wanted to die. I met with him a number of times during the trial itself. He told me that he allowed the state to choose the jurors and agreed with whomever the prosecutors felt would be a good candidate. He told me that his main goal was to ensure that the two questions that the jury would consider during the punishment phase were understood and answered so that the death penalty would be inevitable. I perceived all this as an attempt at suicide by proxy.

10. I have not been pressured, coerced or promised anything in return for this statement.

Karen Wilson

SUBSCRIBED AND SWORN BEFORE ME this 21st day of October, 2009.

021253

Notary Public, State of

GILLIAN ELIZABETH ROSS
Notary Public, State of Texas
My Commission Expires
June 17, 2012

2

Exhibit 111 :     <u>Affidavit of Frank Skoff, July 7, 2010</u>

Affidavit of Frank Skoft.

My name is Frank Skoft. I am

over eighteen years old of age

and have first hand knowledge

of the facts set out in the

following pages except where

otherwise indicated.

① I have been incarcerated in

the TDC system for the

last ~~xxxxxx~~ nineteen Fms years and have

spent the last Fms Jan.99 ~~xx~~ or 10

years on the Hughes Unit.

② I met Perry Austin on

the Hughes Unit, we were

lovers for about a year in
1999.

(3) Perry has a real black and white
mentality about him, every
was either right or wrong,
black or white, there were
no grey areas with Perry.

(4) For example he was extremely
loyal. If he decided he
wanted to spend time with
you, he would be willing
to do anything for you.
I can't really remember any
examples of this now it was

a long time ago, but it was
obvious in his state of mind
and demenor. He was the type
who would stand up for his
friends.

5 Another example of his black
and white thinking was his
moods. He could be real
happy go lucky, and then
his mood would change
and he would become depresed
When Perry was depresed you
couldnt talk to him about
it. It was like he would

look for bad things to happen
and automatically assume the
worst. He would go into his
cell by himself and stay
there. I think that for a
regular inmate, or a normal
person in here, they get ~~depress~~
sad and retreat into their cells,
maybe every 2-3 months.
With Perry, ~~it~~ it was constant,
he would go into his cell
and not talk to anyone a
couple of times a week. Then
he might be ok for a couple

of days and then it would start again. I would try to talk to him when he was depressed, and tell him, 'this isn't what is going on' about whatever it was he was thinking that made him depressed. I would try to shoot him down with logic but he would come back with another argument about why he was right to feel depressed. It was frustrating to deal with

his moods because they changed all the time. To get Perry to change the track his thinking was on, to get him out of his black and white think-ing you absolutely couldnot reason with him, it was almost like you had to yell to shake him out of it.

(6) Perry was very clean. My personal opinion is that he obssesed over cleaning because being locked up hurt him psychologically.

and he tried to have some
sort of control of his
life by cleaning and
arranging his property.
His mind seemed real
structured and split into
two, like I said, wrong and
right. for example
for some reason he didn't
like to sleep on his mattress.
One day a sargent found
it unrolled up under Perry's
desk and told him to
put it on his bed. Perry

said that he didn't like to
sleep on it, and when the
Sgt. told him he had to
put it on his back heel
anyway, Perry got mad
& threw it over her van
into the day room.
(7) Perry would also get
jealous alot. I remember one
time we were in the day
room and he thought
I was looking at someone
I used to know transferd
who had been transfered

onto our unit. I hadn't even
noticed the person, but
he got so mad and wanted
to argue with me about
it. In his mind he only
sees what he thinks, and
thinks he - FMS -
absolutely knows what's
going on, when he doesn't
know what is going. You
really have to blow upon
him too to shake him out
of it, otherwise he'll go
on and on about the same
thing all day.

8) I would like to describe a bit about my experience on Safekeeping at the Hughes Unit. While the TDCJ Offender Handbook might state that general population and safekeeping inmates are supposed to be treated the same way in terms of school and work, the reality is that safekeeping inmates have far more limited experiences than inmates in general population

At the time Perry was at the Hughes Unit, safekeeping inmates were restricted in educational opportunities in the following ways. There were only certain vocational courses offered at the Hughes Unit. If an inmate wanted to do a specific vocational course that was offered at ~~this~~ FMK a unit without a safe keeping section, ~~had~~ FMS the inmate would have

to drop his safekeeping status and enter general population on the other unit. For some one like Perry who wore make up and wore his hair feminine, this wasn't a safe option. It was also not a safe option for for people with sexually based convictions, like Perry. So in reality our options are only to do courses offered on our

025370

unit or enter the general
population which can
be very scary and dangeras.
~~FMS~~ On the other hand
it is very easy for general
population ~~FMS~~ inmates to
transfer between units,
~~FMS~~ for vocational
courses, they get put on
a waiting list and
~~FMS~~ sooner or later get
shipped.

