Correctional Managed Care
CLINIC NOTES - PHYSICIAN

Patient Name: **AUSTIN, PERRY A**   TDCJ#: **999410**     Date: **07/16/2010 15:44**    Facility: **POLUNSKY (TL)**
Age: **51 Years**   Race: **W**    Sex: **Male**
Most recent vitals from 07/16/2010: **BP: 139 / 74 (Sitting) ; Wt: 175 Lbs.; Height: 70 In.; Pulse: 72 (Sitting) ; Resp: 16 / min; Temp: 96.8 (Oral)**
Allergies:  **NO KNOWN ALLERGIES**

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**IBUPROFEN 800MG TABLET,   1 TABS ORAL BID**
**OMEPRAZOLE 20MG CAPSULE,   1 CAPS ORAL BID**

Today's Problem:
**cr has ibup for ha**

**Procedures Ordered:**
   **BP CHECK SERIES REQUEST/ORDER (BP) {CNDB}:       medical cars 1**


   **Electronically Signed by ZOND, ALAN   D.O. on 07/16/2010.**
   **##And No Others##**

CORRECTIONAL MANAGED CARE
CLINIC NOTES

Patient Name: **AUSTIN, PERRY A**   TDCJ#: **999410**   Date: **07/16/2010 07:35**   Facility: **POLUNSKY (TL)**
Age: **51 Years**   Race: **W**   Sex: **Male**
Most recent vitals from 07/16/2010: **BP: 139 / 74 (Sitting) ; Wt: 175 Lbs.; Height: 70 In.; Pulse: 72 (Sitting) ; Resp: 16 / min; Temp: 96.8 (Oral)**
Allergies:   **NO KNOWN ALLERGIES**

| Patient Language:   ENGLISH   Name of interpreter, if required: |
| --- |

**IBUPROFEN 800MG TABLET,   1 TABS ORAL BID**
**OMEPRAZOLE 20MG CAPSULE,   1 CAPS ORAL BID**

Today's Problem:

S:nsc for needing to use nail clippers

O:excessive toenail and fingernail length.

A:

Plan is as follows: pt taken to legal visit room, gioven clippers and nails were clipped without incident


**Procedures Ordered:**
   **NURSING LEVEL 1 COMPLETE VISIT:**        **np - corn/callus/nail care**


      Electronically Signed by POPE, TERESA M R.N. on 07/16/2010.
      ##And No Others##

Correctional Managed Care
CLINIC NOTES - PHYSICIAN

Patient Name: **AUSTIN, PERRY A**   TDCJ#: **999410**   Date: **06/04/2010 15:43**   Facility: **POLUNSKY (TL)**
Age: **50 Years**   Race: **W**   Sex: **Male**
Most recent vitals from 02/18/2010: **BP: ; Wt: ; Height: 70 In.; Pulse: ; Resp: ; Temp:**
Allergies: **NO KNOWN ALLERGIES**

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**IBUPROFEN 800MG TABLET,   1 TABS ORAL BID**
**OMEPRAZOLE 20MG CAPSULE,   1 CAPS ORAL BID**

Today's Problem:
**cr refused bp checks**

**Electronically Signed by ZOND, ALAN   D.O. on 06/04/2010.**
**##And No Others##**

1 of 1

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 03/10/2010 15:15   **Facility:** POLUNSKY (TL)
**Age:** 50 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 02/18/2010:** BP: ; Wt: ; Height: 70 In.; Pulse: ; Resp: ; Temp:
**Allergies:**  NO KNOWN ALLERGIES

| **Patient Language:**   **ENGLISH**   **Name of interpreter, if required:** |
|---|

OMEPRAZOLE 20MG CAPSULE,   1 CAPS ORAL BID
SALSALATE 500MG TABLET,   1 TABS ORAL BID

**Today's Problem:**

**S:cr bp checks not done**

　　　　　Electronically Signed by ZOND, ALAN   D.O. on 03/10/2010.
　　　　Electronically Signed by EPPOLITO, DONNA E L.V.N. on 03/10/2010.
　　　　Electronically Signed by PARKER, JENNIFER D CCA on 03/11/2010.
　　　　Electronically Signed by MARTIN, REMEMBER C CCA on 03/11/2010.
　　　　Electronically Signed by DELGADO, CYNTHIA L L.V.N. on 03/11/2010.
　　　　Electronically Signed by GRAY, JACQUELINE   L.V.N. on 03/12/2010.
　　　　Electronically Signed by ROGERS, TAMMIE P L.V.N. on 03/12/2010.
　　　　Electronically Signed by DUNEGAN, GAYLE R L.V.N. on 04/03/2010.
　　　　##And No Others##

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 01/29/2010 10:35   **Facility:** POLUNSKY (TL)
**Age:** 50 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:      ENGLISH    Name of interpreter, if required: |
|---|

IBUPROFEN 800MG TABLET,    1 TABS ORAL BID
OMEPRAZOLE 20MG CAPSULE,    1 CAPS ORAL BID

**Today's Problem:**

**S:no longer has nausea but feel weak and dizzy-----These have been chronic and intermittent symptoms**
**denies any sore throat or cough...........no ear symptoms**

**Hx of Hay fever   and joint pains**
**? Hep C status**
**no Hx of HTN**
**O:afebrile today     temp 98.3**
**Hep C test was indetermionate**
**A+O in NAD**
**heart lung and bowel sounds are wnl**
**mild inflammation in nose and throat**
**ears---only wax**
**no joint path noted**
**A:allergy symptoms**
**      r/o hep c and HTN**

**Plan is as follows:**

----chart only to Dr. Zond in 4 wks to review BPs and labs

---check BP q Tues and Thurs x 3 wks

Started Meds:
        LORATADINE 10MG TABLET        11523716008            01/29/2010 10:54
                1 TABS ORAL QD
                STOP DATE:                        REFILLS: 0
        SALSALATE 500MG TABLET        10135040301            01/29/2010 10:54
                1 TABS ORAL BID
                STOP DATE:                        REFILLS: 2

Stopped Meds:
        IBUPROFEN 800MG TABLET        65162057010            11/18/2009 16:08
                1 TABS ORAL BID
                STOP DATE:                        REFILLS: 2

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 01/29/2010 10:35    **Facility:** POLUNSKY (TL)

Procedures Ordered:
      \*HEPATITIS C VIRUS ANTIBODY [HCV] {HPAHEPHVHPESLD}:
      observation for unspecified suspected condition
      HEPATITIS C VIRUS QUAL BY PCR (HCVQUALPCR):        observation for
unspecified suspected condition
      BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):  observation for unspecified
suspected condition
      \*CBC W/DIFF {DMCD PSYLBPSZDBHVCNESLDAHEPHP}:  observation for
unspecified suspected condition
      \*HEPATIC FUNCTION PANEL (LFP) {PSYLDMCD}:   observation for
unspecified suspected condition
  Electronically Signed by BEHRNS, ROBERT   M.D. on 01/29/2010.
##And No Others##

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 08/17/2009 12:55    **Facility:** POLUNSKY (TL)
**Age:** 50 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

OMEPRAZOLE 20MG CAPSULE,    1 CAPS ORAL BID

**Today's Problem:**
vr pe do not reschedule

Electronically Signed by ZOND, ALAN   D.O. on 08/17/2009.
Electronically Signed by MARTIN, REMEMBER C CCA on 08/18/2009.
Electronically Signed by PARKER, JENNIFER D CCA on 08/18/2009.
##And No Others##

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410        **Date:** 08/14/2009 13:48    **Facility:** POLUNSKY (TL)
**Age:** 50 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
| --- |

OMEPRAZOLE 20MG CAPSULE,    1 CAPS ORAL BID

**Today's Problem:**
ns pe security reasons
please reschedule


Electronically Signed by ZOND, ALAN   D.O. on 08/14/2009.
Electronically Signed by PARKER, JENNIFER D CCA on 08/14/2009.
Electronically Signed by MARTIN, REMEMBER C CCA on 08/18/2009.
##And No Others##

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/10/2009 13:46   **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 50 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:     ENGLISH    Name of interpreter, if required: |
| --- |

**Today's Problem:**
cr tylenol 325 2 po bid x 30 kop ifa rf x 2

Electronically Signed by ZOND, ALAN   D.O. on 06/10/2009.
Electronically Signed by SHAFER, MARGARET T on 06/10/2009.
Electronically Signed by PARKER, JENNIFER D CCA on 06/10/2009.
Electronically Signed by WILLIAMS, BERNADINE   PCA on 06/12/2009.
Electronically Signed by FRANKLIN, TONYA   FCSR on 06/12/2009.
Electronically Signed by MCINTOSH, CHRISTINA L CMA on 06/15/2009.
Electronically Signed by MARTIN, REMEMBER C CCA on 06/16/2009.
Electronically Signed by FOXWORTH, ARIANA   FCSR on 06/17/2009.
Electronically Signed by MUDD, PAMELA F on 06/22/2009.
Electronically Signed by PRICE, PATRICIA L FCSR on 07/17/2009.
##And No Others##

Correctional Managed Care
## CLINIC NOTES - PHYSICIAN

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 03/17/2008 12:22    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 48 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

**Today's Problem:**
cell side security reasons
worsening gerd
nad
**Plan is as follows:**
dc ibuprofen
nort 50 1 po bid x 30 rf x 11


Procedures Ordered:
   BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):  reflux esophagitis


      Electronically Signed by ZOND, ALAN   D.O. on 03/17/2008.
      ##And No Others##

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410  **Date:** 03/10/2008 11:15  **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 48 Years  **Race:** W  **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

**Today's Problem:**
cr
**ibup 800 1 po bid x 30 kop rf x 2**

Electronically Signed by ZOND, ALAN  D.O. on 03/10/2008.
##And No Others##

1 of 1

**Correctional Managed Care**
**CLINIC NOTES - MID LEVEL PROVIDER**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 11/08/2006 07:51    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 47 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Today's Problem:

S:  scr for eyes hurting , throbbing pain
eyes get blurry after reading   5 min

O: bil lower conjunctiva w/ cobblestoning

A:   allergic conjunctivitis

Plan is as follows:

meds- naphcon -a 2 drops ea eye bid x 30 days, no rf-kop
start 11/10/06   ibuprofen 600 mg 1 po bid x30 days,2 rf-kop


Procedures Ordered:
        BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:        conjunctivitis nos



        Electronically Signed by OVERBECK, DEANNA E NP on 11/08/2006.
        ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**  AUSTIN, PERRY A   **TDCJ#:**  999410   **Date:**  08/11/2006 08:06   **Facility:**   POLUNSKY (formerly TERRELL)

AGE:  47 Years   RACE:  W   SEX: Male

## CASE SUMMARY
**Problems:**

**Cars:**
>    **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
>    **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Not Specified:**
>    **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
>    **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
>    **Heartburn First Observed 03/15/2004 08:11AM**
>    **Vision First Observed 05/13/2004 10:35AM**
>    **Backache First Observed 02/02/2005 07:27AM**
>    **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
>    **Medical Cars 1 First Observed 03/31/2006 11:22AM**

**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 08/11/2006:** BP: 120 / 82 (Sitting)   Wt. 167 Lbs. Height 70 In. Pulse: 64 (Sitting)   Resp.: 14 / min Temp: 98 (Oral)

---

**Patient Language:   ENGLISH     Name of interpreter, if required:**

---

**Chief Complaint:**
**scr for ha, eyes, gas**
**states when gas gets sprayed he has reaction of vomiting**
**even if he is in general vicinity and not the one being sprayed**
**wants to know what is happening w/ referral to optom, last glasses from 99**
**o-pt does not have glasses w/ him today**
**fundoscopic exam neg**
**a- headache**
**viusal complaints**
**Plan is as follows:**
please schedule nsc fo va- pt already informed to bring glasses w/ him
meds- ibuprofen 600 mg 1 po bid x 30 days, 2 rf-kop

