## CORRECTIONAL   MANAGED CARE
## VISUAL ACUITY TEST

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410      **Date:**    05/13/2004 10:18
**Facility:**   POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting)   Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min
Temp: 98.2 (Oral)
**Age:**  44 Years

Wears glasses:     Yes:   xx     No:
TDCJ issues:        Yes:   xx     No:
Date issued:     1998

### FAR VISION (20 FEET OPTICAL CHART)

| | WITHOUT GLASSES | | WITH GLASSES |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/70 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/70 |
| BOTH EYES: | 20/200 | BOTH EYES: | 20/50 |

### NEAR VISION (ROSENBAUM NEAR CARD)

| | WITHOUT GLASSES | | WITH GLASSES |
|---|---|---|---|
| RIGHT EYE: | 20/70 | RIGHT EYE: | 20/70 |
| LEFT EYE: | 20/70 | LEFT EYE: | 20/70 |
| BOTH EYES: | 20/70 | BOTH EYES: | 20/50 |

**PATIENT VISION COMPLAINT:**
    Glasses are > 2 years old, at the time only required them for far vision, c/o that near vision is worsening.

### DISPOSITION (X one below):

| | |
|---|---|
| NO REFERRAL NEEDED | |
| REFER TO MD/MLP | xx |

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|
| | | | | | |

Electronically Signed by BYRON, BELINDA G R.N. on 05/13/2004.
Electronically Signed by YOUNG, ROBERT A PA on 05/17/2004.
##And No Others##

Procedures Ordered:
        NURSING VISUAL ACUITY:        vision

**Correctional Managed Care**
**VISUAL ACUITY TEST**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 08/15/2006 08:20    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 47 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 08/11/2006:** BP: 120 / 82 (Sitting) ; Wt: 167 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 14 / min; Temp: 98 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Wears glasses:     Yes:         No:  X
TDCJ issues:       Yes:         No:  X
Date issued:   1998- HARRIS CO.

**FAR VISION (20 FEET OPTICAL CHART)**

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/200 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/200 |
| BOTH EYES: | 20/200 | BOTH EYES: | 20/50 |

**NEAR VISION (ROSENBAUM NEAR CARD)**

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/400 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/400 |
| BOTH EYES: | 20/100 | BOTH EYES: | 20/70 |

| **PATIENT VISION COMPLAINT**: VISION IS BLURRY, GLASSES WERE ISSUED IN HARRIS CO. JAIL |
|---|

**DISPOSITION (X one below):**

| NO REFERRAL NEEDED | |
|---|---|
| REFER TO MD/MLP | X |

Electronically Signed by VICKERS, SUSAN L on 08/15/2006.
Electronically Signed by OVERBECK, DEANNA E NP on 08/15/2006.
##And No Others##

## CORRECTIONAL   MANAGED CARE
### VISUAL ACUITY TEST

**Patient Name:**   AUSTIN, PERRY A   **TDCJ#:**   999410   **Date:**   05/13/2004 10:18
**Facility:**   POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting)   Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min
Temp: 98.2 (Oral)
**Age:**   44 Years

Wears glasses:     Yes:   xx     No:
TDCJ issues:       Yes:   xx     No:
Date issued:     1998

### FAR VISION (20 FEET OPTICAL CHART)

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/200 | RIGHT EYE: | 20/70 |
| LEFT EYE: | 20/200 | LEFT EYE: | 20/70 |
| BOTH EYES: | 20/200 | BOTH EYES: | 20/50 |

### NEAR VISION (ROSENBAUM NEAR CARD)

| WITHOUT GLASSES | | WITH GLASSES | |
|---|---|---|---|
| RIGHT EYE: | 20/70 | RIGHT EYE: | 20/70 |
| LEFT EYE: | 20/70 | LEFT EYE: | 20/70 |
| BOTH EYES: | 20/70 | BOTH EYES: | 20/50 |

**PATIENT VISION COMPLAINT:**
   Glasses are > 2 years old, at the time only required them for far vision, c/o that near vision is worsening.

**DISPOSITION (X one below):**

NO REFERRAL NEEDED
REFER TO MD/MLP         xx

| Interpreter Used | | Yes | | No | Name of interpreter: |
|---|---|---|---|---|---|

Electronically Signed by BYRON, BELINDA G R.N. on 05/13/2004.
Electronically Signed by YOUNG, ROBERT A PA on 05/17/2004.
##And No Others##

Procedures Ordered:
    NURSING VISUAL ACUITY:        vision

c:\documents and settings\llewing\local settings\temp\141846131.tif printed by mivap. (Page 1 of 1)

# Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 05/18/2010 07:14

**TDCJ MANAGED CARE
TREATMENT FLOW SHEET**

C-53 ᶻ

Patient Name: Austin, Perry A

for Orders: *Check B/P q Tues & Thurs*

TDCJ#: 999410
Start Date: 4-5-10
Expiration Date: 4-22-10
Frequency: 2x WK
Duration: 3 WKS
MD: Zond

| DATE | TIME | NURSES NOTES |
|------|------|--------------|
| 4-6 | 0810 | PT VR ———————————————— *Yelunegan LVN* |
| 4-8 | | |
| 4-13 | | |
| 4-15 | 0715 | Pt V/R HSM 82 signed ——— *Y Bowen LVN* |
| 4-20 | | |
| 4-22 | | |
| | | |
| | | |
| | | |
| ● | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

HSN 42 REV 11/97

1 of 1
X
#

## Correctional Managed Care
## REPORT OF PHYSICAL EXAM

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 09/02/2011 08:50   **Facility:** POLUNSKY (TL)
**Age:** 52 year   **DOB:** 06/23/1959 **Race:** W   **Sex:** male
**Most recent vitals from 9/2/2011:** BP: 146 / 81 (Sitting) ; Wt: 164 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: ; Temp: 97.1 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

**Current Medications:**
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID
HYDRODIURIL 25MG,   1 TABS ORAL QD

**Patient brought in today by security. Vitals completed but patient refused to have a complete physical exam completed. Patient understands risks and benefits. States that "I am OK as long as my day to day issues are taken care of."**

Electronically Signed by SHAMSEE, SYED-SALEEM I. M.D. on 09/02/2011.
Electronically Signed by CHURCH, DENISE A. CCA on 09/02/2011.
##And No Others##

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 01/10/2011 13:21   **Facility:** POLUNSKY (TL)
**Age:** 51 year  **DOB:** 06/23/1959 **Race:** W **Sex:** male
**Most recent vitals from 1/10/11:** BP: 140 / 90 (Sitting) ; Wt: 168 Lbs.; Height: 70 In.; Pulse: 80 (Sitting) ; Resp: 16 / min;
Temp: 96.6 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID

**Chief Complaint and Notes:  WANTS IBU RENEWED FOR RECURRENT HEADACHES, ESPECIALLY AT NIGHT**
**Significant Past Medical History:**

| REMARKS (Vision & Hearing) | | | |
|---|---|---|---|
| **CLINICAL EVALUATION** | **NL** | **AbNL** | **COMMENTS** |
| Head And Neck | X | | |
| Eyes | X | | |
| Ent | X | | |
| Dental | X | | |
| Chest, Breast | X | | |
| Cardiovascular | X | | |
| Hemopoietic/ Lymphatic | X | | |
| Abdomen | X | | |
| Gastrointestinal | X | | |
| Endocrine/ Metabolic | X | | |
| Nutritional | X | | |
| Upper Extremities | X | | |
| Spine | X | | |
| Lower Extremities | X | | |
| Skin | X | | |
| Rectal | | | |
| FOBT Fecal Occult Blood Test | | | |
| GU Genitourinary | X | | : |
| Neuro | X | | |
| Ob-Gyn (Pelvic) | | | |

| REMARKS: | | P | U | L | H | E | S |
|---|---|---|---|---|---|---|---|
| | Designators | 3 | 1 | 1 | 1 | 1 | 1 |
| | Codes | E | A | A | A | A | A |
| | Modifiers | P | P | P | P | P | |

**HSM-4 (Rev. 5/05)**

**If any component of the physical exam is refused, a refusal form must be completed.**

| Refusal Signed: | Yes | | No | |
|---|---|---|---|---|

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 01/10/2011 13:21   **Facility:** POLUNSKY (TL)
**UTMB CARS:  0**
**Diagnoses:**  MUSCLE TENSION HEADACHES
**Restrictions:** NO CHANGE
**Orders:**   NO CHANGE FROM CURRENT ORDERS
RENEW IBU 800 MG BID PRN


Stopped Meds:
      IBUPROFEN 800MG TABLET   65162057010        12/25/2010 19:35
          1 TABS ORAL BID
          STOP DATE:                    REFILLS: 2

Started Meds:
      IBUPROFEN 800MG TABLET   65162057010        01/10/2011 13:37
          1 TABS ORAL BID
          STOP DATE:                    REFILLS: 2


     Electronically Signed by DAVIS, DANNY F. PA-C on 01/10/2011.
     This document has been corrected by DAVIS, DAN F. PA-C on 01/11/2011.
     Electronically Signed by DAVIS, DAN F. PA-C on 01/11/2011.
     ##And No Others##

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 01/10/2011 13:21   **Facility:** POLUNSKY (TL)
**Age:** 51 year   **DOB:** 06/23/1959 **Race:** W **Sex:** male
**Most recent vitals from 1/10/11:** BP: 140 / 90 (Sitting) ; Wt: 168 Lbs.; Height: 70 In.; Pulse: 80 (Sitting) ; Resp: 16 / min;
Temp: 96.6 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID

**Chief Complaint and Notes:** WANTS IBU RENEWED FOR RECURRENT HEADACHES, ESPECIALLY AT NIGHT
**Significant Past Medical History:**

| REMARKS (Vision & Hearing) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CLINICAL EVALUATION** | **NL** | **AbNL** | **COMMENTS** | | | | | |
| Head And Neck | X | | | | | | | |
| Eyes | X | | | | | | | |
| Ent | X | | | | | | | |
| Dental | X | | | | | | | |
| Chest, Breast | X | | | | | | | |
| Cardiovascular | X | | | | | | | |
| Hemopoietic/ Lymphatic | X | | | | | | | |
| Abdomen | X | | | | | | | |
| Gastrointestinal | X | | | | | | | |
| Endocrine/ Metabolic | X | | | | | | | |
| Nutritional | X | | | | | | | |
| Upper Extremities | X | | | | | | | |
| Spine | X | | | | | | | |
| Lower Extremities | X | | | | | | | |
| Skin | X | | | | | | | |
| Rectal | X | | | | | | | |
| FOBT Fecal Occult Blood Test | X | | | | | | | |
| GU Genitourinary | X | | : | | | | | |
| Neuro | X | | | | | | | |
| Ob-Gyn (Pelvic) | | | | | | | | |
| REMARKS: | | | | P | U | L | H | E | S |
| | | | Designators | 3 | 1 | 1 | 1 | 1 | 1 |
| | | | Codes | E | A | A | A | A | A |
| | | | Modifiers | P | P | P | P | P | |

**HSM-4 (Rev. 5/05)**

**If any component of the physical exam is refused, a refusal form must be completed.**

| Refusal Signed: | Yes | | No | |
|---|---|---|---|---|

**Correctional Managed Care**
**REPORT OF PHYSICAL EXAM**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 01/10/2011 13:21   **Facility:** POLUNSKY (TL)
**UTMB CARS:  0**
**Diagnoses:**  MUSCLE TENSION HEADACHES
**Restrictions:** NO CHANGE
**Orders:**  NO CHANGE FROM CURRENT ORDERS
RENEW IBU 800 MG BID PRN


