UNIT: POLUNSKY (formerly TERRELL)        NAME:        UTMB MANAGED CARE - Mental Health Services
AUSTIN, PERRY A                                        **90-DAY ADMINISTRATIVE SEGREGATION**
                                                       **MENTAL HEALTH ASSESSMENT**

TDCJ #: 999410        DATE: 02/19/2004 14:37

Speech Flow
    Normal
Thought Content
    Appropriate To Mood/Circumstances
Preoccupations
    None
Hallucinations
    None
Thought Organization
    Logical, Goal Directed
Executive Functions
    Fund Of Knowledge
        Average
    Intelligence
        Average
    Abstraction
        Normal
    Judgement
        Normal
    Reality Testing
        Realistic
    Insight
        Uses Connections
    Decision-Making
        Normal
Adaptive Skills
    Coping Ability
        Normal
    Skill Deficits
        None
Social Functioning
    Social Support
        Adequate
    Social Maturity
        Responsible
    Social Judgement
        Normal
Risk To Self & Others
    Self Harm
        None
    Harm To Others
        None

**Disposition**

☒  Follow up in 90 days or upon request/referral

☐  Schedule for further evaluation

☐  Refer immediately for evaluation

UNIT: POLUNSKY (formerly TERRELL)   NAME:   UTMB MANAGED CARE - Mental Health Services
AUSTIN, PERRY A                      **90-DAY ADMINISTRATIVE SEGREGATION**
                                     **MENTAL HEALTH ASSESSMENT**

TDCJ #: 999410      DATE: 02/19/2004 14:37

☐   Other (Specify):

| Interpreter Used | | Yes | x | No | Name of interpreter: |
|---|---|---|---|---|---|

Electronically Signed by SMITH-MUEHR, JERRIE M MS, LPC on 02/19/2004.
##And No Others##

Procedures Ordered:
MH OP SEGREGATION ROUNDS:      no diagnosis on axis i/axis ii

UNIT: POLUNSKY (formerly TERRELL)   NAME:   UTMB MANAGED CARE - Mental Health Services
AUSTIN, PERRY A   **90-DAY ADMINISTRATIVE SEGREGATION**
**MENTAL HEALTH ASSESSMENT**

TDCJ #: 999410   DATE: 11/21/2003 14:53

LATE ENTRY FOR 11-20-03

DATE OF INITIAL PLACEMENT INTO ADMINISTRATIVE SEGREGATION: 4-25-02

DATE OF LAST MENTAL HEALTH ASSESSMENT: 90 DAYS

CURRENTLY OF MENTAL HEALTH CASELOAD?   ☐ Yes   X No
  Diagnosis:

PREVIOUS MENTAL HEALTH TREATMENT IN TDCJ?   ☐ Yes   X No
  Diagnosis:

| **From Security Logs, Interviews with Security & Medical Staff** | **YES** | **NO** |
|---|---|---|
| Has the offender been eating regularly in the past 90 days? | X | ☐ |
| Has the offender been showering regularly in the past 90 days? | X | ☐ |
| Has the offender attender recreation regularly in the past 90 days? | X | ☐ |
| Has the offender exhibited any marked changes in behavior or appearance in the past 90 days? | ☐ | ☒ |
| Has the offender lost weight (over 20lbs) in the past 90 days? | ☐ | ☒ |

| **Interview Questions** | **YES** | **NO** |
|---|---|---|
| Have you experienced any traumatic events during the last 90 days? *Specify:* | ☐ | ☒ |
| Have you experienced any significant changes in your mood or way you are feeling in the last 90 days? | ☐ | ☒ |
| Have you considered hurting or killing yourself in the last 90 days? | ☐ | ☒ |
| Do you have any current mental health complaints? | ☐ | ☒ |

**Observations**

| | | | | | | |
|---|---|---|---|---|---|---|
| Personal Hygiene | X Neat, Clean | ☐ Dirty, Odorous | ☐ Unusual, Bizarre | | | |
| Cell Hygiene | X Neat, Orderly | ☐ Messy | ☐ Dirty, Odorous | | | |
| Orientation | ☒ Date | X Time | X Place | | | |
| Thought Processes | X Coherent | ☐ Illogical | ☐ slowed, dull | | | |
| Thought Content | X Normal | ☐ Delusional | ☐ impoverished | | | |
| Speech Rate | X Normal | ☐ Rapid | ☐ Slow | | | |
| Speech Volume | X Normal | ☐ Loud | ☐ Soft | | | |
| Mood | X Normal | ☐ Anxious | ☐ Happy | ☐ Angry | | |
| Attitude | X Cooperative | ☐ Suspicious | ☐ Uncooperative | ☐ Hostile | | |
| Behavior | X Normal | ☐ Sluggish | ☐ Agitated | ☐ Threatening | | |
| Attention Span | X Normal | ☐ Distracted | ☐ Impaired | | | |

**Disposition**

☒ Follow up in 90 days or upon request/referral

☐ Schedule for further evaluation

☐ Refer immediately for evaluation

☐ Other (Specify):

| Interpreter Used | | Yes | X | No | Name of interpreter: | |
|---|---|---|---|---|---|---|

Procedures Ordered:
  MH OP SEGREGATION ROUNDS:   no diagnosis on axis i/axis ii
Electronically Signed by SMITH-MUEHR, JERRIE M MS, LPC on 11/21/2003.
##And No Others##

UNIT:  POLUNSKY (formerly TERRELL)          NAME:                    UTMB MANAGED CARE - Mental Health Services
AUSTIN, PERRY A                                                              **90-DAY ADMINISTRATIVE SEGREGATION**
                                                                                  **MENTAL HEALTH ASSESSMENT**

TDCJ #:  999410          DATE:   11/21/2003 14:53

c:\documents and settings\lewing\local settings\temp\106398699.tif printed by mivap. (Page 1 of 1)

Scanned by LITTON, TRACY B in facility POLUNSKY (formerly TERRELL) on 08/06/2008 12:04

**SUBJECT:** *State briefly the problem on which you desire assistance.*

WANNA MAKE YOU AWARE, I REALIZED IT WAS YA
EASING BY MY DOOR, OUT OF YOUR JOB TO HELP,
AS I SLOWLY WOKE. YOU KNOW I WEAR GLASSES AND
LYING ON THE FLOOR WITH A CRACKSVIEW I
WOULD ASK "WHO'S THAT?" AS I DID. IF
THAT IS WHAT'S PASSING FOR THERAPY, I'VE
APPRECIATE YOU REAFFIRMING WHAT I
SAID, THOUGHT, BEFORE. WHICH IS YOU AREN'T
HERE TO HELP (DO YOUR JOB). I'M CERTAIN
THOUGH THERE ARE OFFICIALS, CRGS. WHO'D LIKE TO GIVE

Name: RAY FREENEY          No: 479458     Unit: POLU

Living Quarters: 12EE 62          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

RECEIVED

AUG 0 5 2008

(Ford) ✓
Scheduled by
J. Chm

I-60 (Rev. 11-90)

**Correctional Managed Care**
**NURSING PROTOCOL FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)
**Age:** 52 year **Race:** W **Sex:** male
**Most recent vitals from 7/28/2011:** BP: 164 / 91 (Sitting) ; Wt: 165 Lbs.; Height: 70 In.; Pulse: 75 (Sitting) ; Resp: 18 / min; Temp: 98.1 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| **Patient Language:   ENGLISH   Name of interpreter, if required:** |
| --- |

# **STOP**

# If any of the following are present, initiate the Urgent/Emergent Care Record (HSM-16) and if indicated the appropriate Standing Delegated Orders.

> ❖ **After completion of the nursing assessment in the Urgent/Emergent Care Record and vital signs notify provider immediately.**

I.  **Generic Signs and Symptoms**
   a.  Airway is compromised or threatened
   b.  If PA O2 is less than 90%
   c.  Peak Flow is less than 80% of personal best (NL adult peak flow without existing disease is 300-500)
   d.  Systolic B/P greater than 180mm HG or Diastolic B/P is 100 mm HG or greater
   e.  B/P readings vary 30 points due to positional changes.
   f.  Temperature greater than 101F Oral
   g.  Head trauma within the past 24-36 hours
   h.  Difficulty walking.
   i.  Vomiting/diarrhea
   j.  Any loss of consciousness.
   k.  Stiff neck.
   l.  Confusion, localized pain in eyes or ears, or slurred speech.
   m.  Patient sustains an injury, which requires additional analysis (i.e. sutures, x-ray).

II.  **Head Injury or Decreased LOC**
   a.  One seizure right after another
   b.  First known seizure
   c.  Generalized seizure lasting more than 2 minutes
   d.  Known or suspected CVA
   e.  Decreased or altered level of consciousness
   f.  Head injury

III.  **Shock**
   a.  Hypotension, i.e. a systolic BP which is less than 90mm Hg with one or more of the following:
      i.  Shortness of breath
      ii.  Hyperventilation
      iii.  Weak rapid pulse
      iv.  Cold clammy grayish-bluish skin (Cyanosis)
      v.  Decreased urine flow (Oliguria)
      vi.  Altered mental status (sense of great anxiety & foreboding, confusion and sometimes combativeness)
      vii.  Known or suspected hypovolemia (e.g., ESLD, PUD, long term steroid use or NSAID use, etc.)
      viii.  Known or suspected sepsis or chronic infectious process

IV.  **Trauma**
   a.  Hypotension, i.e. a systolic BP which is less than 90mm Hg
   b.  Any critical bodily injury or wound caused from an accident or act of violence
   c.  Uncontrolled bleeding
   d.  Head injury to include a loss of consciousness

V.  **Chest Pain**

**Correctional Managed Care**
**NURSING PROTOCOL FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410  **Date:** 07/28/2011 07:31  **Facility:** POLUNSKY (TL)

   a. Chest pain
   b. Jaw pain with no trauma or injury to the area
   c. Pain radiating down the left arm with no trauma or injury to the area

# If none of the above signs/symptoms are present, proceed with completion of the Eye/Ear/Nose/Throat Nursing Protocol:

❖ **Contact the provider immediately if any of the following signs or symptoms are present:**
   o **Temp of 101F or greater**
   o **Nasal bleeding is profuse or persistent bleeding over 30 min with constant pressure**
   o **History of HTN or recent trauma**
   o **Ingestion or presence of foreign body**
   o **Severe ocular redness, edema, foreign body, or drainage is present**
   o **Corneal abrasion, welding, or chemical burns are suspected**
   o **Ear drainage, foreign body, a red bulging tympanic membrane**
   o **Mid-face infection is present**
   o **Severe headache, visual disturbance, confusion/combativeness, lethargy, persistent clear or pink nasal drainage other than mucus ie. CSF.**
   o **Difficulty speaking**

Mode of arrival: _____W/C __x___Ambulatory _____Stretcher

**Current Medications:**
MOTRIN 800MG,  1 TABS ORAL BID
PRILOSEC 20MG,  1 CAPS ORAL BID

| Current Medications: | Dose | Freq. | Last Dose |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | | |
|---|---|---|---|
| **SCR INITIATED?** | x | YES | Date Received: 07/27/11 |
| | | NO | |

NP – EYE/EAR/NOSE/THROAT SYMPTOMS
**SUBJECTIVE DATA:**
   Chief Complaint(s):_____Mouth is still infected from tooth extraction._____

   Significant Medical History (Describe):___saw dental on 07/25/11 and no medications were given.___

Quantitative Pain Scale:  Place an "**X**" below

| | 0 | | 1 | | 2 | | 3 | x | 4 | | 5 | | 6 | | 7 | | 8 | | 9 | | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qualitative Description of Pain**

| | |
|---|---|
| Location: mouth | Onset: 2 weeks |
| Duration: | |
| Aggravating Factors: | |
| Alleviating Factors: | |

**Correctional Managed Care**
# NURSING PROTOCOL FOR
# EYE / EAR / NOSE / THROAT COMPLAINTS

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)

| Pain Character: | x | Dull | x | Sharp | x | Throbbing | Other: |
|---|---|---|---|---|---|---|---|
| Frequency: | x | Constant | | Intermittent | | Other: | |
| Radiating: | | No | | Yes | | Location: | |

