c:\documents and settings\llewing\local settings\temp\142702571.tif printed by mivap. (Page 1 of 1)

Scanned by CHURCH, DENISE A CCA in facility POLUNSKY (TL) on 06/02/2010 11:48

01-00
MAY 2 5 2010

I60-089/05/10

Dr. Zond,

You sent me back my sickcall requesting that my Prilosec/Omeprezole be renewed saying it was renewed for 30 days with 11 refills. Yet the pill dispensing women say that they can't see it on the sheet in the book that they go by when they fill out the prescriptions every day. They say that my prescription expires June 12, 2010 and that's it, no refills. Even when I showed the sickcall with your signature on it they say that they have to go by what's on that sheet of paper in that big pill binder. Could you please straighten this out? Thank you.

_Perry A. Austin_

Name: Perry Allen Austin                    No: 999410          Unit: Polunsky

Living Quarters: 12CC39      2-Row          Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

Omeprazole was renewed on 5/13/10 with 11refills.

_[signature]_ 5/25/10

☆I-60 (Rev. 11-90)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 05/14/2010 11:43

MAY 13 2010

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)          Date: May 12, 2010

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CD53          School Hours: _____

Service needed:  ☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: Please renew my Ibuprofen prescription. My back (bone spurs) are really hurting and spasming bad. The Salsalate does nothing to help at all

How long have you had this problem?   Hours: _____   Days: 3

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A Austin
**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:

5-13-2010   Motrin 800 mg Tabs
one tab oral twice daily Take as needed. Refills 2

**Medical Staff Member's Signature**

Alan G Pond DO   Date   RC Parker

HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\141708217.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L CCA in facility POLUNSKY (TL) on 05/14/2010 12:37

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

MAY 14 2010

**PART A:** (To be completed by offender)                                    Date: May 13 2010

Offender's Name: Perry Allen Austin                                    TDCJ No.: 999410

Work Assignment: _____                        Work Hours: _____

Wing No.: 12 CD53                    School Hours: _____

Service needed:  ☑ Medical        ☐ Dental        ☐ Mental Health        ☐ Other: _____

Reason for Health Services Appointment: Please renew my omeprazole prescription. It's supposed to be expiring pretty soon.

How long have you had this problem?    Hours: _____        Days: _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry P. Austin
**Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Omeprazole 20mg po bid x30 days c̄ 1L refills
VO Dr. Fond / Cheekins, LN 5/14/10

Adam G. Ford DO

Medical Staff Member's Signature                                    Date

HSA-9 (Rev. 5/97)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 11/19/2009 08:50

SC-010/11/09

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

NOV 1 6 2009

**PART A:** (To be completed by offender)

Date: November 16, 2009

Offender's Name: Perry Allen Austin

TDCJ No.: 999410

Work Assignment: _____

Work Hours: _____

Wing No.: 12CD53          School Hours: _____

Service needed:  ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: Please renew my prescription for Ibuprofen. My back has been hurting more than usual because of the bone spurs. Thank you.

How long have you had this problem?   Hours: _____   Days: Years

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin

**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____ 11UL69 CL ⊘ _____

_____
Medical Staff Member's Signature                    Date

☆HSA-9 (Rev. 5/97)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 11/19/2009 08:50

SC-010/11/09

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

NOV 1 6 2009

**PART A:** (To be completed by offender)                          Date: November 16, 2009

Offender's Name: Perry Allen Austin                              TDCJ No.: 999410

Work Assignment: _____                        Work Hours: _____

Wing No.: __12CD53__          School Hours: _____

Service needed:  ☒ Medical      ☐ Dental      ☐ Mental Health      ☐ Other: _____

Reason for Health Services Appointment: Please renew my prescription for Ibuprofen. My back has been
hurting more than usual because of the bone spurs. Thank you.

How long have you had this problem?    Hours: _____    Days: Years

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin

**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: ____ 11 16 09  CL ⊘ _____

_____          _____
Medical Staff Member's Signature                        Date

☆HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\131760718.tif printed by mivap. (Page 1 of 1)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 11/19/2009 08:50

SC-010/11/09

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST

NOV 1 6 2009

**PART A:** (To be completed by offender)                         Date: November 16, 2009

Offender's Name: Perry Allen Austin                         TDCJ No.: 999410

Work Assignment: _____                    Work Hours: _____

Wing No.: 12CD53 _____        School Hours: _____

Service needed:  ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other: _____

Reason for Health Services Appointment: Please renew my prescription for Ibuprofen. My back has been
hurting more than usual because of the bone spurs. Thank you.

How long have you had this problem?   Hours: _____        Days: Years

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin

**Signature of Offender**                                        cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____ 11 16 09   CL ⊘ _____

_____

**Medical Staff Member's Signature**                        **Date**

☆HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\131762637.tif printed by mivap. (Page 1 of 1)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 11/19/2009 08:50

SC-010/11/09

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

NOV 1 6 2009

**PART A:** (To be completed by offender)

Date: November 16, 2009

Offender's Name: Perry Allen Austin

TDCJ No.: 999410

Work Assignment: _____

Work Hours: _____

Wing No.: 12CD53          School Hours: _____

Service needed:    ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: Please renew my prescription for Ibuprofen. My back has been hurting more than usual because of the bone spurs. Thank you.

How long have you had this problem?    Hours: _____          Days: Years _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin
**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: 11/16/09 CL ⊘

_____ Medical Staff Member's Signature          **Date**

☆HSA-9 (Rev. 5/97)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 11/19/2009 08:50

SC-010/11/09

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST

NOV 1 6 2009

**PART A:** (To be completed by offender)          Date: November 16, 2009

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CD53          School Hours: _____

Service needed:  ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other: _____

Reason for Health Services Appointment: Please renew my prescription for Ibuprofen. My back has been hurting more than usual because of the bone spurs. Thank you.

