GARY R. CHRISTMAN, D.D.S.

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             CHRISTMAN, GARY R. D.D.S.


VEETIDS 500MG TABS
Sig:              1 x TABS ORAL 3 TIMES DAILY
Order Date:       07/28/2011 12:36
Start Date:       07/28/2011 12:36
Auto Stop Date:   08/07/2011 12:36


Disp. #:          30  TABS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    07/28/2011


                            Prescription Electronically Signed
                            by GARY R. CHRISTMAN, D.D.S.
```

GARY R. CHRISTMAN, D.D.S.

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             CHRISTMAN, GARY R. D.D.S.


AMOXIL 500MG CAPS
Sig:              1 x CAPS ORAL TWICE DAILY
Order Date:       07/06/2011 10:29
Start Date:       07/06/2011 10:29
Auto Stop Date:   07/16/2011 10:29


Disp. #:          20  CAPS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    07/06/2011
```

Prescription Electronically Signed
by GARY R. CHRISTMAN, D.D.S.

DAN F. DAVIS, PA-C

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             DEWITT, KIMBERLY L. L.V.N.


MOTRIN 800MG TABS
Sig:              1 x TABS ORAL TWICE DAILY      TAKE AS NEEDED
Order Date:       06/04/2011 17:10
Start Date:       06/04/2011 17:10
Auto Stop Date:   07/04/2011 17:10


Disp. #:          60  TABS
Refills:          2   Before: 07/04/2011 17:10


Allow Generic - No product selection indicated
Rx Written On:    06/04/2011
```

DAN F. DAVIS, PA-C

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX   77351
MRN:              999410
User:             WILLIAMS, BERNADINE E. PCA


PRILOSEC 20MG CAPS
Sig:              1 x CAPS ORAL TWICE DAILY
Order Date:       05/13/2011 14:50
Start Date:       05/13/2011 14:50
Auto Stop Date:   06/12/2011 14:50


Disp. #:          60  CAPS
Refills:          11  Before: 06/12/2011 14:50


Allow Generic - No product selection indicated
Rx Written On:    05/13/2011


     Electronically Signed by DAVIS, DAN F. PA-C on 05/16/2011.
##And No Others##
```

ELDON D. MONK, PA

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             MONK, ELDON D. PA


PRILOSEC 20MG CAPS
Sig:              1 x CAPS ORAL TWICE DAILY
Order Date:       05/06/2011 11:42
Start Date:       05/06/2011 11:42
Auto Stop Date:   06/05/2011 11:42


Disp. #:          60  CAPS
Refills:          None


Allow Generic - No product selection indicated
Rx Written On:    05/06/2011


                          Prescription Electronically Signed
                          by ELDON D. MONK, PA
```

DANNY F. DAVIS, PA-C

```
PATIENT:          AUSTIN,PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             DAVIS, DANNY F. PA-C


MOTRIN 800MG TABS
Sig:              1 x TABS ORAL TWICE DAILY      TAKE AS NEEDED
Order Date:       01/10/2011 13:37
Start Date:       01/10/2011 13:37
Auto Stop Date:   02/09/2011 13:37


Disp. #:          60  TABS
Refills:          2   Before: 02/09/2011 13:37


Allow Generic - No product selection indicated
Rx Written On:    01/10/2011
```

Prescription Electronically Signed
by DANNY F. DAVIS, PA-C

ALAN ZOND, D.O.

```
PATIENT:          AUSTIN, PERRY A
                  3872 FM 350 SOUTH
                  LIVINGSTON, TX  77351
MRN:              999410
User:             POPE, TERESA M. R.N.


MOTRIN 800MG TABS
Sig:              1 x TABS ORAL TWICE DAILY
Order Date:       12/25/2010 19:35
Start Date:       12/25/2010 19:35
Auto Stop Date:   01/24/2011 19:35


Disp. #:          60  TABS
Refills:          2   Before: 01/24/2011 19:35


Allow Generic - No product selection indicated
Rx Written On:    12/25/2010


    Electronically Signed by ZOND, ALAN D.O. on 12/27/2010.
##And No Others##
```

ALAN   ZOND, D.O.

```
    Rx:    AUSTIN,PERRY A
   MRN:    999410                08/30/2010
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                   Birth: 06/23/1959               SSN:   456319001


   MOTRIN 800MG TABS
   Sig:   1 TABS ORAL TWICE DAILY     TAKE AS NEEDED
Disp. #:   60  TABS              Refills: 2
           Allow Generic - No product selection indicated
```

```
                      Prescription Electronically Signed
                      by ALAN   ZOND, D.O.
```

ALAN  ZOND, D.O.

```
    Rx:   AUSTIN,PERRY A
   MRN:   999410                  05/13/2010
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                    Birth: 06/23/1959           SSN:  456319001

     PRILOSEC 20MG CAPS
    Sig:  1 CAPS ORAL TWICE DAILY
Disp. #:   60  CAPS              Refills: 11
           Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

ALAN ZOND, D.O.

```
    Rx:    AUSTIN,PERRY A
   MRN:    999410                 05/12/2010
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                     Birth: 06/23/1959            SSN:  456319001

   MOTRIN 800MG TABS
    Sig:   1 TABS ORAL TWICE DAILY       TAKE AS NEEDED
Disp. #:   60   TABS                Refills: 2
           Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

ROBERT BEHRNS, M.D.