9  I have obtained an Associate
Degree while incarcerated

I have not been threatened
coerced or promised anything
for my statement.
I have had the chance
to review the ~~notes~~ FMS above
17 pages and swear that
they are true and accurate
to the ~~~~ FMS best of my
recollection

Frank M. Sff Sr
Frank Scott



S. Bond
7-1-10

Exhibit 112 :      <u>Affidavit of John Edward Creekmore, July 7, 2010</u>

# AFFIDAVIT OF JOHN EDWARD CREEKMORE

MY NAME IS JOHN EDWARD CREEKMORE.

I AM OVER EIGHTEEN YEARS OF AGE AND HAVE FIRST HAND KNOWLEDGE OF THE FACTS SET OUT IN THE FOLLOWING PAGES EXCEPT WHERE OTHERWISE INDICATED.

(1) I HAVE BEEN INCARCERATED IN THE TDC SYSTEM FOR THE PAST 18 YEARS AND HAVE SPENT THE LAST 11½ YEARS ON THE HUGHES UNIT.

(2) I MET PERRY AUSTIN ON THE HUGHES UNIT IN 1999

1

(3) THE GUARDS AT HUGHES HAD A MAJOR PROBLEM WITH PERRY BECAUSE HE WAS FLAMBOYANT AND WOULD WEAR EYELINER AT WORK ; GUARDS WOULD THREATEN PERRY WITH WRITING UP A CASE IF HE DID NOT TAKE OFF HIS MAKE-UP.

(4) GUARDS WOULD CALL SAFEKEEPING INMATES LIKE PERRY NAMES LLIKE "DICK SUCKER" AND "PUNK" THE NAME CALLING HAS CONTINUED SINCE PERRY WAS INCARCERATED

2  026353

AT HUGHESUNIT BUT IT WAS

MUCH WORSE BACK WHEN

PERRY WAS AT HUGHES UNIT

⑧ WHEN SAFEKEEPING INMATES

WERE IN THE DAY ROOM WATCHING

TV, GUARDS WOULD WRITE

THEM UP JUST FOR HAVING

THEIR ARM AROUND A CHAIR;

THE GUARDS WOULD ACCUSE

THE INMATE OF HUGGING

ANOTHER INMATE.

6) IT WAS REAL ROUGH FOR PERRY WHEN HE WAS AT THE HUGHES UNIT, THE GUARDS CALLED SAFEKEEPING INMATES A BUNCH OF HOMOSEXUALS

7) DURING ONE SHAKEDOWN, WE WERE BROUGHT TO A GYM; WHEN PERRY ASKED A GUARD TO USE THE BATHROOM THE GUARD WROTE UP A CASE ON HIM. This incident occured 2-3 months before Perry left for Harris County



8) PERRY HAD PROBLEMS GETTING
WATER IN THIS CELL SPECIFICALLY
WITH HIS PLUMBING. HE
ASKED GUARDS SEVERAL TIMES
TO FIX THE WATER TAP IT
WAS NOT FIXED. IT IS STILL
DIFFICULT TO GET ANYTHING
FIXED IN THE SAFEKEEPING BUILDING
AND IT WAS EVEN MORE DIFFICULT
AFTER PERRY WAS HERE.

9) SAFEKEEPING INMATES ARE TREATED
TOTALLY DIFFERENT THAN
GENERAL POPULATION INMATES.

10) SAFEKEEPING INMATES CAN ONLY
HAVE JOBS IN THE FIELD, IN
LAUNDRY, IN THE GARMENT FACTORY
AND IN SSI (STAFF SERVICE
INMATES)

11) OTHER UNITS — SUCH AS TELFORD —
DO NOT SEGREGATE THE
SAFEKEEPING INMATES THIS WAY;
THEY MIX THEM ALL UP.

025357

I HAVE NOT BEEN THREATENED
OR PROMISED ANYTHING TO MAKE THIS
STATEMENT. I HAVE HAD
THE CHANCE TO REVIEW THE
ABOVE 6 PAGES AND SWEAR
UNDER THE PENALTY OF PERJURY
THAT THE ABOVE IS TRUE TO
THE BEST OF MY RECOLLECTION.

John Creekmore

S. Bond
7-7-10



S. BOND
Notary Without Bond
STATE OF TEXAS
Commission
Expires 04/25/2011

Exhibit 113 :      <u>Affidavit of Troy Treadway, July 7, 2010</u>

# AFFIDAVIT OF TROY TREADWAY

MY NAME IS TROY TREADWAY.
I AM OVER EIGHTEEN YEARS OF
AGE AND HAVE FIRST HAND
KNOWLEDGE OF THE FACTS SET OUT
IN THE FOLLOWING PAGES EXCEPT
OTHERWISE NOTED. I MET PERRY AUSTIN IN
ABOUT 1999 IN THE HUGHES UNIT WHERE I AM CURRENTLY INCARCERATED
T.T.