Procedures Ordered:
>    BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:     vision

>        Electronically Signed by OVERBECK, DEANNA E NP on 08/11/2006.
>        ##And No Others##

## CORRECTIONAL MANAGED CARE
### MD/MLP CHART REVIEW

**Patient Name:** AUSTIN, PERRY A   **MRN#:** 999410   **Date:** 08/08/2006 07:10   **Facility:**   POLUNSKY (formerly TERRELL)
AGE: 47 Years   RACE:  W   SEX: Male

## CASE SUMMARY
**Problems:**

**Cars:**

> Mental Health Cars 0 First Observed 12/22/2005 07:56AM
> Dental Cars 1 First Observed 03/27/2006 04:15PM

**Not Specified:**

> Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
> Reflux Esophagitis First Observed 11/01/2002 12:00AM
> Heartburn First Observed 03/15/2004 08:11AM
> Vision First Observed 05/13/2004 10:35AM
> Backache First Observed 02/02/2005 07:27AM
> No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM
> Medical Cars 1 First Observed 03/31/2006 11:22AM

**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 07/17/2006:** BP: 140 / 83 (Sitting)   Wt. 172 Lbs. Height 70 In. Pulse: 80 (Sitting)   Resp.: 14 / min Temp: 98.3 (Oral)

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Chief Complaint:**
scr for rxn to pepper spray,migraines,renew ranitidine
refused visit
**Plan is as follows:**
do not reschedule,must resubmit scr

> Electronically Signed by OVERBECK, DEANNA E NP on 08/08/2006.
> Electronically Signed by ZOND, ALAN   D.O. on 08/08/2006.
> ##And No Others##

CORRECTIONAL MANAGED CARE
CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**  999410   **Date:**  07/17/2006 07:46   **Facility:**   POLUNSKY (formerly TERRELL)

AGE:  47 Years   RACE:  W   SEX: Male

## CASE SUMMARY
**Problems:**

**Cars:**
>    **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
>    **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Not Specified:**
>    **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
>    **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
>    **Heartburn First Observed 03/15/2004 08:11AM**
>    **Vision First Observed 05/13/2004 10:35AM**
>    **Backache First Observed 02/02/2005 07:27AM**
>    **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
>    **Medical Cars 1 First Observed 03/31/2006 11:22AM**

**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 07/17/2006:** BP: 140 / 83 (Sitting)   Wt. 172 Lbs. Height 70 In. Pulse: 80 (Sitting)   Resp.: 14 / min Temp: 98.3 (Oral)

| Patient Language: | Name of interpreter, if required: |
|---|---|

**Chief Complaint:**
scr for needs ranititdine renewed. pt states needs something stronger
has already cut down to one cup of coffeee per day
and only thing he buys from commissary is soups
o- abd soft,nt normoactive bs
a- reflux
Plan is as follows:

meds- d/c and renew ranititdine 150 mg 2 po bid x 30 days 11 rf-kop

Procedures Ordered:
>    BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:      reflux esophagitis

Electronically Signed by OVERBECK, DEANNA E NP on 07/17/2006.
##And No Others##

## CORRECTIONAL MANAGED CARE
### CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**  AUSTIN, PERRY A          **TDCJ#:**  999410     **Date:**  04/28/2006 10:36
**Facility:**    POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

**Cars:**

  **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
  **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Not Specified:**

  **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
  **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
  **Heartburn First Observed 03/15/2004 08:11AM**
  **Vision First Observed 05/13/2004 10:35AM**
  **Backache First Observed 02/02/2005 07:27AM**
  **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
  **Medical Cars 1 First Observed 03/31/2006 11:22AM**

**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 04/28/2006:** BP: 110 / 68 (Sitting)   Wt. 166 Lbs. Height 70 In. Pulse: 68 (Sitting)   Resp.: 18
/ min Temp: 97.6 (Oral)

| Patient Language, if other than English: | Name of interpreter, if required: |
|---|---|

**Chief Complaint:**
**scr for acid reflux, states he does not have his meds**
**o-abd soft, mild tenderness esp mid epigastric area**
**a-gerd**
**Plan is as follows:**
cell searched and ranitidine not found, except an old card w/ 1 pill left in it
will check w/ nursing so that pt can obtain his meds

Procedures Ordered:
  BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):          heartburn

   Electronically Signed by OVERBECK, DEANNA E NP on 04/28/2006.
   ##And No Others##

CORRECTIONAL MANAGED CARE
CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**  999410   **Date:**  02/06/2006 09:55   **Facility:**   POLUNSKY (formerly TERRELL)

AGE:  46 Years  RACE:  W   SEX: Male

# CASE SUMMARY
**Problems:**

**Cars:**

> **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**

**Not Specified:**

> **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
> **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
> **Heartburn First Observed 03/15/2004 08:11AM**
> **Vision First Observed 05/13/2004 10:35AM**
> **Backache First Observed 02/02/2005 07:27AM**
> **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**

**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 07/27/2005:** BP: 126 / 84 (Sitting)   Wt. 166 Lbs. Height 70 In. Pulse: 76 (Sitting)   Resp.: 16 / min Temp: 98 (Oral)

| Patient Language: | Name of interpreter, if required: |
|---|---|

S:  C/o blurred vision, occasional headaches, and occasional nose bleeds.
O:  NAD.  Pleasant/cooperative.  PERRLA.  Bilateral fundus exams unremarkable.
      No photophobia, no nausea, no vomiting. ENT exam unremarkable. Nasal turbinates
      patent, no edema, no erythema, no bleeding, no drainage.
A:  Decreased Visual Acuity, Headache
P:  Patient states that he has purchased Ibuprofen from commissary and does not need me to order
      any Ibuprofen for him.
Visual Acuity Test done by Ms. Lambert.
I plan to refer to Estelle for eye exam.
RTC if problems persist or worsen.


        Electronically Signed by HANSON, JANICE L NP on 02/06/2006.
        ##And No Others##

# CORRECTIONAL MANAGED CARE
## MD/MLP CHART REVIEW

**Patient Name:**  AUSTIN, PERRY A   **MRN#:**  999410   **Date:**  08/30/2005 11:38  **Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
Reflux Esophagitis First Observed 11/01/2002 12:00AM
Heartburn First Observed 03/15/2004 08:11AM
Vision First Observed 05/13/2004 10:35AM
Backache First Observed 02/02/2005 07:27AM
No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM


**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 07/27/2005:** BP: 126 / 84 (Sitting)   Wt. 166 Lbs. Height 70 In. Pulse: 76 (Sitting)   Resp.: 16 / min Temp: 98 (Oral)

---

| Patient Language: | Name of interpreter, if required: |
| --- | --- |

**Verbally refused to come to clinic for provider evaluation of back pain per security.**

Electronically Signed by HANSON, JANICE L NP on 08/30/2005.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - MID LEVEL PROVIDER**

**Patient Name:**  AUSTIN, PERRY A   **TDCJ#:**  999410   **Date:**  07/27/2005 13:33   **Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

 Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
 Reflux Esophagitis First Observed 11/01/2002 12:00AM
 Heartburn First Observed 03/15/2004 08:11AM
 Vision First Observed 05/13/2004 10:35AM
 Backache First Observed 02/02/2005 07:27AM
 No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM


**Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 07/27/2005:** BP: 126 / 84 (Sitting)   Wt. 166 Lbs. Height 70 In. Pulse: 76 (Sitting)   Resp.: 16 / min Temp: 98 (Oral)

| Patient Language: | Name of interpreter, if required: |
| --- | --- |

**S:**  **Requesting elastic support for elbow and zantac for indigestion.**
**O:**  **Right elbow exam unremarkable, no edema, no tenderness, no erythema, no bruising.**
   **FROM, NVI.**
  **Abdomen soft, non-tender bsp x 4.   No chest pain, no radicular pain, no diaphoresis, no chest pressure.**
**A:**  **Indigestion**
**P: Elbow brace not medically indicated.**
  **Ranitidine 150 mg one po bid x 30 x 11 kop.**

   Electronically Signed by HANSON, JANICE L NP on 07/27/2005.
   ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/01/2005 10:41   **Facility:** POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
Reflux Esophagitis First Observed 11/01/2002 12:00AM
Heartburn First Observed 03/15/2004 08:11AM
Vision First Observed 05/13/2004 10:35AM
Backache First Observed 02/02/2005 07:27AM
No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM


**Medications:**   RANITIDINE HCL 150MG TABS, 2 TABS ORAL(po) BID
**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 06/01/2005:** BP: 132 / 82 (Sitting)   Wt. 163 Lbs. Height 70 In. Pulse: 80 (Sitting)   Resp.: 16 / min Temp: 98.1 (Oral)

---

| Patient Language: | Name of interpreter, if required: |
| --- | --- |

S:  Requesting chest x-ray due to coughing x 2 weeks, especially at night.   States that he was
      diagnosed with TB in 1989 and received treatment for 6 months.
**O:  45 y.o. Hispanic male.  NAD.  LCTA.  No coughing during exam.**
**A: TB Class 2 Diagnosis**
P:      BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:     tb class 2 (infection, no disease pulm. tuberculosis)
         CHEST X RAY 2 VIEW:     tb class 2 (infection, no disease pulm. tuberculosis)

Electronically Signed by HANSON, JANICE L NP on 06/01/2005.
##And No Others##

c:\documents and settings\llewing\local settings\temp\45887311.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 05/10/2005 06:42

# CLINIC NOTES
## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Austin, Perry

**TDCJ No.:** 999410

**Unit:** TL

| Date & Time | Notes |
|---|---|
| 050905 | BP  P  R  T  H  W |
| | S: c/o BACK. Rt hip and leg pain |
| | Security reports that Perry Austin |
| | verbally refused to come to |
| | medical today. Must re-submit SCR. |
| | Do not reschedule. ————— ⟨signature⟩ NP-C |
| KN | Noted 5/9/05 @ 1435 Qain~ |

Please sign each entry with status.

HSM - 1 (Rev. 5/92)

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**   AUSTIN, PERRY A          **TDCJ#:**   999410          **Date:**   03/18/2005 07:20
**Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**
      Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
      Reflux Esophagitis First Observed 11/01/2002 12:00AM
      Heartburn First Observed 03/15/2004 08:11AM
      Vision First Observed 05/13/2004 10:35AM
      Backache First Observed 02/02/2005 07:27AM
      No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM
**Medications:**
ACETAMINOPHEN 325MG TABS,    2 TABS ORAL(po) BID
RANITIDINE HCL 150MG TABS,    2 TABS ORAL(po) BID
**Allergies:**   NO KNOWN ALLERGIES
**Current Lab Tests:**
**Vitals** 02/02/2005: BP: 140 / 76 (Sitting)   Wt. 169 Lbs. Height 70 In. Pulse: 88 (Sitting)   Resp.: 18 / min Temp 98.4 (Oral)

---

| Patient Language, | Name of interpreter, if required: |
|---|---|

**S:**  Pt seen cell side do to no escorts.   C/O LBP.   Has Hx of gerd and states Tylenol and OTC Motrin not controlling pain

**O:**  Pt gets up and ambulates to cell with ease, in NAD, no grimace or outward signs of discomfort or pain.

**A:**  LBP

**P:**  Pt educated on LBP, treatment, importance of exercise, and treatment expectations
      **Will obtain a LS Spine since has continued C/O LS Spine pain.**
      **Will also try short course of Indocin to see if will control pain.**
    Started Meds:
      INDOCIN 25MG CAPS               00006002568          03/18/2005 07:34
        1 CAPS ORAL(po) TID Special Instructions:Kop X 14 Days Prn
        STOP DATE: 04/01/2005 07:34                 REFILLS:
    Procedures Ordered:
      LUMBAR SPINE X RAY 3 VIEW: backache
      BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:     backache

      Electronically Signed by YOUNG, ROBERT A PA on 03/18/2005.
      ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - PHYSICIAN