Stopped Meds:
      IBUPROFEN 800MG TABLET   65162057010          12/25/2010 19:35
         1 TABS ORAL BID
         STOP DATE:                   REFILLS: 2

Started Meds:
      IBUPROFEN 800MG TABLET   65162057010          01/10/2011 13:37
         1 TABS ORAL BID
         STOP DATE:                   REFILLS: 2


    Electronically Signed by DAVIS, DANNY F. PA-C on 01/10/2011.
    ##And No Others##

```
              POLUNSKY (formerly TERRELL)
                         CID
                          ,

                  LABORATORY DIRECTOR


MRN        : 999410                          Age      :46 YYears
Patient Name: AUSTIN, PERRY A                Sex      :Male
Home Phone  :
Work Phone  :
Admitting MD: JANICE L HANSON NP             Accession:11516069
Phone       :
Attending MD: JANICE L HANSON NP
Phone       :
Referring MD:
Phone       :
Ordering MD :
Phone       :


Tech      : KAREN E COCHRAN L.V.N.
Verifier  : KAREN E COCHRAN L.V.N.


Collection Date/Time: 08/30/2005 15:25
Result Date/Time   : 08/30/2005 15:25
Report Date/Time   : 08/30/2005 15:25

Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| OCCULT 1 | NEG | | NEG | |
| OCCULT 2 | NEG | | – | |
| OCCULT 3 | NEG | | NEG | |

```
This document has been sent for signature, but has not yet been reviewed
```

c:\documents and settings\viewing\local settings\temp\37651592.tif printed by mivap. (Page 1 of 1)

Case 4:04-cv-02387  Document 92-4  Filed in TXSD on 03/06/12  Page 11 of 90

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 11/17/2004 11:10

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-4200 X3804

Patient Name: AUSTIN, PERRY
Patient Account: 20007528-854
Med. Rec. No: (0202)00999410R
Age: 45 YRS  Sex: M  Race:
Admitting Dr: *YOUNG
Ordering Dr: *YOUNG
Result to Physician:
Location: TDCJ - POLUNSKY

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

```
*******************************************          SCELLANEOUS
           U T M B   G A L V E S T O N  -  SE
*******************************************          ***************************
                    10/06/04  0455
MISC TEST        TEST NAME                 RESULT U         ERENCE INTERVAL
                 HEPATITIS C RNA, Qual by PCR     NEGAT

                 The specimen was NEGATIVE for Hepatitis C
                 HCV RNA was not detected. This assay can
                 50 IU/mL (100 copies/mL). A negative res
                 out the presence of PCR inhibitors in th
                 or RNA concentrations below the level of
                 assay. False negatives can be caused by
                 handling.

                 TEST INFORMATION: Hepatitis C RNA, Qual b

                 Assay methodology is polymerase chain re
                 using the FDA approved Roche Amplicor HC
                 version 2.0.

                 This test is performed pursuant to an ag
                 Roche Molecular Systems, Inc.

                 HEPATITIS C RNA, Qual by PCR PERFORMED AT              Way, Salt Lake
                 City, Utah 84108.
```

@ = MISC TEST Performed at ARUP Laboratories, 500 Chipeta Way,        84108
END OF REPORT

PRINT DATE: 11/16/04  TIME:0501
OTHER ID:

**MEDICAL RECORD COPY**

c:\documents and settings\llewing\local settings\temp\36210783.tif printed by mlvap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 10/12/2004 13:24

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
**UTMB/TDCJ Regional Medical Facility Laboratory**
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-4200 X3804

Patient Name: AUSTIN, PERRY
Patient Account: 20007528-854
Med. Rec. No: (0202)00999410R
Age: 45 YRS  Sex: M  Race:
Admitting Dr: *YOUNG
Ordering Dr: *YOUNG
Result to Physician:
Location: TDCJ - POLUNSKY

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                        U T M B  G A L V E S T O N  S E R O L O G Y
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                10/06/04  0455
HCV Ab                                    PRES POS  *f
Presumptive positive for HCV antibody with a low signal to cutoff ratio
(s/co). This may represent a false positive. The specimen has been submitted
to the Molecular Diagnostic Laboratory for qualitative PCR testing. A separate
report will be issued by that laboratory. For questions, contact Dr. Mike
Smith or Dr. Nahed Ismail at 772-4851 or Dr. Daryl Lau (Gastroenterology) at
772-1501.

FOOTNOTE ADDED ON  10/07/04  AT 1321 BY DISCERN

Legend:
* = Abnormal, f = Footnote
END OF REPORT

**SCANNED**

PRINT DATE: 10/08/04  TIME:0501
OTHER ID:

**MEDICAL RECORD COPY**

Lab data imported from and Tests Performed by UTMB Laboratories
Galveston, Tx 77555-0743 Telephone Number 800-LAB-2266

---

Patient Name  : AUSTIN, PERRY,
Patient Id    : 999410
Patient Phone :
Date of Birth : 06/23/1959
SS#           : --    Sex   : Male

---

Ordering
Physician     : *YOUNG
Facility      : POLUNSKY (formerly TERRELL)
                1202 FM 350 SOUTH
                LIVINGSTON  TX  77351

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

---

Accession: 0000428004057    Requistion: 28986922
Drawn:10/06/04 04:55    Received:10/06/04 22:18    Reported: 10/07/04 13:21

Procedure: HCV
HCV ANTIBODY                    PRES POS          *
     Presumptive positive for HCV antibody with a low signal to cutoff ratio
     (s/co). This may represent a false positive. The specimen has been
     submitted to the Molecular Diagnostic Laboratory for qualitative PCR
     testing. A separate report will be issued by that laboratory. For
     questions, contact Dr. Mike Smith or Dr. Nahed Ismail at 772-4851 or Dr.
     Daryl Lau (Gastroenterology) at 772-1501.^
     ^

---

L    Low, H    High, C    Critical, *    Abnormal Alpha

Print Date: 10/11/2004 11:33                                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

c:\documents and settings\llewing\local settings\temp\34806363.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 09/07/2004 06:53

**UTMB LABORATORIES**
The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-4200 X3804

Patient Name: AUSTIN, PERRY
Patient Account: 20007463-933
Med. Rec. No: (8202)00999410R
Age: 45 YRS  Sex: M  Race:
Admitting Dr: *YOUNG
Ordering Dr: *YOUNG
Result to Physician:
Location: TDCJ - POLUNSKY

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
U T M B   G A L V E S T O N - S E R O L O G Y
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

09/01/04  0540
HIV 1/2 Ab          NEGATIVE

9. 3. 4
0

END OF REPORT

PRINT DATE: 09/03/04   TIME:0500
OTHER ID:

**MEDICAL RECORD COPY**

```
Lab data imported from and Tests Performed by UTMB Laboratories
Galveston, Tx 77555-0743 Telephone Number 800-LAB-2266
```

```
Patient Name   : AUSTIN, PERRY,
Patient Id     : 999410
Patient Phone  :
Date of Birth  : 06/23/1959
SS#            :  --     Sex    : Male
```

```
Ordering
Physician      : *YOUNG
Facility       : POLUNSKY (formerly TERRELL)
                 1202 FM 350 SOUTH
                 LIVINGSTON  TX  77351
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

```
Accession: 0000424600070      Requistion: 28735859
Drawn:09/01/04 05:40     Received:09/02/04 00:22      Reported: 09/02/04 14:58

Procedure: HIV
HIV 1/2 TESTING              NEGATIVE
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Print Date: 09/02/2004 16:08                                Page: 1/1
This document has been sent for signature, but has not yet been reviewed

```
                    POLUNSKY (formerly TERRELL)
                              CID
                               ,


                        LABORATORY DIRECTOR



MRN         : 999410                          Age    :45 YYears
Patient Name: AUSTIN, PERRY A                 Sex    :Male
Home Phone  :
Work Phone  :
Admitting MD: ERYNN N GARCIA L.V.N., CID      Accession:8133817
Phone       :
Attending MD: ERYNN N GARCIA L.V.N., CID
Phone       :
Referring MD:
Phone       :
Ordering MD :
Phone       :


Tech        : ERYNN N GARCIA L.V.N., CID
Verifier    : ERYNN N GARCIA L.V.N., CID


Collection Date/Time: 08/16/2004 13:39
Result Date/Time    : 08/16/2004 13:39
Report Date/Time    : 08/16/2004 13:39


Comment:


Test               Result      Abn    Normal Range    Units
------------------------------------------------------------------------
OCCULT 1           NEG                 NEG
OCCULT 2           NEG                 -
OCCULT 3           NEG                 NEG