**Problem Focused History:** ___tooth extraction ON 06/21/11___

History of:

| | Recent Trauma | | Rheumatic Fever | | Prior Nasal Fracture | | Cocaine Use |
|---|---|---|---|---|---|---|---|
| | HTN | | Vertigo | | Hemorrhagic Disease | | Measles |
| | Measles | | Nasal Congestion | | Cough | | Chills |
| | Fever | | Headache | | Malaise | | Rash |
| | URI | | Ocular Infection | | | | |

Date of Onset: _____

Associated With:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Foreign Body | | | No | Yes – Describe: |
| | Trauma | | | No | Yes – Describe: |
| | Allergen / Irritant | | N/A | No | Yes – Describe: |
| | Itching | | | No | Yes – Describe: |
| | Discharge | | | No | Yes – Describe: |
| | Decreased Hearing | | N/A | No | Yes – Describe: |
| | History of Ruptured TM? | | N/A | No | Yes – Describe: |
| | Contact with others with similar symptoms | | | No | Yes – Describe: |
| | Contact Lenses | | N/A | No | Yes – Describe: |

## OBJECTIVE DATA:

## EYE OBJECTIVE DATA _____XX_____N/A

Right:

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage |
|---|---|---|---|---|---|---|---|---|---|

Left

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage |
|---|---|---|---|---|---|---|---|---|---|

Photosensitivity:
Right

| | No | | Yes |
|---|---|---|---|

Left

| | No | | Yes |
|---|---|---|---|

Pupils:

| | Equal | | Unequal |
|---|---|---|---|

Right

| | Reactive | | Sluggish | | Non-reactive |
|---|---|---|---|---|---|

Left

| | Reactive | | Sluggish | | Non-reactive |
|---|---|---|---|---|---|

Visual Acuity:

**Correctional Managed Care**
## NURSING PROTOCOL FOR
## EYE / EAR / NOSE / THROAT COMPLAINTS

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)

Right:

| | Right | | Aided near | | Unaided near | | Aided far | | Unaided far |
|---|---|---|---|---|---|---|---|---|---|

Left

| | Right | | Aided near | | Unaided near | | Aided far | | Unaided far |
|---|---|---|---|---|---|---|---|---|---|

Describe discharge and/or injury:_____

## EAR OBJECTIVE DATA

| X | N/A |
|---|---|

| | RIGHT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| External | | Normal | | Red | | Swollen | | | | | |
| Canal | | Normal | | Red | | Swollen | | Foreign body | | Cerumen | |
| Tympanic Membrane | | Intact | | Perforated | | Occluded | | Pearl gray | | Dull | Red | Bulging |

| | LEFT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| External | | Normal | | Red | | Swollen | | | | | |
| Canal | | Normal | | Red | | Swollen | | Foreign body | | Cerumen | |
| Tympanic Membrane | | Intact | | Perforated | | Occluded | | Pearl gray | | Dull | Red | Bulging |

Drainage?

| | No | | Yes | | Bloody | | Purulent | | Serous |
|---|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | | |

Hearing Acuity:

| | Right | | Normal | | Reduced | | Absent |
|---|---|---|---|---|---|---|---|
| | Left | | Normal | | Reduced | | Absent |

## THROAT OBJECTIVE DATA      XX      N/A   (assess with caution)

Color:

| | Normal | | Pale | | Red | | Petechia |
|---|---|---|---|---|---|---|---|

Tonsils:

| | Absent | | Pink | | Red | | Swollen | | Exudate | | White | | Yellow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Voice:

| | Normal | | Nasal | | Hoarse | | Absent |
|---|---|---|---|---|---|---|---|

Cervical Nodes:

| | Normal | | Enlarged | | Tender |
|---|---|---|---|---|---|

Able to touch chin to chest?

| | No | | Yes |
|---|---|---|---|

Swallowing:

| | Normal | | Painful | | Unable to swallow |
|---|---|---|---|---|---|

Breath:

| | Normal | | Foul odor |
|---|---|---|---|

Drooling?

**Correctional Managed Care**
**NURSING PROTOCOL  FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)

| No | | Yes | |
|---|---|---|---|

## NASAL OBJECTIVE DATA   n/a

*Check patency of the nares:*

| | Right nostril | | Normal | | Swollen | | Drainage |
|---|---|---|---|---|---|---|---|
| | Left nostril | | Normal | | Swollen | | Drainage |

Inspect the outside & inside of nose for:

| | Normal | | Abnormality | | Deformity |
|---|---|---|---|---|---|

Check mucosal lining for:

| | Smooth appearance | | Pink | | Red |
|---|---|---|---|---|---|

Palpate sinuses:

| Tenderness | | Yes | No |
|---|---|---|---|

Assess nose:

| Bleeding | | Yes | No |
|---|---|---|---|

Describe any of the above abnormalities, deformities and/or injury:_____

Comments:_____

## NURSING ACTION: If protocol completed by LVN, consultation completed with:

Name:_ Dr. Christman  DDA____

| RN: | MLP: | Physician: x |
|---|---|---|

## TREATMENT PLAN / PATIENT EDUCATION:

Recheck abnormal V/S and report to provider if indicated.          _____**N/A**

| TIME | TEMP | PULSE | RESP | B/P | OTHER (O2 Sat, Cardiac Monitor, Glucose, etc.) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

V.O. order:

| Dental will see pt today. Have 12 control bring pt to dental. |
|---|
| |
| |

Date:___07/28/11_____   Time:___0800_____

V.O. order read back to Practitioner to verify accuracy.

| x | Yes | | No | | N/A |
|---|---|---|---|---|---|

Medication Administration

| Time | Medication/ Solution | Dose/Rate | Site Route | Gauge | Amount Infused |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

HSN-63 (6-11)
5 of 7

**Correctional Managed Care**
**NURSING PROTOCOL FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Patient's Learning Preferences

| x | Verbal |  | Visual |  | Other |
|---|---|---|---|---|---|

| Comment: |
|---|

Ability to Learn:

|  | Impaired | x | Non-impaired |
|---|---|---|---|

| Comment: |
|---|

Readiness to Learn:

| x | Cooperative |  | Uncooperative |
|---|---|---|---|

| Comment: |
|---|

**REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL**

- **EYE**
  - •If patient has **eye irritation** and none of the above are present:
    - •Flush eye with sterile eyewash.
    - •Instruct patient to submit sick call request or notify nurse if problems continue or worsen.
- **EAR**
  - If patient has **impacted cerumen** and none of the above are present:
    - 0*   Tilt the patient's head to a 45 degree angle and place 5-10 drops of Carbamide Peroxide into ear. The tip of the applicator should not enter the ear canal.
    - 1*   Insert cotton plug into ear canal and allow to remain for at least 30 minutes.
    - 2*   **Repeat twice daily for 3 days. Do not flush ears.**
    - 3*   THIS SHOULD ELIMINATE THE NEED FOR FLUSHING OF THE EARS. Greater contact time and increased earwax softening occurs when warm water rinses are not used each time.
    - 4*   If signs of cerumen remain after three (3) days of treatment with Carbamide Peroxide, you may gently irrigate the affected ear with lukewarm water using a syringe or water pick (avoid excessive pressure).
    - 5*   Observe for signs of dizziness or non-intact tympanic membrane. If they occur, discontinue treatment refer to Physician/Midlevel Practitioner for routine follow-up.
    - 6*   If treatment is unsuccessful, refer to Physician/Midlevel Practitioner for routine follow-up.
    - 7*   **If patient has ear pain and none of the above are present, refer to Physician/Midlevel Practitioner next available appointment.**

    - **Teaching: Patient may remove cotton plug after 30 minutes.**

- **NOSE**
  - *   If patient has **nose bleed** and none of the above are present:
    Instruct patient to sit straight, pinch nose at bridge and not to blow nose which could disrupt clotting.
  - *   **If bleeding is associated with cold symptoms, offer the following:**

| | Chlorpheniramine (Chlortrimeton 4mg) – take 1 tablet by mouth tid for 7 days, KOP |
|---|---|

  - ·   **Precautions:** Caution if patient has history of narrow angle glaucoma, asthma, peptic ulcer, prostatic hypertrophy, pregnancy, HTN or heart disease. May cause further drying of the nares.
  - ·   **Teaching:** May cause restlessness or drowsiness. Do not take within 2 hours of bedtime. May cause dry mouth.

- **THROAT**
  - **   If patient has **difficulty swallowing** and none of the above are present, schedule to see Physician/Midlevel Practitioner within 24-72 hours. Caution patient to stay in upright position when eating or drinking.

HSN-63 (6-11)

**Correctional Managed Care**
# NURSING PROTOCOL FOR
# EYE / EAR / NOSE / THROAT COMPLAINTS

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410   **Date:** 07/28/2011 07:31   **Facility:** POLUNSKY (TL)

** **If patient has sore throat and none of the above are present, offer one of the following:**

| | Acetaminophen 325 mg – take 2 tablets by mouth tid for 3 days, KOP |
|---|---|

· **Precautions:**      Caution if pt. has anemia, renal or liver disease.
· **Teaching:**         High dosage or chronic use can cause liver disease. Avoid caffeine. Push fluids.

**May also offer:**

| | Salt packets for Gargle – 1 salt packet and  water gargle qid x 3 days, KOP |
|---|---|

· **Teaching:**         Do not swallow solution.

**If patient has cold sores may offer:**

| | Camphor/Phenol Liquid (Campho-phenique) – apply topically bid for 3-5 days.  KOP |
|---|---|

## Final Disposition

Disposition:

| x | Release to Security |
|---|---|
| | Refer to provider for same day appointment |
| | Other: |
| | Issue pass to return to clinic for appointment the next day (operational hrs) |
| | Refer to provider for ATC #9 |
| | Email sent to appropriate staff for appointment within 7 days of sick call request |

Condition on Discharge:

| | Improved | x | Stable |
|---|---|---|---|

Electronically Signed by SAXINGER, APRIL R. L.V.N. on 07/28/2011.
Electronically Signed by TULLOS, KAREN L. R.N. on 07/28/2011.
Electronically Signed by CHRISTMAN, GARY R. D.D.S. on 07/28/2011.
##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/08/2011 14:11   **Facility:** POLUNSKY (TL)
**Age:** 51 year   **Race:** W   **Sex:** male
**Most recent vitals from 8/20/2010:** BP: 145 / 94 (Sitting) ; Wt: 168 Lbs.; Height: 70 In.; Pulse: 81 (Sitting) ; Resp: 16 / min; Temp: 96.6 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
|---|

**Current Medications:**
MOTRIN 800MG,   1 TABS ORAL BID
PRILOSEC 20MG,   1 CAPS ORAL BID

| SCR INITIATED? | X | YES | Date Received:  5/28/11 |
|---|---|---|---|
| | | NO | |

LATE ENTRY FROM 6/3/11

**Today's Problem:**   NSC – RENEW ZANTAC, MOTRIN AND MY EAR HURTS.

**S:** OFFENDER STATES HE IS IN NEED OF NEW RX FOR MOTRIN FOR MUSCULOSKELETAL PAIN AND ZANTAC FOR GERD.

**O:** IT IS NOTED THAT OFFENDER CURRENTLY HAS AN RX FOR PRILOSEC. WHEN THIS NURSE INFORMED OFFENDER HE STATES "OH, OK". "I WASN'T SURE".
OFFENDER STATES HE HAS CHRONIC INTERMMITENT HA, THAT HE DESCRIBES AS MIGRAINES, RELIEVED WITH MOTRIN. OFFENDER STATES HE HAS HAD SEVERAL HA THE PAST TWO WEEKS SINCE BEING OUT OF MEDICATION.
ON SCR OFFENDER STATES HE ALSO PLACED A SCR REGARDING HIS EARS HURTING BUT STATES THAT THIS ISSUE HAS RESOLVED.
**A:**

**Plan is as follows:**
CONSULTED WITH PROVIDER DAVIS PA FOR ORDERS.

**SEE ABOVE MEDICATIONS.**


Electronically Signed by DEWITT, KIMBERLY L. L.V.N. on 06/08/2011.
##And No Others##