How long have you had this problem?  Hours: _____          Days: Years _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin
**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____ 11/16/09  CL ⊘ _____

_____

_____          _____

Medical Staff Member's Signature          **Date**

☆HSA-9 (Rev. 5/97)

c:\documents and settings\lewing\local settings\temp\124004878.tif printed by mivap. (Page 1 of 1)

Scanned by COOLEY-JACKSON, SHANNON L CCA in facility POLUNSKY (TL) on 07/08/2009 15:11

SC--008/06/09

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST

JUL 0 8 2009

**PART A:** (To be completed by offender)          Date: _July 02, 2009_

Offender's Name: _Perry Allen Austin_          TDCJ No. : _999410_

Work Assignment:_____          Work Hours:_____

Wing No.: _12CD53_          School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: _Experiencing a bad earache in my left ear._

_____

How long have you had this problem?    Hours :_____    Days : _3_

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* _Perry O. Austin_
>
> **Signature of Offender**          cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_NSC-Othernisda_

_7/8/09_

_____          _____
Medical Staff Member's Signature          Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\122199369.tif printed by mivap. (Page 1 of 1)

Scanned by MILLER, KELLIE L RDA in facility POLUNSKY (formerly TERRELL) on 06/08/2009 06:20

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

SC-007/05/09

MAY 31 2009

**PART A:** (To be completed by offender)

Date: May 29, 2009

Offender's Name: Perry Allen Austin

TDCJ No. : 999410

Work Assignment:_____

Work Hours:_____

Wing No.: 12BC35          School Hours:_____

Service needed: XX Medical   □ Dental   □ Mental Health   □ Other:_____

Reason for Health Services Appointment: I need my prilosec scrip renewed, medication for my bone spurs in my back, and problems with my knees and legs. This is my second request. Last req. 05/22/09

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin

**Signature of Offender**                                                      cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Chart review. Omeprazole is current. No med fr bone spurs on med profile

**Medical Staff Member's Signature**                          **Date**

HSA - 9 (Rev. 5/97)

c:\documents and settings\lewing\local settings\temp\11923790.tif printed by mivap. (Page 1 of 1)

Case 4:04-cv-02387   Document 92-6   Filed in TXSD on 03/06/12   Page 11 of 60

Scanned by SWAIM, KATHY L CCA in facility POLUNSKY (formerly TERRELL) on 04/17/2009 10:53

SC-001/04/09

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)    Date: 04-16-09    APR 17 2009

Offender's Name: Perry Allen Austin    TDCJ No.: 999410

Work Assignment:_____    Work Hours:_____

Wing No.: 12BC35    School Hours:_____

Service needed: ☐ Medical    ☐ Dental    ☐ Mental Health    ☑ Other: Nail clippers

Reason for Health Services Appointment: I need to clip my toe nails. They're getting very long. They haven't brought the clippers around since March 9, 2009.

How long have you had this problem?    Hours :_____    Days : 46

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* Perry O. Austin

**Signature of Offender**    cc-file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

NSC Saund 4-17-09

**Medical Staff Member's Signature**    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\112940401.tif printed by mivap. (Page 1 of 1)

Scanned by SWAIM, KATHY L CCA in facility POLUNSKY (formerly TERRELL) on 12/16/2008 14:55

**SUBJECT: State briefly the problem on which you desire assistance.**

DEC 11 2008    I60-047/12/08

I am attempting to resolve a problem with my medication. I get 20mg. of Prilosec twice a day, once around midnight and once around 12pm noon. At approximately 12am midnight on 12/04/08, I was not given my medication. The nurse said she would check and come back. She never did. On 12/05/08, I was not given my noon medication. On 12/06/07 I was not given my noon medication until I had complained to Mr. Miller, the male nurse. He said that some had color coded it wrong. On 12/07/08, I was again not given my noon medication. This time it was a black female nurse and she just ignored me. I would appreciate it if this problem could be resolved. Thank You.

*Perry O. Austin*

cc:R. Bourke - Attorney
   file

Name: ___Perry Allen Austin___   No: ___999410___   Unit: ___Polunsky___

Living Quarters: ___12CB15___   Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*12/11   Complaint √ Show you received
         med. ⊗*

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\112705087.tif printed by mivap. (Page 1 of 1)

Scanned by SWAIM, KATHY L CCA in facility POLUNSKY (formerly TERRELL) on 12/11/2008 14:45

SC-010/12/08

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

DEC 0 8 2008

**PART A:** (To be completed by offender)          Date: 12-08-08

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CB 15          School Hours: _____

Service needed: ☑ Medical    ☐ Dental    ☐ Mental Health    ☐ Other: _____

Reason for Health Services Appointment: I haven't been getting my noon medication. Mr. Miller says someone has been marking it down (color code). wrong

How long have you had this problem?    Hours: _____    Days: 7

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry L. Austin
**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel — Do not write below this line)

Medical Reply: The only medication that you have ordered is Omeprazole and it is ordered 2x day which is am & pm

A. Bloom CCA          12-8-08

_____          _____
Medical Staff Member's Signature          Date

☆HSA-9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\111193889.tif printed by mivap. (Page 1 of 1)

Scanned by CHURCH, DENISE A in facility POLUNSKY (formerly TERRELL) on 11/13/2008 07:18

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

SC-010/10/08

**PART A:** (To be completed by offender)          Date: October 20, 2008
Offender's Name: Perry Allen Austin          TDCJ No. : 999410
Work Assignment:_____          Work Hours:_____
Wing No. 12CB15          School Hours:_____
Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____
Reason for Health Services Appointment: Could you please renew my Ibuprofen medication for my back problem.. I've got bone spurs. Thank you.
How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
*fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services*
*regardless of my ability to pay this fee.* Perry O. Austin
                                          **Signature of Offender**          cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)
Medical Reply: CR to Renew Ibuprofen Exp. 9/21/08
Marmanorio

Medical Staff Member's Signature                    Date
                                          OCT 24 2008

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\104113824.tif printed by mivap. (Page 1 of 1)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 06/25/2008 13:38

~~DEPARTMENT OF CRIMINAL JUSTICE~~                    SC-00#/06/08

**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)                Date: 06-24/08    'JUN 2 5 2008

Offender's Name: __Perry Allen Austin__                TDCJ No. : 999410

Work Assignment:_____              Work Hours:_____

Wing No. 12CB1B._____      School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: I complained about the dosage of my Ranitidine not being sufficient (SC-00#/06/08)
on 06-14/08. Instead of increasing my dosage, my KOP is taken away from me. Dosage the same. Please explain and
remedy this problem as the current dosage is still not sufficient.