```
   Rx:   AUSTIN,PERRY A
  MRN:   999410              01/29/2010
Address: 3872 FM 350 SOUTH
         LIVINGSTON, TX  77351
 Phone:                  Birth: 06/23/1959          SSN:  456319001
```

```
   CLARITIN 10MG TABS
   Sig:  1 TABS ORAL DAILY
Disp. #:  30  TABS            Refills: None
          Allow Generic - No product selection indicated
```

```
   DISALCID 500MG TABS
   Sig:  1 TABS ORAL TWICE DAILY    TAKE AS NEEDED
Disp. #:  60  TABS            Refills: 2
          Allow Generic - No product selection indicated
```

```
                        Prescription Electronically Signed
                        by ROBERT  BEHRNS, M.D.
```

ALAN  ZOND, D.O.

```
   Rx:    AUSTIN,PERRY A
  MRN:    999410                11/18/2009
Address:  3872 FM 350 SOUTH
          LIVINGSTON, TX  77351
 Phone:                   Birth: 06/23/1959            SSN:  456319001


  MOTRIN 800MG TABS
   Sig:  1 TABS ORAL TWICE DAILY     TAKE AS NEEDED
Disp. #:  60  TABS              Refills: 2
          Allow Generic - No product selection indicated
```

                    Prescription Electronically Signed
                    by ALAN  ZOND, D.O.

ZOND, ALAN  D.O.
TDCJ_MAINFRAME, PRS_CONVERSION


```
             AUSTIN, PERRY A
    MRN:     999410                 07/09/2009 17:30
             LIVINGSTON, TX 77351
  Phone:                     Birth:  6/23/1959              SSN: 000009001

    Rx:     PRILOSEC 20MG CAPS
   Sig:     1.00 CAPS ORAL TWICE DAILY
 Disp. #:   60.00 CAPS                  Refills:  11
             Allow Generic - No product selection indicated


(OrderID:   24016867)
```

Case 4:04-cv-02387 Document 92-7 Filed in TXSD on 03/06/12 Page 14 of 43

Scanned by MILLER, KELLIE L RDA in facility POLUNSKY INFIRMARY on 06/25/2009 12:04

MEDICATION PASS

| TDC NO.: 00999410 | | NAME: AUSTIN,PERRY ALLEN | | | | |
|---|---|---|---|---|---|---|
| UNIT: TL | | HOUSING LOCATION: 12-B-C ROW-1 | | | CELL: 35 | |

| DRUG | PRESCRIBER | START DT | EXP DATE | RENEW | FINAL EXP |
|---|---|---|---|---|---|
| OMEPRAZOLE 20MG CAPSULE | PORRAS,GUILLERM | 05/26/09 | 06/24/09 | 11 11 | 00/00/00 |
| TAKE 1 CAPSULE 2 X DAILY FOR 30 DAYS | | | | | |
| ACETAMINOPHEN 325MG TAB | ZOND,ALAN G | 06/11/09 | 07/10/09 | 0  0 | 00/00/00 |
| TAKE 2 TABS 2 X DAILY X 30 DAYS-KOP. | | | | | |

Alan G Zond DO

c:\documents and settings\lewing\local settings\temp\105852250.tif printed by mivap. (Page 1 of 1)

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 07/28/2008 10:03

MEDICATION PASS

TDC NO.: 00999410                    NAME: AUSTIN,PERRY ALLEN
UNIT:   TL          HOUSING LOCATION: 12-C-B ROW-1        CELL: 15

DRUG                     PRESCRIBER     START DT EXP DATE RENEW FINAL EXP
IBUPROFEN 600MG TABLET       PORRAS,GUILLERM 06/24/08 07/23/08  0  2  09/21/08
    TAKE 1 TABLET 2 TIMES DAILY FOR 30 DAYS *IFA*-KOP.
OMEPRAZOLE 20MG CAPSULE      PORRAS,GUILLERM 06/30/08 07/29/08  0 11  06/24/09
    TAKE 1 TABLET 2 TIMES DAILY FOR 30 DAYS

c:\documents and settings\iewing\local settings\temp\104488617.tif printed by mivap. (Page 1 of 1)

Case 4:04-cv-02387 Document 92-7 Filed in TXSD on 03/06/12 Page 16 of 43

Scanned by LITTON, TRACY B in facility POLUNSKY (formerly TERRELL) on 07/02/2008 10:53

MEDICATION PASS

TDC NO.: 00999410                NAME: AUSTIN,PERRY ALLEN
UNIT    TL              HOUSING LOCATION: 12-C-B ROW-1          CELL: 15

DRUG                         PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB         PORRAS,GUILLERM 06/17/08 07/16/08  0  0  00/00/00
    TAKE 1 TABLET 2 TIMES A DAY X 30 DAYS
IBUPROFEN 600MG TABLET       PORRAS,GUILLERM 06/24/08 07/23/08  0  2  09/21/08
    TAKE 1 TABLET 2 TIMES DAILY FOR 30 DAYS *IFA*-KOP.

Case 4:04-cv-02387   Document 92-7   Filed in TXSD on 03/06/12   Page 17 of 43

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 03/21/2008 08:52     03/14/2008

```
TDC NO.: 00999410                     NAME: AUSTIN,PERRY ALLEN
UNIT:    TL            HOUSING LOCATION: 12-C-B ROW-1        CELL: 15