JOBS AVAILABLE TO SAFEKEEPING

INMATES AT THE HUGHES UNIT ARE

VERY LIMITED. FIRST OF ALL,

BECAUSE GENERAL POPULATION INMATES

WILL FILE GRIEVANCES JUST FOR

HAVING TO WORK ALONGSIDE SAFEKEEPING

INMATES. SECOND, AT THE HUGHES

UNIT SAFEKEEPING INMATES ARE

LIMITED TO JOBS IN LAUNDRY,

FIELD WORK, JANITORIAL SERVICES,

1/9

AND SSI (SUPPORT SERVICE INMATE).

I HAVE BEEN INCARCERATED

SINCE 1991 AND HAVE BEEN

INCARCERATED AT OTHER TDCJ

UNITS (SUCH AS FERGUSON UNIT)

AND SAFEKEEPING INMATES

ARE TREATED THE WORST

AT HUGHES. NOT ONLY ARE

WE LIMITED IN JOBS BUT

WE CANNOT ATTAIN AN S3 OR

S2 STATUS WHICH MEANS

THAT WE HAVE VERY LIMITED

CONTACT VISITS. HERE AT

HUGHES, SAFEKEEPING INMATES

2/9

CANNOT ATTAIN AN S4 OR S2

STATUS UNLESS THEY 'SIGN OFF'

FROM SAFEKEEPING. IN MY

EXPERIENCE BEING INCARCERATED

AT OTHE TDCJ UNITS, I

CAN ATTEST TO THE FACT

THAT THIS DOESNT HAPPEN

ELSEWHERE. AS WELL, SAFEKEEPING

INMATES ARE TREATED EXTREMELY

POORLY AT HUGHES. THE

GUARDS TREAT SAFEKEEPING

INMATES IN A BIASED AND

PREJUDICED MANNER. HOMOSEXUAL

INMATES ARE TREATED ESPECIALLY

3/9

BADLY AND GUARDS WILL CALL

SAFEKEEPING INMATES NAMES

LIKE 'SNITCHES' AND 'Ho's'

WHEN PERRY AUSTIN WAS AT

HUGHES HE WAS TREATED

VERY BADLY AND HIS

POOR TREATMENT NEGATIVELY

AFFECTED HIS MENTAL STATE.

THE GUARDS WOULD RIDE

HIM REAL HARD AND

TREAT HIM VERY POORLY

BECAUSE OF HIS HOMOSEXUALITY,

HIS MOOD WORSENED DURING

HIS TIME HERE AND

4/9

HE BECAME VERY TIRED OF
HIS TREATMENT AT HUGHES,
AT HUGHES, IT WAS ELEN
DIFFICULT FOR HOMOSEXUALS
LIKE PERRY TO GO TO
THE LIBRARY, BUT
PERRY MANAGED TO STAND
UP FOR HIMSELF AND
OTHER PEOPLE AND I RESPECTED
HIM FOR THAT. PERRY ALSO
MANAGED TO OVERCOME HIS
POOR TREATMENT BY THE GUARDS.
WHEN PERRY WAS TAKEN INTO
SEGREGATION, HE HAD BELONGINGS

5/9

STOLEN AND DAMAGED BY GUARDS.

AT HUGHES, IT IS COMMONPLACE

FOR GUARDS TO STEAL OR

DAMAGE AN INMATE'S

PERSONAL PROPERTY WHEN THEY

ARE TAKEN INTO SEG. THE

GUARDS WILL EVEN TAKE INMATES

WHO CLEAN OUT THE CELL

OF AN INMATE TAKEN INTO

SEG, STEAL OR DAMAGE

THE INMATE'S PERSONAL PROPERTY.

OVERALL, SAFEKEEPING INMATES ARE

TREATED VERY, VERY BADLY AT

HUGHES, AND WHEN PERRY WAS

INCARCERATED AT HUGHES, THE

TREATMENT OF SAFEKEEPING

INMATES WAS FAR WORSE

BECAUSE SAFEKEEPING WAS NEW

HERE. SAFEKEEPING INMATES

SHOULD BE ABLE TO ATTAIN

AN S1 OR S2 STATUS BUT

AT HUGHES THEY CANT.

AT WORK SHOULD NOT BE

AN ISSUE FOR SAFEKEEPING

INMATES BUT AT HUGHES IT IS.

I HAVE BEEN INCARCERATED AT

HUGHES SINCE 2000 AND SINCE

THEN I HAVE ONLY SEEN TWO (2)

7/9

SAFEKEEPING INMATES ATTAIN

AN S2 STATUS, THAT IS

WRONG AND THE TREATMENT

OF SAFEKEEPING INMATES

IS EXTREMELY POOR AND

DIFFERS GREATLY FROM

HOW GENERAL POPULATION

IS TREATED, THIS WAS

ESPECIALLY TRUE WHEN JIMMY

WAS INCARCERATED AT HUGHES

AND I KNOW THAT THIS

AFFECTED TIM VERY NEGATIVELY.

I HAVE NOT BEEN THREATENED
OR PROMISED ANYTHING TO
MAKE THIS STATEMENT.