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410      **Date:** 02/17/2005 13:00  **Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**
> Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
> Reflux Esophagitis First Observed 11/01/2002 12:00AM
> Heartburn First Observed 03/15/2004 08:11AM
> Vision First Observed 05/13/2004 10:35AM
> Backache First Observed 02/02/2005 07:27AM

**Medications:**   RANITIDINE HCL 150MG TABS, 2 TABS ORAL(po) BID
**Allergies:**   NO KNOWN ALLERGIES
**Current Lab Tests:**
**Most recent vitals from 02/02/2005:** BP: 140 / 76 (Sitting)   Wt. 169 Lbs. Height 70 In. Pulse: 88 (Sitting)   Resp.: 18 / min Temp: 98.4 (Oral)

**Patient Language**:      **Name of interpreter, if required:**

**Chief Complaint:**
**seen cell side due to lockdown pt. requests low row**
**alights from bed and walks to cell door with no difficulty whatsoever and with no limp**
**Plan is as follows:**
no indication for lo row

Procedures Ordered:
> BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):          backache

> Electronically Signed by ZOND, ALAN   D.O. on 02/17/2005.
> Electronically Signed by AVANT, SHERA L on 02/17/2005.
> ##And No Others##

CORRECTIONAL MANAGED CARE
CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**  AUSTIN, PERRY A          **TDCJ#:**  999410     **Date:**  02/02/2005 07:14
**Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

**Mental Health:**
      Mental Status Exam First Observed 05/20/2004 03:39PM
      No Diagnosis On Axis I/axis Ii First Observed 05/20/2004 03:41PM

**Not Specified:**
      Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
      Hiv High Risk Screening Completed First Observed 05/01/2002 12:15AM
      Physical Examination First Observed 05/02/2002 12:00AM
      Reflux Esophagitis First Observed 11/01/2002 12:00AM
      Heartburn First Observed 03/15/2004 08:11AM
      Vision First Observed 05/13/2004 10:35AM
      Screening Exam For Suspected Condition First Observed 07/28/2004 02:36PM
      Varicella, Immunity First Observed 08/11/2004 10:33AM

**Medications:**
RANITIDINE HCL 150MG TABS,     2 TABS ORAL(po) BID
    *Special Instructions:* KOP – 2 TABS PO BID X 30 DAYS X 11

**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Vitals 02/02/2005:** BP: 140 / 76 (Sitting)   Wt. 169 Lbs. Height 70 In. Pulse: 88 (Sitting)   Resp.: 18 / min Temp: 98.4 (Oral)

| Patient Language: | Name of interpreter, if required: |
|---|---|

S: Pt here C/O LBP x 10 years.   HX of severe GERD, Tylenol no help.   Pt wants low row restriction.

O:   PE unremarkable, Pt ambulates and climbs on and off exam table with ease.   Is in NAD and shows no signs of discomfort with movement or ambulating.   No spasms, no tightness, Non tender to palpation, FROM, strength 5/5, Neuro intact.

A:   LBP

P:   **No medical indication for a Low Row restriction.**
    **Will treat with Naprosyn for 2 weeks only to help relieve LBP w/o risk to GI**
    **Pt encouraged to try Tylenols after Naprosyn**
    **Strong NSAID warnings**
    **RTC PRN**
    Started Meds:
      NAPROXEN 250MG TABS          62939831101          02/02/2005 07:27
        1 TABS ORAL(po) B BID Special Instructions:Kop X 14 Days Prn
        STOP DATE: 02/16/2005 07:27          REFILLS:
    Procedures Ordered:
      BRIEF OFFICE VISIT (LEVEL 1) *COPAY*:     backache

      Electronically Signed by YOUNG, ROBERT A PA on 02/02/2005.
      ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - MID LEVEL PROVIDER

**Patient Name:**  AUSTIN, PERRY A          **TDCJ#:**  999410          **Date:**  05/04/2004 07:21
**Facility:**    POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**
HEARTBURN [787.1] first observed 03/15/2004 (Active)
HIV HIGH RISK SCREENING COMPLETED [V77.99] first observed 05/01/2002 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 05/02/2002 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
**Medications:**
RANITIDINE HCL 150MG TABS,     2 TABS ORAL(po) BID

**Allergies:**  NO KNOWN ALLERGIES
**Current Lab Tests:**
**Vitals 05/04/2004:** BP: 118 / 76 (Sitting)   Wt. 164 Lbs. Height 70 In. Pulse: 66 (Sitting)   Resp.: 18 / min Temp: 96.2
(Oral)

**S:**  Pt here C/O heartburn.   Was increased to 300 mg bid but has only been taking 150 bid.   Pt educated on cange in meds and
will start taking meds correctly.

**O:**  Heartburn

**A:**  Heartburn

**P:**  Continue Zantac as prescribed.
      RTC PRN
      Procedures Ordered:
        FOLLOW UP VISIT:heartburn

              Electronically Signed by YOUNG, ROBERT A PA on 05/04/2004.
              ##And No Others##

**CORRECTIONAL MANAGED CARE**
**CLINIC NOTES - MID LEVEL PROVIDER**

**Patient Name:**  AUSTIN, PERRY A          **TDCJ#:**  999410       **Date:**   03/15/2004 07:56
**Facility:**   POLUNSKY (formerly TERRELL)

## CASE SUMMARY
**Problems:**

**Medications:**
**Allergies:**
**Current Lab Tests:**
**Most recent vitals from 03/15/2004:** BP: 100 / 78 (Sitting)   Wt. 167 Lbs. Height 70 In. Pulse: 96 (Sitting)   Resp.: 18 / min Temp: 97.8 (Oral)


**S: Pt here C/O heartburn x years. All the time.   Type food does not matter.   One zantac does not work.**

**O: Abd soft, nt, nd, no masses, +bs all quads.**

**A: GERD**

**P: Zantac 150 mg 2 po bid x 30 days kop rf x 2**
     **RTC PRN**
     Procedures Ordered:
        BRIEF OFFICE VISIT (LEVEL 1)* COPAY*:     heartburn


| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|
| | | | | | |

Electronically Signed by YOUNG, ROBERT A PA on 03/15/2004.
##And No Others##

c:\documents and settings\lewing\local settings\temp\28267316.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 02/27/2004 15:11

## CLINIC NOTES
### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### INSTITUTIONAL DIVISION

**Name:** Austin
**TDCJ No.:** 999410
**Unit:** TC

| Date & Time | Notes |
|---|---|
| 11-6-03 | No Elbow Sleeve Pass ⟩ AMO |
| 630 | Front Cuff Pass x 180 |
| | [illegible] 11/6/03 @ 1400 |
| 11-12-03 | 0815 SCR returning front cuff pass saying it was mistake he wanted a "neoprene" elbow sleeve brace" Reply this is no mistake provider denied the brace and issued the front cuff pass — [signature] |
| 12-3-03 | 1100 Call from Warden req. to be seen for wrist. SCH MD F/U [signature] |
| 12-5-03 | 8:45  165#  130/80 - 80 - 18 - 974 Here to see MD re: request of provider re: wrist — [signature] |
| | (S) Elbow pain |
| 8V | (P) ① Issue Pass for Neopren elbow sleeve x 180day ② DC front handcuff pass (At Pt request) ③ RTC PRN. [signature] |
| | (noted [signature] on 12/5/03 1000) |
| 1-1-04 | 1015 SCR need Zantac renewed Reply done [signature] |
| 1-1-04 | (020 S) pt SCR need Zantac O/A not present [illegible] Zantac 150mg + QAM x 30dv11 KOP to pay PrE [signature] |

Please sign each entry with status.     [signature] 1.5 DV 1100     RLMR 1/6/04 OSo
HSM - 1 (Rev. 5/92)

c:\documents and settings\llewing\local settings\temp\165173645.tif printed by mivap. (Page 1 of 1)

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUL 24 2011

**PART A:** (To be completed by offender)                    Date: _July 23, 2011_

Offender's Name: _Perry Allen Austin_                    TDCJ No.: _999410_

Work Assignment: _____           Work Hours: _____

Wing No.: _12CC39/2-Row_          School Hours: _____

Service needed:  ☐ Medical   ☒ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: I've run out of Amoxicillan and the extraction site is still infected pretty bad. Steadily leaking pus.

How long have you had this problem?   Hours: _____   Days: _n/a_

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Perry A. Austin_
**Signature of Offender**                          cc:file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:  EXAM scheduled

_Mumns, LPN   7/25/11_                          JUL 24 2011

Medical Staff Member's Signature                          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\164597779.tif printed by mivap. (Page 1 of 1)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

JUL 15 2011

**PART A:** (To be completed by offender)          Date: July 15, 2011

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed:   ☐ Medical   ☑ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: Had tooth pulled 6/21, got infected, put on antibiotics 7/6; Still bleeding still constantly leaking pus, still painful. Ibuprofen is useless.

How long have you had this problem?   Hours: _____   Days: 24

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry C. Aust

**Signature of Offender**          cc: file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Exam scheduled

Munns RN  7/15/11          JUL 15 2011

Medical Staff Member's Signature          Date

HSA-9 (Rev. 5/97)

Dental                              Sickcall                              Clinic

**SUBJECT:** *State briefly the problem on which you desire assistance.*

JUL 0 6 2011

The extraction site where my took was pulled on June 21, 2011 is infected and still bleeding. I had thought it had healed because it had stopped hurting. It has in fact started hurting worse now and continuously oozes out pus and dark red blood. The infection has my head all wooey. I would appreciate it if you could see me as soon as possible. Thank you.

Perry A. Austin

Name: Perry Allen Austin        No: 999410        Unit: Polunsky

Living Quarters: 12 CC 39/2 - Row        Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

EXAM
Scheduled
MNNW [illegible]
[illegible]

JUL 0 6 2011

☆I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\163505595.tif printed by mivap. (Page 1 of 1)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

JUN 2 7 2011

**PART A:** (To be completed by offender)

Date: June 23, 2011

Offender's Name: Perry Allen Austin

TDCJ No.: 999410

Work Assignment: _____

Work Hours: _____

Wing No.: 12 CC 39       School Hours: _____

Service needed: ☐ Medical   ☒ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: I had a tooth pulled June 21, 2011. It has become infected. It is throbbing with pain and leaking pus continuously.