This document has been sent for signature, but has not yet been reviewed
```

c:\documents and settings\llewing\local settings\temp\33715303.tif printed by mivap. (Page 1 of 1)

**UTMB LABORATORIES**

The University of Texas Medical Branch
Galveston, Texas 77555-0743
Telephone Number: (800) LAB-2266
UTMB/TDCJ Regional Medical Facility Laboratory
Estelle Unit, 264 FM 3478
Huntsville, Texas 77320
Telephone Number: (936) 291-4200 X3804

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 08/06/2004 09:54

Patient Name: AUSTIN, PERRY
Patient Account: 20007398-271
Med. Rec. No: (8202)00999410R
Age: 45 YRS Sex: M Race:
Admitting Dr: *PORRAS, GUILLERMO
Ordering Dr: *PORRAS, GUILLERMO
Result to Physician:
Location: TDCJ - POLUNSKY

| Test Description | Normal Results | Abnormal Results/Flag | Units | Reference Range |
|---|---|---|---|---|

UTMB/TDCJ-RMF - Huntsville Tx.77320 - Telephone Number (936) 291-4200 EXT:3804

#####################################################################################
U T M B   R E G I O N A L - S E R O L O G Y
#####################################################################################

| | 08/04/04  0440 | | | |
|---|---|---|---|---|
| RPR DUAL | NON REAC | | | NON REAC |

8.5.4
P

END OF REPORT

PRINT DATE: 08/05/04   TIME:0501
OTHER ID:

**MEDICAL RECORD COPY**

Lab data imported from UTMB - Galveston; Performed by UTMB/TDCJ - Regional Medical Facility Lab
Huntsville, TX 77340 - Telephone Number (936) 291-6896 Ext: 3804

---

Patient Name  : AUSTIN, PERRY,
Patient Id    : 999410
Patient Phone :
Date of Birth : 06/23/1959
SS#           : --    Sex  : Male

---

Ordering
Physician     : *PORRAS, GUILLERMO
Facility      : POLUNSKY (formerly TERRELL)
                1202 FM 350 SOUTH
                LIVINGSTON  TX  77351

---

| Test Name | Result | ABN Flag | Unit | Reference Range |
|-----------|--------|----------|------|-----------------|

---

Accession: 0000421701634     Requistion: 28522854
Drawn:08/04/04 04:40    Received:08/04/04 11:16    Reported: 08/04/04 20:56

Procedure: E RPR
RPR (QUALITATIVE)              NON REAC                    NON REAC

---

L    Low, H   High, C   Critical, *   Abnormal Alpha

Print Date: 08/05/2004 08:31                                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

Correctional Managed Care
**OUTPATIENT MENTAL HEALTH SERVICES**
**INDIVIDUAL TREATMENT PLAN (ITP)**

Patient Name: AUSTIN, PERRY A    TDCJ#:999410    Date:    08/22/2011 14:27    Facility:   POLUNSKY (TL)
Age:52   Race:  W  Sex:  male
| Patient Language:   ENGLISH      Name of interpreter, if required: |

**Most recent vitals from 8/21/2011:** BP: 158 / 94 (Sitting) ; Wt: 164 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97.6 (Oral)

**Allergies:**  NO KNOWN ALLERGIES

**Current Medications:**
MOTRIN 800MG,    1 TABS ORAL BID
PRILOSEC 20MG,    1 CAPS ORAL BID
HYDRODIURIL 25MG,    1 TABS ORAL QD

**PROGRAM**
_X__  Outpatient
_____  ASICP
_____  Step-down

__x_ ITP was completed with patient present      <u>Seen this date at (time):</u>   8/16/11 between
1100 and 1230 in outside rec A pod

____ ITP was completed without patient present

**SUBJECTIVE: Pt. seen on the rec yard in A pod for initial ITP. Pt. reported that he is experiencing a lot of problems with depression but is a closed person and does not like to share his business with everyone. Pt .reported that he would like to see the doctor but was told that he would not be able to visit the doctor without two officers sitting in there with him. Pt. reported that he is not sleeping well and he is overeating frequently. Pt. reported that he exercises a lot to try to counteract the overeating. Pt. reported that he has fleeting suicidal ideations with no intents or plans. Pt. denied any current suicidal ideations by stating "no". ATC reviewed.**

**MENTAL STATUS/BEHAVIORAL OBSERVATION (can use decision tree OR complete yourself)**

            MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    PERSONAL APPEARANCE
                            NEATLY   DRESSED
                    PERSONAL HYGIENE
                            CLEAN, HAIR COMBED, TEETH BRUSHED
                    CELL/ROOM APPEARANCE
                            NOT ASSESSED
                    MOTOR ACTIVITY
                            FIDGETY, NERVOUS
                    ATTENTION
                            LISTENS, MAKES EYE CONTACT
                    SPEECH
                            VOLUME
                                    NORMAL

Correctional Managed Care
**OUTPATIENT MENTAL HEALTH SERVICES**
**INDIVIDUAL TREATMENT PLAN (ITP)**

Patient Name: AUSTIN, PERRY A      TDCJ#:999410      Date:    08/22/2011 14:27        Facility:  POLUNSKY (TL)

        RATE
           NORMAL FLOW, CONVERSATIONAL
    APPROPRIATENESS
           ANSWERS QUESTIONS APPROPRIATELY
EMOTIONAL EXPRESSION
        ANXIOUS
        IRRITABLE
PATIENT SELF-REPORT
        MENTAL HEALTH COMPLAINTS REGARDING:
           SUICIDAL IDEATIONS
               DENIED SUICIDAL IDEATIONS
           MEDICATIONS
               REQUESTING MEDS
           DEPRESSION
           ANXIETY
           SLEEP PROBLEMS

**DSM IV DIAGNOSIS**

| | |
|---|---|
| Axis I | 296.35 |
| Axis II | 71.09 |
| Axis III | See problems list |
| Axis IV | Incarcerated on DR |
| Axis V | 65 |

      Is CARS Current?   Yes

**PLAN:**
**Patient Strengths:**        **Good support system**

**Long-term Goal(s):**        **To decrease the intensity and frequency of depressive symptoms**

**Treatment/intervention:**    **Case management, weekly rounds, psychiatry as needed**

**USE MENTAL HEALTH COUNSELING/CASEMANAGEMENT PROBLEMS AND TREATMENT OBJECTIVES (MHCPTO) DECISION TREE TO SELECT TARGET PROBLEMS AND TREATMENT OBJECTIVES*****

**TARGET PROBLEMS AND TREATMENT OBJECTIVES**

  MENTAL HEALTH COUNSELING PROBLEMS & TRMT
        DEPRESSION
           TARGET PROBLEMS
               Depressed mood
               Sleeplessness
           TREATMENT OBJECTIVES
               Verbally id the source of depressed mood
               Verb know of relation bet repressed anger & depressed mood
               Learn ways to express depression

Correctional Managed Care
**OUTPATIENT MENTAL HEALTH SERVICES**
**INDIVIDUAL TREATMENT PLAN (ITP)**

Patient Name: AUSTIN, PERRY A    TDCJ#:999410    Date:    08/22/2011 14:27        Facility:   POLUNSKY (TL)
            Gain insight as to cause of depression

# Please schedule with psychiatry first available.

**Procedures Ordered:**
      **MH OP ASSESSMENT/EVALUATION: major depressive disorder, recurrent, in partial remission, mental health cars 3, mh death row patient**


**New Reminders Added:**
      **MH-INDIVIDUAL TX PLAN (ITP) Due on 11/15/2011 14:36(12 A POD 296.35 S3NR 8/16/11).**


*HSP-4EMR (Rev. 5/01)*

      Electronically Signed by MUNSON, SHAWNA M. MA, LPC Intern on 08/22/2011.
      Electronically Signed by MOORE, ANDREA CCA on 08/24/2011.
      ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:    06/04/2010 08:24   Facility:   POLUNSKY (TL)
Age:50    Race: W  Sex:  Male

| Patient Language:  **ENGLISH**      Name of interpreter, if required: |
| --- |

**Most recent vitals from 02/18/2010:** BP: ; Wt: ; Height: 70 In.; Pulse: ; Resp: ; Temp:

Allergies:   NO KNOWN ALLERGIES
**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MAJOR DEPRESSIVE DISORDER, RECURRENT, IN PARTIAL REMISSION [296.35] first observed 10/23/2009 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH BEHAVIORAL OBSERVATIONS [MHBO] first observed 12/02/2008 (Active)
MENTAL HEALTH CARS 3 [MHC3] first observed 10/23/2009 (Active)
MENTAL HEALTH SUICIDE RISK ASSESSMENT [MHSRA] first observed 08/15/2008 (Active)
MENTAL STATUS EXAM [MHSE] first observed 10/23/2009 (Active)
OBSERVATION FOR UNSPECIFIED SUSPECTED CONDITION [V71.9] first observed 01/29/2010 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)
CID ASSESSMENT [CID ASMT] first observed 08/05/2009 (Inactive)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Inactive)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Inactive)


**06/01/10 Pt. seen cell-side on 12 bldg. between 08:30 and 15:30.**

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
          **NO**

**Interview Questions**

Have you experienced any traumatic events during the last 90 days?     **NO**

Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**

          **MENTAL STATUS EXAM**
               **Appearance**
                    **Clothing**
                         **Careless**
                    **Grooming**
                         **Normal**

i of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    06/04/2010 08:24    Facility:   POLUNSKY (TL)

**Motor Activity**
       **Unremarkable**
**Affect & Mood**
    **Affect**
       **Appropriate**
    **Mood**
       **Euthymic**
**Speech & Thought**
    **Speech Flow**
       **Normal**
    **Thought Content**
       **Appropriate To Mood/Circumstances**
    **Thought Organization**
       **Logical, Goal Directed**
**Risk To Self & Others**
    **Self Harm**
       **None reported or noted**
    **Harm To Others**
       **None   reported or noted**

**Disposition**

☒    Follow up in 90 days or upon request/referral

☐    Schedule for further evaluation

☐    Refer immediately for evaluation

☐    Other (Specify):

Procedures Ordered:
    MH OP AD SEG   90 DAY EVALUATION:        mental health cars 3, major depressive disorder, recurrent, in partial remission
:

Electronically Signed by ESTES, DAVID C PhD, LPC on 06/04/2010.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:   10/23/2009 09:27
Facility:  POLUNSKY (TL)
Age:50    Race:  W  Sex:  Male

Patient Language:   **ENGLISH**      Name of interpreter, if required:
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min;
Temp: 96.4 (Oral)

**Allergies:**  NO KNOWN ALLERGIES
Active Problems: *

**Cars:**
   **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
   **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Cid:**
   **Cid Assessment First Observed 08/05/2009 10:44AM**

**Mh Other:**
   **Mental Health Suicide Risk Assessment First Observed 08/15/2008 04:18PM**

**Not Specified:**
   **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
   **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
   **Heartburn First Observed 03/15/2004 08:11AM**
   **Vision First Observed 05/13/2004 10:35AM**
   **Backache First Observed 02/02/2005 07:27AM**
   **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
   **Medical Cars 1 First Observed 03/31/2006 11:22AM**
   **Conjunctivitis Nos First Observed 11/08/2006 07:56AM**
   **Age First Observed 10/25/2007 10:57AM**
   **Observation- Cond Not Found First Observed 06/24/2008 01:47PM**
   **Mental Health Behavioral Observations First Observed 12/02/2008 02:00PM**
*

## Seen this date at (time):   Seen cellside on 12 building at approximately 1145

**S:**      **Patient interviewed to determine urgency of mental health needs.**

   **Referral Source:**
   ☐    Chain screen
   ☐    Sick-call request/I-60              **Date Stamped:**_____
   ☐    Walk-in
   ☒    Referral from:_____ Security_____

   Reason for referral/complaint:
   Pt. had written a letter stating that he was depressed.

         ☒      Discussed limits of confidentiality with offender.   He/she verbalized understanding

1 of  4

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

<u>Triage Interview</u>

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:   10/23/2009 09:27
Facility:  POLUNSKY (TL)

## ***If returning from an inpatient facility insert the Offender Returning From I/P Psych Facility (MHRIPF) decision tree and Suicide Risk Assessment***

Problems/Issues addressed:

Pt. was informed that MHC was there because of a letter that he had written to a teacher stating that he was depressed. Pt. reported that he is chronically depressed and has been since he was a child. Pt. reported that he was previously supposed to see the dr. but after being rescheduled multiple times he requested to be taken off of the caseload due to frustration. Pt. reported that he knows he needs to be on medications to help with the depression but that he does not want to sleep all the time. Pt. reported that he feels that most inmates are overmedicated and he does not want to be this way because he enjoys reading, writing and doing puzzles. Pt. was informed that this MHC cannot account for how MHS operated previously but that the current staff try hard to fulfill the mental health needs of the offenders. Pt. was informed that it was not the practice of this department to overmedicate pt. so that they will sleep all the time and that the psychiatrist was very willing to listen to the pts needs. Pt. stated that he would like to be placed back on the caseload and scheduled to see the psychiatrist. Pt. denied any suicidal ideations at this time.


O:      Mental status/behavioral observations *(can use decision tree or complete yourself)*

MENTAL STATUS EXAM
    Appearance
        Age
            Appears Younger Than Stated Age
        Stature
            Average Height
        Weight
            Average Weight
        Clothing
            Neat/Clean
        Grooming
            Normal
        Posture/Gait
            Normal
        Motor Activity
            Unremarkable
    Sensorium
        Attention
            Normal
        Concentration
            Normal