1 of 1

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

Patient Name: **AUSTIN, PERRY A**    TDCJ#: **999410**     Date: **08/20/2010 06:32**    Facility: **POLUNSKY (TL)**
Age: **51 Years**    Race: **W**    Sex: **Male**
Most recent vitals from 08/20/2010: **BP: 145 / 94 (Sitting) ; Wt: 168 Lbs.; Height: 70 In.; Pulse: 81 (Sitting) ; Resp: 16 / min; Temp: 96.6 (Oral)**
Allergies:  **NO KNOWN ALLERGIES**

| Patient Language:    ENGLISH    Name of interpreter, if required: |
Current Medications:
**OMEPRAZOLE 20MG CAPSULE,    1 CAPS ORAL BID**

Today's Problem:

S:  nsc for "been putting in sick calls but haven't been seen"   there are no scanned scr to review to determine the reason for this visit. pt states he has been dizzy since June and has passed out on occasion, also has bone spur pain and throbbing at night in both legs.states it is not a cramping pain, but a throbbing pain

O: appears in no distress. bp is elevated but gait is steady and pt has no neuro deficits.   pt has curent order for ibuprofen which he says is ineffective for bone spur pain and does nothing for the leg pain at night

A:   alteration in comfort r/t pain

Plan is as follows:  PT WILL BE SCVHEDULED TO SEE PROVIDER FOR EVALUATION OF PAIN


**Procedures Ordered:**
**NURSING LEVEL 1 COMPLETE VISIT:observation- cond not found**


Electronically Signed by POPE, TERESA M R.N. on 08/20/2010.
Electronically Signed by MARTIN, REMEMBER C CCA on 08/23/2010.
Electronically Signed by PARKER, JENNIFER D CCA on 08/23/2010.
Electronically Signed by MCCLURE, MONICA L on 09/13/2010.
##And No Others##

1 of 1

CORRECTIONAL MANAGED CARE
CLINIC NOTES - NURSING

Patient Name: **AUSTIN, PERRY A**   TDCJ#: **999410**   Date: **07/19/2010 16:35**   Facility: **POLUNSKY (TL)**
Age: **51 Years**   Race: **W**   Sex: **Male**
Most recent vitals from 07/16/2010: **BP: 139 / 74 (Sitting) ; Wt: 175 Lbs.; Height: 70 In.; Pulse: 72 (Sitting) ; Resp: 16 / min; Temp: 96.8 (Oral)**
Allergies:  **NO KNOWN ALLERGIES**

| Patient Language:     ENGLISH     Name of interpreter, if required: |

Current Medications:
**IBUPROFEN 800MG TABLET,     1 TABS ORAL BID**
**OMEPRAZOLE 20MG CAPSULE,     1 CAPS ORAL BID**


Today's Problem:      security reports that b/p is out of control

S:  states dizzy light headed and has fainted several times over last few weeks.

O:

A:  b/p standing is 156/81,hr  91  ,  b/p    sitting 151/69. hr 90

Plan is as follows sent back to cell   instructed to call medical if symptoms return or if he feels faint again. :


**Electronically Signed by GRESSETT, SANDRA K L.V.N. on 07/19/2010.**
**##And No Others##**

1 of 1

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 02/18/2010 11:51    **Facility:** POLUNSKY (TL)

**Age:** 50 Years  **Race:** W  **Sex:** Male
**Most recent vitals from 02/18/2010:** BP: 162 / 92 (Sitting) ; Wt: 148 Lbs.; Height: 66 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 96 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

# THIS NOTE NOT ABOUT THIS PT. PLEASE DISREGARD.

Mode of arrival: _____W/C __X___Ambulatory _____Stretcher

**CURRENT MEDICATIONS:**
LORATADINE 10MG TABLET,   1 TABS ORAL QD
OMEPRAZOLE 20MG CAPSULE,   1 CAPS ORAL BID
SALSALATE 500MG TABLET,   1 TABS ORAL BID

| Current Medications: | Dose | Freq. | Last Dose |
|---|---|---|---|
| AS ABOVE | | | |
| | | | |
| | | | |
| | | | |

| **SCR INITIATED?** | X | YES | Date Received:2/16/10 |
|---|---|---|---|
| | | NO | |

NP – EYE/EAR/NOSE/THROAT SYMPTOMS
**SUBJECTIVE DATA:**
    Chief Complaint(s):      NEED CHLORPHEN

    Significant Medical History (Describe):    SEE CHART

    Quantitative Pain Scale:    Place an "X" below

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Qualitative Description of Pain**

| Location: | Onset: |
|---|---|
| Duration: | |
| Aggravating Factors: | |
| Alleviating Factors: | |

| Pain Character: | Dull | | Sharp | | Throbbing | Other: | |
|---|---|---|---|---|---|---|---|
| Frequency: | Constant | | Intermittent | | Other: | | |
| Radiating: | No | | Yes | | Location: | | |

**Correctional Managed Care**
**NURSING PROTOCOL  FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

**Problem Focused History:** _____

History of:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Recent Trauma | | Rheumatic Fever | | Prior Nasal Fracture | | Cocaine Use |
| | HTN | | Vertigo | | Hemorrhagic Disease | | Measles |
| | Measles | X | Nasal Congestion | | Cough | | Chills |
| | Fever | | Headache | | Malaise | | Rash |
| | URI | | Ocular Infection | | | | |

Date of Onset:  LAST WEEK    WEEK OF 2/8/10

Associated With:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Foreign Body | | | X | No | | Yes – Describe: |
| | Trauma | | | X | No | | Yes – Describe: |
| | Allergen / Irritant | | N/A | | No | X | Yes – Describe:POSSIBLE |
| | Itching | | | X | No | | Yes – Describe: |
| | Discharge | | | | No | X | Yes – Describe: NASAL CONGESTION |
| | Decreased Hearing | | N/A | X | No | | Yes – Describe: |
| | History of Ruptured TM? | | N/A | X | No | | Yes – Describe: |
| | Contact with others with similar symptoms | | | X | No | | Yes – Describe: |
| | Contact Lenses | | N/A | X | No | | Yes – Describe: |

**OBJECTIVE DATA:**

**EYE OBJECTIVE DATA** _____ X _____ N/A

Right:

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage |
|---|---|---|---|---|---|---|---|---|---|

Left

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage |
|---|---|---|---|---|---|---|---|---|---|

Photosensitivity:
Right

| | No | | Yes |
|---|---|---|---|

Left

| | No | | Yes |
|---|---|---|---|

Pupils:

| | Equal | | Unequal |
|---|---|---|---|

Right

| | Reactive | | Sluggish | | Non-reactive |
|---|---|---|---|---|---|

Left

| | Reactive | | Sluggish | | Non-reactive |
|---|---|---|---|---|---|

HSN-63 (3-06)

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

Visual Acuity:
Right:

| Right | Aided near | Unaided near | Aided far | Unaided far |
|-------|-----------|--------------|-----------|-------------|
|       |           |              |           |             |

Left

| Right | Aided near | Unaided near | Aided far | Unaided far |
|-------|-----------|--------------|-----------|-------------|
|       |           |              |           |             |

Describe discharge and/or injury:_____

**EAR OBJECTIVE DATA**

| N/A |
|-----|
|     |

**RIGHT**

| External | X | Normal |   | Red |   | Swollen |   |   |   |   |   |   |   |   |
|----------|---|--------|---|-----|---|---------|---|---|---|---|---|---|---|---|
| Canal | X | Normal |   | Red |   | Swollen |   |   | Foreign body |   |   | Cerumen |   |
| Tympanic Membrane | X | Intact |   | Perforated |   | Occluded | X | Pearl gray |   | Dull |   | Red |   | Bulging |

**LEFT**

| External | X | Normal |   | Red |   | Swollen |   |   |   |   |   |   |   |   |
|----------|---|--------|---|-----|---|---------|---|---|---|---|---|---|---|---|
| Canal | X | Normal |   | Red |   | Swollen |   |   | Foreign body |   |   | Cerumen |   |
| Tympanic Membrane | X | Intact |   | Perforated |   | Occluded | X | Pearl gray |   | Dull |   | Red |   | Bulging |

Drainage?

| X | No |   | Yes |   | Bloody |   | Purulent |   | Serous |   |
|---|----|---|-----|---|--------|---|----------|---|--------|---|
| Location: | | | | | | | | | | |

Hearing Acuity:

| Right | X | Normal |   | Reduced |   | Absent |
|-------|---|--------|---|---------|---|--------|
| Left | X | Normal |   | Reduced |   | Absent |

**THROAT OBJECTIVE DATA** _____**X**_____ N/A   **(assess with caution)**

Color:

| Normal |   | Pale |   | Red |   | Petechia |
|--------|---|------|---|-----|---|----------|
|        |   |      |   |     |   |          |

Tonsils:

| Absent |   | Pink |   | Red |   | Swollen |   | Exudate |   | White |   | Yellow |
|--------|---|------|---|-----|---|---------|---|---------|---|-------|---|--------|
|        |   |      |   |     |   |         |   |         |   |       |   |        |

Voice:

| Normal |   | Nasal |   | Hoarse |   | Absent |
|--------|---|-------|---|--------|---|--------|
|        |   |       |   |        |   |        |

Cervical Nodes:

| Normal |   | Enlarged |   | Tender |
|--------|---|----------|---|--------|
|        |   |          |   |        |

Able to touch chin to chest?

| No |   | Yes |
|----|---|-----|
|    |   |     |

HSN-63 (3-06)
3 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

Swallowing:

| | Normal | | Painful | | Unable to swallow |
|---|---|---|---|---|---|

Breath:

| | Normal | | Foul odor |
|---|---|---|---|

Drooling?

| | No | | Yes |
|---|---|---|---|

**NASAL OBJECTIVE DATA**
*Check patency of the nares:*

| | Right nostril | | Normal | X | Swollen | | Drainage |
|---|---|---|---|---|---|---|---|
| | Left nostril | | Normal | X | Swollen | | Drainage |

Inspect the outside & inside of nose for:

| X | Normal | | Abnormality | | Deformity |
|---|---|---|---|---|---|

Check mucosal lining for:

| X | Smooth appearance | X | Pink | | Red |
|---|---|---|---|---|---|

Palpate sinuses:

| | Tenderness | | Yes | X | No |
|---|---|---|---|---|---|

Assess nose:

| | Bleeding | | Yes | X | No |
|---|---|---|---|---|---|

Describe any of the above abnormalities, deformities and/or injury:_____

Comments:     PT STATES HE HAS HAD NASAL CONGESTION FOR LAST WEEK. PT STATES COLD BUSTERS HAVE WORKED FOR HIM IN THE PAST. PT GIVEN COLD BUSTERS PER NURSING PROTOCOL WITH INSTRUCTIONS FOR USE. PT VERBALLY INDICATED HIS UNDERSTANDING OF INSTRUCTIONS. CHARGE NURSE MS. S. LAWRENCE R.N. CONSULTED WITH ON THIS PT. PT IN STABLE CONDITION AT THIS TIME.