How long have you had this problem?   Hours :_____              Days :_____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
> *fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services*
> *regardless of my ability to pay this fee.*  *Perry A. Austin*
>
> *Signature of Offender*                    cc:R. Bourke – Attorney
>                                             file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____PSC Maimarmain 6/25/08_____

        Medical Staff Member's Signature                              Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\104007636.tif printed by mivap. (Page 1 of 1)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 06/24/2008 09:30

SC-08/06/08

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 22 2008

**PART A:** (To be completed by offender)    Date: June 18, 2008

Offender's Name: Perry Allen Austin    TDCJ No. 999410

Work Assignment:_____    Work Hours:_____

Wing No.: 12CB15    School Hours:_____

Service needed: XXMedical    □ Dental    □ Mental Health    □ Other:_____

Reason for Health Services Appointment: I've been experiencing episodes of dizziness and feelings of passing out, breaking out in sweats. I would like to be seen.

How long have you had this problem?    Hours :_____    Days : 9.

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

*Perry A. Austin*
**Signature of Offender**    cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Sch. provider SC appt

_____
**Medical Staff Member's Signature**    **Date**

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\103590677.tif printed by mivap. (Page 1 of 1)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 06/16/2008 13:24

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     SC-007/06/08
**HEALTH SERVICES DIVISION**     JUN 1 5 2008
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)     Date: 06/14/08

Offender's Name: Perry Allen Austin     TDCJ No.: 999410

Work Assignment:_____     Work Hours:_____

Wing No.: 12CB15     School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: The current dosage of Ranitidine is not adequate. I am having to sometimes take three to four pills a day. I'm running out of pills too early.

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*   Perry Q Austin
**Signature of Offender**     cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: 6/15/08 Sch NSC education on medication — regimen JS.

_____
**Medical Staff Member's Signature**     Date

HSA - 9 (Rev. 5/97)

Scanned by BOSKEY, PATRICIA S CCA in facility POLUNSKY (formerly TERRELL) on 04/22/2008 11:50   **RECEIVED**   I60-016/04/08

**SUBJECT:** *State briefly the problem on which you desire assistance.*

APR 2 0 2008

I sent in a sickcall request on April 09, 2008 requesting that my Ranitidine prescription be
renewed or I be prescribed something else for my acid reflux. My current prescription runs
out April 19, 2008. I have an extreme case of acid reflux and the current medication barely
works but it's better than nothing at all. I need this medication. Please let me know if it
has been renewed and if it hasn't, the reason why. I have had chronic stomach problems for many
many years and this would be evident if you would get my medical records from my old TDCJ
number (#292744). I am looking forward to hearing something from you soon. Thank you.

cc:file

Name: Perry Allen Austin          No: 999410          Unit: Polunsky

Living Quarters: 12CB15          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*Response: Your medication has been ordered.*
*Mamannau RN 4/20/08*

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\100365790.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 04/18/2008 12:48   I60-016/04

**SUBJECT:** *State briefly the problem on which you desire assistance.*                    **RECEIVED**

I sent in a sickcall request on April 09, 2008 requesting that my ~~APR 18 2008~~ prescription
renewed or I be prescribed something else for my acid reflux. My current prescription run
out April 19, 2008.  I have an extreme case of acid reflux and the current medication be
works but it's better than nothing at all.  I need this medication. Please let me know i
has been renewed and if it hasn't the reason why. I've had chronic stomach problems for
many years and this would be evident if you would get my medical records from my old TDC
number (#292744). I am looking forward to hearing something from you soon. Thank you.

Name: _Perry Allen Austin_____   No: __999410____   Unit: _Polunsky_____

Living Quarters: __12CB15_____   Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*med ordered*

*2/m*

*Chart Review*
*H. Williamson*
*41808*

I-60 (Rev. 11-90)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 03/10/2008 09:11

**RECEIVED**  SC-002/

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**   MAR 0 7 2008   80

**SICK CALL REQUEST**

**PART A:** (To be completed by offender)   Date: March 05, 2008

Offender's Name: Berry Allen Austin                   TDCJ No. : 999410

Work Assignment:_____   Work Hours:_____

Wing No.: 12CB15          School Hours:_____

Service needed: ☒ Medical      ☐ Dental      ☐ Mental Health      ☐ Other:_____

Reason for Health Services Appointment: I would like to have my Ibuprofen prescription
renewed for my back. I've got bone spurs.

How long have you had this problem?   Hours :_____   Days : Many

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Signature of Offender_                          cc:fi

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Schedule Provider Sick call —

_____

_Medical Staff Member's Signature_        N. Williamson        _Date_

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\95602020.tif printed by mivap. (Page 1 of 1)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 01/25/2008 10:19

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JAN 2

**PART A:** (To be completed by offender)                     Date: _22, January 2008_

Offender's Name: _Perry Allen Austin_                  TDCJ No. _999410_

Work Assignment:_____        Work Hours:_____

Wing No.: _12 CB15_                    School Hours:_____

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment: _I need my Ranitidine renewed._

_____

How long have you had this problem?     Hours :_____     Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
*fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services*
*regardless of my ability to pay this fee.*  _Perry L. Austin_
                                          **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _Order current - see attached med pass_

_____     _A. Du/Jan L_

                    Medical Staff Member's Signature                                    Date

**HSA - 9 (Rev. 5/97)**

c:\documents and settings\llewing\local settings\temp\95427538.tif printed by mivap. (Page 1 of 2)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 01/23/2008 07:02

**SUBJECT:** State briefly

I need my Ranitidine prescription renewed. I was informed that it had expired 01-05-08. Thank you

*Perry A. Austin*

cc;file

Name: **Perry Allen Austin**          No: **999410**          Unit: **Polunsky**

Living Quarters: **12CB15**          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*Ranitidine refilled*
*N. Williamson*
*1/1/08*

I-60 (Rev. 11-90)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 01/23/2008 07:02

**SUBJECT:** *State briefly the problem on which you desire assistance.*

**JAN 1 9 20**

I60-005/01/

This is a sickcall request: Could you please renew my Ranitidine prescri...

My current prescription has ran out. I have enough extra left over to

last another five days.

I am resorting to sending this sickcall request directly to you because

there has not been a sickcall nurse through here in over three weeks that

I know of for sure. Some of the other guys say it has been almost two m...

I tried to give it to the pill nurse but she wouldn't stop. I would appr...

it if you could process this as soon as you can. My acid reflux is very...

Thank you.   *Perry A. Austin*   cc:fil...