DRUG                     PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB     PORRAS,GUILLERM 02/20/08 03/20/08  1  2  04/19/08
    TAKE 2 TABLETS 2 TIMES A DAY X 30 DAYS-KOP.
IBUPROFEN 800MG TABLET   ZOND,ALAN G     03/15/08 04/13/08  0  2  06/12/08 ✓
    TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS-KOP.
```

_Alan L. Zond DO_

c:\documents and settings\lewing\local settings\temp\96375836.tif printed by mivap. (Page 1 of 1)

Case 4:04-cv-02387 Document 92-7 Filed in TXSD on 03/06/12 Page 18 of 43

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 02/08/2008 09:05

MEDICATION PASS                                                01/22/2008

TDC NO.: 00999410                    NAME: AUSTIN,PERRY ALLEN
UNIT:    TL              HOUSING LOCATION: 12-C-B ROW-1        CELL: 15

DRUG                     PRESCRIBER       START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB     PORRAS,GUILLERM 01/21/08 02/19/08  0  2  04/19/08
     TAKE 2 TABLETS 2 TIMES A DAY X 30 DAYS-KOP.

c:\documents and settings\lewing\local settings\temp\96331640.tif printed by mivap. (Page 1 of 1)

Scanned by SUTTON, KAREN B in facility POLUNSKY (formerly TERRELL) on 02/07/2008 13:33

MEDICATION PASS                                                    01/21/2008

```
TDC NO.: 00999410                    NAME: AUSTIN,PERRY ALLEN
UNIT:    TL              HOUSING LOCATION: 12-C-B ROW-1          CELL: 15

DRUG                    PRESCRIBER      START DT EXP DATE RENEW FINAL EXP
RANITIDINE 150MG TAB    PORRAS,GUILLERM 01/21/08 02/19/08  0  2 04/19/08
    TAKE 2 TABLETS 2 TIMES A DAY X 30 DAYS-KOP.
```

c:\documents and settings\lewing\local settings\temp\75694105.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 01/10/2007 09:42

MEDICATION PASS

01/04/2007

TDC NO.: 00999410
UNIT:      TL

NAME: AUSTIN, PERRY ALLEN
HOUSING LOCATION: 12-B-A ROW-2

CELL: 14

| DRUG | PRESCRIBER | START DT | EXP DATE | RENEW | | FINAL EXP |
|------|-----------|----------|----------|-------|---|-----------|
| IBUPROFEN 600MG TABLET | OVERBECK, DEANNA | 12/10/06 | 01/08/07 | 1 | 2 | 02/07/07 |
| TAKE 1 TABLET 2 TIMES EVERY DAY FOR 30 DAYS-KOP. | | | | | | |
| RANITIDINE 150MG TAB | OVERBECK, DEANNA | 12/15/06 | 01/13/07 | 5 | 11 | 07/12/07 |
| TAKE 2 TABLETS 2 TIMES EVERY DAY FOR 30 DAYS-KOP. | | | | | | |

ROBERT A. YOUNG, PA

```
    Rx:    AUSTIN,PERRY A
   MRN:    999410              03/18/2005
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX 77351
 Phone:                        Birth: 06/23/1959           SSN:  456319001

    INDOCIN 25MG CAPS
   Sig:    1 CAPS ORAL(po) THREE TIMES DAILY
           KOP X 14 DAYS PRN
Disp. #:   42  CAPS                Refills: None
           Allow Generic - No product selection indicated
```

                   Prescription Electronically Signed
                   by ROBERT A. YOUNG, PA

ROBERT A. YOUNG, PA

```
   Rx:    AUSTIN,PERRY A
   MRN:   999410              02/02/2005
Address:  3872 FM 350 SOUTH
          LIVINGSTON, TX  77351
  Phone:                 Birth: 06/23/1959           SSN:  456319001


         NAPROXEN 250MG TABS
    Sig:  1 TABS ORAL(po) BY MOUTH TWICE DAILY
          KOP X 14 DAYS PRN
Disp. #:  28  TABS              Refills: None
          Allow Generic - No product selection indicated


                     Prescription Electronically Signed
                     by ROBERT A. YOUNG, PA
```

BELINDA G. BYRON, R.N.

```
    Rx:    AUSTIN,PERRY A
   MRN:    999410                    06/24/2004
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
 Phone:                     Birth: 06/23/1959              SSN:   456319001


    RANITIDINE HCL 150MG TABS
   Sig:    2 TABS ORAL(po) TWICE DAILY
           KOP -- 2 TABS PO BID X 30 DAYS X 11
Disp. #:   120  TABS             Refills: 11
           Allow Generic - No product selection indicated
```

                    Prescription Electronically Signed
                    by BELINDA G. BYRON, R.N.

ROBERT A. YOUNG, PA

```
    Rx:    AUSTIN,PERRY A
    MRN:   999410                05/03/2004
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                    Birth: 06/23/1959           SSN:  456319001


    RANITIDINE HCL 150MG TABS
    Sig:   2 TABS ORAL(po) TWICE DAILY
Disp. #:   120  TABS            Refills: 2
           Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

ROBERT A. YOUNG, PA


```
     Rx:   AUSTIN,PERRY A
    MRN:   999410              05/03/2004
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                   Birth: 06/23/1959          SSN:  456319001
```

```
     RANITIDINE HCL 150MG TABS
     Sig:  2 TABS ORAL(po) TWICE DAILY
Disp. #:   120  TABS           Refills: 11
           Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

ROBERT A. YOUNG, PA


```
    Rx:    AUSTIN,PERRY A
   MRN:    999410                   05/03/2004
Address:   3872 FM 350 SOUTH
           LIVINGSTON, TX  77351
  Phone:                     Birth: 06/23/1959              SSN:  456319001