I HAVE HAD THE CHANCE TO
REVIEW THE ABOVE 8 PAGES
AND SWEAR UNDER THE PENALTY
OF PERJURY THAT THE ABOVE
IS TRUE TO THE BEST OF
MY RECOLLECTION.

Troy Z L. Treadway #645711
Troy Treadway

S. Bond
7-7-10

9/9



S. BOND
Notary Without Bond
STATE OF TEXAS
Commission
Expires 04/25/2011

025385

Exhibit 114 :      <u>Affidavit of Jeffrey Wilson, July 8, 2010</u>

My name is Jeffrey Wilson.
I am over the age of eighteen
years and attest that the facts
contained below are within
my personal knowledge unless
otherwise indicated.
I met Perry Austin at the Hughes
Unit in October 98.
The way safekeeping (SK) and
general population (GP) inmates
are treated at the Hughes
Unit is not the same.
When safekeeping at the
Hughes Unit opened up, it

was really really really
bad.

Sometimes the GP inmates who
served us chow would with
hold food and make us
pay them in stamps. If
you didn't give them stamps
you didn't get the food
they were withholding.
Perry talked a bit to me about
his depression. At the
time he was interested
in starting a relationship
with me. I wasn't interested

JWW 025387

but we talked a lot. I guess
people have a tendency to
open up more to people
who they are interested
in. He would say he wanted
to die. I have a lot of
time but I never thought
I wanted to die. Perry
read a lot about the
occult. It seemed to
me he was trying to escape
his thoughts and depression
by reading about this
stuff but it seemed to

JW 022383

men him up more. He said
that he read this stuff in seg.
I think being locked up and trying
to talk to clemens cant be good.
The guards were real prejudiced
against us at the Hughes
Unit. They constantly called
us child molesters and
faggots.

The guards could be
brutal against us. I remember
once I was beaten by
two "field laws" The

025389

guards who work out in the
fields. I had the flu and
I went over for a walk in
You can do this instead of
filing a sick call when
you are really sick.
The two field laws were
in the infirmary when I
tried to get seen, I
was upset, I could tell
I had a fever, and
these field laws told
me I couldn't be seen
by the nurse. They told

me to get on the wall. They told me to 'shut my bitch mouth' and said 'shut up and get on the wall'. They also told me to put my hands behind my back. Handcuffed They took me down the hall and pushed me against the fence, I fell down and they slammed my chin on the ground. and locked me in

the ribs. Then they had

had to take me to the

infirmary. The nurse took

my temperature there and

my temperature was 103-104.

Then they locked me up.

)

AFTER THE INCIDENT WITH THE FIELD

LAWS I DECIDED THAT I

SHOULD STAY AWAY FROM

THE INFIRMARY; I ALSO

REALIZED THAT THE FIELD

LAWS WOULDN'T TREAT GP

INMATES THIS POORLY.

JWW

GENERALLY SPEAKING, S/C
INMATES ARE TREATED VERY,
VERY POORLY. S/C INMATES
CAN ONLY WORK IN LAUNDRY,
GARMENT FACTORY AND
BUILDING SST. EDUCATIONAL
OPPORTUNITIES ARE ALSO
VERY LIMITED FOR S/C
INMATES. FOR EXAMPLE, IF
I WANTED TO TAKE A CLASS
TO LEARN HOW TO OPERATE
A BOILER, I COULDN'T DO
THAT. THEY SAW THAT
THESE KINDS OF RULES ARE

JWW

THERE FOR MY PROTECTION, BUT
THEY'RE MAKING IT SO I
CANT LEARN ANYTHING.
PLUS, IT IS NOT BELIEVABLE
THAT THE GUARDS ON
TDC WANTED TO PROTECT
SK INMATES WHEN THERE
WERE SO MANY BRUTAL
ATTACKS ON SK INMATES.

AT HUGHES, THERE WAS AN INCIDENT
WHERE A GUY WAS BEATEN
AND STRIPPED IN A SALLYPORT.
IN ANOTHER, AN INMATE
WAS STRIPPED NAKED AND
WHIPPED WITH BELTS.

IT WAS HARD FOR PERRY TO SEE ANYTHING POSITIVE WHEN HE WAS IN SK AT HUGHES. IT'S HARD TO BLAME HIM BECAUSE ALL SK INMATES WERE TARGETS WE WERE CALLED "FAGGOTS" AND "CHILD MOLESTERS" EVEN THOUGH THE GUARDS DIDN'T KNOW WHAT WE WERE. IT WAS A VERY VERY HOSTILE ENVIRONMENT.

When I worked in seg at the Hughes Unit I saw

the guys a lot - believe me
after their seg time. You
dont come out the same
time. Its ~~like~~ They are like a psychiatric
patients when they come
out, every one of them
is not the same. They
remind me of people
who come back from war
broken. I think I've known 20-30 men ~~pers~~
personally who changed so much after seg. It never means _JWW_
I have read the above _all of 5_
pages and had the
opportunity to make any
corrections I wanted I swear _JWW_

that the above is true and
correct to the best of
my recollection.