How long have you had this problem?   Hours: _____   Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry C. Aust

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Exam scheduled

JUN 2 7 2011

Minns BA 6/27/11

Medical Staff Member's Signature                    Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\163305990.tif printed by mivap. (Page 1 of 1)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 22 2011

**PART A:** (To be completed by offender)          Date: June 21, 2011

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed: ☐ Medical   ☑ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: I'd like to have a complete dental check-up, work. Also need a wisdom teeth pulled. Bottom right

How long have you had this problem?   Hours: _____          Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry O Aust

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: You need to let that extraction site heal          JUN 22 2011

for at least a week before we go messing around in there again          JUN 22 2011

Munns, DDP 6/22/11

Medical Staff Member's Signature          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\163133519.tif printed by mivap. (Page 1 of 1)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST

JUN 20 2011

**PART A:** (To be completed by offender)               Date: _June 18, 2011_

Offender's Name: _Perry Allen Austin_               TDCJ No.: _999410_

Work Assignment: _____               Work Hours: _____

Wing No.: _12CC39_               School Hours: _____

Service needed:   ☐ Medical   ☑ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: _I've got a really bad abcess. Hurts bad. Need a_
_couple of teeth pulled too!_

How long have you had this problem?   Hours: _____   Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Perry G. Austin_

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _Exam Scheduled_

_Munns, DH  6/20/11_

Medical Staff Member's Signature               Date

HSA-9 (Rev. 5/97)

c:\documents and settings\liewing\local settings\temp\154222480.tif printed by mivap. (Page 1 of 1)

Scanned by SWAIM, KATHY L, CCA in facility POLUNSKY (TL) on 01/04/2011 14:43

DEC 1 1 2010

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)  Date 12-09-10

Offender's Name Perry Allen Austin  TDCJ No 999410

Work Assignment _____  Work Hours _____

Wing No . 12CC39  School Hours _____

Service needed·  ☐ Medical  ☑ Dental  ☐ Mental Health  ☐ Other _____

Reason for Health Services Appointment. I need a wisdom tooth pulled,

How long have you had this problem?  Hours _____  Days _____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*
>
> Perry B Austin
> **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply _____ exam scheduled

_____ 12/13/10

Medical Staff Member's Signature  Date

☆HSA-9 (Rev 5/97)

## CORRECTIONAL MANAGED CARE
## DHR – MISCELLANEOUS (NARRATIVE)

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 12:27   **Facility:** POLUNSKY (TL)
**Age:** 52 year   **Race:** W   **Sex:** male   **DOB:** 06/23/1959
**Most recent vitals from 7/28/2011:** BP: 164 / 91 (Sitting) ; Wt: 165 Lbs.; Height: 70 In.; Pulse: 75 (Sitting) ; Resp: 18 / min; Temp: 98.1 (Oral)
**Allergies:** NO KNOWN ALLERGIES

---

| Patient Language:   ENGLISH   Name of interpreter, if required: |
| --- |

Current Medications:
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID

**Offender referred from Medical**
**SUBJECTIVE:**
Patient c/o: #14 drainage
**OBSERVATION:**
Current Vital Signs Reviewed – BP 164/91, was seen in medical last night for BP controls
Medical History Reviewed – no changes noted
Tooth Defects (Tooth # and Surface) and Radiographic Findings:  #14
Checked WNL for drainage and sinus communication / no apparent swelling / patient still stating it drains continually
Severe caries / apparent pulpal exposure / fracture / periapical radiolucency
**ASSESSMENT:**
Hard Tissue Disease   (521)
**PLAN:**
**TREATMENT PROVIDED:**
F/U exam
Extraction site of # 14 checked and still appears to be healing WNL
RX:
Started Meds:
      PENICILLIN VK 500MG TABLET      00781165501      07/28/2011 12:36
            1 TABS ORAL TID
            STOP DATE:      REFILLS: 0
RTC = PRN PER SCR

**ENDING PRIORITY: P4**

**Procedures Ordered:**
      **DENTAL AD SEG PATIENT IDENTIFIER:**      dental cars 1
      **D-*DDS DENTAL VISIT (D0):**   dental cars 1
      **D-F/U EXAM ESTABLISHED PATIENT (D0):**   dental cars 1

**CORRECTIONAL MANAGED CARE**
**DHR – MISCELLANEOUS (NARRATIVE)**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 12:27   **Facility:** POLUNSKY (TL)

**ASSESSMENT:**
V72.2   Dental Examination
Periodontal Type:        by Topography
**PLAN:**
**TREATMENT PROVIDED:**
Sick Call Exam
Plaque Index with disclosant:        %
OHC Including brushing and flossing demonstration
Radiographs taken and reviewed:
Removed/spooned some soft caries, tooth #(s):
Placed IRM/Fuji IX sed/temp filling (caries remain), occlusion checked, tooth #(s):
Applied Vanish Fluoride Varnish, tooth #(s):
Medications Prescribed:

**RTC =**
**ENDING PRIORITY:**

Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/28/2011.
##And No Others##

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 07/25/2011 08:09    **Facility:** POLUNSKY (TL)
**Age:** 52 year    **Race:** W    **Sex:** male    **DOB:**  06/23/1959
**Most recent vitals from 7/6/2011:** BP: 172 / 95 (Sitting) ; Wt: ; Height: 70 In.; Pulse: 60 (Sitting) ; Resp: 18 / min;
Temp: 96.7 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Current Medications:
MOTRIN 800MG,    1 TABS ORAL BID
PRILOSEC 20MG,    1 CAPS ORAL BID

SCR Received On: 07/24/2011, Chief Complaint: extraction site is still infected … leaking pus

**SUBJECTIVE:**
Patient appointed for oral surgery follow-up

**OBSERVATION:**
Current Vital Signs Reviewed
Healing WNL

**ASSESSMENT:**
Hard Tissue Disease    (521)

**PLAN:**
**TREATMENT PROVIDED:**
Extraction site of #  14   socket irrigated with H2O.
Checked for Oral-antral Fistula – appears to be WNL
No apparent drainage noted.
1 PAX taken and reviewed – appears to be WNL

**RTC = PRN PER SCR**

**ENDING PRIORITY:**   P4

**Procedures Ordered:**
DENTAL AD SEG PATIENT IDENTIFIER:       dental cars 1
D-FOCUSED EXAM BY SICK CALL REQ (NO COPAY)(D0):       dental cars 1
D-RADIOGRAPH, ONE FILM (D0):       dental cars 1

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 07/25/2011 08:09    **Facility:** POLUNSKY (TL)

Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/25/2011.
##And No Others##

POLUNSKY (TL)

Patient Name: AUSTIN, PERRY A
MRN: 999410

================================================================================

SCR DENTAL S/C SCHEDULED (ATC 1& 2)
Entered On: 07/18/2011 14:09
Entered By: CHRISTMAN, GARY R. D.D.S.

NO SHOW; per Officers O'Brian and Landacre, Offender refused to come to dental; RTC = SCR PRN

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/06/2011 09:54   **Facility:** POLUNSKY (TL)
**Age:** 52 year   **Race:** W   **Sex:** male   **DOB:** 06/23/1959
**Most recent vitals from 7/6/2011:** BP: 172 / 95 (Sitting) ; Wt: ; Height: 70 In.; Pulse: 60 (Sitting) ; Resp: 18 / min;
Temp: 96.7 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

Current Medications:
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID

SCR Received On: 07/06/2011, Chief Complaint:   extraction site hurting … oozes pus
**SUBJECTIVE:**
Patient appointed for oral surgery follow-up

**OBSERVATION:**
Current Vital Signs Reviewed – BP 172/95
Bone exposed on distal aspect of socket, purulent drainage present, no apparent oral-antral fistula noted
Socket appears to have developed a clot WNL otherwise

**ASSESSMENT:**
Hard Tissue Disease    (521)
Alveolar osteitis

**PLAN: RX Antibiotics**
**TREATMENT PROVIDED:**
Extraction site of # 14: dried residual purulent drainage and irrigated area with water
Given Amoxicillin 500 mg X 2 stat
RX:
Started Meds:
       AMOXICILLIN 500MG CAPSULE       00781261301     07/06/2011 10:29
            1 CAPS ORAL BID
            STOP DATE:                    REFILLS: 0
Referred to Medical for BP chart review
RTC = PRN PER SCR

**ENDING PRIORITY:  P4**

**Procedures Ordered:**
       **DENTAL AD SEG PATIENT IDENTIFIER:**       dental cars 1
       **D-F/U EXAM ESTABLISHED PATIENT (D0):**       dental cars 1
       **D-RADIOGRAPH, ONE FILM (D0):**       dental cars 1

1 of 2
DHR-30

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/06/2011 09:54   **Facility:** POLUNSKY (TL)

Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/06/2011.
This document has been corrected by CHRISTMAN, GARY R. D.D.S. on 07/06/2011.
Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/06/2011.
##And No Others##

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/06/2011 09:54   **Facility:** POLUNSKY (TL)
**Age:** 52 year   **Race:** W   **Sex:** male   **DOB:** 06/23/1959
**Most recent vitals from 7/6/2011:** BP: 172 / 95 (Sitting) ; Wt: ; Height: 70 In.; Pulse: 60 (Sitting) ; Resp: 18 / min;
Temp: 96.7 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

Current Medications:
MOTRIN 800MG,    1 TABS ORAL BID
PRILOSEC 20MG,    1 CAPS ORAL BID


SCR Received On: 07/06/2011, Chief Complaint:   extraction site hurting … oozes pus
**SUBJECTIVE:**
Patient appointed for oral surgery follow-up

**OBSERVATION:**
Current Vital Signs Reviewed – BP 172/95
Bone exposed on distal aspect of socket, purulent drainage present, no apparent oral-antral fistula noted
Socket appears to have developed a clot WNL otherwise

**ASSESSMENT:**
Hard Tissue Disease    (521)
Alveolar osteitis

**PLAN: RX Antibiotics**
**TREATMENT PROVIDED:**
Extraction site of # 14: dried residual purulent drainage and irrigated area with water
Given Amoxicillin 500 mg X 2 stat
RX:
Started Meds:
       AMOXICILLIN 500MG CAPSULE        00781261301     07/06/2011 10:29
            1 CAPS ORAL BID
            STOP DATE:                  REFILLS: 0
RTC = PRN PER SCR

**ENDING PRIORITY:  P4**

**Procedures Ordered:**
       **DENTAL AD SEG PATIENT IDENTIFIER:        dental cars 1**
       **D-F/U EXAM ESTABLISHED PATIENT (D0):     dental cars 1**
       **D-RADIOGRAPH, ONE FILM (D0):       dental cars 1**

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/06/2011 09:54   **Facility:** POLUNSKY (TL)

Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/06/2011.
##And No Others##

POLUNSKY (TL)

Patient Name: AUSTIN, PERRY A
MRN: 999410

================================================================================

P* AD SEG PRIORITY S.T.A.R.
Entered On: 06/29/2011 13:36
Entered By: CHRISTMAN, GARY R. D.D.S.

NO SHOW; per Officers Griffen and Catlett, Offender refused to come to Dental;  RTC = SCR PRN

```
                                POLUNSKY (TL)
Patient Name: AUSTIN, PERRY A
MRN: 999410


===============================================================================


P* AD SEG PRIORITY S.T.A.R.
Entered On: 06/28/2011 15:47
Entered By: CHRISTMAN, GARY R. D.D.S.

NO SHOW 06/27/2011 Lay-in;  per Officer Brewer, no escorts available; RTC  =  RESCHEDULED
```

c:\documents and settings\iewing\local settings\temp\163307391.tif printed by mivap. (Page 1 of 1)

**PATIENT IDENTIFICATION**
NAME: AUSTIN, PERRY A
MRN: 999410
RACE / SEX: W/M
DOB: 6/23/1959
DATE RECEIVED: 2002

**HEALTH SERVICES**
**DENTAL HEALTH RECORD**
**HSD-4**

**SUBSEQUENT EXAMINATION**

**RESTORATIONS & TREATMENT**
( RETAIN ORIGINAL, DOCUMENT CHANGES & SCAN )



**DISEASES & ABNORMALITIES**
(COMPLETE THEN SCAN)

Remarks: "Really bad abcess"
#14 - advanced bone loss & abscess
R - 16 — NRC- Hopeless tooth
BP-162/90 — extraction
P - 69
T - 96.9

TREATMENT PLAN
DATE: 6/21/2011 04:00PM

#14 extraction
6/21/11

PERIO TYPE: I  II  III  IV (circle one)   TX Eligibility Date: 2003   DDS Initials _____
RDH Initials _____

## DENTAL/MEDICAL HISTORY
**EACH Y/N BOX MUST BE CHECKED INDIVIDUALLY,**
**STRAIGHT LINES THROUGH THE ENTIRE COLUMN ARE PROHIBITED**

| Condition | Y | N | Condition | Y | N | Condition | Y | N |
|---|---|---|---|---|---|---|---|---|
| 1. Diabetes | | ✓ | 8. Abnormal Blood Pressure | ✓ | | 15. Stomach Problems | ✓ | |
| 2. HIV | | ✓ | 9. Epilepsy/Seizures | | ✓ | 16. Taking Medications | ✓ | |
| 3. Chronic Heart Failure | | ✓ | 10. Hepatitis/Liver Disease | ✓ | | 17. Jaw Fractures/Dislocation | | ✓ |
| 4. Heart Problems | | ✓ | 11. Uncontrolled Bleeding | | ✓ | 18. Cancer Therapy/TX | | ✓ |
| 5. Heart Murmur | | ✓ | 12. Asthma/Breathing Problems | ✓ | ✓ | 19. (Women) Pregnant | | |
| 6. Rheumatic Fever | | ✓ | 13. Tuberculosis (TB) | | ✓ | 20. Other: | | |
| 7. Artificial Joints/Valves | | ✓ | 14. Allergies | ✓ | | | | |