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>Triage Interview</u>

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:     10/23/2009 09:27
Facility:   POLUNSKY (TL)

Orientation
    Oriented X 4
Recall/Memory
    Normal
Relating
    Eye Contact
        Normal
    Facial Expression
        Sad
    Attitude Toward Examiner
        Cooperative
Affect & Mood
    Affect
        Appropriate
    Mood
        Dysphoric
Speech & Thought
    Speech Flow
        Normal
    Thought Content
        Appropriate To Mood/Circumstances
    Preoccupations
        None
    Hallucinations
        None
    Thought Organization
        Logical, Goal Directed
Executive Functions
    Fund Of Knowledge
        Average
    Abstraction
        Normal
    Judgement
        Fair
    Reality Testing
        Realistic
    Insight
        Uses Connections
    Decision-Making
        Normal

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:   10/23/2009 09:27
Facility:  POLUNSKY (TL)
                    Adaptive Skills
                         Coping Ability
                              Normal
                         Skill Deficits
                              None
                    Social Functioning
                         Social Support
                              Adequate
                    Risk To Self & Others
                         Self Harm
                              None
                         Harm To Others
                              None


A:     ☐     Urgent   mental health needs identified
       ☒     Non-urgent   mental health needs identified
       ☐     No apparent   mental health needs
       ☐     Currently receiving Mental Health treatment
       ☐     Other:


P:     Refer to:
       ☐     QMHP
       ☐     Psychiatrist/PA/NP
       ☐     Other:
       ☐     Return to clinic in _____ for follow-up
       ☒     See as scheduled by current mental health provider
       ☒     Follow-up upon request or referral.  Access to care   procedure   explained to
             patient.

             ADD TO MH CASELOAD; ALERT CODE 296.35; CARS 3; PULHES S3NR; NO TARPP; NO RESTRICTIONS.


             Procedures Ordered:
                    MH OP SICK CALL/REFERRAL TRIAGE:          mental health cars 3, major depressive
       disorder, recurrent, in partial remission

             Electronically Signed by MUNSON, SHAWNA M MA, LPC Intern on 10/23/2009.
             Electronically Signed by CHANCELLOR, MICHAEL R MA, LPC on 10/26/2009.
             ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    08/05/2009 16:05    Facility:  POLUNSKY (TL)
Age:50    Race:  W  Sex:  Male

Patient Language:  **ENGLISH**    Name of interpreter, if required:

Most recent vitals from 04/21/2009: BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)

Allergies:   NO KNOWN ALLERGIES

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CID ASSESSMENT [CID ASMT] first observed 08/05/2009 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH BEHAVIORAL OBSERVATIONS [MHBO] first observed 12/02/2008 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
MENTAL HEALTH SUICIDE RISK ASSESSMENT [MHSRA] first observed 08/15/2008 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**Pt. seen cell-side on 12 bldg between 1340 and 1440**
**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
                 **NO**

**Interview Questions**

Have you experienced any traumatic events during the last 90 days?      **NO**

Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**

       MENTAL STATUS EXAM
              Appearance
                     Clothing
                            Careless
                     Grooming
                            Normal
                     Motor Activity
                            Unremarkable
              Affect & Mood
                     Affect

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410    Date:    08/05/2009 16:05    Facility:  POLUNSKY (TL)

                         **Appropriate**
            **Mood**
                  **Euthymic**
    **Speech & Thought**
            **Speech Flow**
                  **Normal**
            **Thought Content**
                  **Appropriate To Mood/Circumstances**
            **Thought Organization**
                  **Logical, Goal Directed**
  **Risk To Self & Others**
            **Self Harm**
                  **None reported or noted**
            **Harm To Others**
                  **None   reported or noted**

## Disposition

☒     Follow up in 90 days or upon request/referral

☐     Schedule for further evaluation

☐     Refer immediately for evaluation

☐     Other (Specify):

Procedures Ordered:
     MH OP AD SEG   90 DAY EVALUATION:        mental health cars 0, no diagnosis on axis i or axis ii

      Electronically Signed by MUNSON, SHAWNA M MA, LPC Intern on 08/05/2009.
      ##And No Others##

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    04/28/2009 12:00    Facility:  POLUNSKY (formerly TERRELL)
Age:49    Race: W   Sex:  Male

Patient Language:  **ENGLISH**      Name of interpreter, if required:
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)

Allergies:  NO KNOWN ALLERGIES
**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH BEHAVIORAL OBSERVATIONS [MHBO] first observed 12/02/2008 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
MENTAL HEALTH SUICIDE RISK ASSESSMENT [MHSRA] first observed 08/15/2008 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
NP - CORN/CALLUS/NAIL CARE [HSN-57] first observed 04/21/2009 (Active)
NP - HEARTBURN/INDIGESTION [HSN-34] first observed 06/26/2008 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)


Seen this date at (time):

**This is a late-entry note.   Pt. seen cell-side on 12 bldg. between 09:40 and 10:30 on 4/28/09.**

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
            **NO**

**Interview Questions**
                **NO**
Have you experienced any traumatic events during the last 90 days?

Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**

        **MENTAL STATUS EXAM**
                **Appearance**
                        **Clothing**
                                **Careless**
                        **Grooming**

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    04/28/2009 12:00    Facility:  POLUNSKY (formerly TERRELL)

          **Normal**
      **Motor Activity**
          **Unremarkable**
  **Affect & Mood**
      **Affect**
          **Appropriate**
      **Mood**
          **Euthymic**
**Speech & Thought**
      **Speech Flow**
          **Normal**
      **Thought Content**
          **Appropriate To Mood/Circumstances**
      **Thought Organization**
          **Logical, Goal Directed**
**Risk To Self & Others**
      **Self Harm**
          **None reported or noted**
      **Harm To Others**
          **None   reported or noted**

## **Disposition**

☒        Follow up in 90 days or upon request/referral

☐        Schedule for further evaluation

☐        Refer immediately for evaluation

☐        Other (Specify):

Procedures Ordered:
      MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii, mental health cars 0

      Electronically Signed by ROY, JULIA L MA, SP on 04/28/2009.
      ##And No Others##

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

**Individualized Treatment Plan for Psychiatry Chronic Care (Initial or Follow-up)**

**Patient Name:** AUSTIN, PERRY A     **TDCJ#:** 999410     **Date:** 01/30/2009 11:15
**Facility:** POLUNSKY (formerly TERRELL)     **Date of Birth:** 06/23/1959   **Age:** 49 Years  **Race:** W  **Sex:** Male
**Patient Language:** ENGLISH     **Name of interpreter, if required:**
Most recent vitals from 06/24/2008: BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:** NO KNOWN ALLERGIES

| | |
|---|---|
| _____ | **INITIAL PSYCHIATRIC EVALUATION** |
| _____ | **ROUTINE FOLLOW-UP PSYCHIATRIC EVALUATION** |
| _____ | **EARLY FOLLOW-UP PSYCHIATRIC EVALUATION** |
| _____ | **PSYCHIATRIC RE-EVALUATION** |
| _____ | **DISCHARGE FROM INPATIENT FOLLOW-UP** |

_____ **Patient seen**
__x___ **Patient** <u>**not**</u> **seen**
               **Reason not seen:**

**Current Medications:**
**Allergies:** NO KNOWN ALLERGIES
Most recent vitals from 06/24/2008: BP: 130 / 74 (Sitting)   Wt. 169 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min Temp: 97 (Oral)
**Current Lab Tests:**

**CASE SUMMARY**
**Problems:**

**Cars:**
     **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
     **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Mh Other:**
     **Mental Health Suicide Risk Assessment First Observed 08/15/2008 04:18PM**

**Nurse Protocol:**
     **Np - Heartburn/indigestion First Observed 06/26/2008 01:17PM**

**Not Specified:**
     **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
     **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
     **Heartburn First Observed 03/15/2004 08:11AM**
     **Vision First Observed 05/13/2004 10:35AM**
     **Backache First Observed 02/02/2005 07:27AM**
     **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
     **Medical Cars 1 First Observed 03/31/2006 11:22AM**
     **Conjunctivitis Nos First Observed 11/08/2006 07:56AM**
     **Age First Observed 10/25/2007 10:57AM**
     **Observation- Cond Not Found First Observed 06/24/2008 01:47PM**
     **Mental Health Behavioral Observations First Observed 12/02/2008 02:00PM**

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

**Individualized Treatment Plan for Psychiatry Chronic Care (Initial or Follow-up)**

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:**  999410      **Date:**  01/30/2009 11:15
**Facility:**  POLUNSKY (formerly TERRELL)      **Date of Birth:**  06/23/1959    **Age:**  49 Years    **Race:**  W    **Sex:**  Male
Clinic note:

Pt was a no show.   He refused his psychiatric appointment today.
This is his third no-show.

Reschedule PRN. refer to SP for follow-up.    Notify MH dept if worse or change in s/s.


   Electronically Signed by FONG, GEORGE G PA on 01/30/2009.
Electronically Signed by ROY, JULIA L MA, SP on 01/30/2009.
Electronically Signed by COOLEY-JACKSON, SHANNON L CCA on 02/02/2009.
##And No Others##

2 of  2

# CORRECTIONAL MANAGED CARE
## Mental Health Outpatient Clinic Note

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 12/19/2008 16:18    **Facility:** POLUNSKY (formerly TERRELL)
Age:49   Race: W   Sex: Male

Patient Language: ENGLISH    Name of interpreter, if required:

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:** NO KNOWN ALLERGIES

Pt. seen cell-side in 12 building on 12/18/08 at 12:45.

S: Pt. was scheduled as a follow-up from a triage interview. He began to come to his cell-door then stapped stated "No, I don't want....(the appointment?)". He then laid back down on his bunk.

O: **Mental Status:**
     **Orientation:** x4
     **Behavior:** uninterested in the appointment
     **Speech:** normal
     **Thought Process:** lucid, organized (no delusions)
     **Thought Content:** appropriate (free of hallucinations)
     **Memory:** intact
     **Mood:** Euthymic
     **Affect:** congruent
     **Impulse Control:** good
     **Insight & Judgment:** fair
         **Suicidal/homicidal ideation:** NONE noted or reported

A: V71.09

P: See upon request or referral

Procedures Ordered:
     MH OP FOLLOW-UP:      no diagnosis on axis i or axis ii, mental health cars 0

       Electronically Signed by ROY, JULIA L MA, SP on 12/19/2008.
       ##And No Others##

1 of 1

## CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    12/04/2008 15:48    Facility:  POLUNSKY (formerly TERRELL)
Age:49    Race:  W   Sex:  Male

**Patient Language:   ENGLISH      Name of interpreter, if required:**

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

Allergies:   NO KNOWN ALLERGIES

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH BEHAVIORAL OBSERVATIONS [MHBO] first observed 12/02/2008 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
MENTAL HEALTH SUICIDE RISK ASSESSMENT [MHSRA] first observed 08/15/2008 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
NP - HEARTBURN/INDIGESTION [HSN-34] first observed 06/26/2008 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)


Seen this date at (time):   12:10

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
**NO**

☐            ☐


**Interview Questions**

Have you experienced any traumatic events during the last 90 days?
    NO

Specify: Waiting for his psychiatric appointment.


**Behavioral Observation (may use decision tree and insert here or insert your own)**
**Mental Status:**
        **Orientation:** x4
        **Behavior:** cooperative
        **Speech:** normal
        **Thought Process:** lucid, organized (no delusions)
        **Thought Content:** appropriate (free of hallucinations)

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410      Date:      12/04/2008 15:48      Facility:    POLUNSKY (formerly TERRELL)
    **Memory:** intact
    **Mood:** angry
    **Affect:**   congruent
    **Impulse Control:** good
    **Insight & Judgment:** normal
        **Suicidal/homicidal ideation:** NONE

**Disposition**

☐      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

☐      Refer immediately for evaluation

☒      Other (Specify):   See as scheduled by MH provider

      Electronically Signed by ROY, JULIA L MA, SP on 12/04/2008.
      ##And No Others##