**NURSING ACTION: If protocol completed by LVN, consultation completed with: MS. S. LAWRENCE R.N.**

Name:_ G. DUNEGAN LVN ____

| RN: S. LAWRENCE | MLP: | Physician: |
|---|---|---|

Refer to Physician/Midlevel Practitioner IMMEDIATELY if:

| | **Temperature 101°F or greater** |
|---|---|
| | **Nasal bleeding is profuse or persistent bleeding over 30 minutes with constant pressure** |
| | **Epistaxis patient has history of HTN or recent trauma** |

**HSN-63 (3-06)**
4 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | |
|---|---|
| | Ingestion or presence of foreign body |
| | Patient is unable to touch chin to chest, swallow or neck rigidity is present |
| | Severe ocular redness, edema or drainage is present |
| | Corneal abrasion, welding or chemical burns are suspected |
| | Ocular foreign body is present |
| | Ear drainage, foreign body, red bulging tympanic membrane |
| | Mid-face infection present (i.e. edema, redness, heat) |
| | Signs of head injury (do neurological assessment) |
| | Coordination problems |
| | Nausea and or vomiting |
| | Severe headache |
| | Visual disturbance |
| | Confusion/combativeness |
| | Sudden onset of neck pain, numbness, tingling or weakness |
| | Lethargy |
| | Persistent clear or pink nasal drainage |
| | Difficulty speaking |
| | SOB, rapid heart rate, pale skin |

**Refer to applicable protocol (for Standing Delegated Orders) if one or more of the following assessment finds are present.**

NP – HEAD INJURY OR DECREASED LOC

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Status post seizure |
| | Known or suspected CVA |
| | Decreased or altered level of consciousness |

NP – SHOCK

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Hypotension, i.e. a systolic BP which is less than 90mm Hg with one of the following: |
| | Chest Pain |
| | ECG Changes |
| | Shortness of Breath |
| | Known or suspected dehydration |
| | Known or suspected hypovolemia |
| | Known or suspected sepsis |

NP – TRAUMA

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Hypotension, i.e. a systolic BP which is less than 90 mm Hg |
| | Known or suspected hypovolemia |

**HSN-63 (3-06)**
5 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | |
|---|---|
| | Uncontrolled bleeding |
| | Known or suspected head injury (to include a loss of consciousness) |

**If Physician/MLP contacted complete section A and if not proceed to section B**

**SECTION A**
**TREATMENT PLAN:**

Recheck abnormal V/S and report to provider if indicated. _____ **N/A**

| TIME | TEMP | PULSE | RESP | B/P | OTHER (O2 Sat, Cardiac Monitor, Glucose, etc.) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

V.O. order:

| |
|---|
| |
| |
| |

Date:_____      Time:_____

V.O. order read back to Practitioner to verify accuracy.

| Yes | | No | | N/A | |
|---|---|---|---|---|---|

Medication Administration

| Time | Medication/ Solution | Dose/Rate | Site Route | Gauge | Amount Infused |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**SECTION B**
**TREATMENT PLAN/PATIENT INSTRUCTIONS**

**REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL**
- **EYE**
  - If patient has **eye irritation** and none of the above are present:
    - Flush eye with sterile eyewash.
    - Instruct patient to submit sick call request or notify nurse if problems continue or worsen.
- **EAR**
  - If patient has **impacted cerumen** and none of the above are present:
    0*   Tilt the patient's head to a 45 degree angle and place 5-10 drops of Carbamide Peroxide into ear.   The tip of the applicator should not enter the ear canal.
    1*   Insert cotton plug into ear canal and allow to remain for at least 30 minutes.
    2*   **Repeat twice daily for 3 days. Do not flush ears.**
    3*   THIS SHOULD ELIMINATE THE NEED FOR FLUSHING OF THE EARS.   Greater contact time and increased earwax softening occurs when warm water rinses are not used each time.
    4*   If signs of cerumen remain after three (3) days of treatment with Carbamide Peroxide, you may gently irrigate the affected ear with lukewarm water using a syringe or water pick (avoid excessive pressure).

**HSN-63 (3-06)**
6 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

5* Observe for signs of dizziness or non-intact tympanic membrane.   If they occur, discontinue treatment refer to Physician/Midlevel Practitioner for routine follow-up.

6* If treatment is unsuccessful, refer to Physician/Midlevel Practitioner for routine follow-up.

7* **If patient has ear pain and none of the above are present, refer to Physician/Midlevel Practitioner next available appointment.**

• **Teaching:   Patient may remove cotton plug after 30 minutes.**

8
•  **NOSE**
* If patient has **nose bleed** and none of the above are present:
* Instruct patient to sit straight, pinch nose at bridge and not to blow nose which could disrupt clotting.
* If bleeding is associated with cold symptoms, offer **the following:**

| X | Chlortrimeton – take 1 tablet by mouth tid for 7 days, KOP |
|---|---|

• **Precautions:**   Caution if patient has history of narrow angle glaucoma, asthma, peptic ulcer, prostatic hypertrophy, pregnancy, HTN or heart disease.   May cause further drying of the nares.

• **Teaching:**   May cause restlessness or drowsiness.   Do not take within 2 hours of bedtime.   May cause dry mouth.

• **THROAT**

** If patient has **difficulty swallowing** and none of the above are present, schedule to see Physician/Midlevel Practitioner within 24-72 hours.   Caution patient to stay in upright position when eating or drinking.

** If patient has **sore throat** and none of the above are present, offer **one** of the following:

| | Aspirin – take 2 tablets by mouth every 6 hours x 3 days, KOP |
|---|---|

• **Precautions:**       Do not give to patients with gastric problems or who take anticoagulants.
• **Teaching:**       Take with meals or large amount of water.
**OR**

| | Acetaminophen 325 mg – take 2 tablets by mouth tid for 3 days, KOP |
|---|---|

• **Precautions:**       Caution if pt. has anemia, renal or liver disease.
• **Teaching:**       High dosage or chronic use can cause liver disease.   Avoid caffeine.   Push fluids.

**OR**

| | Ibuprofen 200 mg – take 2 tablets by mouth tid for 3 days, KOP |
|---|---|

• **Precautions:**       Caution if pt. has anemia, renal or liver disease, or if taking anticoagulants.
                        Contraindicated if allergic to ASA
• **Teaching**:       High dosage or chronic use can cause liver disease.   Avoid caffeine.   Push fluids.   Take with meals or
    large                   amount of water.

May also offer:

| | Salt – Water Gargles qid x 3 days, KOP |
|---|---|

• **Teaching:**       Do not swallow solution.

**HSN-63 (3-06)**
7 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 02/18/2010 11:51    **Facility:** POLUNSKY (TL)

If patient has **cold sores** may offer:

| | |
|---|---|
| | Campho-phenique apply bid for 3-5 days.   KOP |

**Final Disposition for Section A and/or Section B**

Disposition:

| | |
|---|---|
| X | Release to Security |
| | Refer to provider for same day appointment |
| | HG |
| | Local ER |
| | Other: |
| | Issue pass to return to clinic for appointment the next day (operational hrs) |
| | Refer to provider for ATC #9 |
| | Email sent to appropriate staff for appointment within 7 days of sick call request |

Condition on Discharge:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Improved | X | Stable | | Declined | | Unstable |

Mode of Transfer: (If applicable)

| | |
|---|---|
| | Van |
| | Local EMS |
| X | N/A |

UR Contact:      (if applicable)

| | |
|---|---|
| X | N/A |
| | Yes   Date/Time: |

| | |
|---|---|
| Pre-Cert#: | Contact Person: |

**PATIENT EDUCATION:**

Patient's Learning Preferences

| | | | | | |
|---|---|---|---|---|---|
| X | Verbal | | Visual | | Other |
| Comment: | | | | | |

Ability to Learn:

| | | | |
|---|---|---|---|
| | Impaired | X | Non-impaired |

**HSN-63 (3-06)**

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

Comment:

Readiness to Learn:


    Electronically Signed by DUNEGAN, GAYLE R L.V.N. on 02/18/2010.
    This document has been corrected by DUNEGAN, GAYLE R L.V.N. on 02/18/2010.
    Electronically Signed by LAWRENCE, SHARON A R.N. on 02/23/2010.
    Electronically Signed by DUNEGAN, GAYLE R L.V.N. on 03/26/2010.
    ##And No Others##

## Correctional Managed Care
## NURSING PROTOCOL  FOR
## EYE / EAR / NOSE / THROAT COMPLAINTS

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

**Age:** 50 Years  **Race:** W  **Sex:** Male
**Most recent vitals from 02/18/2010:** BP: 162 / 92 (Sitting) ; Wt: 148 Lbs.; Height: 66 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 96 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: |
|---|---|---|

Mode of arrival: _____W/C __X___Ambulatory _____Stretcher

**CURRENT MEDICATIONS:**
LORATADINE 10MG TABLET,    1 TABS ORAL QD
OMEPRAZOLE 20MG CAPSULE,    1 CAPS ORAL BID
SALSALATE 500MG TABLET,    1 TABS ORAL BID

| Current Medications: | Dose | Freq. | Last Dose |
|---|---|---|---|
| AS ABOVE | | | |
| | | | |
| | | | |
| | | | |

| SCR INITIATED? | X | YES | Date Received:2/16/10 |
|---|---|---|---|
| | | NO | |

NP – EYE/EAR/NOSE/THROAT SYMPTOMS
**SUBJECTIVE DATA:**
Chief Complaint(s):    NEED CHLORPHEN

Significant Medical History (Describe):   SEE CHART

Quantitative Pain Scale:   Place an "**X**" below

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

**Qualitative Description of Pain**

| Location: | | Onset: |
|---|---|---|
| Duration: | | |
| Aggravating Factors: | | |
| Alleviating Factors: | | |

| Pain Character: | Dull | Sharp | Throbbing | Other: |
|---|---|---|---|---|
| Frequency: | Constant | Intermittent | Other: | |
| Radiating: | No | Yes | Location: | |

**Problem Focused History:** _____

History of:

| Recent Trauma | Rheumatic Fever | Prior Nasal Fracture | Cocaine Use |
|---|---|---|---|
| HTN | Vertigo | Hemorrhagic Disease | Measles |

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | Measles | X | Nasal Congestion | | Cough | | Chills | |
|---|---|---|---|---|---|---|---|---|
| | Fever | | Headache | | Malaise | | Rash | |
| | URI | | Ocular Infection | | | | | |

Date of Onset:   LAST WEEK   WEEK OF 2/8/10

Associated With:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Foreign Body | | | X | No | | Yes – Describe: |
| Trauma | | | X | No | | Yes – Describe: |
| Allergen / Irritant | | N/A | | No | X | Yes – Describe:POSSIBLE |
| Itching | | | X | No | | Yes – Describe: |
| Discharge | | | | No | X | Yes – Describe: NASAL CONGESTION |
| Decreased Hearing | | N/A | X | No | | Yes – Describe: |
| History of Ruptured TM? | | N/A | X | No | | Yes – Describe: |
| Contact with others with similar symptoms | | | X | No | | Yes – Describe: |
| Contact Lenses | | N/A | X | No | | Yes – Describe: |

**OBJECTIVE DATA:**

**EYE OBJECTIVE DATA** _____X_____N/A

Right:

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage | |
|---|---|---|---|---|---|---|---|---|---|---|

Left

| | Normal | | Redness | | Edema | | Discharge | | Hemorrhage | |
|---|---|---|---|---|---|---|---|---|---|---|

Photosensitivity:

Right

| | No | | Yes | |
|---|---|---|---|---|

Left

| | No | | Yes | |
|---|---|---|---|---|

Pupils:

| | Equal | | Unequal | |
|---|---|---|---|---|

Right

| | Reactive | | Sluggish | | Non-reactive | |
|---|---|---|---|---|---|---|

Left

| | Reactive | | Sluggish | | Non-reactive | |
|---|---|---|---|---|---|---|

Visual Acuity:

Right:

| | Right | | Aided near | | Unaided near | | Aided far | | Unaided far | |
|---|---|---|---|---|---|---|---|---|---|---|

Left

**HSN-63 (3-06)**
2 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | Right | | Aided near | | Unaided near | | Aided far | | Unaided far |
|---|---|---|---|---|---|---|---|---|---|

Describe discharge and/or injury:_____

## EAR OBJECTIVE DATA

| | **N/A** |
|---|---|

| | **RIGHT** |
|---|---|

| External | X | Normal | | Red | | Swollen | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canal | X | Normal | | Red | | Swollen | | Foreign body | | | Cerumen | |
| Tympanic Membrane | X | Intact | | Perforated | | Occluded | X | Pearl gray | | Dull | | Red | | Bulging |

| | **LEFT** |
|---|---|

| External | X | Normal | | Red | | Swollen | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canal | X | Normal | | Red | | Swollen | | Foreign body | | | Cerumen | |
| Tympanic Membrane | X | Intact | | Perforated | | Occluded | X | Pearl gray | | Dull | | Red | | Bulging |

Drainage?

| X | No | | Yes | | Bloody | | Purulent | | Serous | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | | | | | | | | | | |

Hearing Acuity:

| | Right | X | Normal | | Reduced | | Absent |
|---|---|---|---|---|---|---|---|
| | Left | X | Normal | | Reduced | | Absent |

## THROAT OBJECTIVE DATA      X      N/A   (assess with caution)

Color:

| | Normal | | Pale | | Red | | Petechia |
|---|---|---|---|---|---|---|---|

Tonsils:

| | Absent | | Pink | | Red | | Swollen | | Exudate | | White | | Yellow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Voice:

| | Normal | | Nasal | | Hoarse | | Absent |
|---|---|---|---|---|---|---|---|

Cervical Nodes:

| | Normal | | Enlarged | | Tender |
|---|---|---|---|---|---|

Able to touch chin to chest?

| | No | | Yes |
|---|---|---|---|

Swallowing:

| | Normal | | Painful | | Unable to swallow |
|---|---|---|---|---|---|

Breath:

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | Normal | | Foul odor |
|---|---|---|---|

Drooling?

| | No | | Yes |
|---|---|---|---|

## NASAL OBJECTIVE DATA
*Check patency of the nares:*

| | Right nostril | | Normal | X | Swollen | | Drainage |
|---|---|---|---|---|---|---|---|
| | Left nostril | | Normal | X | Swollen | | Drainage |

Inspect the outside & inside of nose for:

| X | Normal | | Abnormality | | Deformity |
|---|---|---|---|---|---|

Check mucosal lining for:

| X | Smooth appearance | X | Pink | | Red |
|---|---|---|---|---|---|

Palpate sinuses:

| Tenderness | | Yes | X | No |
|---|---|---|---|---|

Assess nose:

| Bleeding | | Yes | X | No |
|---|---|---|---|---|

Describe any of the above abnormalities, deformities and/or injury:_____

    Comments:      PT STATES HE HAS HAD NASAL CONGESTION FOR LAST WEEK. PT STATES COLD BUSTERS HAVE WORKED FOR HIM IN THE PAST. PT GIVEN COLD BUSTERS PER NURSING PROTOCOL WITH INSTRUCTIONS FOR USE. PT VERBALLY INDICATED HIS UNDERSTANDING OF INSTRUCTIONS. CHARGE NURSE MS. S. LAWRENCE R.N. CONSULTED WITH ON THIS PT. PT IN STABLE CONDITION AT THIS TIME.