Name: __Perry Allen Austin__   No: _999410_   Unit: __Polunsky__

Living Quarters: _12CB15_   Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

c:\documents and settings\lewing\local settings\temp\95139715.tif printed by mivap. (Page 1 of 1)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 01/16/2008 14:00                    I60-003/6

**SUBJECT:** *State briefly the problem on which you desire assistance.*

JAN 1 6

Ms. Overbeck,

    Could you please find out what happened to my pill pack? Ranitidine. was supposed to get one around the 5th of January 2008. That's when the current pill pack runs out.  I still have some left over in the current pack because I'm always getting my pill pack late but, it's subject for confiscation if the guards come in here for shakedown.  It's expired and always take expired pill packs. Anyway, I would appreciate it if you could see what the problem is and have my pill pack sent to me. Thank you.

cc:

Name: __Perry Allen Austin__        No: __999410__     Unit: __Polunsky__

Living Quarters: __12CB15__   1 - row     Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space) Your order expired 01-05-08

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\85399013.tif printed by mivap. (Page 1 of 1)

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 07/16/2007 09:55

SC-007/07

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUL 1 3 2007

**PART A: (To be completed by offender)**   Date: 12, July 2007

Offender's Name: Perry Allen Austin    TDCJ No. : 999410

Work Assignment:_____    Work Hours:_____

Wing No.: 12 BC 29    School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: I need my Ranitidine prescription renewed.

How long have you had this problem?    Hours :_____    Days :_____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*   Perry D Austin

**Signature of Offender**

---

**PART B: (To be completed by medical personnel -- Do not write below this line)**

Medical Reply: Ranitidine is current until

D. Young FNP-C   1/5/08    7/13/07

**Medical Staff Member's Signature**    **Date**

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\85262821.tif printed by mivap. (Page 1 of 1)

**SUBJECT:** *State briefly the problem on which*

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 07/12/2007 13:33

I60-081/07

JUL 1 2 2007

MS. OVERBECK,

I HAVE BEEN TRYING FOR OVER A WEEK NOW TO GET MY PRESECRIPTION FOR RANITIDINE RENEWED. I'VE SENT IN TWO SICKCALLS WITH NO RESPONSE. I ALSO HAVEN'T SEEN A SICKCALL NURSE COME THROUGH HERE ANNOUNCING SICKCALL FOR THE PAST COUPLE OF DAYS, NOT INCLUDING WEEKENDS. I THEREFOR HAVE TO RESORT TO THIS I60 IN HOPES THAT THEN I'LL GET A RESPONSE. I WOULD APPRECIATE IT IF YOU WOULD RENEW MY RANITIDINE PRESCRIPTION OR PRESCRIBE SOMETHING STRONGER. THANK YOU.

*Perry O. Aust*

cc: file

Name: PERRY ALLEN AUSTIN        No: 999410        Unit: POLUNSKY

Living Quarters: 12BC29        Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

*Auto Renewed 7/10/07. Please check with pill nurse. Mailing you current print pass. dhumlu Bcca 7/12/07*

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\85153001.tif printed by mivap. (Page 1 of 1)

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 07/11/2007 07:55          SC-005/07

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

JUN 2 8 2007

**PART A:** (To be completed by offender)                    Date: 06/28/07

Offender's Name: PERRY ALLEN AUSTIN                    TDCJ No. : 999410

Work Assignment:                                      Work Hours:

Wing No.: 12BA14              School Hours:

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:

Reason for Health Services Appointment: I NEED TO HAVE MY RANTIDINE PRESCRIPTION RENEWED. I BELIEVE ITIS FIXING
TO RUN OUT. I'M HAVING EAR ACHES ALSO.

How long have you had this problem?    Hours :                         Days :

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry A. Austin
**Signature of Offender**                                          cc: file

---

**PART B:** (To be completed by medical personnel — Do not write below this line)

Medical Reply: CKV provider 7/6/07  Exp 7/12/07

6/28/07

Medical Staff Member's Signature                                          Date

HSA - 9 (Rev. 5/02)   Zant... Rantidine 150 mg  II PO BID
x 30 Days  5RF KOP  n...  6/28/07

c:\documents and settings\llewing\local settings\temp\82105924.tif printed by mivap. (Page 1 of 1)

Scanned by BARNES, EVA L CCA in facility POLUNSKY (formerly TERRELL) on 05/11/2007 14:43

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

MAY 0 3 2007

**PART A:** (To be completed by offender)          Date: MAY 01, 2007

Offender's Name: PERRY ALLEN AUSTIN          TDCJ No.: 999410

Work Assignment:_____          Work Hours:_____

Wing No.: 12BA14          School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: MY BACK IS BOTHERING ME AGAIN. I'D LIKE TO GET A RENEWAL ON THE IBUPROFEN PRESCRIPTION.

How long have you had this problem?   Hours :_____   Days : YEARS

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*   Perry C. Austin

          **Signature of Offender**          cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____ ibuprofen 600 mg   I PO BID X 90 Days
          No re KOP-DSER

          H. Overbeck FNP-C          5/3/07

          **Medical Staff Member's Signature**          **Date**

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\81055125.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 04/23/2007 14:16

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: 04-20-07       APR 2 1 2007

Offender's Name: PERRY ALLEN AUSTIN                    TDCJ No. 999410

Work Assignment:_____    Work Hours:_____

Wing No. 12BA14 ____    School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment:   MY BACK IS HURTING REAL BAD AGAIN.   I'D LIKE TO GET BACK
ON THE IBUPROFEN.

How long have you had this problem?    Hours :_____    Days : 7

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
*fund will be charged a $3.00 copayment fee.  I also understand that I will be provided access to health services*
*regardless of my ability to pay this fee.*   *Perry A. Aust*
                                              *Signature of Offender*

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____   4-23-07    RSC - mn._____

_____

_____    _____

_____Medical Staff Member's Signature_____                    _____Date_____

c:\documents and settings\liewing\local settings\temp\73656185.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 11/28/2006 14:55

**SUBJECT:** *State briefly the problem on which you desire assistance.*                    I60-049/06

MS. OVERBECK,

PLEASE REMOVE MY NAME FROM THE WAITING LIST TO GO TO ESTELLE UNIT FOR MY EYE CHECK-UP.

I NO LONGER WISH TO GO. THANK YOU.