   RANITIDINE HCL 150MG TABS
   Sig:    2 TABS ORAL(po) TWICE DAILY
Disp. #:   120  TABS                Refills: 2
           Allow Generic - No product selection indicated
```

This document has been sent for signature, but has not yet been reviewed

c:\documents and settings\llewing\local settings\temp\48122925.tif printed by mlvap. (Page 1 of 1)

# Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 06/21/2005 07:22 L)    Copy 1 of 1    Z

RADIOLOGY

| | Patient Name | Patient TDCJ# | Order ID# |
|---|---|---|---|
| | AUSTIN, PERRY A | 999410 | 10668197 |

RECEIVED 3 2005

POLUNSKY (formerly TERRELL)
MEDICAL
JANICE L HANSON, NP UPIN 95799

| Age: | 45 Y | Sex: M | DOB: 06/23/1959 | SSN: 456319001 | X-Ray Jacket: |
|---|---|---|---|---|---|

Guarantor:  AUSTIN, PERRY A
3872 FM 350 SOUTH
LIVINGSTON TX 77351
Phone:

Patient Address

3872 FM 350 SOUTH
LIVINGSTON TX 77351

Date of Exam:
Radiologic Tech:

AUSTIN, PERRY A M 45 Y 06/23/1959
POLUNSKY (formerly TERRELL) 999410
JANICE L HANSON, NP
POLUNSKY (formerly TERRELL) 10668197
06/01/2005 10:54

No previous

| POLUNSKY (formerly TERRELL) Test Code | Description | Order Date/Time | Film | | ICD-9 | Urgency |
|---|---|---|---|---|---|---|
| 36128 | CHEST X RAY 2 VIEW | 06/01/2005 10:54 | # Films: 1 06/01/2005 10:54 | 10668197002 | 011.2 | ROUTINE |

**CHEST:**

Slight hyperinflation of lungs. Calcific densities in both hilar areas consistent with calcified granulomas. Otherwise no evidence of acute cardiopulmonary disease
Conclusion: Changes consistent with COPD if clinically correlated. otherwise the chest is within normal limits.

William Gonzalez, M.D.
Radiologist
drecd: 6/10/05
dd: 6/10/05
dt: 6/10/05
jbm

JHanson NP-C
06 2005

NOTE: Please use the barcode number associated with each procedure as your Sample ID.

# Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 02/16/2005 12:45

Copy 1 of 1    Z

## RADIOLOGY

| Patient Name | Patient TDCJ# | Order ID# |
|---|---|---|
| AUSTIN, PERRY A | 999410 | 5659735 |

**POLUNSKY (formerly TERRELL)**
**RADIOLOGY**
**JOHN M ROSS, PA  UPIN: 64772**

| | |
|---|---|
| Age:  44 Y Sex: M    DOB: 06/23/1959    SSN: 456319001    X-Ray Jacket: | |
| Guarantor:   AUSTIN, PERRY A<br>12002 FM 350 SOUTH<br>LIVINGSTON TX 77351<br>Phone: | |

Patient Address

| | |
|---|---|
| 12002 FM 350 SOUTH | Date of Exam: |
| LIVINGSTON TX 77351 | Radiologic Tech: |

AUSTIN, PERRY A  M  44 Y  06/23/1959
POLUNSKY (formerly TERRELL) 999410
JOHN M ROSS, PA
POLUNSKY (formerly TERRELL) 5659735
08/21/2003

*Refused*
*X-Ray*

**POLUNSKY (formerly TERRELL)**

| Test Code | Description | Order Date/Time | Film | ICD-9 | Urgency |
|---|---|---|---|---|---|
| 36122 | CHEST X RAY 1 VIEW<br>SCREENING TB | # Films: 1  08/21/2003 10:35 | 5659735001 | V82.6 | URGENT |

71010

NOTE:  Please use the barcode number associated with each procedure as your Sample ID.

c:\documents and settings\llewing\local settings\temp\41900470.tif printed by mivap. (Page 1 of 1)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 02/16/2005 12:45

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## INSTITUTIONAL DIVISION
## HEALTH SERVICES

## REFUSAL OF TREATMENT OR SERVICES

I, _Perry_____, TDCJ-ID Number: _999444_____

decline the following services at the Texas Department of Criminal Justice - Institutional Division which

consists of _____

_____ X - RgX _____

_____

_____

_____

I do not wish to have this above stated treatment or services.  I assume responsibility for consequences
or personal inconvenience arising from refused services.  I understand that I may request these or
similar services in the future.

_____                    _____
(Signature of Inmate/TDCJ-ID #)                              (Date)


_____                    _____
(Signature of Witness)                                            (Date)

_Dchiela / C. Futter_____                    _8-7-03_____
(Signature and Title of Medical Personnel                    (Date)
Obtaining Refusal)


HSM-82  (Rev. 8/93) (Front)

c:\documents and settings\llewing\local settings\temp\38515635.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 12/09/2004 13:50

```
SVI1740 /TLMK/HS09        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           09:42:28
                          HEALTH SUMMARY FOR CLASSIFICATION              12/09/2004
```