Jeffrey Wilson #581180  2-8-2010
Jeffrey Wilson



Tammy Sharp
Notary Public, State of Texas
My Commission Expires
11 26 2013
Notary without Bond

Tammy Sharp   July 8, 2010

025398
SWW

Exhibit 115 :      <u>Affidavit of Russell Olstad</u>

Affidavit of Russell Olstad

My name is Russell Olstad.

I am over 18 years of age and have first hand knowledge of the facts set forth below except where otherwise indicated.

① I have been incarcerated in TDC since since February 85. I first met Perry Austin on the Beto I Unit and then was incarcerated with him again in safe keeping on the Hughes Unit.

② I have been held in

026416

safe keeping on Beto 1 and
here on the Hughes Unit
We were treated better on
Beto 1 & I have heard
from other inmates that
Hughes her one of
the worst safe keeping
Units.

Safe keeping and general
population inmates are
neither treated the same
nor do they have access
to the same education
and work opportunities.

For example, although we are able to participate in any school programs (or vocational) on this unit, however if you had an interest in a particular vocation and it was only offered on a unit that does not house safekeeping inmates, you could not take it. You would have to "sign off" on safekeeping which means enter general population, but you need the warden's

approval to sign off Safekeeping
You also need Huntsville's
permission. I personally tried
to sign off in 2000 to
get away from the bigotry
on Hughes Unit. I was trying
to get back to Beto 1 where
safe keeping inmates are
treated better. But the
Warden said no. There
are also instances where s
inmates have been approved
for parole and need to
complete the pre release

023419

program. There is no such program at the Hughes Unit so safe keeping inmate have asked to sign off on safe keeping and have been denied by the warden. This means that there safe keeping inmates cannot cannot complete the program and their parole board takes away their parole approval. There are other instances where the parole board have allowed safe

Keeping inmates to get parole without having completed the pre release program. The biggest problem faced by safekeeping inmates at the Hughes Unit is the prejudice. They call us names, but I dont like to use those words. They consider us - politely - child abusers, sex offenders, faggots and snitchers. These are some of the words used against

safekeeping inmates by
both general population
and juvenils

Another huge problem is that
you can't go to the security
with problems. Often
making a complaint
will mean that you
are written up. They would
tell you to grow testicles
to stop being a cry baby
their were very few of
them who were trying

to do their jobs respectfully
Back when Perry was here
safe keeping inmates were
escorted everywhere,
herded ~~everywhere~~ from
one spot to another. The
guys in safe keeping
knew how the blacks
felt ~~and~~ when they went
through their struggles
We were oppressed,
They acted like we
were all child molesters
and their treatment gets

nerve wracking —> you set a
lot of suicides on 80 safe
keeping. Safe keeping is
for people with problems
and its had when you
cant talk to staff about
your problems, when ya
are constantly locked an
There have been several
suicides on this unit
when Perry Austin, myself
Rodney all the other safekeepn
inmates arrived at the Hughes
Unit, w

R.o.

Perry and myself ~~and other safekeeping~~

R.o.
~~inmates~~ were some of the

first safekeeping inmates

to be housed at the Hughes

Unit. Back then the guards

were more violent towards

us because before we were

put on this farm they

were told we were child

molesters and diseas ridden

faggots. Back then most

of us worked on the

segregation unit and

the seg officers were

02542F

violent, looking for any
reason to heat you up.
The jobs available to safekeep
inmates on the Hughes Unit
are garment factory, laundry
and the "~~MASTER~~" garden squad
in the fields. We are also
able to be in the building
clean up crew but only
for our own building
Back when Perry was
here we also worked
in seg but not anymore.
Back in 1999 it was a

real military unit, they
could not stand us, they
did not want safe keeping
on his farm. Hateful
clannish rednecks ran
this prison. In fact
2 wardens that I knew
of have petitioned
Huntsville to get rid
of safekeeping on my
unit. Name, Warden
Herbert R.0
Scott and Warden
Dawn Crowods.
General population level

023427

us in the chow hall.
The guards encourage
the general population
(R.0) guys to serve us small
portions and often they
will take food off the
line.

Another problem faced by
safekeeping inmates is
overcrowding of the
work space. Because
there are so few jobs
we are allowed to
do, when our work

025420

(R.)

spaces like he laundry can be very crowded, this becomes aggravating and causes a lot of friction. I am taking a cognitive intervention class with general population. The general population inmates treat us like we have leprosy. We are totally shunned, the red band is the worst thing that could have happened to us, we are cursed, its like

a target, we are color coded.
They Both guards and general
population act like we
are the worst most despicable
people on the planet.
When Perry was here,
we didn't have the wish
bands, but we were
escorted everywhere.
This was almost worse
because it made the guards
mad and they belittled
us and the general
population inmates

would belittle un saying that
we were weak and
couldnt go anywhere w/out
an armed escort.

I have read this statement
and had the chance to
make any changes I
wanted. I swear that
he above is true

Russell N. OISTAD JR.