(10) said never sit with Hughes unit   (16) omeprazole, Ibuprofen
(13) TOOK INH 1989   (14) Bacitracin ointment   (15) acid reflux

1 of 1
X      #

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/21/2011 09:31   **Facility:** POLUNSKY (TL)
**Age:** 51 year   **Race:** W   **Sex:** male   **DOB:** 06/23/1959
**Most recent vitals from 6/21/2011:** BP: 162 / 90 (Sitting) ; Wt: ; Height: 70 In.; Pulse: 69 (Sitting) ; Resp: 16 / min;
Temp: 96.9 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:     ENGLISH     Name of interpreter, if required: |
|---|

Current Medications:
MOTRIN 800MG,     1 TABS ORAL BID
PRILOSEC 20MG,     1 CAPS ORAL BID


SCR Received On:   06/20/2011, Chief Complaint:    really bad abscess
**SUBJECTIVE:**
Sick Call Exam c/o:    see above
Extraction(s):  #14
**OBSERVATION:**
Current Vital Signs Reviewed – BP 162/90, not taking any BP meds, per patient
Medical History Reviewed – no changes noted
Patient consents to extraction due to clinical and current radiographic findings indicate:   #14
Advanced periodontal disease / periodontitis
**ASSESSMENT:**
**PLAN: #14   - extraction**
**TREATMENT PROVIDED:**
Sick Call Exam
        2          carpules (1.7 ml)   Lidocaine 2% with Epinephrine 1:100,000 administered
Consent Form Reviewed and Signed, questions solicited, patient verbalized understanding of possible consequences of treatment
to be provided
Radiograph(s) taken:      1 PAX          Radiograph(s) reviewed
Extraction of tooth #(s):   14   -no apparent complications noted
Good Hemostasis
Verbal and Written Post Operative Instructions Given
Medications Prescribed:   given Motrin 200 mg (10 packs of 2), take 2 tabs prn tid, KOP
Referred to Medical for BP chart review
**RTC = scr prn**
**ENDING PRIORITY:**   P4


**Procedures Ordered:**
        **DENTAL AD SEG PATIENT IDENTIFIER: dental cars 1**
        **D-FOCUSED EXAM BY SICK CALL REQ *COPAY* (D0):          dental cars 1**
        **D-RADIOGRAPH, ONE FILM (D0): dental cars 1**
        **D-EXTRACTION, ERUPTED TOOTH (D7): dental cars 1**


1 of 2
DHR-30

**Correctional Managed Care**
**DHR – SICK CALL EXAM/SCREENING**

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:** 999410      **Date:** 06/21/2011 09:31      **Facility:** POLUNSKY (TL)

Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 06/21/2011.
##And No Others##

2 of 2
DHR-30

POLUNSKY (TL)

Patient Name: AUSTIN, PERRY A
MRN: 999410


=========================================================================

SCR DENTAL S/C SCHEDULED (ATC 1& 2)
Entered On: 12/14/2010 13:48
Entered By: CHRISTMAN, GARY R. D.D.S.

NO SHOW; per Officers Winfield and Fisher, Offender refused to come to Dental Appointment; RTC = SCR PRN

Date:   08/15/2011 13:07
From:   DIANE JACKSON
To:   WILLIAMS, BERNADINE E(E);
Subject:   new RX bldg 12...thanks
Re:   PERRY AUSTIN

DIANE E. JACKSON, FNP

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             JACKSON, DIANE E. FNP


HYDRODIURIL 25MG TABS
Sig:              1 x TABS ORAL DAILY
Order Date:       08/13/2011 16:42
Start Date:       08/13/2011 16:42
Auto Stop Date:   09/12/2011 16:42