# CORRECTIONAL MANAGED CARE
## Mental Health Outpatient Clinic Note

**Patient Name:**   AUSTIN, PERRY A          **TDCJ#:**  999410          **Date:**   12/04/2008 15:40          **Facility:**   POLUNSKY (formerly TERRELL)
Age:49   Race:  W  Sex:  Male

Patient Language:  ENGLISH      Name of interpreter, if required:

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**   NO KNOWN ALLERGIES

S:  Pt. was seen as a follow-up after he verbally refused his psychiatric appointment.  He stated that he is a private person and did not want to have the officers present during his appointment.  He was assured that officers remain out of the room for the psychiatric appointments.  He is willing to attend if rescheduled.  He has been in prison since 1978 according to the pt.  He admits that he has thoughts of slef-harm, but is able to push the thoughts away.  He does not want to kill himself.

O:  **Mental Status:**
   **Orientation:** x4
   **Behavior:** cooperative
   **Speech:** normal
   **Thought Process:** lucid, organized (no delusions)
   **Thought Content:** appropriate (free of hallucinations)
   **Memory:** intact
   **Mood:** dysphoric
   **Affect:**   congruent
   **Impulse Control:** good
   **Insight & Judgment:** fair
      **Suicidal/homicidal ideation:** Thoughts, but no plans or intent

A:  311.0

P:  See as scheduled by current MH provider


Procedures Ordered:
   MH OP FOLLOW-UP:        no diagnosis on axis i or axis ii, mental health cars 0


      Electronically Signed by ROY, JULIA L MA, SP on 12/04/2008.
      ##And No Others##

1 of 1

CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES

**Individualized Treatment Plan for Psychiatry Chronic Care (Initial or Follow-up)**

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:**  999410      **Date:**  12/02/2008 14:36
**Facility:**  POLUNSKY (formerly TERRELL)   **Date of Birth:**  06/23/1959   **Age:**  49 Years  **Race:**  W  **Sex:**  Male
**Patient Language:  ENGLISH      Name of interpreter, if required:**
Most recent vitals from 06/24/2008: BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min;
Temp: 97 (Oral)

**Allergies:**  NO KNOWN ALLERGIES

| | |
|---|---|
| _____ | **INITIAL PSYCHIATRIC EVALUATION** |
| _____ | **ROUTINE FOLLOW-UP PSYCHIATRIC EVALUATION** |
| _____ | **EARLY FOLLOW-UP PSYCHIATRIC EVALUATION** |
| _____ | **PSYCHIATRIC RE-EVALUATION** |
| _____ | **DISCHARGE FROM INPATIENT FOLLOW-UP** |

_____ **Patient seen**
__x___ **Patient not seen**
                    **Reason not seen:**

**Current Medications:**
**Allergies:**  NO KNOWN ALLERGIES
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting)   Wt. 169 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min Temp:
97 (Oral)
**Current Lab Tests:**

## CASE SUMMARY
**Problems:**

**Cars:**
       **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
       **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Mh Other:**
       **Mental Health Suicide Risk Assessment First Observed 08/15/2008 04:18PM**

**Nurse Protocol:**
       **Np - Heartburn/indigestion First Observed 06/26/2008 01:17PM**

**Not Specified:**
       **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
       **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
       **Heartburn First Observed 03/15/2004 08:11AM**
       **Vision First Observed 05/13/2004 10:35AM**
       **Backache First Observed 02/02/2005 07:27AM**
       **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
       **Medical Cars 1 First Observed 03/31/2006 11:22AM**
       **Conjunctivitis Nos First Observed 11/08/2006 07:56AM**
       **Age First Observed 10/25/2007 10:57AM**
       **Observation- Cond Not Found First Observed 06/24/2008 01:47PM**
       **Mental Health Behavioral Observations First Observed 12/02/2008 02:00PM**

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

<u>**Individualized Treatment Plan for Psychiatry Chronic Care (Initial or Follow-up)**</u>

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:**  999410      **Date:**  12/02/2008 14:36
**Facility:**  POLUNSKY (formerly TERRELL)    **Date of Birth:**  06/23/1959   **Age:**  49 Years  **Race:**  W  **Sex:**  Male
Clinic note:

Pt was a no show.   He refused his psychiatric appointment today.
Reschedule in 1 mo. Notify MH dept if worse or change in s/s.


Electronically Signed by FONG, GEORGE G PA on 12/02/2008.
Electronically Signed by COOLEY-JACKSON, SHANNON L CCA on 12/03/2008.
##And No Others##

## CORRECTIONAL MANAGED CARE
### OUTPATIENT MENTAL HEALTH SERVICES

MENTAL HEALTH STATUS CHECK/CASEMANAGEMENT

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:    12/02/2008 13:54
Facility:   POLUNSKY (formerly TERRELL)
Age:49    Race:  W   Sex:  Male

| Patient Language:    ENGLISH       Name of interpreter, if required: |
|---|

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**  NO KNOWN ALLERGIES

Seen this date at (time):    1020.

S:      Offender seen to check mental status. Offender reported:

Pt seen cell side after refusing to attend Telehealth Conference with Psychiatry this morning.   Pt signed Refusal of Treatment/Services Form, stated that he "wanted to be seen during September".
   Pt admits to still having some difficulties with mood swings and indicated that he would come to the next Psychiatric appointment if he is rescheduled.


O:      Mental Status/Behavioral Observation (can use decision tree)

        MENTAL HEALTH BEHAVIORAL OBSERVATIONS
              Personal Appearance
                    Neatly   Dressed
              Personal Hygiene
                    Clean, Hair Combed, Teeth Brushed
              Cell/Room Appearance
                    Messy But Clean
              Motor Activity
                    Fidgety, Nervous
              Attention
                    Listens, No Eye Contact
              Speech
                    Volume
                          Soft, Difficult To Hear
                    Rate
                          Brief Responses, Not Spontaneous
                    Appropriateness
                          Answers Questions Appropriately
              Emotional Expression
                    Anxiousness and Depression
              Patient Self-Report
                    Mental Health Complaints Regarding:
                          Depression
                                Denies Suicidal Ideations

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

MENTAL HEALTH STATUS CHECK/CASEMANAGEMENT

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:    12/02/2008 13:54
Facility:  POLUNSKY (formerly TERRELL)


A:      V71.09

P:      ☒      Follow up: __as scheduled_____
        ☒      Refer to: ___QMHP for follow-up (12/4/08)_____


Procedures Ordered:
        MH OP FOLLOW-UP:        no diagnosis on axis i or axis ii, mental health cars 0

                Electronically Signed by CHRISTIAN, JOHN   BS, LBSW, MHL on 12/02/2008.
                Electronically Signed by ROY, JULIA L MA, SP on 12/04/2008.
                Electronically Signed by FONG, GEORGE G PA on 12/04/2008.
                ##And No Others##

# CORRECTIONAL MANAGED CARE
# OUTPATIENT MENTAL HEALTH SERVICES

### Psychiatric Chart Review

Patient Name: AUSTIN, PERRY A            TDCJ#:999410                Date:    11/14/2008 16:07

Facility:   POLUNSKY (formerly TERRELL)

Age:49    Race:  W  Sex:  Male

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:**  NO KNOWN ALLERGIES

**Current Medications:**

**ACTIVE PROBLEMS:**

**Cars:**
>       **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
>       **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Mh Other:**
>       **Mental Health Suicide Risk Assessment First Observed 08/15/2008 04:18PM**

**Nurse Protocol:**
>       **Np - Heartburn/indigestion First Observed 06/26/2008 01:17PM**

**Not Specified:**
>       **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
>       **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
>       **Heartburn First Observed 03/15/2004 08:11AM**
>       **Vision First Observed 05/13/2004 10:35AM**
>       **Backache First Observed 02/02/2005 07:27AM**
>       **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
>       **Medical Cars 1 First Observed 03/31/2006 11:22AM**
>       **Conjunctivitis Nos First Observed 11/08/2006 07:56AM**
>       **Age First Observed 10/25/2007 10:57AM**
>       **Observation- Cond Not Found First Observed 06/24/2008 01:47PM**

Clinic note:

Pt c/o increased MH sxs.

Pt not seen today.   Reviewed chart.

Schedule appt in 2 wks. Notify MH dept if worse or change in s/s.        Pt aware of how to access MH care.

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Psychiatric Chart Review

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:     11/14/2008 16:07
Facility:   POLUNSKY (formerly TERRELL)

      Electronically Signed by FONG, GEORGE G PA on 11/14/2008.
      Electronically Signed by DELGADO, CYNTHIA L L.V.N. on 11/17/2008.
      Electronically Signed by COOLEY-JACKSON, SHANNON L CCA on 11/17/2008.
      ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410      Date:     08/15/2008 05:54     Facility:   POLUNSKY (formerly TERRELL)
Age:49    Race: W  Sex:  Male
**Patient Language:   ENGLISH       Name of interpreter, if required:**
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min;
Temp: 97 (Oral)

Allergies:   NO KNOWN ALLERGIES
**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
NP - HEARTBURN/INDIGESTION [HSN-34] first observed 06/26/2008 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

Seen 8/12/2008 at (time):1505-1515

**From Reports by Security & Medical Staff**

| | | YES | NO |
|---|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | | ☐ | ☒ |

**Interview Questions**

| | YES | NO |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Grooming is normal. Motor activity is unremarkable and posture/gait is normal. He was oriented x 4 with normal attention, concentration and recall.   Pt was calm and cooperative. His facial expressions were responsive with normal eye contact. Mood was euthymic with appropriate affect. His thoughts were logical and goal oriented. Thought content was appropriate to mood and circumstances. Speech flow was normal with normal volume. Judgment was normal. Uses connections. Normal decision making. No A/V Hallucinations. No S/H Ideations.

**Disposition**

☒      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410     Date:    08/15/2008 05:54    Facility:   POLUNSKY (formerly TERRELL)

☐     Refer immediately for evaluation

☐     Other (Specify):


Procedures Ordered:
        MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii, mental health cars 0

        Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 08/15/2008.
        ##And No Others##

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    08/15/2008 05:54    Facility:   POLUNSKY (formerly TERRELL)
Age:49    Race:   W   Sex:   Male

| Patient Language:   ENGLISH       Name of interpreter, if required: |
|---|

**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min;
Temp: 97 (Oral)

Allergies:  NO KNOWN ALLERGIES

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
NP - HEARTBURN/INDIGESTION [HSN-34] first observed 06/26/2008 (Active)
OBSERVATION- COND NOT FOUND [V71] first observed 06/24/2008 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

Seen 8/12/2008 at (time):1505-1515

**From Reports by Security & Medical Staff**

| | | **YES** | | **NO** |
|---|---|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | | ☐ | | ☒ |

**Interview Questions**

| | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Grooming is normal. Motor activity is unremarkable and posture/gait is normal. He was oriented x 4 with normal attention,
concentration and recall.   Pt was calm and cooperative. His facial expressions were responsive with normal eye contact. Mood
was euthymic with appropriate affect. His thoughts were logical and goal oriented. Thought content was appropriate to mood and
circumstances. Speech flow was normal with normal volume. Judgment was normal. Uses connections. Normal decision making.
No A/V Hallucinations. No S/H Ideations.

**Disposition**

☒     Follow up in 90 days or upon request/referral

☐     Schedule for further evaluation

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410    Date:    08/15/2008 05:54    Facility:  POLUNSKY (formerly TERRELL)
☐      Refer immediately for evaluation

☐      Other (Specify):

Procedures Ordered:
     MH OP AD SEG   90 DAY EVALUATION:          no diagnosis on axis i or axis ii, mental health cars 0

          Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 08/15/2008.
          ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:    08/15/2008 16:05
Facility:  POLUNSKY (formerly TERRELL)
Age:49    Race:  W  Sex:  Male

| Patient Language: ENGLISH    Name of interpreter, if required: |
| --- |

**recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)

**Allergies:** ⊘ KNOWN ALLERGIES

**Active Problems:** *

**Cars:**
     **Mental Health Cars 0 First Observed 12/22/2005 07:56AM**
     **Dental Cars 1 First Observed 03/27/2006 04:15PM**

**Nurse Protocol:**
     **Np - Heartburn/indigestion First Observed 06/26/2008 01:17PM**

**Not Specified:**
     **Tb Class 2 (infection, No Disease Pulm. Tuberculosis) First Observed 05/01/2002 12:00AM**
     **Reflux Esophagitis First Observed 11/01/2002 12:00AM**