**NURSING ACTION: If protocol completed by LVN, consultation completed with: MS. S. LAWRENCE R.N.**

Name:  G. DUNEGAN LVN

| RN: S. LAWRENCE | MLP: | Physician: |
|---|---|---|

**Refer to Physician/Midlevel Practitioner IMMEDIATELY if:**

| | |
|---|---|
| | Temperature 101°F or greater |
| | Nasal bleeding is profuse or persistent bleeding over 30 minutes with constant pressure |
| | Epistaxis patient has history of HTN or recent trauma |
| | Ingestion or presence of foreign body |
| | Patient is unable to touch chin to chest, swallow or neck rigidity is present |
| | Severe ocular redness, edema or drainage is present |
| | Corneal abrasion, welding or chemical burns are suspected |
| | Ocular foreign body is present |

HSN-63 (3-06)
4 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

| | |
|---|---|
| | **Ear drainage, foreign body, red bulging tympanic membrane** |
| | **Mid-face infection present (i.e. edema, redness, heat)** |
| | **Signs of head injury (do neurological assessment)** |
| | **Coordination problems** |
| | **Nausea and or vomiting** |
| | **Severe headache** |
| | **Visual disturbance** |
| | **Confusion/combativeness** |
| | **Sudden onset of neck pain, numbness, tingling or weakness** |
| | **Lethargy** |
| | **Persistent clear or pink nasal drainage** |
| | **Difficulty speaking** |
| | **SOB, rapid heart rate, pale skin** |

**Refer to applicable protocol (for Standing Delegated Orders) if one or more of the following assessment finds are present.**

NP – HEAD INJURY OR DECREASED LOC

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Status post seizure |
| | Known or suspected CVA |
| | Decreased or altered level of consciousness |

NP – SHOCK

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Hypotension, i.e. a systolic BP which is less than 90mm Hg with one of the following: |
| | Chest Pain |
| | ECG Changes |
| | Shortness of Breath |
| | Known or suspected dehydration |
| | Known or suspected hypovolemia |
| | Known or suspected sepsis |

NP – TRAUMA

**SIGNIFICANT SIGNS AND SYMPTOMS**
If one or more of the following assessment finds are present

| | |
|---|---|
| | Hypotension, i.e. a systolic BP which is less than 90 mm Hg |
| | Known or suspected hypovolemia |
| | Uncontrolled bleeding |
| | Known or suspected head injury (to include a loss of consciousness) |

**If Physician/MLP contacted complete section A and if not proceed to section B**
HSN-63 (3-06)
5 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 02/18/2010 11:51    **Facility:** POLUNSKY (TL)

## SECTION A
## TREATMENT PLAN:

Recheck abnormal V/S and report to provider if indicated. _____ **N/A**

| TIME | TEMP | PULSE | RESP | B/P | OTHER (O2 Sat, Cardiac Monitor, Glucose, etc.) |
|------|------|-------|------|-----|------------------------------------------------|
|      |      |       |      |     |                                                |
|      |      |       |      |     |                                                |

V.O. order:

|  |
|--|
|  |
|  |
|  |

Date:_____        Time:_____

V.O. order read back to Practitioner to verify accuracy.

| Yes | | No | | N/A |
|-----|--|----|--|-----|

Medication Administration

| Time | Medication/ Solution | Dose/Rate | Site Route | Gauge | Amount Infused |
|------|----------------------|-----------|------------|-------|----------------|
|      |                      |           |            |       |                |
|      |                      |           |            |       |                |
|      |                      |           |            |       |                |
|      |                      |           |            |       |                |

## SECTION B
## TREATMENT PLAN/PATIENT INSTRUCTIONS

### REFER TO SPECIFIC COMPLAINT FOR TREATMENT PROTOCOL
- **EYE**
  - •If patient has **eye irritation** and none of the above are present:
    - •Flush eye with sterile eyewash.
    - •Instruct patient to submit sick call request or notify nurse if problems continue or worsen.
- **EAR**
  - If patient has **impacted cerumen** and none of the above are present:
    - 0*  Tilt the patient's head to a 45 degree angle and place 5-10 drops of Carbamide Peroxide into ear.   The tip of the applicator should not enter the ear canal.
    - 1*  Insert cotton plug into ear canal and allow to remain for at least 30 minutes.
    - 2*  **Repeat twice daily for 3 days. Do not flush ears.**
    - 3*  THIS SHOULD ELIMINATE THE NEED FOR FLUSHING OF THE EARS.   Greater contact time and increased earwax softening occurs when warm water rinses are not used each time.
    - 4*  If signs of cerumen remain after three (3) days of treatment with Carbamide Peroxide, you may gently irrigate the affected ear with lukewarm water using a syringe or water pick (avoid excessive pressure).
    - 5*  Observe for signs of dizziness or non-intact tympanic membrane.   If they occur, discontinue treatment refer to Physician/Midlevel Practitioner for routine follow-up.
    - 6*  If treatment is unsuccessful, refer to Physician/Midlevel Practitioner for routine follow-up.
    - 7*  **If patient has ear pain and none of the above are present, refer to Physician/Midlevel Practitioner next available appointment.**

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 02/18/2010 11:51    **Facility:** POLUNSKY (TL)

- **Teaching:   Patient may remove cotton plug after 30 minutes.**

8
- **NOSE**
  - * If patient has **nose bleed** and none of the above are present:
  - * Instruct patient to sit straight, pinch nose at bridge and not to blow nose which could disrupt clotting.
  - * If bleeding is associated with cold symptoms, offer **the following:**

| X | Chlortrimeton – take 1 tablet by mouth tid for 7 days, KOP |
|---|---|

- **Precautions:**  Caution if patient has history of narrow angle glaucoma, asthma, peptic ulcer, prostatic hypertrophy, pregnancy, HTN or heart disease.   May cause further drying of the nares.
- **Teaching:**   May cause restlessness or drowsiness.   Do not take within 2 hours of bedtime.   May cause dry mouth.


- **THROAT**

  ** If patient has **difficulty swallowing** and none of the above are present, schedule to see Physician/Midlevel Practitioner within 24-72 hours.   Caution patient to stay in upright position when eating or drinking.

  ** If patient has **sore throat** and none of the above are present, offer **one** of the following:

| | Aspirin – take 2 tablets by mouth every 6 hours x 3 days, KOP |
|---|---|

- **Precautions:**    Do not give to patients with gastric problems or who take anticoagulants.
- **Teaching:**    Take with meals or large amount of water.

**OR**

| | Acetaminophen 325 mg – take 2 tablets by mouth tid for 3 days, KOP |
|---|---|

- **Precautions:**    Caution if pt. has anemia, renal or liver disease.
- **Teaching:**    High dosage or chronic use can cause liver disease.   Avoid caffeine.   Push fluids.

**OR**

| | Ibuprofen 200 mg – take 2 tablets by mouth tid for 3 days, KOP |
|---|---|

- **Precautions:**    Caution if pt. has anemia, renal or liver disease, or if taking anticoagulants.
  Contraindicated if allergic to ASA
- **Teaching**:    High dosage or chronic use can cause liver disease.   Avoid caffeine.   Push fluids.   Take with meals or
  large    amount of water.

May also offer:

| | Salt – Water Gargles qid x 3 days, KOP |
|---|---|

- **Teaching:**    Do not swallow solution.

If patient has **cold sores** may offer:

| | Campho-phenique apply bid for 3-5 days.   KOP |
|---|---|

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 02/18/2010 11:51    **Facility:** POLUNSKY (TL)

**Final Disposition for Section A and/or Section B**

Disposition:

| | |
|---|---|
| X | Release to Security |
| | Refer to provider for same day appointment |
| | HG |
| | Local ER |
| | Other: |
| | Issue pass to return to clinic for appointment the next day (operational hrs) |
| | Refer to provider for ATC #9 |
| | Email sent to appropriate staff for appointment within 7 days of sick call request |

Condition on Discharge:

| | Improved | X | Stable | | Declined | | Unstable |
|---|---|---|---|---|---|---|---|

Mode of Transfer: (If applicable)

| | |
|---|---|
| | Van |
| | Local EMS |
| X | N/A |

UR Contact:    (if applicable)

| | |
|---|---|
| X | N/A |
| | Yes   Date/Time: |

| Pre-Cert#: | Contact Person: |
|---|---|

**PATIENT EDUCATION:**

Patient's Learning Preferences

| X | Verbal | | Visual | | Other |
|---|---|---|---|---|---|
| Comment: | | | | | |

Ability to Learn:

| | Impaired | X | Non-impaired |
|---|---|---|---|
| Comment: | | | |

Readiness to Learn:

| X |
|---|

Electronically Signed by DUNEGAN, GAYLE R L.V.N. on 02/18/2010.

**HSN-63 (3-06)**
8 of 9

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**EYE / EAR / NOSE / THROAT COMPLAINTS**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 02/18/2010 11:51   **Facility:** POLUNSKY (TL)

##And No Others##

### Correctional Managed Care
### NURSING PROTOCOL    FOR
### CORN / CALLUS / NAIL CARE

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 04/21/2009 11:07    **Facility:** POLUNSKY (formerly TERRELL)

**Age:** 49 Years  **Race:** W  **Sex:** Male
**Most recent vitals from 04/21/2009:** BP: 164 / 82 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 64 (Sitting) ; Resp: 18 / min; Temp: 96.4 (Oral)
**Allergies:**  NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

Mode of arrival:   Place an "**X**" below

|  | wheelchair |  | ambulatory |  | stretcher |
|---|---|---|---|---|---|

| Current Medications: | Dose | Freq. | Last Dose |
|---|---|---|---|
| OMPRAZOLE 20MG | 1 CAP | BID |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| **SCR INITIATED?** | X | YES | Date Received:04/20/2009 |
|---|---|---|---|
|  |  | NO |  |

NP – CORN/CALLUS/NAIL CARE
**SUBJECTIVE DATA:**
   Chief Complaint(s):____NEEDS TO CLIP TOENAILS____
   Significant Medical History (Describe):_____

Quantitative Pain Scale:    Place an "**X**" below

|  | 0X |  | 1 |  | 2 |  | 3 |  | 4 |  | 5 |  | 6 |  | 7 |  | 8 |  | 9 |  | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qualitative Description of Pain**

| Location:N/A |  | Onset: |
|---|---|---|
| Duration: |  |  |
| Aggravating Factors: |  |  |
| Alleviating Factors: |  |  |

| Pain Character: | Dull |  | Sharp |  | Throbbing | Other:N/A |
|---|---|---|---|---|---|---|
| Frequency: | Constant |  | Intermittent |  | Other: |  |
| Radiating: | No |  | Yes |  | Location: |  |