*Perry G. Austin*

Name: __PERRY ALLEN AUSTIN__          No: __999410__          Unit: __POLUNSKY__

Living Quarters: __12BA14  2 ROW__          Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

NSC to sign refusal

*H. Overbeck AW/M/FM/C*

11/28/06

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\72670387.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 11/07/2006 11:21

TEXAS DEPARTMENT OF CRIMINAL JUSTICE                     SC–004/06
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)                        Date: 11/05/06—     RECEIVED

Offender's Name: PERRY ALLEN AUSTIN                  TDCJ No.: 999410     NOV 07 2006

Work Assignment:_____            Work Hours:_____

Wing No.: 12BA14            School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: I NEED SOMETHING FOR MY EYES. THEY ARE ALWAYS HURTING,

THROBBING, FEELS LIKE GRIT ALWAYS IN THEM.

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

*Signature of Offender*                                 cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

                                                          11-7-06

Medical Staff Member's Signature                           Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\68179328.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 08/10/2006 13:45

SC-004/06

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

RECEIVED
AUG 1 0 2006

**PART A:** (To be completed by offender)

Offender's Name: PERRY ALLEN AUSTIN

Date: 080906

TDCJ No.: 999410

Work Assignment: _____

Work Hours: _____

Wing No.: 12E B20

School Hours: _____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: Headaches, Eyes Gas, — Something is wrong with my eyes.

How long have you had this problem?   Hours: _____   Days: 15 - 20

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*  Perry O. Aust
>
> **Signature of Offender**          cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: PSC _____

Medical Staff Member's Signature          8-10-06   Date

HSA - 9 (Rev. 5/97)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 08/07/2006 10:14

SC-003/06

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

RECEIVED

AUG 0 6 2006

**PART A:** (To be completed by offender)

Date: 07-31-06

Offender's Name: PERRY ALLEN AUSTIN

TDCJ No.: 999410

Work Assignment:_____

Work Hours:_____

Wing No.: ~~HSEC~~ 12EB 20        School Hours:_____

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment: HAVING VIOLENT REACTION TO GAS/PEPPER SPRAY; KEY GETTING TERRIBLE MIGRAINE; NEED OTHER PILL PACK / RANITIDINE

How long have you had this problem?     Hours :_____     Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry P. Austin

**Signature of Offender**

cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

PSC

_____

8-7-06

Medical Staff Name: _____

Date

**HSA - 9 (Rev. 5/97)**

c:\documents and settings\llewing\local settings\temp\66752398.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 07/14/2006 10:30

☎ SC-002/06

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)          Date: 07-12-06   RECEIVED
                                                                    JUL 14 2006

Offender's Name: PERRY ALLEN AUSTIN          TDCJ No.: 999410

Work Assignment:_____          Work Hours:_____

Wing No.: 12CC30          School Hours:_____

Service needed: ☑ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: I need my Ranitidine prescription renewed, or changed to something better.

How long have you had this problem?   Hours :_____   Days :_____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry l. Austin
**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

Medical Staff Member's Signature                     7/14/06
                                                        Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\lewing\local settings\temp\65202941.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 06/14/2006 11:40

SUBJECT: State briefly the problem on which you desire assistance.

I60-030/06

Sir,

I AM HAVING PROBLEMS OBTAINING MY KOP MEDICATION. I HAVE ACID REFLUX VERY BAD AND AM ON RANITIDINE. I GET A NEW PILL PACK EVERY MONTH. I'M SUPPOSED TO ANYWAY. MY PILL PACK EXPIRED ON 05-23-06, IT IS NOW 05-25-06 AND I HAVE STILL NOT RECEIVED MY NEW PILL PACK. LAST MONTH I HAD TO PUT IN A SICKCALL AND THE COMPUTER HAD SHOWN I HAD ALREADY RECEIVED IT WHEN I HADN'T. AFTER SEARCHING MY CELL AND NOT FINDING ANYTHING THEY LOOKED WHEREVER IT IS THEY KEEP THEM AND FOUND MY PILL PACK. THE VERY PILL PACK THE PILL NURSE HAD LOGGED AS ALREADY BEEN GIVEN TO ME. NOW ANOTHER MONTH HAS GONE AND AGAIN, I'M NOT GETTING MY MEDICATION. I WOULD APPRECIATE IT IF YOU COULD DO SOMETHING. THANK YOU.            cc: RICHARD BURKE - ATTY

                                    Perry A. Austin                             File

Name: PERRY ALLEN AUSTIN          No: 999410          Unit: POLUNSKY

Living Quarters: 12CC30   1 - ROW          Work Assignment: _____

DISPOSITION: (Inmate will not write in this space)

Issued 5/29/06. Provider CRV 7/15/06 for Ranitidine renewal.

                                    [signature] 6/14/06

I-60 (Rev. 11-90)

c:\documents and settings\llewing\local settings\temp\62725119.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 04/27/2006 09:35

SC - 001/06

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

RECEIVED

**PART A:** (To be completed by offender)     Date: 04-26-06  APR 27 2006

Offender's Name: Perry Allen Austin          TDCJ No.: 999410

Work Assignment: _____      Work Hours: _____

Wing No.: 12CC30          School Hours: _____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other: _____

Reason for Health Services Appointment: My acid reflux is getting worse to where even the current dosage of Ranitidine is barely helping.

How long have you had this problem?   Hours : _____   Days : _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* Perry O. Austin

*Signature of Offender*

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: PSC

N. Guidoad FNPC                                    4-27-06

Medical Staff Member's Signature                         Date

**HSA - 9 (Rev. 5/97)**

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 02/03/2006 11:52

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

SC-001/06

**RECEIVED**

**PART A:** (To be completed by offender)

Offender's Name: PERRY ALLEN AUSTIN

Work Assignment:

Wing No.: 12-CC-30          School Hours:

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:

Reason for Health Services Appointment: I AM EXPERIENCING BLURRED AND DOUBLE VISION, REAL BAD HEADACHES, AND NOSE

BLEEDS.

How long have you had this problem?     Hours :_____     Days : APPROX. 15

Date: FEBRUARY 02, 2006  FEB 03 2006

TDCJ No. : 999410

Work Hours:

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardly of my ability to pay this fee.*

Perry A. Austin

**Signature of Offender**

cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: AH 020306  PSC

_____          _____
Medical Staff Member's Signature                                    Date

HSA - 9 (Rev. 5/97)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 08/29/2005 08:04

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
SC-011/05
AUG 2 8 2005

**HEALTH SERVICES DIVISION**

**SICK CALL REQUEST**

**PART A:** (To be completed by offender)                    Date:  08/27/05

Offender's Name:  PERRY ALLEN AUSTIN                 TDCJ No. :  999410

Work Assignment:_____              Work Hours:_____

Wing No.:  12CC30        School Hours:_____

Service needed: ℞ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment:  MY BACK IS HURTING REAL BAD AGAIN. THE IBUPROFEN IS NOT
WORKING AT ALL.