```
NAME: AUSTIN,PERRY ALLEN          DOB: 06/23/1959       P U L H E S
TDCJ#: 00999410  SID#: 02531955   WGT: 160 LBS          --------------
UNIT: TL        HOUSING: 12BD1-43 HGT: 5'09"            |1|3|1|1|1|1|
JOB: DR SEG LEVEL I                                     |A|C|A|A|A|A|
                                                        | |P| | | | |
                                                        --------------
```

I. UNIT OF ASSIGNMENT (CHECK ONE)
  X A. NO RESTRICTION                      __ E. BARRIER-FREE FACILITY
  __ B. REGIONAL MEDICAL FACILITY          __ F. SINGLE LEVEL FACILITY
  __ C. EXTENDED CARE FACILITY             SUITABLE FOR TRUSTEE CAMP ASSIGNMENT?X YES__NO
  __ D. PSYCHIATRIC CARE FACILITY          SUITABLE FOR SAIP FACILITY?         X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)               B. BUNK ASSIGNMENT (CHECK ONE)
  X 1. NO RESTRICTION                      X 1. NO RESTRICTION
  __ 2. SINGLE CELL ONLY                   __ 2. LOWER ONLY
  __ 3. DOUBLE CELL ONLY
  __ 4. SPECIAL HOUSING (HOUSING WITH      C. ROW ASSIGNMENT (CHECK ONE)
       PATIENT WITH LIKE MEDICAL CONDITION X 1. NO RESTRICTION
  __ 5. CELL BLOCK ONLY                    __ 2. GROUND FLOOR ONLY

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
  __ 1. MEDICALLY UNASSIGNED               __ 15.NO FOOD SERVICE
  __ 2. PSYCHIATRICALLY UNASSIGNED         __ 16.NO REPETITIVE USE OF HANDS
  __ 3. SEDENTARY WORK ONLY                __ 17.NO WALKING ON WET UNEVEN SURFACES
  __ 4. FOUR HOUR WORK RESTRICTION         __ 18.DO NOT ASSIGN TO MEDICAL
  __ 5. FOUR HOUR LIMITED WORK RESTRICTION __ 19.NO WORK IN DIRECT SUNLIGHT
  __ 6. EXCUSE FROM SCHOOL                 __ 20.NO TEMPERATURE EXTREMES
  __ 7. LIMITED STANDING                   __ 21.NO HUMIDITY EXTREMES
  __ 8. NO WALKING > ___ YARDS             __ 22.NO EXPOSURE TO ENVIRONMENTAL POLLUTANTS
  __ 9. NO LIFTING > ___ LBS.              __ 23.NO WORK WITH CHEMICALS OR IRRITANTS
  __ 10.NO BENDING AT WAIST                __ 24.NO WORK REQUIRING SAFETY BOOTS
  __ 11.NO SQUATTING                       __ 25.NO WORK AROUND MACHINES WITH MOVING PARTS
  __ 12.NO CLIMBING                        __ 26.NO WORK EXPOSURE TO LOUD NOISES
  __ 13.LIMITED SITTING                    __ 27.NO WORK REQUIRING COMPLEX INSTRUCTIONS
  __ 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
  X A. NO RESTRICTIONS
  __ B. CONSULT REPRESENTATIVE OF MENTAL HEALTH DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION
  __ C. CONSULT REPRESENTATIVE OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
  X A. NO RESTRICTION                      __ C. PSYCH REPRESENTATIVE REQUIRED
  __ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
  X A. NO RESTRICTION                      __ C. WHEELCHAIR VAN
  __ B. EMS AMBULANCE                      __ D. VAN (SOUTHERN REGION ONLY)