Signed Russell Olstad
signed in lieu of notarization b/c notary
not available on Unit, today, after 2.15 pm
Russell N. OISTAD Jr. # 391985 (4.13 pm)

02543

Exhibit 116 :   <u>Affidavit of Richard Goeglein, July 8, 2010</u>

# AFFIDAVIT OF RICHARD GOEGLEIN

My name is Richard Goeglein. I am over the age of eighteen years, and have first hand knowledge of the facts set out below unless otherwise indicated

① I have been incarcerated in the TDC system since 1988. I first was housed at the Beto 1 Unit, where I first met Perry Austin. I was 17 when I got to TDC and Perry took me under his wing, he taught me a lot of things, like how to spot people who are trying to run game on you, how sometimes if it looks like

someone wants to fight you you
have to be ready to defend your
self in prison. He was a mentor
to me, he taught me that it was
important to exercise. He would
exercise pretty obsessively sometimes,
Perry told me that things were
a lot worse in TDC when he
arrived. He said that they
had some sort of inmate police
called building tender, they
were a scary bunch of inmates
running around with billy
clubs, beating people, some —

R.G.

times to death - it sounded insane.
He said they could get away with
anything and the security didn't
care what they did. Its
been a long time, so I don't
remember the specifics of
his stories, but he would
tell me about the violence
and that an a young inmate
especially in safe keeping
you had to learn to protect
yarself from other inmates.

① Perry and I were cell mates
at the Ellis II Unit. Perry

R.G.

made sure we kept a clean cell. It was really important to him. I remember he didn't let me spit in the sink - you had to spit in the toilet after scrubbing your teeth. He drilled this into me so much that its a habit I still have today. Every day Perry would make sure that the floor, sink, toilet, walls everything was shiny. ~~At the time I head~~ He would wash his own t-shirts and

R.G.

R.G.

underwear too. When we worked

in the laundry laundry he

didn't do this but the rest

of the time he did.

③ In my time at TDC I have

been housed in ~~transit cells~~ transit cells

~~RG~~ in the fellowing

Units: Stiles, Beto I, Eastham,

Ellis II, Ferguson, Allred.

The older units (Eastham,

Ellis II, Ferguson, Beto I) are

really really bad. It can make

you crazy sitting by yarself

constantly. ~~RG~~

RG

In terms of electricity ->
If they let you see the
cells you would see
there is no fan in the cell.
The electricity and the light
were on two breakers and
often the electricity was
off, so even if you had
your own fan you couldn't
use it. Sometimes, when I
was able to get my property
back here I would unscrew
the light and connect the
fan into the light socket.

R 6

Often, it was a choice between
air and light, so I would
choose PD to sit in the dark,
I think part of the reason
he switched the electricity
off at the wall socket
was because people were
using it to start fires
It can make people
crazy and act out like
that. Sometimes when
you need attention from
the guards and they ignore
you it makes you crazy

RG

~~[scribbled out]~~ R G

~~[scribbled out]~~

~~[scribbled out]~~. I will specifically describe my experience of being locked up in ~~[scribbled out]~~ transit cells ~~[scribbled out]~~ on Eastham. You are supposed to have both your property and electricity. In terms of property sometimes you don't get it. They tell you 'Its coming' 'we can't find it', on Eastham it was 50/50 whether you got your property back.

R G

The transit cells ~~za~~ at
~~xxxxxxxxxxxxx~~ at
Eastham also stink. The
cells are really dirty, you
really have to clean ~~them~~
yourself when you get here
its a good thing that the
guards don't seem to mind
giving you soap. They don't
clean the cells, its up to
you. At Eastham ~~xxxxxxxx~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxx~~
~~xxxxxxxxx~~ there are no
transit
windows in the ~~xxxxxxxx~~
cells
~~xxxxxxxxxxx~~ . The only

natural light you ~~see~~ see ~~

comes through the heavy

mesh covering the door from

the windows across the

run from your cell.

Its also really loud in

those cells. People are

constantly screaming and

banging. If you are

already dealing with

something, already getting

depressed, it doesn't help

you spend your time

thinking and sleeping, if you

can sleep given all the noise.
You exercise, but its hard to
get motivated because they
dont feed you much and
if you exercise too much
you'll be hungry. The
cells eere 5 foot by 9 feet
cage wire all over the door
they are they hot little
cells and in the Winter
they are hng cold little
cells. In the Winter I
would try to get extra
Jewels from the shower

R.G.

Because I would be less cold with the blanket they issued me. The cells are always barged up, beds ripped up, light bulbs missing, screaming inmates banging on the walls. It is difficult. You cant get away from it, cant do anything about it you are just stuck, wondering when they are going to come tell me something, move me,

R6

always anticipating something
Everyday that they don't come
for you is a let down. If
you are lucky enough to
have a light bulb in the
cell, you better take
it with you. Its hard
to explain — just being
stuck somewhere with
nothing to look forward
to except being moved,
youre not sure, if they are
playing game with you
or not. The cells are short

R.G.

so there is not much pacing
room and eventually you
are going to start pacing.
(4). On the Eastham Unit the
transit cells are also used
as pre hearing detention
cells.