Disp. #:          30  TABS
Refills:          11  Before: 09/12/2011 16:42


Allow Generic - No product selection indicated
Rx Written On:    08/13/2011
```

                              Prescription Electronically Signed
                              by DIANE E. JACKSON, FNP

Date:   08/13/2011 16:46
From:   DIANE JACKSON
To:   POLUNSKY PROCESSING GROUP(E);
Subject:   please add to CCC for new Dx of HTN in September...thanks!
Re:   PERRY AUSTIN

**CORRECTIONAL MANAGED CARE**
**MD/MLP CHART REVIEW**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 08/13/2011 16:35   **Facility:** POLUNSKY (TL)
**Age:** 52 year   **Race:** W   **Sex:** male
**Most recent vitals from 7/28/2011:** BP: 164 / 91 (Sitting) ; Wt: 165 Lbs.; Height: 70 In.; Pulse: 75 (Sitting) ; Resp: 18 / min; Temp: 98.1 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

Current Medications:
MOTRIN 800MG,    1 TABS ORAL BID
PRILOSEC 20MG,    1 CAPS ORAL BID

CR

Had elevated BP last month when seen at dentist as well as at a nursing visit.

52 y.o. male with no hx of HTN in past.

| Date / Time | BP Stand | BP Sit | BP Supine | Pulse Stand | Pulse Sit | Pulse Supine | Resp. | Weight (LB) | Height (IN) | Temp. PO | Temp. Rec | Temp. Ax | Temp. L Ear | Temp. R Ear | PSO2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/28/2011 07:29AM | | 164 / 91 | | | 75 | | 18 | 165 | 70 | 98.1 | | | | | |
| 7/27/2011 11:46PM | | 170 / 98 | | | 73 | | 18 | 70 | 164 | 97.7 | | | | | |
| 7/6/2011 07:55AM | | 172 / 95 | | | 60 | | 18 | | | 96.7 | | | | | |
| 6/21/2011 08:54AM | | 162 / 90 | | | 69 | | 16 | | | 96.9 | | | | | |

Two or more BP >135/85—add diagnosis of Hypertension stage I:

First line therapy is diuretic:

Add HCTZ 25   mg po qd

BP checks 2 x week for 4 weeks

CR in 2 weeks to add another medication if needed

Add to CCC for hypertension in one month

Is CARS current?   Yes     MEDICAL 1

1 of 2

# CORRECTIONAL MANAGED CARE
## MD/MLP CHART REVIEW

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 08/13/2011 16:35   **Facility:** POLUNSKY (TL)

Procedures Ordered:

*CBC W/DIFF {BABYDMCD PSYLBPSZDBHVCNESLDAHEPHP}:     medical cars 1, hypertension (htn)
*COMPREHENSIVE METABOLIC PANEL (CMP) {PSYLABPHEPSZDBHVCNBFAHEPESLDHPESLD}:   hypertension (htn)
*THYROID STIMULATING HORMONE [TSH] {CNBFPSYLDMCDTPBPDBLEV2}:     hypertension (htn)
*URINALYSIS, W/DIPSTICK MICROSCOPIC EXAM ON POSITIVES [UA] {HVCNDBBPBFPSYLESLD}:   hypertension (htn)

LIPID PANEL {CNDBBFHVPSYLDMCDNBP}:   hypertension (htn)
BP CHECK SERIES REQUEST/ORDER (BP) {CNDB}:  hypertension (htn)
EKG/ECG REQUEST/ORDER (CNDBBPBFSZPSYLEV2):     hypertension (htn)
DIET ORDER-DIET FOR HEALTH (DFH){BPDBESLDCNBF}:     hypertension (htn)
*HEPATIC FUNCTION PANEL (LFP) {PSYLDMCD}:     hypertension (htn)


Procedures Ordered:

MD/MLP  CHART REVIEW:     hypertension (htn)


Started Meds:

hydroCHLOROthiazide 25MG TAB       67253082010          08/13/2011 16:42
1 TABS ORAL QD
STOP DATE:                REFILLS: 11




Electronically Signed by JACKSON, DIANE E. FNP on 08/13/2011.
##And No Others##

Date:  06/21/2011 09:39
From:  GARY CHRISTMAN
To:  POLUNSKY PROCESSING GROUP(E);
Subject:  BP chart review
Re:  PERRY AUSTIN

Attention: Medical Personnel

As per TSBDE Rule 108.7(2) B: Please review chart of
Offender:        Austin, Perry A.        MRN:      999410
Due to BP of          162/90      today in the dental clinic.
Offender states he does not take BP meds.

Thank you,
Gary Christman, D.D.S.

Date:   05/11/2010 14:20
From:  ALAN ZOND
To:  JENNIFER PARKER(E);
Subject:  RE: RE:
Re:  PERRY AUSTIN

YEPPER


------Original Message------

Date:   05/10/2010 11:20
From:  JENNIFER PARKER
To:  ALAN ZOND(E); CARLY PERKINS S(E);
Subject:  RE:
Re:  PERRY AUSTIN

There was a reminder created and they were supposed to be scheduled once a week until 5/4/10,
but someone closed the reminder on 4/15/10 when it was not supposed to be closed. Do we need
to reschedule them??

Ms. Parker


------Original Message------

Date:   05/07/2010 15:00
From:  ALAN ZOND
To:  CARLY PERKINS S(E);
Subject:
Re:  PERRY AUSTIN

bp checks ordered in january still not done can someone please take some pride in their work and
do them.

Date:   05/10/2010 11:20
From:   JENNIFER PARKER
To:   ALAN ZOND(E); CARLY PERKINS S(E);
Subject:   RE:
Re:   PERRY AUSTIN

There was a reminder created and they were supposed to be scheduled once a week until 5/4/10,
but someone closed the reminder on 4/15/10 when it was not supposed to be closed. Do we need
to reschedule them??

Ms. Parker


------Original Message------

Date:   05/07/2010 15:00
From:   ALAN ZOND
To:   CARLY PERKINS S(E);
Subject:
Re:   PERRY AUSTIN

bp checks ordered in january still not done can someone please take some pride in their work and
do them.

Date:   05/07/2010 15:00
From:   ALAN ZOND
To:  CARLY PERKINS S(E);
Subject:
Re:  PERRY AUSTIN

bp checks ordered in january still not done can someone please take some pride in their work and
do them.

Date:   02/11/2010 08:53
From:   SANDRA BRAME
To:   ALAN ZOND(E);
Subject:   REFUSED LABS
Re:   PERRY AUSTIN

## LAB MISSED CLINIC REPORT

PATIENT:   AUSTIN, PERRY A      TDCJ #:   999410      FACILITY:   POLUNSKY
(TL)

This patient missed the scheduled lab clinic visits.   See attachment(s).

Please review chart information and reorder as needed.   Pt refused labs and is deleted for
LFP

Date:   07/20/2009 15:00
From:  JOYCE BONDS
To:  POLUNSKY SCHEDULERS(E);
Subject:  no show
Re:  PERRY AUSTIN

MISSED CLINIC VISIT REPORT

PATIENT:  AUSTIN, PERRY A        TDCJ #:  999410        FACILITY:  POLUNSKY
(TL)

This patient missed the scheduled clinic visit for today, Jul 20, 2009, due to:

( x )  No Show        fo bad earaches
(    )  Refusal
(    )  Ad Seg Patient - No Show due to no escort available
(    )  Patient left clinic without being seen by the provider

    Please review chart information and advise of needed reschedules or other actions.

(    )  Reschedule
( x ) Do Not Reschedule

Date: 07/09/2009 12:40
From: TAMMY KING
To: POLUNSKY SCHEDULERS(E);
Subject: RESCHEDULE APPT.
Re: PERRY AUSTIN

MISSED CLINIC VISIT REPORT

PATIENT: AUSTIN, PERRY A     TDCJ #: 999410     FACILITY: POLUNSKY
(TL)

This patient missed the scheduled clinic visit for today, Jul 09, 2009, due to:

(___) No Show
(___) Refusal
(___) Ad Seg Patient - No Show due to no escort available
(___) Patient left clinic without being seen by the provider
    X PT. NOT SEEN FOR  COMPLANT OF EAR ACHE DUE TO LOCKDOWN
    Please review chart information and advise of needed reschedules or other actions.

( X ) Reschedule     AFTER LOCKDOWN IS COMPLETED
(___) Do Not Reschedule

Date:   06/26/2009 10:08
From:   ALAN ZOND
To:   BERNADINE WILLIAMS(E);
Subject:   RE:
Re:   PERRY AUSTIN

yes


------Original Message------

Date:   06/25/2009 03:11
From:   BERNADINE WILLIAMS
To:   ALAN ZOND(E);
Subject:
Re:   PERRY AUSTIN


**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410        **Facility:**   POLUNSKY (formerly TERRELL)

Current Medications:   omprazole 20 mg bid fell off forvis
Sick Call Request received Jun 25, 2009 requesting medications be renewed.   Please review and take action as clinically indicated.   Thank you.

Date:   06/25/2009 03:11
From:   BERNADINE WILLIAMS
To:   ALAN ZOND(E);
Subject:
Re:   PERRY AUSTIN

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410       **Facility:**   POLUNSKY (formerly TERRELL)

Current Medications:   omprazole 20 mg bid fell off forvis
Sick Call Request received Jun 25, 2009 requesting medications be renewed.   Please review and take action as clinically indicated.   Thank you.

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 01/25/2008 10:19

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JAN 2

**PART A:** (To be completed by offender)      Date: _22, January 2008_

Offender's Name: _Perry Allen Austin_      TDCJ No. : _999410_

Work Assignment:_____      Work Hours:_____

Wing No.: _12 CB15_      School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: _I need my Ranitidine renewed._

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* _Perry C. Austin_

_Signature of Offender_

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _Order current - see attached med pass_   _A. Kaufman L._

_____
Medical Staff Member's Signature      Date

HSA - 9 (Rev. 5/97)

Case 4:04-cv-02387 Document 92-3 Filed in TXSD on 03/06/12 Page 65 of 100
c:\documents and settings\llewing\local settings\temp\96375836.tif printed by mivap. (Page 1 of 1)

MEDICATION PASS                                                   01/22/2008

TDC NO.: 00999410                        NAME: AUSTIN,PERRY ALLEN
UNIT:    TL              HOUSING LOCATION: 12-C-B ROW-1            CELL: 15

DRUG                    PRESCRIBER       START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB    PORRAS,GUILLERM 01/21/08 02/19/08  0   2  04/19/08
     TAKE 2 TABLETS 2 TIMES A DAY X 30 DAYS-KOP.

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410     Date:    02/20/2008 11:36    Facility:   POLUNSKY (formerly TERRELL)

Age:48    Race:  W   Sex:  Male

| Patient Language:   ENGLISH        Name of interpreter, if required: |
|---|

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**LATE ENTRY,OFFENDER SEEN 2/19/2008**

**From Reports by Security & Medical Staff**

| | **YES** | **NO** |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

**Interview Questions**

| | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
MENTAL STATUS EXAM
      Appearance
         Grooming
            Normal
         Posture/Gait
            Normal
         Motor Activity
            Unremarkable
      Sensorium
         Attention
            Normal
         Concentration
            Normal
         Orientation
            Oriented X 4
         Recall/Memory
            Normal
      Relating
         Eye Contact
            Normal
         Facial Expression

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A      TDCJ#:999410    Date:   02/20/2008 11:36    Facility:   POLUNSKY (formerly TERRELL)

                    Responsive
            Attitude Toward Examiner
                  Cooperative
     Affect & Mood
          Affect
                  Appropriate
          Mood
                  Euthymic
     Speech & Thought
          Speech Flow
                  Normal
          Thought Content
                  Appropriate To Mood/Circumstances
          Preoccupations
                  None
          Hallucinations
                  None
          Thought Organization
                  Logical, Goal Directed
   Executive Functions
          Judgment
                  Normal
          Reality Testing
                  Realistic
          Insight
                  Uses Connections
          Decision-Making
                  Normal
   Adaptive Skills
          Coping Ability
                  Normal
   Social Functioning
          Social Support
                  Adequate
   Risk To Self & Others
          Self Harm
                  None
          Harm To Others
                  None

## Disposition

☒    Follow up in 90 days or upon request/referral

☐    Schedule for further evaluation

2 of 3

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    02/20/2008 11:36    Facility:   POLUNSKY (formerly TERRELL)

☐     Refer immediately for evaluation

☐     Other (Specify):

Procedures Ordered:
  MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii, mental health cars 0

      Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 02/20/2008.
      ##And No Others##

c:\documents and settings\llewing\local settings\temp\97973378.tif printed by mivap. (Page 1 of 1)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 03/10/2008 09:11

RECEIVED     SC-002/(

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

**HEALTH SERVICES DIVISION**     MAR 0 7 2008     80

**SICK CALL REQUEST**

**PART A:** (To be completed by offender)     Date: March 05, 2008

Offender's Name: Berry Allen Austin     TDCJ No. : 999410

Work Assignment: _____     Work Hours: _____     R

Wing No.: 12CB1B     School Hours: _____     MA

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: I would like to have my Ibuprofen prescription renewed for my back. I've got bone spurs.

How long have you had this problem?     Hours : _____     Days : Many

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*     _Berry A. Austin_

**Signature of Offender**     cc:fi

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Schedule Provider sick call - release UC

_____     _____

**Medical Staff Member's Signature**     Chart Review

N. Williams RN     Date

2-7-08

HSA - 9 (Rev. 5/97)

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 03/10/2008 11:15    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 48 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
| --- |

**Today's Problem:**
cr
**ibup 800 1 po bid x 30 kop rf x 2**

Electronically Signed by ZOND, ALAN   D.O. on 03/10/2008.
##And No Others##

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 03/14/2008 12:03

Perry Allen Austin #999410
TDCJ-ID, Polunsky Unit
3872 FM 350 South
Livingston, Texas  77351

MAR 13 20

Dr. Borras
Medical Department - Death Row
TDCJ-ID, Polunsky Unit
3872 FM 350 South
Livingston, Texas  77351


March 12, 2008


Dr. Borras,

    I am writing to complain about the lack of medical attention and the apparent abandonment of the sickcall process.

    I sent in a sickcall slip last week Thursday, March 06, 2008. It was one of the rare times I was able to even obtain a sickcall slip and it was picked up by one of the nurses that passes out pills. It is now six days later and I still not been seen by medical personnel.

    I tried to bring my problem to one of the pill nurse today but she would not even stop long enough to hear what I had to say. All she said as she ran past my cell was, "Put in a sickcall." I already have once. How can I put in another one when I can't even get a sickcall slip? I can't even get an I60! I will address that problem to someone else though.