     **Heartburn First Observed 03/15/2004 08:11AM**
     **Vision First Observed 05/13/2004 10:35AM**
     **Backache First Observed 02/02/2005 07:27AM**
     **No Diagnosis On Axis I Or Axis Ii First Observed 02/23/2005 08:35AM**
     **Medical Cars 1 First Observed 03/31/2006 11:22AM**
     **Conjunctivitis Nos First Observed 11/08/2006 07:56AM**
     **Age First Observed 10/25/2007 10:57AM**
     **Observation- Cond Not Found First Observed 06/24/2008 01:47PM**
*

## this date at (time):    15:50

Patient interviewed to determine urgency of mental health needs.

Referral Source:

    ☐   Chainscreen
    ☒   Sick call request SCD-60    **Date Stamped:__8/5/08 for R.P., SP_____**
    ☐   Walk-in
    ☐   Refer from:_____

Reason for referral/complaint: I need to see someone from the psych-dept. about getting put on some medication for mental issues tha't getting worse.

Discussed limits of confidentiality with offender.   He/she verbalized understanding

### f returning from an inpatient facility insert the

### *Offender Returning From I/P Psych Facility (MHRIPF) decision tree and*

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A        TDCJ#:999410      Date:  08/15/2008 16:05
Facility:  POLUNSKY (formerly TERRELL)

### *Offender Returning From I/P Psych Facility (MHRIPF) decision tree and Suicide Risk Assessment*

Problems/Issues addressed: Pt. states that he has a hx of MH treatment up to 2004.  He reports that he suffers from Suicidal depression.  He has suicidal ideation all the time, but can usually manage it.  In the past 3 weeks, he has been having crying spells 3-4 times per week, increased in paranoia and depression.  He was advised by his lawyer to send in a SCR to the psych department on his unit.  He admits feeling stressed lately, but did not go into detail as this visit was cell-side.

The pt. is a bit hurt that the department did not respond to the SCR.  Pt. advised that if he is not seen in a few days, he needs to resubmit the SCR in case it did not reach it's destination.

Pt. reports that he has a free-world psychologist coming to see him in September.

O:     Mental status/behavioral observations *(can use decision tree or complete yourself)*
**Mental Status:**
**Orientation:** x4
**Behavior:** cooperative
**Speech:** normal
**Thought Process:** lucid, organized (no delusions)
**Thought Content:** appropriate (free of hallucinations)
**Memory:** intact
**Mood:** sad, worried
**Affect:**   blunted
**Impulse Control:** good
**Insight & Judgment**: normal
     **Suicidal/homicidal ideation: No plan or intent**

MENTAL HEALTH SUICIDE RISK ASSESSMENT
    Subjective
        Reason For Referral
            Offender Is At Possible Risk/Threatening Self-Injury
        Offender Report
            Offender Denies Or Has No Current Plans For Suicide Or Self-Injury
    Objective
        History
            Off Has Hx Of Self-Injurious Behavior, But No Incidents W/In Past 12 Mths
        Long-Term Risk Factors Include (Check All That Apply)
            Lengthy Sentence
        Acute Risk Factors Include (Check All That Apply)
            Increased Fear, Pressure, Or Threats From Other Offenders
    Assessment
        Assessment Of Self-Report

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

Triage Interview

Patient Name: AUSTIN, PERRY A          TDCJ#:999410          Date:    08/15/2008 16:05
Facility:   POLUNSKY (formerly TERRELL)
                           Offender Denies Or Has No Current Plan For Suicide Or Self-Injury
                               Is Likely To Seek Help If S/He Changes His/Her Mind
                Assessment Of Suicide Risk
                           Based Upon Available Data, It Is My Clinical Opinion That This Offender Is At
                               No Imminent Risk For A Potentially Lethal Suicide Attempt

A:  ☐   Urgent   mental health needs identified
     ☒   Non-urgent   mental health needs identified
     ☐   No apparent   mental health needs
     ☐   Currently receiving Mental Health treatment
     ☐   Other:

P:  Refer to:
     ☐   QMHP
     ☒   Psychiatrist/PA/NP (confer with)
     ☐   Other:
     x   Return to clinic in __1 week _____ for follow-up (MHE)
     ☐   See as scheduled by current mental health provider
     ☐   Follow-up upon request or referral.  Access to care   procedure   explained to
         patient.

         Procedures Ordered:
             MH OP SICK CALL/REFERRAL TRIAGE:        no diagnosis on axis i or axis ii, mental
health cars 0

       Electronically Signed by ROY, JULIA L MA, SP on 08/15/2008.
      Electronically Signed by POSLEY, ROSEMARY   MA, SP on 08/25/2008.
      Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 08/28/2008.
      ##And No Others##

**CORRECTIONAL MANAGED CARE
OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A         TDCJ#:999410    Date:    05/14/2008 14:33    Facility:  POLUNSKY (formerly TERRELL)

Age:48    Race:  W  Sex:  Male

| Patient Language:   ENGLISH       Name of interpreter, if required: |
|---|

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**From Reports by Security & Medical Staff**

|  | YES | NO |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

**Interview Questions**

|  | YES | NO |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Pt appeared neat and clean. Grooming is normal. Motor activity is unremarkable and posture/gait is normal. He was oriented x 4 with normal attention, concentration and recall.   Pt was calm and cooperative. His facial expressions were responsive with normal eye contact. Mood was euthymic with appropriate affect. His thoughts were logical and goal oriented. Thought content was appropriate to mood and circumstances. Speech flow was normal with normal volume. Judgment was normal. Uses connections. Normal decision making. No A/V Hallucinations. No S/H Ideations.

**Disposition**

☒     Follow up in 90 days or upon request/referral

☐     Schedule for further evaluation

☐     Refer immediately for evaluation

☐     Other (Specify):

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    05/14/2008 14:33    Facility:  POLUNSKY (formerly TERRELL)

Procedures Ordered:
   MH OP AD SEG   90 DAY EVALUATION:         no diagnosis on axis i or axis ii, mental health cars 0

    Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 05/14/2008.
    ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    02/20/2008 11:36    Facility:   POLUNSKY (formerly TERRELL)

Age:48    Race:  W  Sex:  Male

| Patient Language:   ENGLISH        Name of interpreter, if required: |
|---|

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**LATE ENTRY,OFFENDER SEEN 2/19/2008**

**From Reports by Security & Medical Staff**

| | | **YES** | | **NO** |
|---|---|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | | ☐ | | ☒ |

| **Interview Questions** | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
MENTAL STATUS EXAM
    Appearance
        Grooming
            Normal
        Posture/Gait
            Normal
        Motor Activity
            Unremarkable
    Sensorium
        Attention
            Normal
        Concentration
            Normal
        Orientation
            Oriented X 4
        Recall/Memory
            Normal
    Relating
        Eye Contact
            Normal
        Facial Expression

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410    Date:    02/20/2008 11:36    Facility:   POLUNSKY (formerly TERRELL)

                        Responsive
               Attitude Toward Examiner
                        Cooperative
        Affect & Mood
               Affect
                        Appropriate
               Mood
                        Euthymic
        Speech & Thought
               Speech Flow
                        Normal
               Thought Content
                        Appropriate To Mood/Circumstances
               Preoccupations
                        None
               Hallucinations
                        None
               Thought Organization
                        Logical, Goal Directed
        Executive Functions
               Judgment
                        Normal
               Reality Testing
                        Realistic
               Insight
                        Uses Connections
               Decision-Making
                        Normal
        Adaptive Skills
               Coping Ability
                        Normal
        Social Functioning
               Social Support
                        Adequate
        Risk To Self & Others
               Self Harm
                        None
               Harm To Others
                        None

**Disposition**

☒      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

2 of 3

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     02/20/2008 11:36     Facility:   POLUNSKY (formerly TERRELL)

☐     Refer immediately for evaluation

☐     Other (Specify):

Procedures Ordered:
     MH OP AD SEG   90 DAY EVALUATION:          no diagnosis on axis i or axis ii, mental health cars 0

          Electronically Signed by FORD, LASHONDA R MS,LPC Intrn,SP on 02/20/2008.
          ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A      TDCJ#:999410   Date:   11/27/2007 14:53   Facility:  POLUNSKY (formerly TERRELL)

Age:48   Race:  W  Sex:  Male

| Patient Language:  ENGLISH      Name of interpreter, if required: |
|---|

**CASE SUMMARY:**
AGE [797.] first observed 10/25/2007 (Active)
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**Ad-Seg/Death Row 90-day Segregration Assessment**

**From Reports by Security & Medical Staff**

| | YES | NO |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

**Interview Questions**

| | YES | NO |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Offender appears neat, clean, and orderly, appearance is consistent with TDCJ Standards.
He is oriented x4, mood is euthymic with congruent affect, behavior calm and polite.   He
is not delusional and is not experiencing hallucinations.   Thought process is linear, speech
clear and goal directed.   He has no suicidal or homicidal ideations, memory is unremarkable.
Insight and judgment are good.

**Disposition**

☒      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

☐      Refer immediately for evaluation

☐      Other (Specify):

Procedures Ordered:
        MH OP AD SEG   90 DAY EVALUATION:       no diagnosis on axis i or axis ii

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     11/27/2007 14:53     Facility:   POLUNSKY (formerly TERRELL)

Electronically Signed by BARGER, JANET A MA, LPC on 11/27/2007.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A      TDCJ#:999410    Date:   09/10/2007 14:30   Facility:  POLUNSKY (formerly TERRELL)

Age:48   Race:  W  Sex:  Male

| Patient Language:   ENGLISH | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**Death Row/AD-Segregation 90-Day assessment**

**From Reports by Security & Medical Staff**

| | **YES** | **NO** |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

**Interview Questions**

| | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

**Behavioral Observation (may use decision tree and insert here or insert your own)**
Offender appears neat, clean, and orderly.   He is oriented x4, mood is euthymic with
congruent affect, behavior calm and polite.   He is not delusional and not experiencing
hallucinations.   Thought process is linear, speech clear and goal directed.   He has no
suicidal or homicidal ideations, memory is unremarkable.   Insight and judgment are good.

**Disposition**

☒      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

☐      Refer immediately for evaluation

☐      Other (Specify):

Procedures Ordered:
      MH OP AD SEG   90 DAY EVALUATION:       no diagnosis on axis i or axis ii

Electronically Signed by BARGER, JANET A MA, LPC on 09/10/2007.
##And No Others##

# CORRECTIONAL MANAGED CARE
## OUTPATIENT MENTAL HEALTH SERVICES

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    06/15/2007 17:15    Facility:  POLUNSKY (formerly TERRELL)

Age:48    Race:  W  Sex:  Male

| Patient Language:  ENGLISH | Name of interpreter, if required: |
|---|---|

## CASE SUMMARY:
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

## Death Row/Ad-Seg 90-day Assesment

### From Reports by Security & Medical Staff

| | YES | NO |
|---|---|---|
| Have there been any unusual behaviors in the past 90 days? If so explain | ☐ | ☒ |

### Interview Questions

| | YES | NO |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? | ☐ | ☒ |

Specify:

## Behavioral Observation (may use decision tree and insert here or insert your own)
Offender appeared neat, clean, and orderly.   He was oriented x4, mood is euthymic with congruent affect, behavior calm and polite.   He is not delusional and not experiencing hallucinations.   Thought process is linear, speech clear and goal directed.   He has no suicidal or homicidal ideations, memory is unremarkable.   Insight and judgment are good.

## Disposition

☒    Follow up in 90 days or upon request/referral

☐    Schedule for further evaluation

☐    Refer immediately for evaluation

☐    Other (Specify):

Procedures Ordered:
      MH OP AD SEG  90 DAY EVALUATION:      no diagnosis on axis i or axis ii

Electronically Signed by BARGER, JANET A MA, LPC on 06/15/2007.
##And No Others##

1 of 1