**Problem Focused History:** _____
Symptoms:

|  | Swelling |
|---|---|
| X | Need for nail trim |

Previous Treatment and Results (Specify):_____

**Correctional Managed Care**
**NURSING PROTOCOL     FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A     **TDCJ#:** 999410     **Date:** 04/21/2009 11:07     **Facility:** POLUNSKY (formerly TERRELL)

**OBJECTIVE DATA:**

Area(s) of Complaint:
Fingers:
Right

|   | 1 |   | 2 |   | 3 |   | 4 |   | 5 |   | All |   | None |
|---|---|---|---|---|---|---|---|---|---|---|-----|---|------|

Left

|   | 1 |   | 2 |   | 3 |   | 4 |   | 5 |   | All |   | None |
|---|---|---|---|---|---|---|---|---|---|---|-----|---|------|

Toes:
Right

|   | 1 X |   | 2 X |   | X |   | X |   | X |   | X |   | None |
|---|-----|---|-----|---|---|---|---|---|---|---|---|---|------|

Left

|   | 1 |   | 2 |   | 3 |   | 4 |   | 5 |   | A XII |   | None |
|---|---|---|---|---|---|---|---|---|---|---|-------|---|------|

Heel:

|   | No |
|---|----|
|   | Yes |

Sole:

|   | No |
|---|----|
|   | Yes |

Other than foot (Specify):_____

Nail Inspection:

| X | Pink |   | Red |   | White |   | Yellow |   | Brown |
|---|------|---|-----|---|-------|---|--------|---|-------|

Nail Thickness:

|   | X | Normal |
|---|---|--------|
|   |   | Thickened |

Skin at Area of Complaint:
Color:

| X | Normal |   | Cyanotic |   | Pink |   | Red |   | White |
|---|--------|---|----------|---|------|---|-----|---|-------|
| Other: | | | | | | | | | |

Temperature:

| X | Warm |   | Hot |   | Cold |
|---|------|---|-----|---|------|

Appearance:

| X | Normal |   | Thickened |   | Central |
|---|--------|---|-----------|---|---------|

Drainage (Describe):     _____
Broken Skin/Lesions

**Correctional Managed Care**
**NURSING PROTOCOL    FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 04/21/2009 11:07    **Facility:** POLUNSKY (formerly TERRELL)

(Describe): _____

Dorsalis Pedis Pulse Present:

|  | Right | No | Yes | N/A |
|--|-------|----|-----|-----|
|  | Left  | No | Yes | N/A |

Comments:_____

**NURSING ACTION:   If protocol completed by LVN, consultation completed with:**
Name:_K.ADAMS LVN_

| RN: | MLP: | Physician: |
|-----|------|------------|

Refer to Physician/Midlevel Practitioner next available appointment if patient has:

|  |  |
|--|--|
|  | Diabetes with neurological disorders/deficit |
|  | ESRD/Renal Failure |
|  | Peripheral vascular disease |
|  | Dorsalis Pedis pulse not present (do not trim nails) |
|  | Swelling, redenss, warmth to area indication infection |
|  | Contact Physician/Midlevel Practitioner prior to utilizing medicated disks if any of above conditions present |

**If Physician/MLP contacted complete section A and if not proceed to section B**

**SECTION A**
**TREATMENT PLAN:**

**Recheck abnormal V/S and report to provider if indicated.**          ☐N/A

| TIME | TEMP | PULSE | RESP | B/P | OTHER (O2 Sat, Cardiac Monitor, Glucose, etc.) |
|------|------|-------|------|-----|------------------------------------------------|
|      |      |       |      |     |                                                |
|      |      |       |      |     |                                                |

V.O. order:

|  |
|--|
|  |
|  |
|  |

Date:_____          Time:_____

V.O. order read back to Practitioner to verify accuracy.

| Yes | No | N/A |
|-----|----|----|

Medication Administration

| Time | Medication/ Solution | Dose/Rate | Site Route | Gauge | Amount Infused |
|------|----------------------|-----------|------------|-------|----------------|
|      |                      |           |            |       |                |
|      |                      |           |            |       |                |
|      |                      |           |            |       |                |

HSN-57 (1-03)
3 of 8

**Correctional Managed Care**
**NURSING PROTOCOL    FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 04/21/2009 11:07    **Facility:** POLUNSKY (formerly TERRELL)

**SECTION B**
**TREATMENT PLAN:**

| | |
|---|---|
| Apply callus or corn pad to lesion.   (Refer back to conditions which callus or corn pads would not be applied) |
| Provide patient with one package of callus pads.   KOP |

| | |
|---|---|
| | If nails are of normal color and texture: |
| X | use nail cutters or clippers cutting the nail straight across to prevent ingrown nails or hangnails, or |
| | allow patient to use after instruction on technique |

| | |
|---|---|
| | If nails appear thickened: |
| | soak in warm water up to 15 minutes to soften nails, |
| | dry feet off well including between toes, |
| | trim nails straight across to prevent ingrown nails or hangnails. |

Observe for signs of skin breakdown.   (Obtain culture and sensitivity on any open draining lesion around or under nail **immediately**).

**Final Disposition for Section A and/or Section B**

Disposition:

| | |
|---|---|
| X | Release to Security |
| | Refer to provider for same day appointment |
| | HG |
| | Local ER |
| | Other: |
| | Issue pass to return to clinic for appointment the next day (operational hrs) |
| | Refer to provider for ATC #9 |
| | Email sent to appropriate staff for appointment within 7 days of sick call request |

Condition on Discharge:

| X | Improved | | Stable | | Declined | | Unstable | |
|---|---|---|---|---|---|---|---|---|

Mode of Transfer: (If applicable)

| | |
|---|---|
| | Van |
| | Local EMS |
| | N/A |

UR Contact:    (if applicable)

| | |
|---|---|
| | N/A |
| | Yes   Date/Time: |

HSN-57 (1-03)
4 of 8

**Correctional Managed Care**
**NURSING PROTOCOL    FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 04/21/2009 11:07   **Facility:** POLUNSKY (formerly TERRELL)

| Pre-Cert#: | Contact Person: |
|---|---|

**PATIENT INSTRUCTIONS:**

- Do not remove callus pad.   If callus pad becomes disengaged, apply additional pad to clean dry lesion.
- May shower as usual, wear shower shoes in shower, and keep feet dry between showers.
- Dry feet properly, especially between and under toes to prevent fungal growth or infection.
- Evaluate nails for color, texture and length.
- Submit sick call request or notify nurse if redness, drying, cracking, discoloration or blisters occur.

Patient's Learning Preferences

| X | Verbal | | Visual | | Other |
|---|---|---|---|---|---|
| Comment: | | | | | |

Ability to Learn:

| Procedures Ordered: * NURSING PA | Impaired | X | Non-impaired |
|---|---|---|---|

HSN-57 (1-03)
5 of 8

**Correctional Managed Care**
**NURSING PROTOCOL    FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 04/21/2009 11:07    **Facility:** POLUNSKY (formerly TERRELL)

T
I
E
N
T
E
D
U
C
A
T
I
O
N
:

n
p
-
c
o
r
n
/
c
a
ll
u
s
/
n
a
il
c
a
r
e

N
U
R
S
I
N
G

L
E
V

HSN-57 (1-03)
6 of 8

**Correctional Managed Care**
**NURSING PROTOCOL    FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 04/21/2009 11:07    **Facility:** POLUNSKY (formerly TERRELL)

EL2 COMPLETE VISIT:

np-corn / callus / nail care

Comment:

Readiness to Learn:

| X | Cooperative | | Uncooperative |
|---|-------------|---|---------------|
| Comment: | | | |

**Correctional Managed Care**
**NURSING PROTOCOL     FOR**
**CORN / CALLUS / NAIL CARE**

**Patient Name:** AUSTIN, PERRY A     **TDCJ#:** 999410     **Date:** 04/21/2009 11:07     **Facility:** POLUNSKY (formerly TERRELL)

Electronically Signed by ADAMS, KENDRA D L.V.N. on 04/21/2009.
Electronically Signed by MCINTOSH, CHRISTINA L CMA on 04/21/2009.
Electronically Signed by MUDD, PAMELA F on 04/22/2009.
Electronically Signed by MARTIN, REMEMBER C CCA on 04/22/2009.
Electronically Signed by PARKER, JENNIFER D CCA on 04/22/2009.
Electronically Signed by CURRY, LISA G R.N. on 04/26/2009.
Electronically Signed by SHAFER, MARGARET T on 04/27/2009.
Electronically Signed by WILLIAMS, BERNADINE   PCA on 05/15/2009.
##And No Others##

## Correctional Managed Care
## NURSING PROTOCOL   FOR
## HEARTBURN / INDIGESTION

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

**Age:** 49 Years **Race:** W **Sex:** Male
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language: | ENGLISH | Name of interpreter, if required: | NA |
|---|---|---|---|

**IF BASED ON COLLECTION OF THE FOLLOWING DATA YOUR JUDGEMENT IS THAT THE PATIENT'S PAIN MAY BE CARDIAC IN NATURE, REFER IMMEDIATELY TO THE CHEST PAIN PROTOCOL.**

| **SCR INITIATED?** | XX | YES | Date Received:   6/25/08 |
|---|---|---|---|
| | | NO | |

NP - HEARTBURN/INDIGESTION
    Subjective Data
        1. Chief Complaint (Describe): C/O THAT THE ZANTAC IS NO LONGER WORKING FOR HIS GERD; STATES THAT HE HAD A PREVIOUS ORDER OF ZANTAC 150MG 2 TABS BID AND IT WAS LOWERED TO 1 TAB BID; THEN HE SAYS HE HAS BEEN TAKING ALMAG BOUGHT FROM COMMENSARY TO HELP RELEIVE THE PROBLEM; PT STATES THAT WHEN THE ORDER WAS CHANGED TO 1 TAB BID THAT HE CONTINUED TO TAKE THEM 2 AT A TIME; AFTER HE WAS SEEN ON THE 17TH HIS KOP WAS TAKEN AWAY; PT NOW REQUESTING A NEW MEDICATION OR THAT THE ZANTAC BE REORDERED 2 TABS BID;
        2. Significant Medical History (Describe): NONE
        3. History Of Recent Abdominal Surgery?
            No
        4. Habit History
            Alcohol NA
            Caffeine NA
        5. Pain
            Location (Specify): HEARTBURN;
            Onset (Specify): SEVERAL YEARS AGO;
            Frequency (Specify): DAILY;
            Radiating (Specify): N/A
            Intensity:
                Severe
        6. Aggravating Factors (Specify): SPICY FOOD;
        7. Alleviating Factors (Specify): ZANTAC AND ALMAG HELP CALM IT DOWN;
        8. Appetite:
            Normal
        9. Vomiting
            No
    Objective Data

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

1. General Appearance
    Normal
2. Skin
       Warm
       Dry
3. Abdominal Inspection
       Flat
4. Abdominal Palpation
       Soft
       Tenderness
              No
       Rebound Tenderness
              No
5. Bowel Sounds
       Normal
       Quadrant
       All
Comments NOTIFY PROVIDER;

**NURSING ACTION: If based upon your collection of the above data, a Registered Nurse's professional judgement is required or you have any question about how to proceed, you must consult with a Registered Nurse while the patient is still on site.   Otherwise, proceed with protocol.**

**Complete an EKG and IMMEDIATELY refer to Physician/Midlevel Practitioner:**
- **Patient has history of HTN.**
- **Patient has history of cardiovascular disease.**
- **Pain radiates to back, chest, neck, arm or jaw.**
- **Pain is associated with nausea, vomiting, sweating or shortness of breath.**

**TREATMENT PLAN:**

- Recheck any abnormal V/S and report to provider if indicated.
0
- If none of above signs and symptoms are present, offer aluminum/magnesium hydroxide, 2 tablets by mouth STAT, and observe for at least 30 minutes.   **PRECAUTIONS:**   Do not give if taking Tetracycline, Quinidine, Amphetamines, Levodopa or Dicumarol   (thyroid medication).
- **If unrelieved**, obtain another set of vital signs and **notify Physician/Mid-level Practitioner immediately.**
- If relieved by antacid, then offer aluminum/magnesium hydroxide 1 or 2 tablets by mouth, as needed, for 7 days KOP. (Issue 15 tablets)

**PATIENT INSTRUCTIONS:**
If **relieved by antacid** then instruct patient:

- Drink plenty of fluids when eating.
0
- Do not lie down for at least 2 hours after eating.
1
- Avoid known irritants.