How long have you had this problem?     Hours :_____     Days :  3

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

*Perry C Austin*

**Signature of Offender**                                         cc: file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

PSC   8/28/05   [signature]

Medical Staff Member's Signature                              Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\49700327.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 07/26/2005 09:19

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

SC-009/05

**PART A:** (To be completed by offender)   Date: JULY 25, 2005

JUL 26 2005

Offender's Name: PERRY ALLEN AUSTIN     TDCJ No. : 999410

Work Assignment:_____   Work Hours:_____

Wing No.: 12C030     School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: I NEED MY MEDICAL PASS FOR MY NEOPHRENE ELBOW SLEEVE RENEWED PLEASE.

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry O. Aust

**Signature of Offender**     cc:file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply_____

_____

**Medical Staff Member's Signature**     Date 07/26/2005

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\49700333.tif printed by mivap. (Page 1 of 1)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE    SC-010/05
HEALTH SERVICES DIVISION
SICK CALL REQUEST                              JUL 2 6 2005

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 07/26/2005 09:20

**PART A:** (To be completed by offender)                    Date: JULY 25, 2005

Offender's Name: PERRY ALLEN AUSTIN                         TDCJ No. : 999410

Work Assignment:_____    Work Hours:_____

Wing No.: 12C-C-30    School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment:  I NEED MY RANITIDINE PRESCRIPTION RENEWED. I HAVEN'T A NEW PILL PACK

IN OVER A MONTH.

How long have you had this problem?    Hours :_____    Days :_____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust
fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services
regardless of my ability to pay this fee.*    Perry A Aust

                                          Signature of Offender              cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

            Medical Staff Member's Signature                          Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\46981256.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 05/31/2005 13:15

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**   SC-008/05
**SICK CALL REQUEST**

MAY 3 1 2005

**PART A:** (To be completed by offender)                     Date: 05-29-05

Offender's Name: PERRY ALLEN AUSTIN           TDCJ No.: 999410

Work Assignment:_____           Work Hours:_____

Wing No.: 12CC30          School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: I WOULD LIKE TO HAVE MY LUNGS CHECKED FOR TB. X-RAYS. I HAD
TESTED POSITIVE FOR IT MANY YEARS AGO.

How long have you had this problem?   Hours :_____   Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust
fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services
regardless of my ability to pay this fee.* Perry C. Austin

**Signature of Offender**          cc: file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____ PSC · 5-30-05 _____

_____

**Medical Staff Member's Signature**                     **Date**

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\45568986.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 05/06/2005 12:48

SC-007/05

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

MAY 0 6 2005

**PART A: (To be completed by offender)**                                  Date:__05/05/05__

Offender's Name:__PERRY ALLEN AUSTIN__                    TDCJ No. :__999410__

Work Assignment:_____                      Work Hours:_____

Wing No.:__12CC30__          School Hours:_____

Service needed: XX Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment: MY BACK IS MESSED UP AGAIN. IT'S SLIPPED AND THE PAIN IS BAD,

MOVING TO MY RIGHT HIP AND LEG.

How long have you had this problem?     Hours :_____     Days :__YEARS__

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Signature of Offender                                        cc: file

**PART B: (To be completed by medical personnel -- Do not write below this line)**

Medical Reply:_____

_____     _____

Medical Staff Member's Signature                                        Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\43379079.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 03/18/2005 07:50

SC–005/05

**MAR 1 7 2005**

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
#### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: mARCH 15, 2005

Offender's Name: PERRY ALLEN AUSTIN                    TDCJ No. : 999410

Work Assignment:_____                    Work Hours:_____

Wing No.: 12CC30 _____          School Hours:_____

Service needed: ☒Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: SOMETHING SLIPPED IN MY LOWER BACK AGAIN. LOTS OF PAIN.

IBUPROFEN NOR ACETAMINOPHEN HELPS.

How long have you had this problem?    Hours : 13½ _____    Days :_____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Perry L. Austi_
**Signature of Offender**

cc R. BOURKE - ATTY.
   file

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

_____          _____
**Medical Staff Member's Signature**                    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\42362002.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 02/28/2005 10:51

SC-004/05

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

FEB 2 6 2005

**PART A:** (To be completed by offender)                    Date: 02-25-05

Offender's Name: PERRY ALLEN AUSTIN                    TDCJ No. : 999410

Work Assignment: _____          Work Hours: _____

Wing No.: 12CC30          School Hours: _____

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other: _____

Reason for Health Services Appointment: I AM CONTINUING TO EXPERIENCE LOWER BACK PAIN. HAVE STILL
NOT RECEIVED MEDICATION FROM DR. ZOND'S VISIT 02-17-05

How long have you had this problem?     Hours : _____     Days : _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
*fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services*
*regardless of my ability to pay this fee.*

Perry L Austin
**Signature of Offender**

cc: R. BOURKE - ATTORNEY
file

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: No meds were ordered this visit

_____

E. Donaldson M                                    2-26-05
**Medical Staff Member's Signature**                    **Date**

c:\documents and settings\llewing\local settings\temp\41024870.tif printed by mivap. (Page 1 of 1)

SC - 903/05

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 02/02/2005 06:59

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION    FEB 01 2005
### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: 01-31-05

Offender's Name: Perry Allen Austin                  TDCJ No.: 999410

Work Assignment:_____    Work Hours:_____

Wing No.:_____        School Hours:_____

Service needed: ☒ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: My back is still messed up. This is my second request.
_____

How long have you had this problem?    Hours :_____    Days :_____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*
>
> Perry P Austin
> **Signature of Offender**                        cc: File

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

_____
        Medical Staff Member's Signature                    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\38922920.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 12/20/2004 13:15

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

SC-020

DEC 20 2004

**PART A:** (To be completed by offender)                                      Date: 12/20/04

Offender's Name: PERRY ALLEN AUSTIN                                 TDCJ No.: 999410

Work Assignment:_____                          Work Hours:_____

Wing No.: 12CC36          School Hours:_____

Service needed: ☒Medical      ☐ Dental      ☐ Mental Health      ☐ Other:_____

Reason for Health Services Appointment: I NEED MY MEDICAL PASS RENEWED FOR MY NEOPHRENE MEDICAL

SLEEVE ELBOW BRACE.  THIS IS MY SECOND REQUEST.