```
R. YOUNG          P.A.        12/09/2004    _____
PRINTED NAME AND TITLE OF REVIEWER   DATE       SIGNATURE OF REVIEWER
```

HSM-18(REV.07/01)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 01/10/2007 09:42                 Z

## CORRECTIONAL MANAGED CARE
### MEDICAL & MENTAL HEALTH TRANSFER SCREENING
PARTS III & IV

NAME:  Austin, Perry A   DOB: 06/23/1959    TDCJ:  999410
ALLERGIES: NO KNOWN ALLERGIES

**III. Facility of Assignment Health Screening:**
Date: _____ Time: _2015_  Facility: _TL_____
Transfer Information:
Return From: ☒  Specialty Clinic _E2 ofan___  ☐  Inpatient _____  ☐  Inpatient
MH/Crisis Mgmt
        ☐  Newly Assigned
Current/History of treatment for Health Problem or Chronic Condition?
MEDICAL ☐    DENTAL ☐  MENTAL HEALTH ☐  SUBSTANCE ABUSE ☐
If yes, describe: _____

Currently taking any medications? Yes ☒   No ☐  PRINT PASS ATTACHED: Yes ☐  No ☐
**Direct Observed Therapy?**      Yes ☐      No ☒  KEEP ON PERSON?       Yes ☒  No ☐
Do you have a current health care complaint?
MEDICAL ☐    DENTAL ☐   MENTAL HEALTH ☐
If yes, describe: _____

GENERAL APPEARANCE: Clean ☒  Dirty ☐   Neat ☐      Sloppy ☐
SKIN:  Cuts:  Yes ☐  No ☒   Bruises: Yes ☐  No ☒      Sores: Yes ☐  No ☒
PHYSICAL DEFORMITIES:     Yes ☐ No ☒
If yes, describe: _____

OFFENDER'S PRESENT ORIENTATION:
What is today's date? _____  Time? _____
What place is this? _____
Alert ☒ Not Alert ☐
Oriented ☒    Not Oriented ☐

SPEECH:  ☒ Fluent    ☐  Mumbling   ☐  Shouting    ☐ Refuses to Talk
☐ Other _____

BEHAVIOR: ☐Angry   ☐Crying  ☒Cooperative  ☐Happy  ☐ Other_____
DO YOU HAVE CURRENT THOUGHTS ABOUT SUICIDE?    Yes ☐ No ☐
PREVIOUS SUICIDE ATTEMPT?            Yes ☐ No ☐

SCREENER'S SIGNATURE: ___N.Williamson___ DATE: _1-6-07_

**IV. Review of Offender's Health Record**
Date last PPD ☐  / CXR ☒ :  _6-05_   X-rays Rec'd: YES ☐  NO ☒
Meds Rec'd: YES ☐ NO ☒    DOT: YES ☐ NO ☒
Health Problems: _____ TB II  /  Vision ___ Reflux Esophagitis

| Meds: | | | |
|---|---|---|---|
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _See Med_ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _Print Pass_ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |
| _____ | Rec'd ☐ | Exp'd ☐ | MD Reorder_____ |

HSN-1 Part B (Rev. 5/2006)                    To Remain in Offender's Health Record
1 of 2
X *95301477810035270000000000000* #
_____ RN  1/10/07 0920

c:\documents and settings\llewing\local settings\temp\75694103.tif printed by mivap. (Page 2 of 2)

Scanned by DUNN, ALMA J in facility POLUNSKY (formerly TERRELL) on 01/10/2007 09:42                    **z**

## CORRECTIONAL MANAGED CARE
## MEDICAL & MENTAL HEALTH TRANSFER SCREENING
### PARTS III & IV

NAME:  Austin, Perry A     DOB: 06/23/1959     TDCJ:  999410

Treatments/Special Care/Follow-up/Diets/Appointments:

Add to Chronic Clinic:  ☐ Yes  ☒ No       Chart for review to:  CID ☒
**DISPOSITION OF OFFENDER:**
No health care needs or immediate referrals to medical necessary ☒
Referral to Medical:          Routine Follow-up ☐   Emergency Medical Services ☐
Referral to Mental Health:    Routine Follow-up ☐   Emergency Mental Health Services ☐
Referral to Dental:           Routine Follow-up ☐   Emergency Dental Services ☐
RELEASE TO GENERAL POPULATION:            ☐ Yes  ☒ No  _DR_
Restrictions:
    Housing        _None_

    Work  (III) #'s   _None_      Discipline Restrictions:  Yes ☐   No ☒

Nurse Signature/Date/Time   _N. Williams RN 1-6-07  2015_

Physician/Physician Extender   _NAN NONW_

_noted A Barney RN 1/9/07 0920_

HSN-1 Part B (Rev. 5/2006)                    To Remain in Offender's Health Record
2 of 2
X    *95301477810035270000000000000000* #

c:\documents and settings\llewing\local settings\temp\38486050.tif printed by mivap. (Page 1 of 1)

Scanned by VICKERS, SUSAN L in facility POLUNSKY (formerly TERRELL) on 12/09/2004 08:33

# TDCJ HEALTH SERVICES DIVISION
## NURSE'S CHAIN REVIEW

NAME: _Austin, Perry_     TDCJ#: _9410_

**I. OUTGOING CHART REVIEW**   Date: _10/14/04_   Time: _2100_   Facility: _Polunsky_
Transfer to: _E2 23 9 E20/OPTOM_  Allergies: _NKA_
Method and time of travel appropriate: YES ☒ NO ☐   Medical Condition Appropriate for Travel: YES ☒ NO ☐
X-rays sent: YES ☐ NO ☒ N/A ☐   Current med pass on chart: YES ☒ NO ☐   DOT: YES ☐ NO ☒
Meds sent: YES ☐ NO ☒ N/A ☐   Health Problems: Medical ☒ Dental ☐ Mental ☐
Special Diet: _Reg_
Treatment/Preps: _GERD, FX (L) elbow_

Housing Restrictions: _∅_   Discipline Restrictions: YES ☐ NO ☒
Crutches ☐ Cane ☐ Walker ☐ Wheelchair ☐ Other ☐ _∅_
Pending Appts/Follow-ups: _∅_
Special Instructions given to transport personnel: YES ☐ NO ☒ N/A ☐
Nurse Signature/Date/Time: _X. Smith, LVN   10/14/04  2100_

**II. ENROUTE CHART REVIEW**   Date: _____   Time: _____   Facility: _____
On Meds: YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐   DOT: YES ☐ NO ☐   X-rays rec'd: YES ☐ NO ☐
Housing Restrictions: _____
Treatment/Preps: _____

New Orders: _____

New Medications On Computer: YES ☐ NO ☐   Pending Appointments: _____
Chart for Review to: CID ☐ Mental Health ☐ Dental ☐
Additional Comments: _____

Nurse Signature/Date/Time: _____   Physician-PE Signature/Date/Time: _____

**III. FACILITY OF ASSIGNMENT:**   Date: _____   Time: _____   Facility: _____
**DOT:** YES ☐ NO ☐   Meds rec'd: YES ☐ NO ☐   Date last PPD ☐ / CXR ☐ : _____
X-rays rec'd: YES ☐ NO ☐
Health Diagnoses: _____

| Meds: | Rec'd ☐ | Exp'd ☐ | MD Reorder |
|-------|---------|---------|------------|
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |
| _____ | ☐ | ☐ | _____ |

Treatments/Special Care/Follow-up/Diet/Appointments: _____

Chart to Review to: CID ☐ Mental Health ☐ Dental ☐   Add to Chronic Clinic: YES ☐ NO ☐
Restrictions: Housing _____   Work _____
Discipline: YES ☐ NO ☐
Nurse Signature/Date/Time: _____
Physician-PE Signature/Date/Time: _____

HSN –1 (rev. 10/00)

Exhibit 119 :    <u>Dr. Jerome Brown's file on Perry Austin</u>

DK why in lockup, since May. Bench won't allow, no tr.

Perry Allen Austin 6/23/59 Tacoma, WA
raised mostly in military, ok son, head was fried in 80's when in
prison, waits for other cards now, but doesn't write back. DK when is.
35 is, no contact.

educ - GED in Army, voc trades in prison. '76-'77 GenD when
h.s. end. occ = wonder clerk + clks in prison.

police = rather not dx that, released in '91, back in '92.
TDC. Currently serving 50 yrs for 3x ass, → assault due in TDC