(#).
R.G.
(5). ~~when they~~ sometimes on East-
ham you will be housed
in what is really segrega
cells instead of the
pre hearing detention/ or transit
cells. Sometimes there is over-
crowding                                    R.G.

they call it overflow and
can put you whereever
they want. If they
had transit overflow they
would put us with the
"A status" segregation inmates,
the screamers and howlers.
The segregation cells looked
the same as the transit/
prehearing detention,
they are exactly the
same.

⑤ Brother Perry and I met I
thought he might be interested

R61

in Satanism, we both
share Native American
heritage and I thought that
the religion's connection
to nature would interest
him. He was particularly
interest in the religion's
tenant that it is
absolutely wrong to harm
children and the handicapped
He dypised anyone who
harmed children.
I have read the above
8 pages and had me

opportunity to make any
changes I wanted. I swear
under the penalty of
perjury that the above
is true to the best ~~periods~~ R6
of my recollection.


Richard Goeglein   *483939
Richard Goeglein.


Chequita Dunbar  7/8/10



CHEQUITA DUNBAR
Notary Public, State of Texas
My Commission Expires
October 06, 2012

Exhibit 117 :       <u>Affidavit of Brian Whetstone, July 8, 2010</u>

# Affidavit of Brian Whetstone

My name is Brian Whetstone.
I am over the age of eighteen
and attest that the facts
contained below are within
my personal knowledge unless
otherwise indicated.

(1) I have been a TDC inmate
for a little over 19 years
I have been housed in
safe keeping since August
1993. I have lived on
the Ferguson Unit, Michael
Unit, Allred Unit, Hughes Unit

E. K.W #1

and the Telford Unit. I have
lived in safekeeping at in
all of these units.

② I met Perry Austin in
1999 on the Hughes Unit in
safekeeping.

③ Living in safekeeping at the
Hughes Unit was difficult.
There was a lot of discriminating
against us. Perry would get
very upset at the officers'
treatment of us. They would
call us child molesters,
AIDS infested faggots or catchouts

B. Ka #2

Catdocts are people who have problems living in general population. Some of the guards don't call us names, but the majority do. Here at the tellow Unit I work as a trustee janitor and I get to go out to the front of the unit. Often I hear the guards refer to safekeeping inmates as girls and child molester. This happened at the Hughes Unit as well. General populations

D.K. W #3

inmates would make sexual innuendo it would cause fight between general population and safekeeping inmates.

4.) Perry got locked up on the Hughes unit after getting in on altercation with a guard. They were conducting a major shakedown and we were all in the gym.

B.K.W ~~People we~~ Inmates were going to the bath-room and Perry got

*B.K.W #1*

up to go. Nobody else
had been asking permission
to use the bathroom so
Perry must have thought he
didn't need to either. A
guard told him to sit
down, he wanted him to
ask his permission,
Perry ignored him and
continued to walk to
the bathroom; The guard
followed him and
put his hands on
Perry. The guard swung

B.K.W #5    026436

Perry around and they
fell to the floor fighting.
Perry got locked up
in pre hearing detention
after this. This incident happened
soon after the Texas 7 escape
③. I have been locked up in
pre hearing detention on
the Ferguson Unit. In my
experience they didn't give
me my property, they didn't
give me my hygienes, no
sheets. When Perry got
out of pre hearing detention
he told me next they

BKW #625437

didn't give him sheets or a blanket and for most of the time they didn't give him his property, so he couldn't access his hyginen. He was quite upset about that. When he got out I saw that he hadn't shaved the whole time and he had facial hair. As I believe she said that he was only able to showe a few times during the time he was there.

B. Kw #7938

Ken Perry told me that he was only able to brush his teeth when the guards gave him tooth pawder. This must have been hard for Perry because B.K.W the whole time I knew him, and we were lovers for a while so I knew him well, he would brush his teeth four times a day.

(6) Safekeeping and general population inmates are

B.K. W

treated differently with
respect to work.
At the Hughes unit we
were allowed to be
janitors, but only in the
building we lived on, or
we could work in the
laundry or garment
factory. We can not
go above an S3
classification, I believe
this comes from a
Huntsville directive.
For example, if I lived

B.K.W. #9440

in general population I
could get up to an S2
restricted, because I have
been convicted of a crime
of violence. However
another safekeeping inmate
who has been not been
convicted of a violent
crime could never make
it above S3. If you
are an S1 or S2 you
are allowed more contact
visits and you get a little
more good time

BKW # 70

⑦ Perry would get into heated arguments with guards at the Hughes Unit. If an officer reffered to him or another inmate as a girl or when he heard them call people baby rapers he would speak out. He was say something smart like 'go tell your momma' next?

⑧ Safekeeping here just greed when we got to the Hughes unit.