    The reason I put in the sickcall last week is because of the ongoing problems I'm having with my back. A couple of years ago I had x-rays taken because of intense pain in my lower back that kept spreading down to my lower extremeties.  It was found that I had bone spurs on my lower spine.  I've tried to deal with the pain and other difficulties because of the bone spurs on my own but the pain has been steadily getting worse.  I asked that my Ibupr prescription be renewed.  If not that, then getting in to see someone to diagr and prescribe something for my medical condition.

    I have also been experiencing extreme acid reflux. If you'll look at my medical records since being here I have had this problem since I came here. I have in fact had this problem for the past 30 years and a look at my medical records from my past TDCJ incarcerations will verify this fact. Yet I have bee unable to convince any of the medical personnel to bring these records up. I currently on Ranitidine, taking two (2) pills twice a day. This is an increase from one (1) pill twice a day when the original prescription wasn't doing any good. Well, the current dosage isn't doing any good either. Everything I eat or drink seems to cause my acid reflux to flare up intensely. Yet when I've complained about this in the past, I was either ignored, or told to stop eatin this or that.  If I stopped eating and drinking everything that caused my acid reflux to flare up I would literally starve to death, if not die of thir This is not an exaggeration as even water sometimes causes it to flare up.

    In closing, I am requesting that I be seen as soon as possible for my me problems and that something be done about the lack of access to sickcall.

Terry A. Austin

cc:Richard Bourke - Attorne
file

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 03/14/2008 12:04

You were given a prescription for ibuprofen (800mg for 30 days w/ two refills) on 3/10/08.

I will lay you in w/ Dr. Zond to discuss your continuing problems w/ acid reflux.

X.Rudolph, PA
3/13/08

**Correctional Managed Care**
**CLINIC NOTES - PHYSICIAN**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 03/17/2008 12:22    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 48 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

**Today's Problem:**
cell side security reasons
worsening gerd
nad
**Plan is as follows:**
dc ibuprofen
nort 50 1 po bid x 30 rf x 11


Procedures Ordered:
    BRIEF OFFICE VISIT - LEVEL 1 (NO COPAY):   reflux esophagitis



        Electronically Signed by ZOND, ALAN   D.O. on 03/17/2008.
        ##And No Others##

1 of 1

c:\documents and settings\llewing\local settings\temp\98659759.tif printed by mivap. (Page 1 of 1)

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 03/21/2008 08:52      03/14/2008

TDC NO.: 00999410                      NAME: AUSTIN,PERRY ALLEN
UNIT:    TL              HOUSING LOCATION: 12-C-B ROW-1            CELL: 15

DRUG                     PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB      PORRAS,GUILLERM 02/20/08 03/20/08  1  2  04/19/08
    TAKE 2 TABLETS 2 TIMES A DAY X 30 DAYS-KOP.
IBUPROFEN 800MG TABLET    ZOND,ALAN G     03/15/08 04/13/08  0  2  06/12/08 ✓
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS-KOP.

Date:   04/18/2008 08:40
From:   TERESA POPE
To:   ALAN ZOND(E);
Subject:   AUSTIN #999410
Re:   PERRY AUSTIN

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410        **Facility:**   POLUNSKY (formerly TERRELL)

Current Medications:
Sick Call Request received Apr 18, 2008 requesting medications be renewed.   Please review and take action as clinically indicated.   Thank you.

RANITIDINE 150 MG 2 TABS BID FOR 30 DAYS KOP WITH 5 REFILLS
VO DR.ZOND/T.POPE RN

c:\documents and settings\llewing\local settings\temp\100499285.tif printed by mivap. (Page 1 of 1)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 04/22/2008 11:50   RECEIVED  I60-016/04/08

**SUBJECT:** *State briefly the problem on which you desire assistance.*

APR 2 0 2008

I sent in a sickcall request on April 09, 2008 requesting that my Ranitidine prescription be
renewed or I be prescribed something else for my acid reflux. My current prescription runs
out April 19, 2008. I have an extreme case of acid reflux and the current medication barely
works but it's better than nothing at all. I need this medication. Please let me know if it
has been renewed and if it hasn't, the reason why. I have had chronic stomach problems for many
many years and this would be evident if you would get my medical records from my old TDCJ
number (#292744). I am looking forward to hearing something from you soon. Thank you.

cc:file

Name: Perry Allen Austin         No: 999410         Unit: Polunsky

Living Quarters: 12CB15         Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*Response: Your medication has been ordered.*
*J Mamanneu RN 4/20/08*

I-60 (Rev. 11-90)

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    05/14/2008 14:33    Facility:  POLUNSKY (formerly TERRELL)

Age:48   Race:  W  Sex:  Male

| Patient Language:   ENGLISH       Name of interpreter, if required: |
|---|

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**From Reports by Security & Medical Staff**

| | **YES** | **NO** |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

**Interview Questions**

| | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Pt appeared neat and clean. Grooming is normal. Motor activity is unremarkable and posture/gait is normal. He was oriented x 4 with normal attention, concentration and recall.   Pt was calm and cooperative. His facial expressions were responsive with normal eye contact. Mood was euthymic with appropriate affect. His thoughts were logical and goal oriented. Thought content was appropriate to mood and circumstances. Speech flow was normal with normal volume. Judgment was normal. Uses connections. Normal decision making. No A/V Hallucinations. No S/H Ideations.

**Disposition**

☒        Follow up in 90 days or upon request/referral

☐        Schedule for further evaluation

☐        Refer immediately for evaluation

☐        Other (Specify):

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     05/14/2008 14:33     Facility:  POLUNSKY (formerly TERRELL)

Procedures Ordered:
   MH OP AD SEG   90 DAY EVALUATION:          no diagnosis on axis i or axis ii, mental health cars 0

       Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 05/14/2008.
       ##And No Others##

c:\documents and settings\llewing\local settings\temp\103590677.tif printed by mivap. (Page 1 of 1)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 06/16/2008 13:24

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**   SC-007/06/08
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**          JUN 1 5 2008

**PART A:** (To be completed by offender)          Date: 06/14/08

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment:_____          Work Hours:_____

Wing No.: 12CB15          School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: The current dosage of Ranitidine is not adequate. I am having to sometimes take three to four pills a day. I'm running out of pills too early.

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry L Austin
*Signature of Offender*          cc:file

**PART B:** (To be completed by medical personnel — Do not write below this line)

Medical Reply: 6/15/08 Sch NSC education on medication regimen JL

_____          _____
Medical Staff Member's Signature          Date

HSA - 9 (Rev. 5/97)

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410      **Date:** 06/17/2008 11:40    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 49 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

**Today's Problem:**      SCR dated 6-15-08   - chart review only.

**S:**   complaining that he has taken Zantac 3 and 4 times a day and not working

**O:** Offender apparently taking too many medications.

**A:**

**Plan is as follows:   dc kop zantac and make non kop so compliance can be monitored to consider different treatment.**
**Zanta 150 mg BID non kop for 30 days**
**Dc previous order**
**V.O. Dr. Porrus/J. Bonds RN**

Electronically Signed by BONDS, JOYCE M R.N. on 06/17/2008.
Electronically Signed by CARLIN, BRANDI L CMA on 06/17/2008.
Electronically Signed by PORRAS, GUILLERMO  M.D. on 06/18/2008.
##And No Others##

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 06/26/2008 13:16    **Facility:** POLUNSKY (formerly TERRELL)

**Age:** 49 Years   **Race:** W **Sex:** Male
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| **Patient Language:** | **ENGLISH**   Name of interpreter, if required: | NA |
|---|---|---|

**IF BASED ON COLLECTION OF THE FOLLOWING DATA YOUR JUDGEMENT IS THAT THE PATIENT'S PAIN MAY BE CARDIAC IN NATURE, REFER IMMEDIATELY TO THE CHEST PAIN PROTOCOL.**

| **SCR INITIATED?** | XX | YES | Date Received:    6/25/08 |
|---|---|---|---|
| | | NO | |

NP - HEARTBURN/INDIGESTION
    Subjective Data
        1. Chief Complaint (Describe): C/O THAT THE ZANTAC IS NO LONGER WORKING FOR HIS GERD; STATES THAT HE HAD A PREVIOUS ORDER OF ZANTAC 150MG 2 TABS BID AND IT WAS LOWERED TO 1 TAB BID; THEN HE SAYS HE HAS BEEN TAKING ALMAG BOUGHT FROM COMMENSARY TO HELP RELEIVE THE PROBLEM; PT STATES THAT WHEN THE ORDER WAS CHANGED TO 1 TAB BID THAT HE CONTINUED TO TAKE THEM 2 AT A TIME; AFTER HE WAS SEEN ON THE 17TH HIS KOP WAS TAKEN AWAY; PT NOW REQUESTING A NEW MEDICATION OR THAT THE ZANTAC BE REORDERED 2 TABS BID;
        2. Significant Medical History (Describe): NONE
        3. History Of Recent Abdominal Surgery?
            No
        4. Habit History
            Alcohol NA
            Caffeine NA
        5. Pain
            Location (Specify): HEARTBURN;
            Onset (Specify): SEVERAL YEARS AGO;
            Frequency (Specify): DAILY;
            Radiating (Specify): N/A
            Intensity:
                Severe
        6. Aggravating Factors (Specify): SPICY FOOD;
        7. Alleviating Factors (Specify): ZANTAC AND ALMAG HELP CALM IT DOWN;
        8. Appetite:
            Normal
        9. Vomiting
            No
    Objective Data

HSN-34 (9-04)
1 of 3

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

1. General Appearance
   Normal
2. Skin
   Warm
   Dry
3. Abdominal Inspection
   Flat
4. Abdominal Palpation
   Soft
   Tenderness
      No
   Rebound Tenderness
      No
5. Bowel Sounds
   Normal
   Quadrant
   All
   Comments NOTIFY PROVIDER;

**NURSING ACTION: If based upon your collection of the above data, a Registered Nurse's professional judgement is required or you have any question about how to proceed, you must consult with a Registered Nurse while the patient is still on site.   Otherwise, proceed with protocol.**

**Complete an EKG and IMMEDIATELY refer to Physician/Midlevel Practitioner:**
- **Patient has history of HTN.**
- **Patient has history of cardiovascular disease.**
- **Pain radiates to back, chest, neck, arm or jaw.**
- **Pain is associated with nausea, vomiting, sweating or shortness of breath.**

**TREATMENT PLAN:**

- Recheck any abnormal V/S and report to provider if indicated.
0
- If none of above signs and symptoms are present, offer aluminum/magnesium hydroxide, 2 tablets by mouth STAT, and observe for at least 30 minutes.   **PRECAUTIONS:**   Do not give if taking Tetracycline, Quinidine, Amphetamines, Levodopa or Dicumarol   (thyroid medication).
- **If unrelieved**, obtain another set of vital signs and **notify Physician/Mid-level Practitioner immediately.**
- If relieved by antacid, then offer aluminum/magnesium hydroxide 1 or 2 tablets by mouth, as needed, for 7 days KOP. (Issue 15 tablets)

**PATIENT INSTRUCTIONS:**
If **relieved by antacid** then instruct patient:

- Drink plenty of fluids when eating.
0
- Do not lie down for at least 2 hours after eating.
1
- Avoid known irritants.

**HSN-34 (9-04)**
2 of 3

**Correctional Managed Care**
**NURSING PROTOCOL FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

2
- Eat smaller meal sizes, especially the last meal of the day.
3
- Resubmit sick call request or notify nurse if symptoms are not resolved.

PROVIDER NOTIFIED WITH ORDER RECIEVED
    D/C CURRENT RANITADINE ORDER
    OMEPRAZOLE 20MG 1 TAB BID X 30 DAYS WITH 11 REFILLS
    VO G. PORRAS MD/ J FULLER, JR LVN

Procedures Ordered:
    \*NURSING PATIENT EDUCATION:     np - heartburn/indigestion
    NURSING LEVEL 1 COMPLETE VISIT: np - heartburn/indigestion

        Electronically Signed by FULLER, JOHNNY R L.V.N. on 06/26/2008.
        ##And No Others##

Correctional Managed Care
CLINIC NOTES - PHYSICIAN

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/10/2009 13:46   **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 50 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:     ENGLISH    Name of interpreter, if required: |
| --- |

**Today's Problem:**
cr tylenol 325 2 po bid x 30 kop ifa rf x 2

   Electronically Signed by ZOND, ALAN   D.O. on 06/10/2009.
Electronically Signed by SHAFER, MARGARET T on 06/10/2009.
Electronically Signed by PARKER, JENNIFER D CCA on 06/10/2009.
Electronically Signed by WILLIAMS, BERNADINE   PCA on 06/12/2009.
Electronically Signed by FRANKLIN, TONYA   FCSR on 06/12/2009.
Electronically Signed by MCINTOSH, CHRISTINA L CMA on 06/15/2009.
Electronically Signed by MARTIN, REMEMBER C CCA on 06/16/2009.
Electronically Signed by FOXWORTH, ARIANA   FCSR on 06/17/2009.
Electronically Signed by MUDD, PAMELA F on 06/22/2009.
Electronically Signed by PRICE, PATRICIA L FCSR on 07/17/2009.
##And No Others##

1 of 1

Date:   12/04/2008 15:56
From:   MICHAEL CHANCELLOR
To:   COOLEY-JACKSON, SHANNON L(E);
Subject:
Re:   PERRY AUSTIN

# CORRECTIONAL MANAGED CARE
## Mental Health Outpatient Clinic Note

**Patient Name:**  AUSTIN, PERRY A        **TDCJ#:**  999410      **Date:**  12/04/2008 15:40      **Facility:**  POLUNSKY (formerly TERRELL)
Age:49   Race:  W  Sex:  Male

| Patient Language:  ENGLISH     Name of interpreter, if required: |
|---|

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**  NO KNOWN ALLERGIES