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410   Date:   03/20/2007 13:13   Facility:  POLUNSKY (formerly TERRELL)

Age:47   Race:  W  Sex:  Male

**Patient Language:  ENGLISH      Name of interpreter, if required:**

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)
**This is a late-entry note.   Pt. seen cell-side on 12 bldg. between 8:30 and 9:30 on 3/20/07.**

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
        **NO**

**Interview Questions**
                **NO**
Have you experienced any traumatic events during the last 90 days?

Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**

   **MENTAL STATUS EXAM**
      **Appearance**
         **Clothing**
               **Careless**
         **Grooming**
               **Normal**
         **Motor Activity**
               **Unremarkable**
      **Affect & Mood**
         **Affect**
               **Appropriate**
         **Mood**
               **Euthymic**
      **Speech & Thought**
         **Speech Flow**
               **Normal**
         **Thought Content**
               **Appropriate To Mood/Circumstances**
         **Thought Organization**
               **Logical, Goal Directed**

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A      TDCJ#:999410    Date:    03/20/2007 13:13    Facility:   POLUNSKY (formerly TERRELL)

**Risk To Self & Others**
**Self Harm**
**None**
**Harm To Others**
**None**

**Disposition**

☒      Follow up in 90 days or upon request/referral

☐      Schedule for further evaluation

☐      Refer immediately for evaluation

☐      Other (Specify):

Procedures Ordered:
      MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

          Electronically Signed by ROY, JULIA L MA, SP on 03/20/2007.
          ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    12/29/2006 15:03    Facility:  POLUNSKY (formerly TERRELL)

Age:47    Race:  W  Sex:  Male

| Patient Language:  **ENGLISH**        Name of interpreter, if required: |
| --- |

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
CONJUNCTIVITIS NOS [372.30] first observed 11/08/2006 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain
                    **NO**
                                                                        ☐                ☐

**Interview Questions**
                    **NO**
Have you experienced any traumatic events during the last 90 days?                ☐                ☐
Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**


        MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                Personal Hygiene
                        Clean, Hair Combed, Teeth Brushed
                Cell/Room Appearance
                        Clean, Neat
                Motor Activity
                        Calm, Relaxed
                Emotional Expression
                        Normal, Expresses Self Appropriately
                Patient Self-Report
                        No Complaints

**Disposition**

☒    Follow up in 90 days or upon request/referral

☐    Schedule for further evaluation

                ☐        Refer immediately for evaluation

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410    Date:    12/29/2006 15:03    Facility:   POLUNSKY (formerly TERRELL)

        ☐      Other (Specify):
Procedures Ordered:
                MH OP AD SEG   90 DAY EVALUATION:      no diagnosis on axis i or axis ii
            Electronically Signed by ROY, JULIA L MA, SP on 12/29/2006.
            ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410    Date:    10/11/2006 13:52    Facility:   POLUNSKY (formerly TERRELL)

Age:47   Race:  W   Sex:  Male

| Patient Language:  ENGLISH | Name of interpreter, if required: |
|---|---|

## CASE SUMMARY:
BACKACHE [724.5] first observed 02/02/2005 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)
**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain                                                     **NO**


**Interview Questions**                                                                                                           **NO**
Have you experienced any traumatic events during the last 90 days?
Specify:


**Behavioral Observation (may use decision tree and insert here or insert your own)**
MENTAL STATUS EXAM
      Appearance
          Clothing
               Neat/Clean
      Sensorium
          Attention
               Normal
          Orientation
               Oriented X 4
      Relating
          Eye Contact
               Normal
          Attitude Toward Examiner
               Cooperative
      Affect & Mood
          Affect
               Appropriate
          Mood
               Euthymic
      Executive Functions
          Judgement
               Normal
          Insight
               Uses Connections
      Risk To Self & Others
          Self Harm
               None
          Harm To Others
               None

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    10/11/2006 13:52    Facility:   POLUNSKY (formerly TERRELL)

**Disposition**

☒        Follow up in 90 days or upon request/referral

☐        Schedule for further evaluation

☐        Refer immediately for evaluation

☐        Other (Specify):

Procedures Ordered:
        MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

        Electronically Signed by ROY, JULIA L MA, SP on 10/11/2006.
        ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    06/26/2006 09:30    Facility:   POLUNSKY (formerly TERRELL)

Age:47    Race:  W  Sex:  Male

| Patient Language: | Name of interpreter, if required: |
| --- | --- |

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
DENTAL CARS 1 [DC1] first observed 03/27/2006 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MEDICAL CARS 1 [MC1] first observed 03/31/2006 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

# 90 DAY DEATH ROW ROUNDS

**This is a late-entry note.   Pt. seen on 6/21//06.**

CURRENTLY ON MENTAL HEALTH CASELOAD?            NO
     Diagnosis:


**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain        **NO**



**Interview Questions**
Patient complaints/symptoms            <u>NO</u>
*Specify:*


MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    Personal Appearance
                              Within normal limits
                    Cell/Room Appearance
                              appropriate
                    Motor Activity
                              Calm, Relaxed
                    Emotional Expression
                              Normal, Expresses Self Appropriately
                    Patient Self-Report
                              No Complaints


**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

1 of 2

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410    Date:    06/26/2006 09:30    Facility:   POLUNSKY (formerly TERRELL)

☐    Other (Specify):

Procedures Ordered:
      MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii
      MH AD SEG PATIENT IDENTIFIER:       no diagnosis on axis i or axis ii

        Electronically Signed by ROY, JULIA L MA on 06/26/2006.
        ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410   Date:   03/23/2006 16:09   Facility:   POLUNSKY (formerly TERRELL)

Age:46   Race:  W  Sex:  Male

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**Late EMR entry.   Pt. seen 3/20/06**

# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?        NO
        Diagnosis:   no diagnosis V71.09

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain        **NO**

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                Personal Appearance
                        Appropriately Dressed
                Personal Hygiene
                        Clean
                Cell/Room Appearance
                        Clean, Neat
                Motor Activity
                        Calm, Relaxed
                Attention
                        Listens, Makes Eye Contact
                Emotional Expression
                        Normal, Expresses Self Appropriately
                Patient Self-Report
                        No Complaints

**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

☐   Other (Specify):

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    03/23/2006 16:09    Facility:  POLUNSKY (formerly TERRELL)

Procedures Ordered:
    MH OP AD SEG  90 DAY EVALUATION:        no diagnosis on axis i or axis ii

        Electronically Signed by BIENVENU III, MARTIAL C MA, LPC Intern on 03/23/2006.
        ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    03/23/2006 16:07    Facility:  POLUNSKY (formerly TERRELL)

Age:46    Race:  W  Sex:  Male

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
MENTAL HEALTH CARS 0 [MHC0] first observed 12/22/2005 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

**Late EMR entry.   Pt. seen 3/20/06**

# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?           NO
         Diagnosis:   no diagnosis V71.09


**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain          **NO**


MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    Personal Appearance
                         Appropriately Dressed
                    Personal Hygiene
                         Clean
                    Cell/Room Appearance
                         Clean, Neat
                    Motor Activity
                         Calm, Relaxed
                    Attention
                         Listens, Makes Eye Contact
                    Emotional Expression
                         Normal, Expresses Self Appropriately
                    Patient Self-Report
                         No Complaints


**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

☐   Other (Specify):

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    03/23/2006 16:07    Facility:  POLUNSKY (formerly TERRELL)


Procedures Ordered:
    MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

            Electronically Signed by BIENVENU III, MARTIAL C MA, LPC Intern on 03/23/2006.
            ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410   Date:   12/22/2005 07:37   Facility:  POLUNSKY (formerly TERRELL)

Age:46   Race:  W  Sex:  Male

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

## Late entry. Pt. seen 12/20/05

## 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?          NO
          Diagnosis:  no diagnosis V71.09

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain          **NO**

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
          Personal Appearance
                    Appropriately Dressed
          Personal Hygiene
                    Clean
          Cell/Room Appearance
                    Clean, Neat
          Motor Activity
                    Calm, Relaxed
          Attention
                    Listens, Makes Eye Contact
          Emotional Expression
                    Normal, Expresses Self Appropriately
          Patient Self-Report
                    No Complaints

**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

☐   Other (Specify):

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    12/22/2005 07:37    Facility:  POLUNSKY (formerly TERRELL)

Electronically Signed by BIENVENU III, MARTIAL C MA, LPC Intern on 12/22/2005.
##And No Others##

Procedures Ordered:
        MH OP AD SEG   90 DAY EVALUATION:       no diagnosis on axis i or axis ii

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     09/20/2005 16:03     Facility:  POLUNSKY (formerly TERRELL)

Age:46   Race:  W  Sex:  Male

| Patient Language: | Name of interpreter, if required: |
| --- | --- |

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)
**Late EMR entry.   Pt. seen 09/19/05**


# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?             NO
          Diagnosis:  no diagnosis V71.09


**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain          **NO**


MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    Personal Appearance
                         Appropriately Dressed
                    Personal Hygiene
                         Clean
                    Cell/Room Appearance
                         Clean, Neat
                    Motor Activity
                         Calm, Relaxed
                    Attention
                         Listens, Makes Eye Contact
                    Emotional Expression
                         Normal, Expresses Self Appropriately
                    Patient Self-Report
                         No Complaints


**Disposition**

☒  Follow up in 90 days or upon request/referral

☐  Schedule for further evaluation

☐  Refer immediately for evaluation

☐  Other (Specify):

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    09/20/2005 16:03    Facility:  POLUNSKY (formerly TERRELL)


Procedures Ordered:
    MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

        Electronically Signed by BIENVENU III, MARTIAL C MA, LPC Intern on 09/20/2005.
        ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A       TDCJ#:999410    Date:    07/26/2005 17:07    Facility:  POLUNSKY (formerly TERRELL)

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
NO DIAGNOSIS ON AXIS I OR AXIS II [V71.09] first observed 02/23/2005 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

## 90 DAY DEATH ROW ROUNDS

**Late Entry, patient seen on 07/18/05.**
CURRENTLY ON MENTAL HEALTH CASELOAD?           NO
        Diagnosis:  NoDx

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain        **NO**