**HSN-34 (9-04)**
2 of 3

**Correctional Managed Care**
**NURSING PROTOCOL   FOR**
**HEARTBURN / INDIGESTION**

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/26/2008 13:16   **Facility:** POLUNSKY (formerly TERRELL)

2
- Eat smaller meal sizes, especially the last meal of the day.

3
- Resubmit sick call request or notify nurse if symptoms are not resolved.

PROVIDER NOTIFIED WITH ORDER RECIEVED
    D/C CURRENT RANITADINE ORDER
    OMEPRAZOLE 20MG 1 TAB BID X 30 DAYS WITH 11 REFILLS
    VO G. PORRAS MD/ J FULLER, JR LVN


Procedures Ordered:
    *NURSING PATIENT EDUCATION:      np - heartburn/indigestion
    NURSING LEVEL 1 COMPLETE VISIT: np - heartburn/indigestion



        Electronically Signed by FULLER, JOHNNY R L.V.N. on 06/26/2008.
        ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 06/24/2008 13:37   **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 49 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 06/24/2008:** BP: 130 / 74 (Sitting) ; Wt: 169 Lbs.; Height: 70 In.; Pulse: 70 (Sitting) ; Resp: 18 / min; Temp: 97 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
|---|

**Today's Problem:SCR**
**C/O   DIZZINESS**

**S:  C/O  DIZZINESS  AT  INTERVALS  X;S  02  WEEKS.**

**O: STATE   HAS  HAD  EPISODES  OF  DIZZINESS SINCE TAKING  NORTRIPTYLINE  FOR  BACK  DISCOMFORT. STATE  DOES  NOT   RELEIVE  BACK  DISCOMFORT --- ONLY  CAUSES  DIZZINESS. REQ.  MOTRIN  FOR  BACK DISCOMFORT    ---WANTS  TO  HAVE  NORTRIPTYLINE DISCONTINUED  IF  PROVIDER   WILL. GAIT  STEADY - BALANCE  GOOD.**

**A:  ALTERATION  IN  COMFORT.**

**P: IBUPROFEN  600  MG'S. P.O.  B.I.D.  X'S  30  DAYS K.O.P.  [I.F.A.  ] REFILL  X'S  02. -------------------------**
**DISCONTINUE   NORTRIPTYLINE.**
**V.O.  DR.  PORRAS   /   B.A. PHLEGM, L.V.N.**
Procedures Ordered:
       *NURSING PATIENT EDUCATION:      observation- cond not found
       NURSING LEVEL 2 COMPLETE VISIT: observation- cond not found


          Electronically Signed by PHLEGM, BESSIE A L.V.N. on 06/24/2008.
          Electronically Signed by MCINTOSH, CHRISTINA L CMA on 06/24/2008.
          Electronically Signed by PORRAS, GUILLERMO   M.D. on 06/26/2008.
          Electronically Signed by PARKER, JENNIFER D CCA on 06/30/2008.
          ##And No Others##

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A    **TDCJ#:** 999410    **Date:** 06/17/2008 11:40    **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 49 Years    **Race:** W    **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:**   NO KNOWN ALLERGIES

| Patient Language:    ENGLISH    Name of interpreter, if required: |
| --- |

**Today's Problem:**      SCR dated 6-15-08   - chart review only.

**S:** complaining that he has taken Zantac 3 and 4 times a day and not working

**O: Offender apparently taking too many medications.**

**A:**

**Plan is as follows:   dc kop zantac and make non kop so compliance can be monitored to consider different treatment.**
**Zanta 150 mg BID non kop for 30 days**
**Dc previous order**
**V.O. Dr. Porrus/J. Bonds RN**

Electronically Signed by BONDS, JOYCE M R.N. on 06/17/2008.
Electronically Signed by CARLIN, BRANDI L CMA on 06/17/2008.
Electronically Signed by PORRAS, GUILLERMO   M.D. on 06/18/2008.
##And No Others##

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A   **TDCJ#:** 999410   **Date:** 04/25/2007 13:59   **Facility:** POLUNSKY (formerly TERRELL)
**Age:** 47 Years   **Race:** W   **Sex:** Male
**Most recent vitals from 11/08/2006:** BP: 120 / 72 (Sitting) ; Wt: 172 Lbs.; Height: 70 In.; Pulse: 76 (Sitting) ; Resp: 16 / min; Temp: 97.5 (Oral)
**Allergies:** NO KNOWN ALLERGIES

| Patient Language:   ENGLISH   Name of interpreter, if required: |
| --- |

**Today's Problem:SCR C/OBACK PAIN.**

**S:  C/O BACK PAIN .**

**O: C/O MID BACK PAIN WITH INCREASED PAIN
TO LEFT SIDE OF BACK AT INTERVALS.**

**A:   STATE PAIN IS AT A 5 MOST OF THE   TIME [ ON
A 1 - 10 SCALE.] REQUESTING PAIN   MED. ASKING
FOR MOTRIN IF POSSIBLE.**

**P. CHART TO PROVIDER FOR REVIEW / POSSIBLE
MEDICATION ORDER.**

Procedures Ordered:
NURSING LEVEL1 COMPLETE VISIT: backache

Electronically Signed by PHLEGM, BESSIE A on 04/25/2007.
Electronically Signed by BEHRNS, ROBERT   M.D. on 04/28/2007.
##And No Others##

1 of 1

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A **TDCJ#:** 999410 **Date:** 12/20/2004 10:00
**Facility:** POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting) Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting) Resp.: 18 / min Temp: 98.2 (Oral)
**Current Medications:**
RANITIDINE HCL 150MG TABS, 2 TABS ORAL(po) BID
*Special Instructions:* KOP -- 2 TABS PO BID X 30 DAYS X 11

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:** Per SCR wants to get neoprene elbow sleeve pass renewed.
      **o/a** **not present**

---

**Patient Language, if** other than English: **Name of interpreter, if required:**

**Plan is as follows:** **neoprene elbow sleeve x 90 days** **(issued)**
            **vo young pac/byron rn**

Electronically Signed by BYRON, BELINDA G R.N. on 12/20/2004.
Electronically Signed by YOUNG, ROBERT A PA on 12/20/2004.
##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A  **TDCJ#:** 999410  **Date:** 06/24/2004 08:35
**Facility:** POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting)  Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting)  Resp.: 18 / min Temp: 98.2 (Oral)
**Current Medications:**
RANITIDINE HCL 150MG TABS,   2 TABS ORAL(po) BID

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:**    Per SCR c/o that ranitidine not being delivered. Requires for his heartburn. Last seen 5/4 and med reordered.

        **o/a**    **not present**

---

**Name of interpreter, if required:**

**Plan is as follows:**    **Ranitidine 150 mg 2 tabs bid x 30 days kop x 11**
                             **vo young pac/byron rn**

Started Meds:
    RANITIDINE HCL 150MG TABS  55953054440        06/24/2004 08:52
     Special Instructions:Kop -- 2 Tabs Po Bid X 30 Days X 11
       STOP DATE: 06/23/2005 00:10          REFILLS: 11

        Electronically Signed by BYRON, BELINDA G R.N. on 06/24/2004.
        Electronically Signed by YOUNG, ROBERT A PA on 06/24/2004.
        ##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:** AUSTIN, PERRY A      **TDCJ#:** 999410      **Date:** 06/02/2004 13:01
**Facility:** POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting)   Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min Temp: 98.2 (Oral)
**Current Medications:**
RANITIDINE HCL 150MG TABS,    2 TABS ORAL(po) BID

**Current Lab Tests:**
**Allergies:** NO KNOWN ALLERGIES
**Today's Problem:**     Per SCR submitted asking to have pass for neophrene elbow sleeve renewed.
       **o/a**     **not present**

---

| Name of interpreter, if required: |
|---|

**Plan is as follows:**     **Neophrene elbow sleeve pass x 180 days**
                            **Vo. Young Pac/Byron Rn**

Electronically Signed by BYRON, BELINDA G R.N. on 06/02/2004.
Electronically Signed by YOUNG, ROBERT A PA on 06/02/2004.
##And No Others##

## CORRECTIONAL MANAGED CARE
## CLINIC NOTES - NURSING

**Patient Name:**  AUSTIN, PERRY A          **TDCJ#:**  999410      **Date:**  05/13/2004 10:23
**Facility:**    POLUNSKY (formerly TERRELL)
**Most recent vitals from 05/13/2004:** BP: 102 / 58 (Sitting)   Wt. 164 Lbs. Height 70 In. Pulse: 70 (Sitting)   Resp.: 18 / min Temp: 98.2 (Oral)
**Current Medications:**
RANITIDINE HCL 150MG TABS,    2 TABS ORAL(po) BID

**Current Lab Tests:**
**Allergies:**  NO KNOWN ALLERGIES
**Today's Problem:**    Here for visual acutiy check. Glasses are > 2 years old
      **o.**    **no s/s acute distress. no further c/o.**
      **a.**    **vision**

| Name of interpreter, if required: |
|---|

**Plan is as follows:**    **visual acutiy done.**


Procedures Ordered:
    NURSING LEVEL1 COMPLETE VISIT: vision


Electronically Signed by BYRON, BELINDA G R.N. on 05/13/2004.
##And No Others##

c:\documents and settings\llewing\local settings\temp\165400423.tif printed by mivap. (Page 1 of 1)

## SICKCALL

**SUBJECT:** *State briefly the problem on which you desire assistance.*

'JUL 3 1 2011

On July 27, 2011, at approximately 11:53pm at night, I went to sickcall complaining of high blood pressure.  The reading taken on my right arm was 201/101.  A reading was then taken from my left arm and it was 174/98.  Still too high.  I was informed that I would begiven medication for this.  It is now July 30, 2011, and I have still not been put on any type of medication for my high blood pressure.  I would like to be treated for my high blood pressure as it is getting difficult to function normally on a daily basis. Thank you.

*Perry C. Austin*

cc:file

Name: Perry Allen Austin          No: 999410          Unit: Polunsky

Living Quarters: 12AE57/1-Row          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

Schedule   *Provide* Sick Call
J. P. Svoboda RN

J.P. Svoboda RN
'JUL 3 1 2011

'JUL 3 1 2011

☆I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\165254144.tif printed by mivap. (Page 1 of 1)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

My blood pressure has really been high the past few times JUL 28 2011 been to the dentist like 185/96. It feels as if it's getting worse. Lots of dizziness, headaches that Ibuprofen doesn't help. I would like to get this taken care of Thank you.

Perry D Aust

cc:file

Name: Perry Allen Austin          No: 999410          Unit: Polunsky

Living Quarters: 12CC39/2-Row          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

JUL 28 2011

F/u ī Provider
K.Tull RN

☆I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\164717872.tif printed by mivap. (Page 1 of 1)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

RECEIVED
APR 1 · 2011

**PART A:** (To be completed by offender)                     Date: April 09, 2011

Offender's Name: Perry Allen Austin                          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC 39          School Hours: _____

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: Please renew my prilosec/omeprazole prescription
_____

How long have you had this problem?     Hours: _____     Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry P. Austin

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Omeprazole 20 g 60     # 11 R
_____

**Medical Staff Member's Signature**                          5/12     **Date**

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\164731929.tif printed by mivap. (Page 1 of 1)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

APR 0 8 2011

Please renew my Prilosec/Omeprazole prescription. It expires May 09, 2011 and I was advised by one of the pill ladies to have it renewed now. Thank you.