How long have you had this problem?      Hours :_____      Days :_____

cc:file

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

√*Signature of Offender*

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_____

_____

Medical Staff Member's Signature                                              Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\38489703.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 12/09/2004 08:56

SC-017

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)    Date: 12-07-04    DEC - 9 2004

Offender's Name: PERRY ALLEN AUSTIN    TDCJ No.: 999410

Work Assignment: _____    Work Hours: _____

Wing No.: 12 BD 43    School Hours: _____

Service needed: ☑ Medical    ☐ Dental    ☐ Mental Health    ☐ Other: _____

Reason for Health Services Appointment: I need my medical pass renewed for my neoprene elbow sleeve brace. Thank you.

How long have you had this problem?    Hours : _____    Days : _____

cc:file

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry C. Austin

**Signature of Offender**

---

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Will Consult Provider & Bring up the refills

Medical Staff Member's Signature    PO Smith    12-9-04    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\38303643.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 12/06/2004 06:42

**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)                    Date: 12-01-04

Offender's Name: PERRY ALLEN AUSTIN                         TDCJ No.: 999410

Work Assignment: _____                        Work Hours: _____

Wing No.: 12 BD 43          School Hours: _____

Service needed: ☑ Medical      ☐ Dental      ☐ Mental Health      ☐ Other: _____

Reason for Health Services Appointment: I NEED ANOTHER TYLENOL CARD. THANK YOU.

How long have you had this problem?    Hours: _____    Days: _____

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*    Perry D Austin

                                    *Signature of Offender*

                                    Leot 9-28-03

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _____ see attachment

_____

                Medical Staff Member's Signature          12-3-04          Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\35051428.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 09/13/2004 11:01

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

RECEIVED

**PART A: (To be completed by offender)**                    Date: 09-10-04  SEP 11 2004
Offender's Name: PERRY ALLEN AUSTIN                          TDCJ No. 999410
Work Assignment: _____                    Work Hours: _____
Wing No.: 12 BD 43            School Hours: _____
Service needed: ☑ Medical    ☐ Dental    ☐ Mental Health    ☐ Other: _____
Reason for Health Services Appointment: Nurse Byron told me to put in this several months ago concerning getting new glasses. She said September.
How long have you had this problem?    Hours : _____    Days : _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*    Perry O. Austin
                                                    Signature of Offender

**PART B: (To be completed by medical personnel -- Do not write below this line)**
Medical Reply: Optom is in Oct. As I said Sept. Sorry, anyway sept won't OK
Medical Staff Member's Signature _____    Date 9/13/04

HSA - 9 (Rev. 5/97)

c:\documents and settings\lewing\local settings\temp\32160481.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 06/24/2004 12:35     SC-067

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

PART A: (To be completed by offender)                                    Date: 06-23-04

Offender's Name Perry Allen Austin                          TDCJ No. 999410

Work Assignment:                                                              Work Hours:

Wing No. 12 BP 43                         School Hours:

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:

Reason for Health Services Appointment: What's happened to my Ranitidine prescription? Has it ran out? I haven't gotten anymore. White ones aren't working anyway.                    cc:file

How long have you had this problem?     Hours:                          Days:

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry O Austin

**Signature of Offender**

---

PART B: (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Zanta(c) expired, best has been reordered

Medical Staff Member's Signature                    6/24/04                    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\31423607.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 06/03/2004 07:04

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

RECEIVED
JUN 0 2 2004

**PART A:** (To be completed by offender)        Date: 06 · 01 · 04

Offender's Name: Perry Allen Austin        TDCJ No.: 999410

Work Assignment:_____        Work Hours:_____

Wing No.: 12 BD 43        School Hours:_____

Service needed: ☒ Medical   ☐ Dental   ☐ Mental Health   ☐ Other:_____

Reason for Health Services Appointment: May I please get my medical pass renewed for my neophrene elbow sleeve brace? Thank you.                    cc:file

How long have you had this problem?  Hours :_____        Days :_____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* Perry Q. Austin
> **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____
_____ It is Ordered _____
_____
Medical Staff Member's Signature _____ 6/02/04        Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\31423606.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 06/03/2004 07:04

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

RECEIVED

**PART A:** (To be completed by offender)

Date: _06 - 01 - 04_  JUN 0 2 2004

Offender's Name: _Perry Allen Austin_

TDCJ No. _999410_

Work Assignment: _____

Work Hours: _____

Wing No. _12 BO 43_           School Hours: _____

Service needed ☒ Medical      ☐ Dental      ☐ Mental Health      ☐ Other: _____

Reason for Health Services Appointment: _MAY I PLEASE GET MY MEDICAL PASS RENEWED FOR MY NEOPHRENE ELBOW SLEEVE BRACE. THANK YOU._

How long have you had this problem?   Hours : _____    Days : _____

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*   _Perry O Austs_

                    **Signature of Offender**

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: _Pass renewed,_

_____

_____   _4/2/04_

            Medical Staff Member's Signature                    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\30758257.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 05/13/2004 09:36

SC - 006

RECEIVED

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)      Date: 05-11-04 MAY 10 2004

Offender's Name: PERRY ALLEN AUSTIN      TDCJ No.: 999410

Work Assignment: _____      Work Hours: _____

Wing No.: 12B043      School Hours: _____

Service needed: ☒ Medical      ☐ Dental      ☐ Mental Health      ☐ Other: _____

Reason for Health Services Appointment: I need my eyes checked for new glasses. The ones I have aren't getting it and give me a headache all of the time. Received them 1995

How long have you had this problem?   Hours: _____   Days: _____

cc:file

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* Perry D Austin

*Signature of Offender*

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: NSC _____

_____      _____

Medical Staff Member's Signature      Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\30382801.tif printed by mivap. (Page 1 of 1)

Scanned by WARREN, MELINDA CCA in facility POLUNSKY (formerly TERRELL) on 05/03/2004 10:03

### TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
### SICK CALL REQUEST

MAY 3 2004

**PART A:** (To be completed by offender)       Date: 05-03-04

Offender's Name: Perry Allen Austin       TDCJ No.: 999410

Work Assignment:_____       Work Hours:_____

Wing No.: 12 BD 43       School Hours:_____

Service needed ☑ Medical    ☐ Dental    ☐ Mental Health    ☐ Other:_____

Reason for Health Services Appointment: Stomach problems still, Was told to come back and see you