30 yrs. Hughes Unit in Gatesville.

drugs = when a kid, not recently. alcohol = older, when not, also in
TDC, when clamped it, do pills psych int op scr, ID them.
off = cap murder. From '92, already to it. Write a letter to
home solicitation ad he interview me + did'd. Feb, 2001. Separate
incident. Wanted to express his bothering me, proud of personally of stated
being by somebody. Dear father had the only 1 thing.

3309 # Crager. atty = two of them MacArdell + Mr Loper on
Roger. Talked to Lopez 2x, Ardell 4x, Crawler 1x, no
improbs. Cop when = if g., death - life in prison, w/ my legal
most likely will be death. (clf 1 = La²) Remorse and sad y layers,
he cling. clio not try to make erasures. By try to defend,
do like trying to get out of what I did. Will test/fy if prosecution
wants to. CA date = dk.

Implicit = misled it to a End.

D.d read MR e int = rs on s c. would rule by me,
right to slfy. if out H 1, who would have

870377

CAUSE NUMBER ~~970379~~

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 339TH CRIMINAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| PERRY ALLEN AUSTIN | § | HARRIS COUNTY, TEXAS |

## ORDER ON DEFENDANT'S MOTION TO PERMIT
## THE EXAMINATION OF THE DEFENDANT
## AND FOR AUTHORITY TO INCUR EXPENSES

On the 12 day of _July_ , 2001, came on to be hearing the foregoing Motion to Permit the Examination of the Defendant and for Authority to Incur Expenses, and after consideration, the Motion is hereby GRANTED in all things.

IT IS FURTHER ORDERED that the Sheriff Tommy Thomas or his deputies permit Dr. Jerome Brown, to visit the Defendant, Perry Allen Austin, for a reasonable period of time in order to conduct a psychological examination of the Defendant.

IT IS FURTHER ORDERED that MHMRA Jail Forensic Services cooperate in the scheduling of the examination, allow reasonable use of space, and permit access to any and all medical records of the defendant which may be in the custody of MHMRA Jail Forensic Services.

SIGNED this 3 day of _July_ , 2001.

_____
JUDGE PRESIDING

capitalforms/exam.def

4

012749



**BROWN, NELSON, FRANK, GILES & ASSOCIATES**
3400 Bissonnet • Suite 290 • Houston, Texas 77005 • 713/592-8952 • Fax 713/592-9266
7702 F.M. 1960 East • Suite 216 • Humble, Texas 77346 • 281/852-3828
714 Main • Liberty, Texas 77575 • 409/336-3899 • Fax 409/336-4098
12926 Dairy Ashford • Sugar Land, Texas 77478 • 713/592-8952

September 25, 2001

Honorable Caprice Cosper
339th District Court
1300 Franklin
Houston, TX 77001

Re: Perry Allen Austin (Cause No. 870377)

Dear Judge Cosper:

The above above-named defendant was interviewed and examined on
September 20, 2001 pursuant to an order from your court for
competency evaluation. The defendant was told the purpose of the
evaluation at the beginning of the interview. He was also told
that a report would be sent to the court concerning what was
discussed and that consequently, he could refuse to answer any
questions and could end the interview at any time. He indicated
that he understood this and went onto provide sufficient
information to justify the conclusions in this report and fulfill
the requirements of the court order. The evaluation consisted of
a clinical interview and a mental status examination.

The defendant has been placed in segregation for reasons he does
not understand, especially since he has had no disruptive
incidents since he was brought to the jail from prison.

Mr. Austin had no trouble providing relevant and coherent
background information. For example he stated that he was born
on June 23, 1959 in Tacoma, Washington but was raised in several
locations because his father was in the military. He stated that
his parents separated in the 1980's when he was in prison and
that he has had little or no contact with them since that time.
(He noted that his father has recently sent him some money but
will not correspond with him.) He does not know his mother's
current location and has no contact with his three sisters.

Mr. Austin completed a GED in 1977 while serving in the United
States Army. He served between 1976 and 1977 and received a
General Discharge under honorable conditions. His occupational
history is quite limited because he has spent many of his adult
years in prison; however, he has worked as a warehouse clerk.
When asked to discuss his police and arrest history in more
detail, he refused to do so. He did state, however, that he is
currently serving a 50-year sentence in the Texas Department of
Corrections. In 1992 he received 30 years for a sexual assault
and was later given an additional 20 years for assault with a

012750

Psychological Consultants to Medicine, Law, Business & Education

Jerome B. Brown, Ph.D. Dennis Nelson, Ph.D. Bradley L. Frank, Ph.D. Melissa K. Giles, Ph.D. Peter Moore, Ph.D. Allison Moore, Ph.D.

deadly weapon that occurred while he was already an inmate in
TDC.   He is currently serving on the Hughes Unit in Gatesville,
Texas.

When asked about the use of street drugs,  Mr. Austin stated that
he did use illegal chemicals when he was younger but has not done
anything recently.    He then admitted,  however, that he has been
able to obtain alcohol in the prison and will drink it "when I
can get it."   He also is able to obtain illegally purchased
psychotropic medication from other inmates in the prison and will
overdose on this medication in order to become intoxicated.

Mr.  Austin knows that he is now charged with capital  murder and
pointed out that  he  has already  confessed  to  the  crime.   He
stated that it involves an incident that occurred in  1992 during
which he claims that he killed a 9-year old boy.   He stated that
his conscience began bothering him to the point that he finally
wrote a letter to a homicide detective about what he had done.
He stated that the detective came to the prison, read his Miranda
rights to him and interviewed him about  the  offense.   Following
this he was charged with the crime  (February, 2001).   Mr. Austin
stated that he   simply wanted to confess to the crime because
"it was bothering me"   and because he believes it is at least
partly the reason why he was using the contraband pills and
alcohol more heavily.   He continues to believe that he did the
right thing in this respect.

The defendant knew the number of the court in which he is charged