B.K.W # 1725442

and the guards/administration
were relatively fresh to
how safekeeping works.
You have a bunch of
flamboyant homosexuals
arched eyebrows, the way
we talk, the makeups.
The guards hated it.
Gay men in general population
aren't really discriminated
against because they
hide their sexuality.
whereas the guys
in safekeeping are

BK.w #12

open and comfortable with
who they are

(8) At the Hughes Unit they
B.K.W
~~been~~ escorted us everywhere
we went. Chow, lay in
etc. General population
prisoners serve us chow
and I have seen them
make safekeeping inmates
pay them stamps for food.
Usually the main part
of the meal, Like, for
example chicken patties,
Now, from the guards
B.K.W
B.K.W #13

turn a blind eye te this.
I have seen this happen
at Hughen and cell the
Units I've been housed
in. I have also seen
men performing sexual
favors for food. If
you dont have money
for stamps or friends
who will B,KW let you
eat their commissary
you will go hungry
if you dont eat enough
for food, when reply

B.KW

are hungry they will

*B.K.W*

~~do not~~ degrade themselves.

Another thing that happens

at chow is the general

population inmates

'shake the spoon' so

*B.K.W*

~~instead~~ instead of setting

2 ounces of food

you get ½ — 1 ~~ounce~~ *ounce B.K.W*

⑨ At the Hughes unit safe

keeping inmates also

get less rec time. We

are supposed to get

*B.K.W  ~~#~~ 03-46*

3 recs a day, the same as general population. The reality is different, we seldom get the ~~B.K.(w)~~ full three recs and often the two that we do get are shortened. Instead of 3 hours of rec, per rec period, we would usually get 1 1/2 - 2 hours. Outside recreation was very important to Perry. He liked to run

and play valley ball and
hand ball. Consistently
missing out on all the
rec time he was entitled
to frustrated Perry.

(11) (22) I have heard of people in
safekeeping being denied
contact visits with
their own parents.

(12) (23) When safekeeping moved
to the Hughes Unit we
were housed in the
same building as some
of the general population

B.K.W # 17  025445

inmates (3 building) The general population inmates didn't want us working in the craft shop & the administration denied us access. At other units we were able to work in the craft shops so people arrived with tools. ~~The again~~ B.K.W Since we were not allowed to work in the craft shop he administration made people send their

B.K.W #18

tools home. When general
population eventually
left 3 building the
safe keeping inmates
were required to ~~do~~
purchase new tools
(for themselves) to replace
the tools hey were
forced to send home.

10. We are discriminated
against in work. There
are all sorts of skills
that I have - plumbing,
maintenance, cooking but

BKW #19   025450

I am not allowed to work
in here field's. They
justify it by saying they
are protecting us but
if they really wanted
to protect us they
wouldn't allow any
contact between safe
keeping and general
population.

(13) Two examples of brutality
against safe keeping
inmates that I
remember are. One

the Fergusers Unit, two
Safe keeping inmates
returned to work and
the guards BKW stayed in
the cell. The BKW ones
returned to give their
food trays to the guards
The guards opened
the cell doors and
allowed two general
population inmates
to beat these guys
up. Another time
a guy called Michael
BKW #2/326452

Bollinger was sprayed in the face with a fire extinguisher by 2 boss ladies. He sued the state and I believe they settled out of court.

(12) We are allowed to have the same work opportunities as general population. However because some courses that you might chose to undertake are only offered at new

safe keeping units go to
participate safe keeping
inmates have to 'sign
off' on safe keeping.
The problem is that
not everybody in
safe keeping would
make it in general
population given the
rapes & extortion.
Some people aren't allowed
to sign off, you need
permission from both
the warden and Huntsville

B.K.W #23454

and if you are a gang member,
flamboyant or in law enforcement
you cannot sign off. So
guys who have signed
off and try need to
make it come right back
It is particularly difficult
to live in safe keeping if
you are what is
considered flamboyant
sometimes they are denied
chow and sent back
to their houses because
of their hair, or make up. B.K.w

B.K.w #72845

I have seen people stripped
naked ~~strip~~ B.K.W in the chow
halls and main hallways
and made to walk
naked back to their
cells, for wearing their
uniforms too tight.

~~when Perry got a~~ B.K.W
Perry wrote to my mom
Morris County Jail after
he was ~~much warren~~ help
He said in his letters
that they had him in

After Perry got out of pre
trial detention he was
held on medium custody
I would see him sometime
at rec. He had stopped
working out, and ~~this~~ B.K.W.
~~w~~ B.K.W. exesase was always
very important to him.
He would still talk but
he seemed distracted.

I have read the above
pages and had the
chance to make changes

B.K.W # 26457

I sewer that the above
is true and correct
to the best of my
recollection

Brian Keith Whetstone
Brian M Whetstone

(#) Chequita Dunbar) 7/8/10

CHEQUITA DUNBAR
Notary Public, State of Texas
My Commission Expires
October 06, 2012

025458

B.K.W # 27