S:  Pt. was seen as a follow-up after he verbally refused his psychiatric appointment.  He stated that he is a private person and did not want to have the officers present during his appointment.  He was assured that officers remain out of the room for the psychiatric appointments.  He is willing to attend if rescheduled.  He has been in prison since 1978 according to the pt.  He admits that he has thoughts of slef-harm, but is able to push the thoughts away.  He does not want to kill himself.

O:  **Mental Status:**
    **Orientation:** x4
    **Behavior:** cooperative
    **Speech:** normal
    **Thought Process:** lucid, organized (no delusions)
    **Thought Content:** appropriate (free of hallucinations)
    **Memory:** intact
    **Mood:** dysphoric
    **Affect:**   congruent
    **Impulse Control:** good
    **Insight & Judgment:** fair
        **Suicidal/homicidal ideation:** Thoughts, but no plans or intent

A:  311.0

P:  See as scheduled by current MH provider


Procedures Ordered:
    MH OP FOLLOW-UP:        no diagnosis on axis i or axis ii, mental health cars 0


    Electronically Signed by ROY, JULIA L MA, SP on 12/04/2008.
    ##And No Others##

1 of 1

Date:   11/12/2008 11:32
From:   JULIA ROY
To:   GEORGE FONG G(E);
Subject:   Austin, Perry 999410
Re:   PERRY AUSTIN

See attached document.   Pt. scheduled for a 90 Day Ad Seg assessment this month (11/08).
Please advise.

## CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:   08/15/2008 16:05
Facility:  POLUNSKY (formerly TERRELL)
Age:49   Race:  W  Sex:  Male
Patient Language:   ENGLISH      Name of interpreter, if required:
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**  NO KNOWN ALLERGIES
Active Problems: *

**Cars:**
**        Mental Health Cars 0 First Observed 12/22/2005 07:56AM
        Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Nurse Protocol:**
**        Np - Heartburn/indigestion First Observed 06/26/2008 01:17PM**

**Not Specified:**
**        Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM
        Reflux Esophagitis First Observed 11/01/2002 12:00AM
        Heartburn First Observed 03/15/2004 08:11AM
        Vision First Observed 05/13/2004 10:35AM
        Backache First Observed 02/02/2005 07:27AM
        No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM
        Medical Cars 1 First Observed 03/31/2006 11:22AM
        Conjunctivitis Nos First Observed 11/08/2006 07:56AM
        Age First Observed 10/25/2007 10:57AM
        Observation- Cond Not Found First Observed 06/24/2008 01:47PM**
*

## Seen this date at (time):    15:50

S:      Patient interviewed to determine urgency of mental health needs.

        **Referral Source:**
        ☐        Chain screen
        ☒        Sick-call request/I-60    **Date Stamped:**__8/5/08 for R.P., SP_____
        ☐        Walk-in
        ☐        Referral from:_____

        Reason for referral/complaint: I need to see someone from the psych-dept. about getting put on some medication for mental issues tha't getting worse.

        ☒        Discussed limits of confidentiality with offender.   He/she verbalized understanding

## ***If returning from an inpatient facility insert the***

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>Triage Interview</u>

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:    08/15/2008 16:05
Facility:   POLUNSKY (formerly TERRELL)

### *Offender Returning From I/P Psych Facility (MHRIPF) decision tree and Suicide Risk Assessment*

     Problems/Issues addressed: Pt. states that he has a hx of MH treatment up to 2004.   He reports that he suffers from Suicidal depression.   He has suicidal ideation all the time, but can usually manage it.   In the past 3 weeks, he has been having crying spells 3-4 times per week, increased in paranoia and depression.   He was advised by his lawyer to send in a SCR to the psych department on his unit.   He admits feeling stressed lately, but did not go into detail as this visit was cell-side.

     The pt. is a bit hurt that the department did not respond to the SCR.   Pt. advised that if he is not seen in a few days, he needs to resubmit the SCR in case it did not reach it's destination.

     Pt. reports that he has a free-world psychologist coming to see him in September.

O:     Mental status/behavioral observations *(can use decision tree or complete yourself)*
**Mental Status:**
**Orientation:** x4
**Behavior:** cooperative
**Speech:** normal
**Thought Process:** lucid, organized (no delusions)
**Thought Content:** appropriate (free of hallucinations)
**Memory:** intact
**Mood:** sad, worried
**Affect:**   blunted
**Impulse Control:** good
**Insight & Judgment:** normal
        **Suicidal/homicidal ideation: No plan or intent**

MENTAL HEALTH SUICIDE RISK ASSESSMENT
   Subjective
      Reason For Referral
         Offender Is At Possible Risk/Threatening Self-Injury
      Offender Report
         Offender Denies Or Has No Current Plans For Suicide Or Self-Injury
   Objective
      History
         Off Has Hx Of Self-Injurious Behavior, But No Incidents W/In Past 12 Mths
      Long-Term Risk Factors Include (Check All That Apply)
         Lengthy Sentence
      Acute Risk Factors Include (Check All That Apply)
         Increased Fear, Pressure, Or Threats From Other Offenders
   Assessment
      Assessment Of Self-Report

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:   08/15/2008 16:05
Facility:   POLUNSKY (formerly TERRELL)

Offender Denies Or Has No Current Plan For Suicide Or Self-Injury
Is Likely To Seek Help If S/He Changes His/Her Mind
Assessment Of Suicide Risk
Based Upon Available Data, It Is My Clinical Opinion That This Offender Is At
No Imminent Risk For A Potentially Lethal Suicide Attempt

A:   ☐   Urgent   mental health needs identified
     ☒   Non-urgent   mental health needs identified
     ☐   No apparent   mental health needs
     ☐   Currently receiving Mental Health treatment
     ☐   Other:

P:   Refer to:
     ☐   QMHP
     ☒   Psychiatrist/PA/NP (confer with)
     ☐   Other:
     x   Return to clinic in __1 week _____ for follow-up (MHE)
     ☐   See as scheduled by current mental health provider
     ☐   Follow-up upon request or referral.  Access to care   procedure   explained to
         patient.

Procedures Ordered:
          MH OP SICK CALL/REFERRAL TRIAGE:          no diagnosis on axis i or axis ii, mental
health cars 0

          Electronically Signed by ROY, JULIA L MA, SP on 08/15/2008.
          Electronically Signed by POSLEY, ROSEMARY   MA, SP on 08/25/2008.
          Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 08/28/2008.
          ##And No Others##

Date:   06/30/2008 11:38
From:   REMEMBER MARTIN
To:   BRANDI CARLIN L(E); CHRISTINA MCINTOSH L(E);
Subject:
Re:   PERRY AUSTIN

      PATIENT NAME:   AUSTIN, PERRY A    TDCJ:  999410 FACILITY:
POLUNSKY (formerly TERRELL)

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

**Age:** 49 Years  **Race:** W  **Sex:** Male
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: | NA |

**IF BASED ON COLLECTION OF THE FOLLOWING DATA YOUR JUDGEMENT IS THAT THE PATIENT'S PAIN MAY BE CARDIAC IN NATURE, REFER IMMEDIATELY TO THE CHEST PAIN PROTOCOL.**

| SCR INITIATED? | XX | YES | Date Received:    6/25/08 |
|----------------|----|-----|---------------------------|
|                |    | NO  |                           |

NP - HEARTBURN/INDIGESTION
    Subjective Data
        1. Chief Complaint (Describe): C/O THAT THE ZANTAC IS NO LONGER WORKING FOR HIS GERD; STATES THAT HE HAD A PREVIOUS ORDER OF ZANTAC 150MG 2 TABS BID AND IT WAS LOWERED TO 1 TAB BID; THEN HE SAYS HE HAS BEEN TAKING ALMAG BOUGHT FROM COMMENSARY TO HELP RELIEVE THE PROBLEM; PT STATES THAT WHEN THE ORDER WAS CHANGED TO 1 TAB BID THAT HE CONTINUED TO TAKE THEM 2 AT A TIME; AFTER HE WAS SEEN ON THE 17TH HIS KOP WAS TAKEN AWAY; PT NOW REQUESTING A NEW MEDICATION OR THAT THE ZANTAC BE REORDERED 2 TABS BID;
        2. Significant Medical History (Describe): NONE
        3. History Of Recent Abdominal Surgery?
            No
        4. Habit History
            Alcohol NA
            Caffeine NA
        5. Pain
            Location (Specify): HEARTBURN;
            Onset (Specify): SEVERAL YEARS AGO;
            Frequency (Specify): DAILY;
            Radiating (Specify): N/A
            Intensity:
                Severe
        6. Aggravating Factors (Specify): SPICY FOOD;
        7. Alleviating Factors (Specify): ZANTAC AND ALMAG HELP CALM IT DOWN;
        8. Appetite:
            Normal
        9. Vomiting
            No
    Objective Data

**HSN-34 (9-04)**
1 of 3

**Correctional Managed Care**
**NURSING PROTOCOL  FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

       1. General Appearance
            Normal
       2. Skin
            Warm
            Dry
       3. Abdominal Inspection
            Flat
       4. Abdominal Palpation
            Soft
            Tenderness
                No
            Rebound Tenderness
                No
       5. Bowel Sounds
            Normal
            Quadrant
                All
      Comments NOTIFY PROVIDER;

**NURSING ACTION: If based upon your collection of the above data, a Registered Nurse's professional judgement is required or you have any question about how to proceed, you must consult with a Registered Nurse while the patient is still on site.   Otherwise, proceed with protocol.**

**Complete an EKG and IMMEDIATELY refer to Physician/Midlevel Practitioner:**
- **Patient has history of HTN.**
- **Patient has history of cardiovascular disease.**
- **Pain radiates to back, chest, neck, arm or jaw.**
- **Pain is associated with nausea, vomiting, sweating or shortness of breath.**

**TREATMENT PLAN:**

- Recheck any abnormal V/S and report to provider if indicated.
0
- If none of above signs and symptoms are present, offer aluminum/magnesium hydroxide, 2 tablets by mouth STAT, and observe for at least 30 minutes.   **PRECAUTIONS:**   Do not give if taking Tetracycline, Quinidine, Amphetamines, Levodopa or Dicumarol   (thyroid medication).
- **If unrelieved**, obtain another set of vital signs and **notify Physician/Mid-level Practitioner immediately.**
- If relieved by antacid, then offer aluminum/magnesium hydroxide 1 or 2 tablets by mouth, as needed, for 7 days KOP. (Issue 15 tablets)

**PATIENT INSTRUCTIONS:**
If **relieved by antacid** then instruct patient:

- Drink plenty of fluids when eating.
0
- Do not lie down for at least 2 hours after eating.
1
- Avoid known irritants.

**HSN-34 (9-04)**
2 of 3

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:** 999410      **Date:** 06/26/2008 13:16      **Facility:** POLUNSKY (formerly TERRELL)

2
- Eat smaller meal sizes, especially the last meal of the day.

3
- Resubmit sick call request or notify nurse if symptoms are not resolved.

PROVIDER NOTIFIED WITH ORDER RECIEVED
    D/C CURRENT RANITADINE ORDER
    OMEPRAZOLE 20MG 1 TAB BID X 30 DAYS WITH 11 REFILLS
    VO G. PORRAS MD/ J FULLER, JR LVN

Procedures Ordered:
    *NURSING PATIENT EDUCATION:    np - heartburn/indigestion
    NURSING LEVEL 1 COMPLETE VISIT: np - heartburn/indigestion

    Electronically Signed by FULLER, JOHNNY R L.V.N. on 06/26/2008.
##And No Others##

Date:   04/18/2008 08:40
From:   TERESA POPE
To:   ALAN ZOND(E);
Subject:   AUSTIN #999410
Re:   PERRY AUSTIN

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410        **Facility:**   POLUNSKY (formerly TERRELL)

Current Medications:
Sick Call Request received Apr 18, 2008 requesting medications be renewed.   Please review and take action as clinically indicated.   Thank you.

RANITIDINE 150 MG 2 TABS BID FOR 30 DAYS KOP WITH 5 REFILLS
VO DR.ZOND/T.POPE RN

Date:   01/18/2008 23:08
From:   NELDA WILLIAMS
To:   GUILLERMO PORRAS(E);
Cc:   JENNIFER PARKER D(E);
Subject:
Re:   PERRY AUSTIN

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410        **Facility:**   POLUNSKY (formerly
TERRELL)

Current Medications:
Sick Call Request received Jan 18, 2008 requesting medications be renewed.   Please review and take
action as clinically indicated.   Thank you.

**RENEW MED.   RANITIDINE 150MG TAB TAKE 2 TABLETS 2 TIMES EVERY DAY FOR 30 DAYS KOP REFILL X 2**

**V/O DR. PORRAS/ N. WILLIAMS RN**

Date:   08/15/2006 08:42
From:   DEANNA OVERBECK
To:   REMEMBER MARTIN C(E);
Subject:   Austin # 999410
Re:   PERRY AUSTIN

please refer to optom

**Correctional Managed Care**

**VISUAL ACUITY TEST**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 08/15/2006 08:20    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 47 Years   **Race:** W  **Sex:** Male
**Most recent vitals from 08/11/2006:** BP: 120 / 82 (Sitting) ; Wt: 167 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 14 / min; Temp: 98 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Wears glasses:     Yes:          No:  X
TDCJ issues:       Yes:          No:  X
Date issued:   1998- HARRIS CO.

## FAR VISION (20 FEET OPTICAL CHART)

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/200 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/200 |
| BOTH EYES: | 20/200 | BOTH EYES: | 20/50 |

## NEAR VISION (ROSENBAUM NEAR CARD)

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/400 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/400 |
| BOTH EYES: | 20/100 | BOTH EYES: | 20/70 |

| **PATIENT VISION COMPLAINT**: VISION IS BLURRY, GLASSES WERE ISSUED IN HARRIS CO. JAIL |
|---|

**DISPOSITION (X one below):**

| NO REFERRAL NEEDED | |
|---|---|
| REFER TO MD/MLP | X |

Electronically Signed by VICKERS, SUSAN L on 08/15/2006.
Electronically Signed by OVERBECK, DEANNA E NP on 08/15/2006.
##And No Others##

Date:   03/08/2005 07:01
From:   ROBERT YOUNG
To:   SUSAN VICKERS L(E);
Subject:   Naprosyn
Re:   PERRY AUSTIN

        PATIENT NAME:   AUSTIN, PERRY A    TDCJ:  999410 FACILITY:
POLUNSKY (formerly TERRELL)

Pt was scheduled to be seen today per Warden for his Naprosyn from Zond but Zond did not order any
meds.   He was only seeing him for low row restriction.   Pt has severe Hx of GERD and was DC'd from
all NSAIDs and should take Tylenols only.   I will order some Tylenol today.

Date:   05/17/2004 07:45
From:   ROBERT YOUNG
To:   BETH DRIVER D(E);
Subject:   VAT
Re:   PERRY AUSTIN

Refer to Optom