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    Personal Appearance
                            Neatly Dressed
                    Personal Hygiene
                            Clean, Hair Combed, Teeth Brushed
                    Cell/Room Appearance
                            Clean, Neat
                    Motor Activity
                            Calm, Relaxed

                    Patient Self-Report
            No Complaints

**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

☐   Other (Specify):

Procedures Ordered:
        MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410    Date:    07/26/2005 17:07    Facility:  POLUNSKY (formerly TERRELL)

Electronically Signed by MANNING, GEORGE C MS, LPA on 07/26/2005.
##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Administrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     02/23/2005 08:20     Facility:   POLUNSKY (formerly TERRELL)

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
BACKACHE [724.5] first observed 02/02/2005 (Active)
HEARTBURN [787.1] first observed 03/15/2004 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

Late EMR entry completed 2/22/05.

# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?           NO
        Diagnosis:


**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain          **NO**



**Interview Questions**
Have you experienced any traumatic events during the last 90 days?          **NO**
*Specify:*

Pt. refused to get out of bed.   I noted when I was talking to his next door cellie, he was standing at his door.   While I was attempting to talk to him he stayed in bed and only answered with short responses.   He did not appear to be in distress, nor did he voice any complaints.

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
                    Personal Appearance
                        Neatly Dressed
                    Personal Hygiene
                        Clean
                    Cell/Room Appearance
                        Clean, Neat
                    Motor Activity
                        Calm, Relaxed
                    Attention
                        Listen at first then refused to answer
                    Speech
                        Volume
                            Normal
                        Rate
                            Short responses
                        Appropriateness
                            Answers Questions Appropriately
                    Emotional Expression
                        Normal, Expresses Self Appropriately
                    Patient Self-Report

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Administrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    02/23/2005 08:20    Facility:   POLUNSKY (formerly TERRELL)

          No Complaints voiced

**Disposition**

☒   Follow up in 90 days or upon request/referral

☐   Schedule for further evaluation

☐   Refer immediately for evaluation

☐   Other (Specify):

Procedures Ordered:
      MH OP AD SEG   90 DAY EVALUATION:        no diagnosis on axis i or axis ii

     Electronically Signed by BIENVENU III, MARTIAL C MA, LPC Intern on 02/23/2005.
     ##And No Others##

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A        TDCJ#:999410    Date:    12/09/2004 09:57    Facility:  POLUNSKY (formerly TERRELL)

| Patient Language: | Name of interpreter, if required: |
|---|---|

**CASE SUMMARY:**
HEARTBURN [787.1] first observed 03/15/2004 (Active)
HIV HIGH RISK SCREENING COMPLETED [V77.99] first observed 05/01/2002 (Active)
MENTAL STATUS EXAM [] first observed 05/20/2004 (Active)
NO DIAGNOSIS ON AXIS I/AXIS II [V71.09] first observed 05/20/2004 (Active)
PHYSICAL EXAMINATION [V70.7] first observed 05/02/2002 (Active)
REFLUX ESOPHAGITIS [530.11] first observed 11/01/2002 (Active)
SCREENING EXAM FOR SUSPECTED CONDITION [V82.6] first observed 07/28/2004 (Active)
TB CLASS 2 (INFECTION, NO DISEASE PULM. TUBERCULOSIS) [011.2] first observed 05/01/2002 (Active)
VARICELLA, IMMUNITY [052.9] first observed 08/11/2004 (Active)
VISION [369.9] first observed 05/13/2004 (Active)

# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?            NO
        Diagnosis:

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain            **NO**

**Interview Questions**
Have you experienced any traumatic events during the last 90 days?            NO
*Specify:*

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
            Personal Appearance
                Nealty Dressed
            Personal Hygiene
                Clean, Hair Combed, Teeth Brushed
            Cell/Room Appearance
                Clean, Neat
            Motor Activity
                Calm, Relaxed
            Attention
                Listens, Makes Eye Contact
            Speech
                Volume
                    Normal
                Rate
                    Normal Flow, Converstional
                Appropriateness
                    Answers Questions Appropriately

**CORRECTIONAL MANAGED CARE**
**OUTPATIENT MENTAL HEALTH SERVICES**

90 Day Outpatient Adminsitrative Segregation Assessment

Patient Name: AUSTIN, PERRY A          TDCJ#:999410     Date:     12/09/2004 09:57     Facility:   POLUNSKY (formerly TERRELL)

Emotional Expression
Normal, Expresses Self Appropriately
Patient Self-Report
No Complaints

**Disposition**

☒     Follow up in 90 days or upon request/referral

☐     Schedule for further evaluation

☐     Refer immediately for evaluation

☐     Other (Specify):

Procedures Ordered:
MH OP ASSESSMENT/EVALUATION:  no diagnosis on axis i/axis ii

Electronically Signed by DOWNER, THOMAS   PhD on 12/09/2004.
##And No Others##

UNIT:  POLUNSKY (formerly TERRELL)        NAME:        **CORRECTIONAL MANAGED CARE - Mental Health Services**
AUSTIN, PERRY A                                                    **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                          **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410        DATE:  08/25/2004 20:10

| **Patient Language:** | **Name of interpreter, if required:** |
|---|---|

# 90 DAY DEATH ROW ROUNDS

CURRENTLY ON MENTAL HEALTH CASELOAD?        NO
        Diagnosis:

**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain        **NO**

**Interview Questions**
Have you experienced any traumatic events during the last 90 days?        **NO**
*Specify:*

MENTAL HEALTH BEHAVIORAL OBSERVATIONS
            Personal Appearance
                        Nealty Dressed
            Personal Hygiene
                        Clean, Hair Combed, Teeth Brushed
            Cell/Room Appearance
                        Clean, Neat
            Motor Activity
                        Calm, Relaxed
            Attention
                        Listens, Makes Eye Contact
            Speech
                        Volume
                                    Normal
                        Rate
                                    Normal Flow, Converstional
                        Appropriateness
                                    Answers Questions Appropriately
            Emotional Expression
                        Normal, Expresses Self Appropriately
            Patient Self-Report
        No Complaints

**Disposition**

☒  Follow up in 90 days or upon request/referral

☐  Schedule for further evaluation

☐  Refer immediately for evaluation

☐  Other (Specify):

Procedures Ordered:

UNIT:  POLUNSKY (formerly TERRELL)          NAME:          **CORRECTIONAL MANAGED CARE - Mental Health Services**
AUSTIN, PERRY A                                                          **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                                   **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410          DATE:  08/25/2004 20:10

MH OP AD SEG   90 DAY EVALUATION:          no diagnosis on axis i/axis ii
Electronically Signed by BOND, LISA I BA on 08/25/2004.
##And No Others##

UNIT:  POLUNSKY (formerly TERRELL)        NAME:        **CORRECTIONAL MANAGED CARE - Mental Health Services**
AUSTIN, PERRY A                                                      **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                                   **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410      DATE:  05/20/2004 15:24

---

**Name of interpreter, if required:**

---

CURRENTLY OF MENTAL HEALTH CASELOAD?              No
    Diagnosis:


**From Reports by Security & Medical Staff**
Have there been any unusual behaviors in the past 90 days? If so explain        **NO**


**Interview Questions**
Have you experienced any traumatic events during the last 90 days?     NO
*Specify:*


**Mental Status Exam (use decision tree and insert here)**


    MENTAL STATUS EXAM
        Appearance
            Age
                Appears Stated Age
            Stature
                Average Height
            Weight
                Average Weight
            Clothing
                Neat/Clean
            Grooming
                Normal
            Posture/Gait
                Normal
            Motor Activity
                Unremarkable
        Sensorium
            Attention
                Normal
            Concentration
                Normal
            Orientation
                Oriented X 4
            Recall/Memory
                Normal
        Relating
            Eye Contact
                Normal
            Facial Expression
                Responsive
            Attitude Toward Examiner
                Cooperative

UNIT:  POLUNSKY (formerly TERRELL)          NAME:          **CORRECTIONAL MANAGED CARE - Mental Health Services**
AUSTIN, PERRY A                                                                    **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                                              **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410          DATE:  05/20/2004 15:24

Affect & Mood
    Affect
        Appropriate
    Mood
        Euthymic
Speech & Thought
    Speech Flow
        Normal
    Thought Content
        Appropriate To Mood/Circumstances
    Preoccupations
        None
    Hallucinations
        None
    Thought Organization
        Logical, Goal Directed
Executive Functions
    Fund Of Knowledge
        Average
    Intelligence
        Average
    Abstraction
        Normal
    Judgement
        Normal
    Reality Testing
        Realistic
    Insight
        Uses Connections
    Decision-Making
        Normal
Adaptive Skills
    Coping Ability
        Normal
    Skill Deficits
        None
Social Functioning
    Social Support
        Adequate
    Social Maturity
        Responsible
    Social Judgement
        Normal
Risk To Self & Others
    Self Harm
        None
    Harm To Others
        None

**Disposition**

UNIT:  POLUNSKY (formerly TERRELL)          NAME:                **CORRECTIONAL MANAGED CARE - Mental Health Services**
AUSTIN, PERRY A                                                                            **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                                                        **MENTAL HEALTH ASSESSMENT**

TDCJ #:   999410          DATE:   05/20/2004 15:24

☒  Follow up in 90 days or upon request/referral

☐  Schedule for further evaluation

☐  Refer immediately for evaluation

☐  Other (Specify):

      Electronically Signed by SMITH-MUEHR, JERRIE M MS, LPC on 05/20/2004.
      ##And No Others##


Procedures Ordered:
    MH OP ASSESSMENT/EVALUATION:  no diagnosis on axis i/axis ii

UNIT:  POLUNSKY (formerly TERRELL)        NAME:              UTMB MANAGED CARE - Mental Health Services
AUSTIN, PERRY A                                                          **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                              **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410        DATE:  02/19/2004 14:37

CURRENTLY ON MENTAL HEALTH CASELOAD?                          <u>NO</u>
        Diagnosis:


**From Information from Security & Medical Staff**                     <u>NO</u>
ANY UNUSUAL BEHAVIORS IN PAST 90 DAYS?
If so, specify:

**Interview Question**                                                        <u>NO</u>
Have you experienced any mental health problems during the last 90 days?
If so, specify:


**MSE:**
MENTAL STATUS EXAM
        Appearance
                Age
                        Appears Stated Age
                Stature
                        Average Height
                Weight
                        Average Weight
                Clothing
                        Neat/Clean
                Grooming
                        Normal
                Posture/Gait
                        Normal
                Motor Activity
                        Unremarkable
        Sensorium
                Attention
                        Normal
                Concentration
                        Normal
                Orientation
                        Oriented X 4
                Recall/Memory
                        Normal
        Relating
                Eye Contact
                        Normal
                Facial Expression
                        Responsive
                Attitude Toward Examiner
                        Cooperative
        Affect & Mood
                Affect
                        Appropriate
                Mood
                        Euthymic
        Speech & Thought