*Perry A Austin*

cc: file

Name: Perry Allen Austin      No: 999410      Unit: Polunsky

Living Quarters: 12 CC 39 / 2-Row      Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

OK to renew Prilosec
Rx and Refills already
done by PA (5/06) als
per note. _____ 5/

☆I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\162198896.tif printed by mivap. (Page 1 of 1)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 0 2 2011

**PART A:** (To be completed by offender)          Date: June 01, 2011

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed:  ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: Please renew my Ibuprofen subscription, and I need to see about earaches

How long have you had this problem?   Hours: _____     Days: 3

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

By Perry C. Austin

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____

**NURSE SICK CALL**

JUN 0 2 2011

Medical Staff Member's Signature: Sharon Lawrence, RN, CNM          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\162198892.tif printed by mivap. (Page 1 of 1)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 0 2 2011

**PART A:** (To be completed by offender)          Date: May 30, 2011

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC 39          School Hours: _____

Service needed:  ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: Please renew my Omeprazole prescription. I was told it runs
out on the 8th of June. Thank you.

How long have you had this problem?   Hours: _____   Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry G. Austin
**Signature of Offender**

cc: file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)   JUN 02 2011

Medical Reply: _____
### NURSE
### SICK CALL

_____

Medical Staff Member Signature   Lawrence, RN, CNM          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\162120507.tif printed by mivap. (Page 1 of 1)

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: May 30, 2011  ⌐JUN 01 2011

Offender's Name: Perry Allen Austin                          TDCJ No.: 999410

Work Assignment: _____                        Work Hours: _____

Wing No.: 12CC39        School Hours: _____

Service needed: ☐ Medical  ☐ Dental  ☐ Mental Health  ☑ Other: NAIL CLIPPERS

Reason for Health Services Appointment: Could I please use the nail clippers. It's been a
while since clippers were brought around.

How long have you had this problem?  Hours: _____  Days: 30+

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund
will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my
ability to pay this fee.*

Perry A. Austin

**Signature of Offender**                                    cc: file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: ~~Schedule~~ Nurse ~~Sick Call~~ J.P. Svoboda RN

J. P. Svoboda RN

Medical Staff Member's Signature          JUN 0 1 2011          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\160763285.tif printed by mivap. (Page 1 of 1)

Scanned by ROBERTS, MARGARET E. AA in facility POLUNSKY (TL) on 05/06/2011 09:37

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

'APR 21 2011

**PART A:** (To be completed by offender)  Date: April 20, 2011

Offender's Name Perry Allen Austin   TDCJ No. 999410

Work Assignment: _____   Work Hours: _____

Wing No. 12CC39   School Hours _____

Service needed: ☑ Medical  ☐ Dental  ☐ Mental Health  ☐ Other: _____

Reason for Health Services Appointment: Please renew my Omeprazole/Prilosec prescription. It's fixing to expire soon.

How long have you had this problem? Hours: _____   Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry P Austin

**Signature of Offender**

Schedule   Provider   J.P. Svoboda RN   Sick Call   cc: File

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Needs OV; P eval since 5/13/10, OV

_____   Medical Staff Member's Signature   J.R Svoboda RN  APR 24 2011   4/22/11   Date

HSA-9 (Rev 5/97)

c:\documents and settings\llewing\local settings\temp\157662937.tif printed by mivap. (Page 1 of 1)

Scanned by BRAME, SANDRA C. in facility POLUNSKY (TL) on 03/10/2011 11:10

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**MAR 0 8 2011**

**PART A:** (To be completed by offender)   Date: 03-07-11

Offender's Name: Perry Allen Austin   TDCJ No.: 999410

Work Assignment: _____   Work Hours: _____

Wing No.: 12CC39   School Hours: _____

Service needed: ☑ Medical   ☐ Dental   ☐ Mental Health   ☑ Other: Nail Clippers

Reason for Health Services Appointment: Please let me use the nail clippers. Thank you.

How long have you had this problem?   Hours: _____   Days: _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry G. Austin
_____
**Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____

NURSE
SICK CALL   J.P. Svoboda RN   MAR 0 8 2011

Medical Staff Member's Signature   Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\154646612.tif printed by mivap. (Page 1 of 1)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

DEC 2 4 2010

**PART A:** (To be completed by offender)

Date: _12-23-10_

Offender's Name: _Perry Allen Austin_

TDCJ No.: _999410_

Work Assignment: _____

Work Hours: _____

Wing No.: _12CC39_

School Hours: _____

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other: _____

Reason for Health Services Appointment: _Please renew my Ibuprofen for my back. I've got bone spurs on my lower spine. This is my second request._

How long have you had this problem? Hours: _____ Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Perry C. Austin_
**Signature of Offender**

cc: file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____

~~Schedule~~  ~~J. P. Svoboda RN~~  ~~Sick Call~~

Medical Staff Member's Signature

_Ibuprofen 800mg. Take 1 twice daily for 30 days w/2 refills per VOPO long [?] Brien 12/24/11_

_Alan D Gond DO_  Date

✿HSA-9 (Rev. 5/97)

c:\documents and settings\lewing\local settings\temp\153950737.tif printed by mivap. (Page 1 of 1)

**SUBJECT:** State briefly the problem on which you desire assistance.

Scanned by SWAIM, KATHY L. CCA in facility POLUNSKY (TL) on 12/29/2010 16:10

NOV 9 0 2010                    I-60-101/11/10

I'm having trouble getting my medication again. On November 01, 2010, at approximately 11pm the lady passing out medication passed my cell without giving me my medicine. I just happened to be standing at the door and stopped her. She said someone didn't put my medication in there. She brought it to me about 20 minutes later. On the evening of November 04, 2010, at approximately 11:34pm I stopped Officer _____ and asked him if the pill lady had come by yet. He said yes, but I must have been asleep when she did. I was not asleep, and even if I was, she's supposed to wake me up to give me my medicine. The pill ladies come anywhere from 7pm until 3am or 4am the next morning. I shouldn't have to stand at my door all that time waiting for them. Please take care of this problem for me. Thank you.   Perry C. Austin

Name: Perry Allen Austin          No: 999416          Unit: Polunsky

Living Quarters: 12CC39          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

N/A - You are required to stand at door to receive medication. If you are not at your door, you will not be medicated.
Stevens 11/5/10

☆ I-60 (Rev. 11-90)

SUB Scanned by SWAIM, KATHY L, CCA in facility POLUNSKY (TL) on 12/17/2010 11:25

DEC 1 1 2010

Can you please renew my Ibuprofen Prescription. Or maybe something else.
My prescription ran out and the constant throbbing pain is driving me crazy,
especially at night when I try to sleep, it seems to get worse. Thank you

Perry A Austin

Name Perry Allen Austin          No 999410          Unit Polunsky

Living Quarters 12 CC39   2-RUW          Work Assignment

DISPOSITION: (Inmate will not write in this space)

☆I-60 (Rev 11-90)

c:\documents and settings\llewing\local settings\temp\151090530.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 11/02/2010 11:58

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

OCT 2 2 2010

**PART A:** (To be completed by offender)          Date: October 20, 2010

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed: ☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: I need to use the nail clippers. My nails are getting very long. They haven't brought nail clippers around since 09-12-10

How long have you had this problem?   Hours: _____          Days: 38

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry a. Austin

**Signature of Offender**          cc-file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____ Nurse Sick Call   R Marmarinas RN   10/22/10 _____

          3

Medical Staff Member's Signature          Date

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\147723597.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 09/01/2010 13:35

SEP 0 1 2010

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

PART A: (To be completed by offender)          Date: 30, August 2010

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed:  ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: Could you please renew my Ibuprofen for my back. The bone spurs on my lower spine are hurting bad

How long have you had this problem?     Hours: _____          Days: _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A Austin
**Signature of Offender**                    cc:file

PART B: (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Ibuprofen was reordered on 8/30/10

_____          9/1/10
Medical Staff Member's Signature          Date

☆HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\147119285.tif printed by mivap. (Page 1 of 1)

Scanned by BRAME, SANDRA C in facility POLUNSKY (TL) on 08/20/2010 10:11

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

AUG 1 9 2010

**PART A: (To be completed by offender)**   Date: 08-17-10

Offender's Name: Perry Allen Austin   TDCJ No. 999410

Work Assignment: _____   Work Hours: _____

Wing No. 12CC 39   School Hours: _____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: I keep putting in sickcalls but I still haven't seen anyone. It's going on two months now. They came to me for a "DENTAL APPOINTMENT" last week, which I did not put in for.

How long have you had this problem?   Hours : _____   Days : _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry L. Austin

**Signature of Offender**   ccfile

---

**PART B: (To be completed by medical personnel -- Do not write below this line)**

Medical Reply: _____ Nurse Sickcall Marmarinaven 8/19/10 _____

_____   _____

**Medical Staff Member's Signature**   **Date**

HSM-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\145262537.tif printed by mivap. (Page 1 of 1)

**SUBJECT:** *State briefly the problem on which you desire* POLUNSKY (TL) on 07/19/2010 08:02

Scanned by FRANKLIN, TONYA J PCA in facility POLUNSKY (TL) on 07/19/2010 08:02

JUL 16 2010   I60-091/07/10

Every week for the past four weeks I have asked to be brought to the infirmary so I can use the
nail clippers. I never got a response from the first one, but the others all said I was scheduled
for sickcall. Every week for the past two and a half weeks I have been requesting to be
seen for my high blood pressure. These sickcalls came back saying I have been scheduled for
sickcall. To date, I have not seen anyone. I especially need to see someone about the high
blood pressure after I passed out from it a couple of weeks ago. I would appreciate it if you
can have the medical department have me seen. Thank you.

*Perry O Austin*

| | | |
|---|---|---|
| **Name:** Perry Allen Austin | **No:** 999410 | **Unit:** Polunsky |
| **Living Quarters:** 12 CC39   2-Row | **Work Assignment:** | |

**DISPOSITION:** (Inmate will not write in this space)

Response: You are scheduled this week.
Marmarinou RN 7/16/10

☆I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\145181172.tif printed by mivap. (Page 1 of 1)

Scanned by FRANKLIN, TONYA J PCA in facility POLUNSKY (TL) on 07/16/2010 09:16

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

JUL 1 5 2010

**PART A:** (To be completed by offender)                          Date: July 12, 2010

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed:    ☒ Medical        ☐ Dental        ☐ Mental Health        ☐ Other: _____

Reason for Health Services Appointment: THIS IS MY THIRD REQUEST IN THREE (3) WEEKS TO USE THE NAIL CLIPPERS, AND THIS IS MY SECOND REQUEST IN TWO (2) WEEKS TRYING TO BE SEEN ABOUT MY BLOOD PRESSURE.

How long have you had this problem?    Hours: _____    Days: _____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*
>
> *Perry P. Austin*
> **Signature of Offender**                                      cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Error Nurse Sick Call Marmarinau 7/15/10

You have been scheduled Marmarinae RN 7/15/10

**Medical Staff Member's Signature**                          Date

☆HSA-9 (Rev. 6/97)

c:\documents and settings\llewing\local settings\temp\144731689.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 07/08/2010 11:05

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUL 07 2010

**PART A:** (To be completed by offender)

Date: July 06, 2010

Offender's Name: Perry Allen Austin

TDCJ No.: 999410

Work Assignment: _____

Work Hours: _____

Wing No.: 12CC39          School Hours: _____

Service needed: ☑ Medical ☐ Dental ☐ Mental Health ☐ Other: _____

Reason for Health Services Appointment: I think I need to see someone about my high blood pressure after all. Headaches, dizziness, memory loss. I passed out several days ago and busted my head. It's worsening.

How long have you had this problem? Hours: I thought I could take care of it myself. Days: _____

> In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.
>
> Perry A. Austin
> **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Provider Sick Call Marmarinac RN 7/7/10

Medical Staff Member's Signature                          Date

☆HSA-9 (Rev. 5/97)

Case 4:04-cv-02387   Document 92-5   Filed in TXSD on 03/06/12   Page 70 of 70

c:\documents and settings\iewing\local settings\temp\144570518.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 07/06/2010 09:27

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 2 9 2010

**PART A:** (To be completed by offender)

Date: _June 28, 2010_

Offender's Name: _Perry Allen Austin_

TDCJ No.: _999410_

Work Assignment: _____

Work Hours: _____

Wing No.: _12CC39_

School Hours: _____

Service needed: ☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: _This is my second request in over a week to use the nail clippers._

How long have you had this problem?   Hours: _____   Days: _____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*
>
> _Perry C. Austin_
> **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _Schedule Nurse Sick Call_

_____   _____
Medical Staff Member's Signature          Date

☆HSA-9 (Rev. 5/97)