How long have you had this problem?    Hours :_____    Days : years    cc: file

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

Perry L Austin

/Signature of Offender

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

Medical Staff Member's Signature       Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\28706540.tif printed by mivap. (Page 1 of 1)

Scanned by WARREN, MELINDA  CCA in facility POLUNSKY (formerly TERRELL) on 03/12/2004 10:23  003

**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

PART A: (To be completed by offender)                                    Date: 03 - 11 - 04
Offender's Name: Perry Allen Austin                                TDCJ No. : 999410
Work Assignment: Unemployed                                        Work Hours:_____
Wing No.: 12 BD 43              School Hours:_____
Service needed: ☑ Medical      ☐ Dental      ☐ Mental Health      ☐ Other:_____
Reason for Health Services Appointment: The Ranitidine does not work. Been taking it and Alamaz over
a year. Constant, every day burning pain.
How long have you had this problem?   Hours :_____                 Days : Years
                                                                                        cc:file

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust*
*fund will be charged a $3.00 copayment fee.  I also understand that I will be provided access to health services*
*regardless of my ability to pay this fee.*    Perry D Austin
                                          **Signature of Offender**

PART B: (To be completed by medical personnel -- Do not write below this line)
Medical Reply:_____

_____

_____    Medical Staff Member's Signature                                   Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\27029720.tif printed by mivap. (Page 1 of 1)

Scanned by HUMBIRD, DELLA D in facility POLUNSKY (formerly TERRELL) on 01/20/2004 14:43

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
### HEALTH SERVICES DIVISION
#### SICK CALL REQUEST

**PART A:** (To be completed by offender)                    Date: _01 - 20 - 04_

Offender's Name: _Perry Allen Austin_          TDCJ No. : _999410_

Work Assignment:_____          Work Hours:_____

Wing No.: _12 B043_          School Hours:_____

Service needed: ☑ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment: _Ranitidine doesn't work, never has; commissary hasn't had Alamac in_
_over a month. Also have red dry patch on leg, pealing, psoriasis?_

How long have you had this problem?    Hours :_____          Days :_Over a year_

---

*In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.*

_Perry O. Austin_

**Signature of Offender**

JAN 20

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply:_____

_MD_

_____          _____

    Medical Staff Member's Signature                    Date

HSA - 9 (Rev. 5/97)

c:\documents and settings\llewing\local settings\temp\23951287.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 09/30/2003 15:41

Rec'd 9/28/03

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)                    Date: 09-16-03

Offender's Name: Perry, Allen Austin                    TDCJ No.: 999410

Work Assignment:_____                    Work Hours:_____

Wing No.: 12 BD 43          School Hours:_____

Service needed: ☒ Medical     ☐ Dental     ☐ Mental Health     ☐ Other:_____

Reason for Health Services Appointment: I need another Tylenol Card. My other was taken when I was on Death Watch.

How long have you had this problem?     Hours :_____     Days :_____

> *In accordance with state law, if this visit meets offender health care copayment criteria, I understand that my trust fund will be charged a $3.00 copayment fee. I also understand that I will be provided access to health services regardless of my ability to pay this fee.* Perry D. Austin
>                                         Ü *Signature of Offender*

**PART B:** (To be completed by medical personnel -- Do not write below this line)

Medical Reply: Issued c̄ Tylenol.

_____          9-28-03

Medical Staff Member's Signature                    Date

HSA - 9 (Rev. 5/97)

```
Lab data imported from and Tests Performed by UTMB Laboratories
Galveston, Tx 77555-0743 Telephone Number 800-LAB-2266
```

```
Patient Name  : AUSTIN, PERRY,
Patient Id    : 999410
Patient Phone :
Date of Birth : 06/23/1959
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : *YOUNG
Facility      : POLUNSKY (formerly TERRELL)
                1202 FM 350 SOUTH
                LIVINGSTON  TX  77351
```

| Test Name | Result | ABN Flag | Unit | Reference Range |
|---|---|---|---|---|

```
Accession: 0000428004057    Requistion: 29247566
Drawn:10/06/04 04:55    Received:10/06/04 22:18    Reported: 11/15/04 13:27
```

```
Procedure: MISC FROZE
     HEPATITIS C RNA, Qual by PCR PERFORMED AT:  ARUP, 500 Chipeta Way, Salt Lake
     City, Utah 84108.
```

```
MISC TEST, FROZEN
     TEST NAME                          RESULT UNITS    H/L      REFERENCE INTERVAL
     HEPATITIS C RNA, Qual by PCR         NEGATIVE
     The specimen was NEGATIVE for Hepatitis C Viral RNA.
     HCV RNA was not detected. This assay can detect down to
     50 IU/mL (100 copies/mL). A negative result does not rule
     out the presence of PCR inhibitors in the patient specimen
     or RNA concentrations below the level of detection of the
     assay. False negatives can be caused by improper specimen
     handling.
     TEST INFORMATION: Hepatitis C RNA, Qual by PCR
     Assay methodology is polymerase chain reaction (PCR)
     using the FDA approved Roche Amplicor HCV Test,
     version 2.0.
     This test is performed pursuant to an agreement with
     Roche Molecular Systems, Inc.
      HEPATITIS C RNA, Qual by PCR PERFORMED AT:  ARUP, 500 Chipeta Way, Salt Lake
      City, Utah 84108.^
```

```
L    Low, H    High, C    Critical, *    Abnormal Alpha
```

Print Date: 11/15/2004 13:40                                                    Page: 1/1
This document has been sent for signature, but has not yet been reviewed

DIANE E. JACKSON, FNP

```
PATIENT:        AUSTIN,PERRY A
                3872 FM 350 SOUTH
                LIVINGSTON, TX  77351
MRN:            999410
User:           JACKSON, DIANE E. FNP


HYDRODIURIL 25MG TABS
Sig:            1 x TABS ORAL DAILY
Order Date:     08/13/2011 16:42
Start Date:     08/13/2011 16:42
Auto Stop Date: 09/12/2011 16:42


Disp. #:        30  TABS
Refills:        11  Before: 09/12/2011 16:42


Allow Generic - No product selection indicated
Rx Written On:    08/13/2011
```

Prescription Electronically Signed
by DIANE E. JACKSON, FNP