and the judge's name.   He has two court-appointed attorneys he
named as  "Marshall Mac Arnold"  and "Mr. Loper or Roper".   He
stated that he has talked to the first attorney about four times
and the second attorney about two times in person.   He believes
that he can understand these attorneys satisfactorily and has no
commuication problems with them.  He is aware that if he is found
guilty of capital murder, he will receive either  "death or life
in prison... with my background, it will most likely be death."

Mr.  Austin was then asked why he has decided to  defend himself.
He stated that the reason he "fired my lawyers" is "because I'm
guilty...I'm not trying to make excuses".   He went on to point
out that he believes that trying to defend himself would be "like
trying to get out of what I did".   He stated that he will be
willing to testify if the prosecution wishes it.

Mr. Austin is not sure about his next court date but has received
and read his indictment papers.   He was then asked what his
Miranda rights were and he stated "you have a right to remain

Austin                              2

silent...anything you say can and will be used against you...I
have a right to an attorney...if I can't afford one, one will be
appointed to me."

Mental status examination reveals the defendant to be alert,
well-oriented, and able to communicate his ideas without
difficulty. No peculiar ideas or bizarre verbalizations were
elicited. Both his mood and affect seemed to be appropriate to
the material being discussed. His use of grammar and syntax
suggests intellectual capacity in the average range (I.Q.=
95-100). There was no evidence of disorganization, confusion,
nor any other significant difficulties in communication. He
seemed to have no trouble understanding questions, providing
useful information, and following directions. Both recent and
remote memory seemed to be intact for the most part. There was
no evidence of hallucinations, delusions, apprehension nor any
other unusual behaviors typically taken as indicative of severe
mental illness or mental defect. He did reveal some emotion as
he discussed his current legal situation and his guilty
conscience, but he did not lose composure. The defendant seemed
to have a reasonable understanding of his current legal situation
and is able to answer questions appropriately concerning the
proceedings taking place. The general impression obtained from
the mental status examination and clinical interview reveals the
defendant to be in satisfactory possession of his faculties at
this time.

In view of the present results obtained, this defendant is
believed to be COMPETENT to stand trial. He demonstrated a
rational as well as factual understanding of the charges against
him. He also demonstrated the ability to consult with his
attorney with a reasonable degree of rational understanding.


Jerome B. Brown, Ph.D.
Clinical Psychologist

JBB/rv


Austin

012752

870377

CAUSE NUMBER 970379

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 339TH CRIMINAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| PERRY ALLEN AUSTIN | § | HARRIS COUNTY, TEXAS |

### ORDER ON DEFENDANT'S MOTION TO PERMIT
### THE EXAMINATION OF THE DEFENDANT
### AND FOR AUTHORITY TO INCUR EXPENSES

On the /3 day of _____, 2001, came on to be hearing the

foregoing Motion to Permit the Examination of the Defendant and for Authority to Incur

Expenses, and after consideration, the Motion is hereby GRANTED in all things.

IT IS FURTHER ORDERED that the Sheriff Tommy Thomas or his deputies permit Dr.

Jerome Brown, to visit the Defendant, Perry Allen Austin, for a reasonable period of time in

order to conduct a psychological examination of the Defendant.

IT IS FURTHER ORDERED that MHMRA Jail Forensic Services cooperate in the

scheduling of the examination, allow reasonable use of space, and permit access to any and all

medical records of the defendant which may be in the custody of MHMRA Jail Forensic

Services.

SIGNED this 3 day of _____, 2001.

_____
JUDGE PRESIDING

capitalforms/exam.def

4

012753

870377

CAUSE NUMBER 970379

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 339TH CRIMINAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| PERRY ALLEN AUSTIN | § | HARRIS COUNTY, TEXAS |

### ORDER ON DEFENDANT'S MOTION TO PERMIT
### THE EXAMINATION OF THE DEFENDANT
### AND FOR AUTHORITY TO INCUR EXPENSES

On the /3 day of _July_ , 2001, came on to be hearing the foregoing Motion to Permit the Examination of the Defendant and for Authority to Incur Expenses, and after consideration, the Motion is hereby GRANTED in all things.

IT IS FURTHER ORDERED that the Sheriff Tommy Thomas or his deputies permit Dr. Jerome Brown, to visit the Defendant, Perry Allen Austin, for a reasonable period of time in order to conduct a psychological examination of the Defendant.

IT IS FURTHER ORDERED that MHMRA Jail Forensic Services cooperate in the scheduling of the examination, allow reasonable use of space, and permit access to any and all medical records of the defendant which may be in the custody of MHMRA Jail Forensic Services.

SIGNED this /3 day of _July_ , 2001.

_____
JUDGE PRESIDING

capitalforms/exam.def

4

012754

# Marshall Mack Arnold

**Attorney at Law**
**4932 Feagan Street**
**Houston, Texas  77007**
**Pho. 713-863-8801**
**Fax. 713-863-8501**

August 9, 2001

Dr. Jerome Brown
3400 Bissonnet
Houston, Texas 77005

Re:  Perry Allen Austin
     Charged with Capital Murder

Dr. Brown,

   Enclosed is a certified copy of an order appointing you to examine the above named
defendant who is charged with Capital Murder in the 339th District Court of Harris
County, Texas.

   This is the defendant that we discussed on the phone recently.  I should be able to give
you much more information about his case within the next week or so.

   If you have question, please call me at 713-863-8801

                         Sincerely,

                         Marshall Mack Arnold
                         Attorney at Law

012755

**A MESSAGE FOR:**

FROM Richard Burke, attorney

OF Re: Perry Austin Case

PHONE 504-400-8834
AREA CODE — NUMBER — EXT.

DATE 10/14

TIME 12 ☐ A.M. / ☐ P.M.

☐ URGENT

☐ TELEPHONED ☐ CAME TO SEE YOU ☐ RETURNED YOUR CALL

MESSAGE: ☒ PLEASE CALL ☐ WANTS TO SEE YOU ☐ WILL CALL AGAIN

Want to discuss in more detail

SIGNED

012756